UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-23074-BLOOM/Otazo-Reyes**

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

      Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

      Defendants.
_____/

**ORDER DENYING REQUEST FOR EXTENSION**

**THIS CAUSE** is before the Court upon Plaintiff Octavio Collado's Motion for Enlargement of Time to File Statement of Claim. ECF No. [8] ("Motion"). Therein, Plaintiff requests an extension of time to file his Statement of Claim until after Defendants produce records identifying the hours Plaintiff worked and the compensation he received. *Id.* at 2. Plaintiff argues that, if he is required to file a Statement of Claim now, he will likely have to file an "Amended Statement of Claim after receipt of the relevant records[.]" *Id.* at 4.

As Plaintiff correctly notes, the purpose of the Statement of Claim at the outset of litigation in Fair Labor Standards Act cases is "so that the parties can evaluate the value of the claims asserted early in the case to determine whether to resolve the case before protracted litigation[.]" *Id.* A perfectly accurate accounting is not necessary to achieve that goal. An estimate, based on the Plaintiff's best recollection as to the hours he worked and compensation he received, will suffice.[1] As the Eleventh Circuit clarified in *Calderon v. Baker Concrete Const., Inc.*, the

---

[1] Likewise, to the extent other individuals have consented to join Plaintiff in this case, *see* ECF Nos. [4], [5], [7], it is not unreasonable to expect those individuals to be able to estimate the value of their claims.

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

Statement of Claim "does not have the status of a pleading," so Plaintiff is not bound by the amount requested therein. 771 F.3d 807, 811 (11th Cir. 2014). For that reason, it will not be necessary for Plaintiff to file an Amended Statement in the likely event that discovery clarifies the amount of his claim.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [8]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 29, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record