UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all other
similarly situated,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER
AND ROMAN JONES,

    Defendants.
_____/

## **PLAINTIFFS' STATEMENT OF CLAIM**

Plaintiff, Octavio Collado, and Opt-In Plaintiffs, Yordan Acosta and Francis Taylor, pursuant to the Court's Order entered on September 30, 2022 [ECF No. 9], file this Statement of Claim based on the information known to them and estimate as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

## *Information Requested by the Court*

1.  Plaintiffs do not have all the time, pay, or tip records relative to their employment at this time, and so they must estimate the corresponding tips (overtips) owed to them.

2.  Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.  Plaintiffs estimate they are owed tips (overtips) that Defendants failed to pay them pursuant to 29 U.S.C. §203(m)(ii)(B), as follows:

    **a.     Octavio Collado**

    From September 23, 2019 to January 23, 2021
    (approximately 116 weeks)

    Estimated $1,500.00 in tips (overtips) owed for every week he worked.
    $1,500.00 x 116 weeks = **$174,000.00 in tips (overtips) owed**

    **b.     Yordan Acosta**

    From September 23, 2019 to June 23, 2021
    (approximately 86 weeks)

    Estimated $1,000.00 in tips (overtips) owed for every week he worked.
    $1,000.00 x 86 weeks = **$86,00.00 in tips (overtips) owed**

    **c.     Francis Taylor**

    From September 23, 2019 to July 23, 2021
    (approximately 90 weeks)

    Estimated $500.00 in tips (overtips) owed for every week he worked.
    $500.00 x 90 weeks = **$45,000.00 tips (overtips) owed**

4.  Plaintiff and each of the Opt-In Plaintiffs also seeks liquidated in an amount equal to the above unpaid/underpaid tips (overtips) earned, plus reasonable attorneys' fees and costs, pursuant to the FLSA.

5.  Plaintiffs' Statement of Claim is based upon the information currently known and/or available.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

6. Plaintiffs reserve the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

7. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 13th day of October 2022.

>Brian H. Pollock, Esq.
>Brian H. Pollock, Esq. (174742)
>brian@fairlawattorney.com
>FAIRLAW FIRM
>135 San Lorenzo Ave
>Suite 770
>Coral Gables, FL 33146
>Tel:    305.230.4884
>*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*