# EXHIBIT

# "A"

EXHIBIT "A"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.

_____/

## DECLARATION OF OCTAVIO COLLADO

I, Octavio Collado, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Octavio Collado.

2. I make this Declaration based on my personal knowledge.

3. I am the named Plaintiff in this case.

4. I am over the age of 18, *sui juris*, and competent to testify to the matters contained in this Declaration.

5. I worked for the Defendants from about <u>August 7, 2017, to January 2, 2022</u>, as a server and then as a captain at Kiki on the River, a restaurant in Miami, Florida.

6. Throughout my employment at Kiki on the River, I worked as a tipped employee in the front of the house (in other words, dealing with tableside customers).

7. Defendants included in their bills an automatic service charge that customers had to pay.

8. In addition to paying the mandatory service charge, customers also had the discretion to leave/pay an additional amount as a gratuity or tip.

9. These tips that customers left/paid above and beyond the mandatory service charge are also called overtips.

10. As a server at Kiki on the River, my job duties included servicing tables, such as taking food and drink orders tableside, entering all orders into the Point-of-Sale system, bringing out the food, helping bus the tables, and attending to customers' needs.

11. Working as a Captain at Kiki on the River involved the additional duties of collecting payment, running a daily report, and providing that daily report to Mr. Jones.

12. Kiki on the River would normally assign one Captain and one Server to five or six tables at a time, and we'd work together as a team.

13. Defendant, 450 North River Drive, LLC, paid me for working at Kiki on the River with an hourly wage that was less than the applicable minimum wage and used the service charges and tips they collected to make up for the difference.

14. Kiki on the River would collect the cash overtips that all the captains and servers received.

15. Kiki on the River would collect and take control of all the cash and credit card tips.

16. On a weekly basis, 450 North River Drive, LLC would pay me and issue my pay stub.

17. My paystubs identified the hourly wages I received, the service charges shared with me, and the tips that were being paid to me.

18. Although I had customers who left significant tips/overtips on their bills, I did not receive all the overtips that Kiki on the River was supposed to be paid to me, meaning Defendants either kept a portion of the overtips or improperly distributed a portion of the overtips to employees who were not entitled to receive tips.

19. I have personal knowledge that other tipped employees at Kiki on the River will want to participate in this lawsuit, but many of them are unaware of their rights regarding minimum wages and tips.

20. Defendants employed over 20 others during the time I worked for them who performed similar – if not the same type of work as me – and who were subject to the same type of pay violation practices as me.

21. Defendants had more than 50 people who worked the various shifts over the course of a week as (19) captains, (17) servers, and (20) bussers, without accounting for the turnover in the staff of people who left and new people who were hired throughout the year. (*See e.g.*, Exhibit "1".)

22. I believe that many of my former coworkers also would join this lawsuit and recover the tips (overtips) they earned but did not receive while working for Defendants if they knew about this lawsuit.

23. I have spoken to several people who used to work for Defendants, which resulted in people joining me in this lawsuit.

24. My personal experience with Defendants is that they are likely to retaliate against anyone who speaks up about not being paid properly, because of the management style at the restaurant.

25. Employees who currently work for the Defendants would benefit from the Court supervising a process in which they would be notified of their rights and that federal law can protect them if they are retaliated against for making a claim (or joining this lawsuit) to recover the tips (overtips) owed to them.

26. If the Court supervised the process of notifying current employees, to hopefully protect the currently employed tipped employees working for Defendants from being retaliated against, I think

that others would end up joining this lawsuit to recover the tips (overtips) they earned but did not receive.

27. I fully understand and aver the facts contained within this Declaration are true and correct.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By _Octavio Collado (Jan 24, 2023 12:01 EST)_
OCTAVIO COLLADO

Jan 24, 2023
DATE

# EXHIBIT

# "1"

EXHIBIT "1"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
tel 305.230.4884   fax 305.230.4844
*www.fairlawattorney.com*

| | NAME | MONDAY 12/27 | TUESDAY 12/28 | WEDNESDAY 12/29 | THURSDAY 12/30 | FRIDAY 12/31 | SATURDAY 1/1 | SUNDAY 1/2 | TOTAL HOURS WORKED AS |
|---|---|---|---|---|---|---|---|---|---|
| C A P T A I N | ADRIAN | 6 PM | OFF | 6 PM | ON CALL | 4 PM | 4 PM | 5 PM | |
| | ALBERTO | RQST-OFF | ON CALL | 4 PM | 1 PM DBL | 4 PM | RQST-OFF | 1 PM DBL | |
| | AUGUSTO | 4 PM | 6 PM | OFF | 4 PM | 5 PM | 1 PM DBL | 12 PM DBL | |
| | COREY | 6 PM | 4 PM | 6 PM | 4 PM | ON CALL | 1 PM DBL | 3 PM | |
| | DANIEL | 6 PM | 4 PM | 6 PM | 4 PM | ON CALL | 5 PM | 4 PM | |
| | DAVIS | 4 PM | 6 PM | OFF | 6 PM | 5 PM | 5 PM | 1 PM DBL | |
| | FERENC | RQST-OFF | 4 PM | ON CALL | 4 PM | 5 PM | 4 PM | 1 PM DBL | |
| | GREGORY JR | ON CALL | OFF | 4 PM | 12 PM DBL | 5 PM | 1 PM DBL | 4 PM | |
| | HAROON | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 5 PM | 4 PM | 6 PM | |
| | INESE | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 4 PM | 12 PM DBL | 4 PM | |
| | JAVIER | 5 PM | RQST-OFF | 6 PM | 1 PM DBL | 5 PM | RQST-OFF | 4 PM | |
| | JONATHON | 4 PM | 6 PM | 4 PM | ON CALL | 4 PM | 5 PM | 4 PM | |
| | KEVIN | RQST-OFF | RQST-OFF | RQST-OFF | 1 PM DBL | 1 PM DBL | 12 PM - 5 PM | 5 PM | |
| | LAZARO | 6 PM | 4 PM | OFF | RQST-OFF | 5 PM | 1 PM DBL | 3 PM | |
| | LUIS | 4 PM | 6 PM | 6 PM | 12 PM - 5 PM | 4 PM | OFF | 3 PM | |
| | MEHDI | RQST-OFF | 6 PM | 5 PM | 4 PM | 5 PM | ON CALL | 12 PM - 5 PM | |
| | NATHAN | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 12 PM DBL | 12 PM DBL | 5 PM | |
| | OCTAVIO | 6 PM | 6 PM | 6 PM | 6 PM | ON CALL | 5 PM | 5 PM | |
| | RUBEN | 4 PM | 6 PM | 5 PM | 6 PM | 12 PM DBL | RQST-OFF | 12 PM DBL | |
| TOTAL | 19 | 11 | 11 | 11 | 13 | 16 | 14 | 19 | |
| VIP HOSTS | ALEX | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |
| | GILDAS | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | |
| | JULIANE | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | |
| TOTAL | 3 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | |
| | ABEL-F | 6 PM | 5 PM | OFF | 5 PM | 1 PM DBL | 4 PM | 1 PM DBL | |
| | ANISLEY | OFF | 6 PM | 5 PM | 5 PM | 5 PM | 5 PM | 12 PM DBL | |
| | COLE | 5 PM | 6 PM | OFF | 6 PM | 4 PM | 1 PM DBL | 5 PM | |
| | DAWSON | 6 PM | 6 PM | 4 PM | OFF | 5 PM | 6 PM | 5 PM | |
| | DIMITRI | OFF | OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | |
| | DIONICIO | 5 PM | 4 PM | 6 PM | 5 PM | 12 PM DBL | OFF | 5 PM | |
| | EUTIMIO | 5 PM | 5 PM | 5 PM | 1 PM DBL | 5 PM | 2 PM DBL | OFF | |
| | JEMNY | RQST-OFF | RQST-OFF | RQST-OFF | 5 PM | ON CALL | 1 PM DBL | 3 PM | |
| | LIONEL | 5 PM | 4 PM | 6 PM | OFF | 5 PM | 12 PM DBL | 4 PM | |
| | LUENNE | 4 PM | 5 PM | OFF | OFF | 5 PM | 1 PM DBL | 4 PM | |
| | MARIYURI | 4 | RQST-OFF | 6 PM | 12 PM DBL | 5 PM | RQST-OFF | 2 PM DBL | |
| | MICHELLE | 4 PM | 5 PM | OFF | ON CALL | 1 PM DBL | 5 PM | 4 PM | |
| | PARISA | OFF | OFF | 5 PM | 6 PM | 4 PM | 5 PM | 3 PM | |
| | PARSA | 6 PM | 6 | 4 PM | 6 PM | 5 PM | RQST-OFF | 3 PM DBL | |
| | SERGIO | 5 PM | 6 PM | 4 PM | 12 PM DBL | 5 PM | OFF | 5 PM | |
| | SYDNEY | 4 PM | ON CALL | 5 PM | OFF | 5 PM | 5 PM | 12 PM - 5 PM | |
| | YESI | RQST-OFF | RQST-OFF | 4 PM | 1 PM DBL | 5 PM | 6 PM | 1 PM DBL | |
| TOTAL | 17 | 13 | 12 | 11 | 11 | 15 | 11 | 15 | |
| B U S S E R | ADRIAN | OFF | OFF | 5 PM | 12 PM DBL | 5 PM | 6 PM | 4 PM | |
| | CALLIN S | 4 PM | 4 PM | OFF | OFF | 12 PM DBL | 5 PM | 6 PM | |
| | CARLOS | 4 PM | 5 PM | 5 PM | 5 PM | OFF | OFF | 5 PM | |
| | FRANCISCO | OFF | OFF | OFF | 5 PM | 5 PM | 5 PM | 1 PM DBL | |
| | GABRIEL | 5 PM | 5 PM | OFF | 1 PM DBL | OFF | 1 PM DBL | 5 PM | |
| | GEORGINA | 5 PM | 4 PM | 5 PM | OFF | 5 PM | OFF | 5 PM | |
| | JOE | 4 PM | 5 PM | 4 PM | ON CALL | 12 PM DBL | 6 PM | ON CALL | |
| | JOSE P | 5 | OFF | OFF | 6 PM | OFF | 12 PM DBL | 4 PM | |
| | JUANMIGUEL | OFF | OFF | ON CALL | 4 PM | 5 PM | 2 PM DBL | 5 PM | |
| | MANUEL | ON CALL | OFF | 5 PM | 4 PM | 5 PM | 1 PM DBL | 5 PM | |
| | MARIA | 5 PM | 6 | OFF | OFF | 4 PM | 6 PM | 2 PM DBL | |
| | NOEL | OFF | ON CALL | 5 PM | 6 PM | 1 PM DBL | 5 PM | 6 PM | |
| | OSWALDO | OFF | 4 PM | 4 PM | 6 PM | 5 PM | RQST-OFF | 12 PM DBL | |
| | SOCA | 4 PM | 4 PM | 5 PM | 12 PM DBL | 5 PM | OFF | 1 PM DBL | |
| | YASNEL | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | |
| TOTAL | 11 | 8 | 8 | 8 | 10 | 11 | 9 | 12 | |
| R U N N E R | ALEX | 6 PM | OFF | OFF | 12 30 PM - 5 PM | 6:30 PM | 2 PM DBL | ON CALL | |
| | CAMILO | 6 PM | RQST-OFF | 4:30 PM | 1 PM - 5 PM | 6 pm | 4 PM | 12 PM DBL | |
| | DAVID | OFF | 6 PM | ON CALL | 4 PM | 4 PM | 3 PM DBL | 3 PM DBL | |
| | MELVIN | OFF | 6 PM | 6 PM | 6 PM | 12 PM DBL | OFF | 2 PM DBL | |
| | MICHAEL | 7 pm | 4:30 PM | 5 PM | 4 PM | OFF | 12 PM DBL | 4 PM | |
| | RONEL | 4:30 PM | 6 PM | 6 PM | 6 PM | 1 30 PM DBL | OFF | ON CALL | |
| TOTAL | 6 | 3 | 4 | 3 | 6 | 3 | 3 | 4 | |
| | FREDDY (POLISH) | 6 PM | 5 PM | 5 PM | 6 PM | 6 PM | 1 PM DBL | 1 PM DBL | |
| | MAIRELY (POLISH) | 5 PM | 6 PM | 6 PM | 5 PM | 5 PM | 5 PM | 4 PM | |
| TOTAL | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| B A R T E N D E R S | AMBAR | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |
| | ANNA | OFF | 5 PM | 4 PM | 5 PM | OFF | OFF | OFF | |
| | AYLYN | OFF | OFF | OFF | OFF | OFF | OFF | 12 PM - 5 PM | |
| | BARBARA | OFF | OFF | OFF | OFF | 4 PM | 4 PM | 5 PM | |
| | JOICE | OFF | OFF | 6 PM | 4 PM | OFF | 12 PM - 5 PM | 5 PM | |
| | KENYA | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |
| | NEYADIS | 6 PM | ON CALL | OFF | OFF | OFF | OFF | OFF | |
| | NOEL | OFF | 4 PM | OFF | 4 PM | 6 PM | OFF | 4 PM | |
| | PETER | 4 PM | OFF | 5 PM | 12 PM - 5 PM | OFF | 5 PM | OFF | |
| | RUDY | 5 PM | OFF | 2 PM - 5 PM | ON CALL | 4 PM | 12 PM DBL | 4 PM | |
| | THALIA | OFF | OFF | ON CALL | OFF | OFF | 6 PM | 12 PM - 5 PM | |
| | TITO | OFF | OFF | OFF | OFF | 5 PM | 4 PM | 5 PM | |
| | WILLIAM | 4 PM | ON CALL | OFF | 6 PM | 12 PM DBL | 12 PM - 5 PM | 4 PM | |
| TOTAL | 13 | 5 | 2 | 5 | 6 | 5 | 6 | 7 | |
| | AHMED | OFF | OFF | | | | | | |