# EXHIBIT

# "C"

EXHIBIT "C"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## DECLARATION OF FRANCIS TAYLOR

I, Francis Taylor, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Francis Taylor.

2. I make this Declaration based on my personal knowledge.

3. I am the named Plaintiff in this case.

4. I am over the age of 18, *sui juris*, and competent to testify to the matters contained in this Declaration.

5. I worked for the Defendants from about <u>October 2017 to July 2021</u>, as a busser and then as a server at Kiki on the River, a restaurant in Miami, Florida.

6. I worked as a busser for Defendants from when I started until the first semester of 2018, when I was promoted to server.

7. I held the position of server until the day I resigned in July 2021.

8. My work at Kiki on the River as a server involved servicing tables, such as taking food and drink orders tableside, bringing out the food, helping bus the tables, and attending to customers' needs.

9. The other servers and I would have to fill in for the bussers and do their work, which involved filling water as well as removing used plates, silverware, and utensils from tables.

10. As a server, I occasionally collected checks from customers when the Captain was busy, but I never did the cash-out at the end of a shift, which was done by the Captain.

11. Kiki on the River would normally assign one Captain and one Server to five or six tables at a time, and they'd work together as a team.

12. Kiki on the River would provide us with floor plans that identified who was working in what position and the tables assigned to each person. (Exhibit "1").

13. Kiki on the River also would post schedules at the restaurant. (Exhibit "2.")

14. Kiki on the River included an automatic service charge on the bill for customers to pay.

15. In addition to paying the mandatory service charge, customers could leave/pay an additional amount as a gratuity or tip.

16. When I collected payment from my customers, I would close out the bill and apply payment in the Point-of-Sale system. I apply payment for the total amount of the bill plus the mandatory service charge and I would input the tips that the customers paid (and enter the tips/overtips paid by credit card into the Point-of-Sale system).

17. Kiki on the River would collect and receive the overtips that were paid by credit cards.

18. When I received cash tips, I was required to turn them into whichever General Manager at Kiki on the River was working at the time.

19. Kiki on the River would collect and take control of all the cash and credit card tips.

20. My paychecks at Kiki on the River came from 450 North River Drive, LLC, and included an hourly wage that was less than the applicable minimum wage, commissions (or service charges), and tips they collected to make up for the difference.

21. On a weekly basis, 450 North River Drive, LLC would pay me and issue my pay stub.

22. My paystubs identified the hourly wages I received, the service charges (commissions) shared with me, and the tips that were being paid to me.

23. Although I had customers who left significant tips/overtips on their bills, I did not receive all the overtips that Kiki on the River was supposed to be paid to me, meaning Defendants either kept a portion of the overtips or improperly distributed a portion of the overtips to employees who were not entitled to receive tips.

24. I know from talking with my former coworkers that they also had customers leave significant overtips, but we did not get all the tips/overtips that we were supposed to receive.

25. I have personal knowledge that other tipped employees at Kiki on the River will want to participate in this lawsuit, but many of them are unaware of their rights regarding minimum wages and tips.

26. Defendants employed over 50 others during the time I worked for them who performed similar – if not the same type of work as me – and who were subject to the same type of pay violation practices as me.

27. I believe that many of my former coworkers also would join this lawsuit and recover the tips (overtips) they earned but did not receive while working for Defendants if they knew about this lawsuit.

28. After Mr. Collado told me about this lawsuit, I joined.

29. My personal experience with Defendants is that they are likely to retaliate against anyone who speaks up about not being paid properly, because of the management style at the restaurant.

30. Employees who currently work for the Defendants would benefit from the Court supervising a process in which they would be notified of their rights and that federal law can protect them if they are retaliated against for making a claim (or joining this lawsuit) to recover the tips (overtips) owed to them.

31. If the Court supervised the process of notifying current employees, to hopefully protect the currently employed tipped employees working for Defendants from being retaliated against, I think that others would end up joining this lawsuit to recover the tips (overtips) they earned but did not receive.

32. I fully understand and aver the facts contained within this Declaration are true and correct.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By _____
(Jan 27, 2023 15:22 EST)
FRANCIS TAYLOR

01/27/2023
DATE

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

# EXHIBIT

# "1"

# EXHIBIT "1"







# EXHIBIT

# "2"

EXHIBIT "2"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

# SCHEDULE WEEK ENDING
## 03/28/21

| Position | Name | 3/15 MONDAY | 3/16 TUESDAY | 3/17 WEDNESDAY | 3/18 THURSDAY | 3/19 FRIDAY | 3/20 SATURDAY | 3/21 SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|
| | ADOLFO | OFF | OFF | OFF | ON CALL | 4 PM | 12 PM DBL | 1 PM DBL | |
| | ALBERTO | 4 PM | OFF | 4 PM | 12 PM DBL | 1 PM DBL | OFF | 1 PM | |
| | ANDREAS | OFF | OFF | OFF | OFF | OFF | OFF | 3 PM | |
| | AUGUSTO | 4 PM | 6 PM | 4 PM | 4 PM | OFF | 4 PM | 12 PM DBL | |
| | DANIEL | 4 PM | 6 PM | 6 PM | 12 PM DBL | OFF | 1 PM DBL | 1 PM DBL | |
| C | DOUGLAS | 6 PM | 4 PM | 4 PM | 6 PM | 6 PM | 4 PM | OFF | |
| A | FABRIZIO | 6 PM | 4 PM | 4 PM | OFF | 1 PM DBL | 1 PM DBL | 1 PM | |
| P | GREGORY JR | 4 PM | 4 PM | 4 PM | 1 PM DBL | OFF | 1 PM DBL | 1 PM | |
| T | HAROON | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 6 PM | 5 PM | 4 PM | |
| A | INESE | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 4 PM | 2 PM DBL | 3 PM | |
| I | JAVIER | 4 PM | 4 PM | OFF | 6 PM | 12 PM DBL | RQST-OFF | 12 PM DBL | |
| N | JOVANA | 4 PM | 4 PM | RQST-OFF | RQST-OFF | 4 PM | 5 PM | 4 PM | |
| | JUAN | OFF | OFF | 4 PM | 1 PM DBL | 4 PM | 1 PM DBL | 1 PM DBL | |
| | KEVIN | OFF | OFF | OFF | 4 PM | 4 PM | 1 PM DBL | 1 PM DBL | |
| | NATALIA | OFF | 4 PM | 4 PM | OFF | 5 PM | 4 PM | 1 PM | |
| | OCTAVIO | 6 PM | 6 PM | 6 PM | 6 PM | OFF | 5 PM | 1 PM | |
| | RUBEN | 4 PM | 4 PM | 6 PM | 2 PM DBL | 5 PM | RQST-OFF | 1 PM DBL | |
| TOTAL | 17 | 10 | 10 | 10 | 10 | 12 | 13 | 16 | |
| | ALEX-G | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | |
| VIP | BRANDON | 5 PM | OFF | 5 PM | 5 PM | 5 PM | 1 PM | 1 PM | |
| HOSTS | GILDAS | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | |
| | JULIAN | OFF | OFF | OFF | OFF | OFF | 6 PM | 3 PM | |
| TOTAL | 4 | 1 | 0 | 1 | 1 | 3 | 4 | 3 | |
| | ABEL-F | OFF | RQST-OFF | 4 PM | 1 PM DBL | 4 PM | 5 PM | 12 PM DBL | |
| | ADRIAN | 6 PM | 6 PM | OFF | 4 PM | 4 PM | 1 PM DBL | 3 PM | |
| | ASHLEY | 4 PM TR | 6 PM TR | 4 PM TR | OFF | OFF | 12 PM - 5 PM | 4 PM | |
| | COREY JRS | 6 PM | 4 PM | OFF | 12 PM DBL | OFF | 12 PM DBL | 4 PM | |
| | DAWSON | 4 PM | 6 PM | 4 PM | 1 PM DBL | OFF | 1 PM DBL | 4 PM | |
| | DIONICIO | 4 PM | OFF | 4 PM | 4 PM | 6 PM | 3 PM | 1 PM DBL | |
| | FERENC | OFF | 6 PM | OFF | 4 PM | 1 PM DBL | 5 PM | 4 PM | |
| | FRANCIS | 4 PM | 6 PM | OFF | 6 PM | 5 PM | 1 PM DBL | 4 PM | |
| | JEMNY | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 5 PM | 12 PM DBL | 12 PM DBL | |
| | JONATHON JRS | 4 PM | 6 PM | 4 PM | OFF | 4 PM | 4 PM | 1 PM DBL | |
| | JORGE | 6 PM | 4 PM | 6 PM | OFF | 6 PM | 1 PM DBL | 12 PM DBL | |
| | LAZARO | RQST-OFF | 6 PM | 4 PM | 4 PM | 1 PM DBL | 1 PM DBL | 4 PM | |
| | LUIS | 4 PM | 4 PM | 6 PM | 1 PM DBL | OFF | 12 PM DBL | 5 PM | |
| | MANUEL | 4 PM | 4 PM | 4 PM | 4 PM | 12 PM DBL | OFF | OFF | |
| | MARIA | OFF | 4 PM | 6 PM | 1 PM DBL | OFF | 4 PM | 1 PM DBL | |
| | MARIYURI | 6 PM | OFF | 4 PM | 5 PM | 5 PM | OFF | 1 PM DBL | |
| | SUZZET | 6 PM | OFF | 6 PM | 6 PM | 4 PM | OFF | 1 PM DBL | |
| | YESI | OFF | OFF | OFF | 12 PM DBL | 5 PM | 5 PM | 3 PM | |
| | YORDAN | OFF | OFF | OFF | 4 PM | 12 PM DBL | 5 PM | 1 PM DBL | |
| TOTAL | 19 | 13 | 13 | 12 | 15 | 14 | 15 | 18 | |
| | ANISLEY | 6 PM | OFF | OFF | 6 PM | 6 PM | 3 PM | 3 PM | |
| | CALLIN S | 6 PM | OFF | OFF | 12 PM DBL | 1 PM DBL | 4 PM | 3 PM DBL | |
| | CARLOS | 6 PM | 6 PM | OFF | 12 PM DBL | OFF | 1 PM DBL | 1 PM DBL | |
| B | CHRISTIAN | 4 PM | 4 PM | OFF | 1 PM DBL | OFF | 1 PM DBL | 4 PM | |
| U | DAVID | OFF | 4 PM | 6 PM | OFF | 1 PM DBL | RQST-OFF | 1 PM DBL | |
| S | JOSE P | 4 PM | 6 PM | OFF | OFF | 4 PM | 12 PM DBL | 1 PM DBL | |
| S | LAZARO | OFF | 6 PM | 4 PM | OFF | 12 PM DBL | 12 PM DBL | 3 PM | |
| E | OSWALDO | 4 PM | 6 PM | 6 PM | OFF | 4 PM | OFF | 12 PM DBL | |
| R | PARSA | OFF | OFF | 4 PM | 1 PM DBL | 4 PM | OFF | OFF | |
| | YASNEL | OFF | OFF | 6 PM | 6 PM | 4 PM | 3 PM DBL | OFF | |
| TOTAL | 10 | 7 | 6 | 6 | 7 | 8 | 7 | 8 | |
| | AVEL | 4:30 PM | 6 PM | OFF | OFF | 2 PM DBL | 4 PM | 4 PM | |
| | CAMILO | 6 PM | OFF | OFF | 1 PM DBL | 5 PM | 5 PM | 4:30 PM | |
| R | EMANUEL | 6 PM | 6 PM | 6 PM | 6 PM | 12:30 PM DBL | OFF | OFF | |
| U | HECTOR | OFF | OFF | 5 PM | 6:30 PM | 4 PM | 1:30 PM DBL | 2 PM DBL | |
| N | LISSANDRO | 5:30 PM | OFF | OFF | 5 PM | 5:30 PM | 2:30 PM DBL | 12:30 PM DBL | |
| R | MICHAEL | OFF | 5 PM | 6 PM | 12 PM - 5 PM | OFF | 12:30 PM DBL | 3 PM DBL | |
| TOTAL | 6 | 4 | 3 | 2 | 5 | 4 | 4 | 5 | |
| | FREDY | 5 PM | OFF | OFF | 5 PM | 5 PM | 1 PM DBL | 1 PM DBL | |
| | MARIA | OFF | OFF | 6 PM | 6 PM | 5 PM | 4 PM | 4 PM | |
| TOTAL | 2 | 1 | 0 | 1 | 2 | 2 | 2 | 2 | |
| | AYLYN | OFF | ON CALL | OFF | OFF | 4 PM | 12 PM DBL | 12 PM DBL | |
| B | DANNY | 4 PM | OFF | OFF | 12 PM DBL | 4 PM | 4 PM | 4 PM | |
| A | NOEL | OFF | OFF | OFF | OFF | OFF | 12 PM TR | 12 PM TR | |
| R | PETER | ON CALL | OFF | 1 PM DBL | 2 PM DBL | 4 PM | 12 PM | 8 PM | |
| T | | | | 4 PM | | 12 PM DBL | | | |
| | THALIA | 4 PM | 4 PM | OFF | OFF | 12 PM - 5 PM | 12 PM DBL | 12 PM DBL | |
| TOTAL | 5 | 4 | 2 | 3 | 4 | 5 | 7 | 7 | |
| | AHMED | OFF | 4 PM | 4 PM | OFF | 4 PM | 12 PM DBL | 4 PM | |
| B | GERMAN | OFF | OFF | OFF | OFF | OFF | 12 PM - 5 PM | 8 PM | |
| A | RIZZO | 4 PM | 4 PM | OFF | OFF | 4 PM | 4 PM | 12 PM DBL | |
| C | RUDY | 5 PM | OFF | 4 PM | 12 PM DBL | OFF | 4 PM | 4 PM | |
| K | TITO | OFF | OFF | OFF | 4 PM | 12 PM DBL | 4 PM | 12 PM DBL | |
| TOTAL | 5 | 2 | 2 | 2 | 2 | 3 | 6 | 5 | |
| | BRIANNA | RQST-OFF | OFF | OFF | OFF | OFF | OFF | 2 PM DBL | |
| | CASSANDRA | 4 PM | 4 PM | OFF | 12 PM - 5 PM | OFF | 12 PM DBL | 4 PM | |
| | EMILY | OFF | OFF | 5 PM | OFF | 2 PM DBL | 2 PM DBL | OFF | |
| H | JANIE | 10 AM - 5 PM | 10 AM - 5 PM | 2 PM DBL | 2 PM DBL | OFF | 10 AM - 5 PM | OFF | |
| O | JUANITA | OFF | 2 PM DBL | OFF | OFF | 5 PM | 5 PM | 10 AM - 5 PM | |
| S | LISSY | ON CALL | 6 PM | 4 PM | OFF | 12 PM DBL | RQST-OFF | 6 PM | |
| T | SHER | OFF | OFF | 6 PM | OFF | RQST-OFF | OFF | OFF | |
| E | STEPHANIE | OFF | ON CALL | OFF | 5 PM | 4 PM | 1 PM DBL | 12 PM DBL | |
| S | THALIA | 2 PM DBL | OFF | OFF | 1 PM DBL | 12 PM DBL | 12 PM DBL | 12 PM DBL | |
| | YANA | 6 PM | OFF | OFF | OFF | 6 PM | 1 PM DBL | 1 PM DBL | |
| | YUVANNIA | 5 PM | 5 PM | 10 AM - 5 PM | 10 AM - 5 PM | 10 AM - 5 PM | RQST-OFF | 5 PM | |
| TOTAL | 9 | 5 | 3 | 4 | 7 | 7 | 4 | 6 | |
| | CARLOS-BH | OFF | OFF | OFF | OFF | 5 PM | 5 PM | 3 PM | |
| | CHARLES | OFF | OFF | OFF | OFF | 5 PM | 1 PM DBL | 1 PM DBL | |
| | JOHN A | OFF | OFF | OFF | OFF | OFF | 4 PM | 4 PM | |
| TOTAL | 3 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | |
| TOTAL | | 83 | 44 | 36 | 35 | 53 | 58 | 58 | 66 |

2/21/2021 15:03

| POSITION | NAME | 2/22 MONDAY | 2/23 TUESDAY | 2/24 WEDNESDAY | 2/25 THURSDAY | 2/26 FRIDAY | 2/27 SATURDAY | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|
| C A P T A I N | ADOLFO | OFF | OFF | OFF | ON CALL | 1 PM DBL | 12 PM DBL | 1 PM DBL | BCPT |
| | ALBERTO | 4 PM | RQST-OFF | 4 PM | 12 PM DBL | 4 PM | 3 PM | 3 PM | BCPT |
| | ANDREAS | OFF | OFF | OFF | OFF | OFF | OFF | 3 PM | BCPT |
| | AUGUSTO | 4 PM | RQST-OFF | RQST-OFF | 4 PM | 12 PM DBL | 4 PM | 12 PM DBL | BCPT |
| | DANIEL | 6 PM | 6 PM | OFF | 4 PM | 5 PM | 3 PM DBL | 3 PM DBL | BCPT |
| | DOUGLAS | OFF | OFF | OFF | OFF | OFF | OFF | OFF | BCPT |
| | FABRIZIO | 4 PM | 4 PM | 6 PM | OFF | 5 PM | 1 PM DBL | OFF | BCPT |
| | GREGORY JR | 4 PM | 4 PM | 6 PM | 12 PM DBL | OFF | 4 PM | 12 PM DBL | BCPT |
| | HAROON | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 6 PM | 5 PM | 4 PM | BCPT |
| | INESE | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | ON CALL | 2 PM DBL | 3 PM | BCPT |
| | JAVIER | 4 PM | 5 PM | 4 PM | 6 PM | 12 PM DBL | RQST-OFF | 12 PM DBL | BCPT |
| | JOVANA | 4 PM | 4 PM | RQST-OFF | RQST-OFF | 4 PM | 5 PM | 4 PM | BCPT |
| | JUAN | 5 PM | 4 PM | 4 PM | 12 PM DBL | 4 PM | 1 PM DBL | 1 PM DBL | BCPT |
| | KEVIN | OFF | 4 PM | 4 PM | 4 PM | 6 PM | 1 PM DBL | 1 PM DBL | BCPT |
| | KYLE | 4:30 PM TR | 4:30 PM TR | OFF | OFF | 4 PM | OFF | 3 PM | BCPT |
| | MIKE JRS | 5 PM | 6 PM | 4 PM | 5 PM | 4 PM | 12 PM DBL | OFF | BCPT |
| | NATALIA | RQST-OFF | RQST-OFF | 5 PM | OFF | 6 PM | 2 PM DBL | | BCPT |
| | OCTAVIO | 6 PM | 6 PM | 6 PM | 5 PM | OFF | 6 PM | 5 PM | BCPT |
| | RUBEN | 5 PM | 4 PM | 6 PM | 5 PM | 5 PM | RQST-OFF | 1 PM DBL | BCPT |
| TOTAL | 19 | 12 | 11 | 10 | 10 | 14 | 14 | 16 | |
| VIP HOSTS | ALEX-G | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | LHST |
| | BRANDON | 5 PM | OFF | 5 PM | 5 PM | 5 PM | 3 PM | 3 PM | LHST |
| | GILDAS | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | LHST |
| | JULIAN | OFF | OFF | OFF | OFF | OFF | 6 PM | 3 PM | LHST |
| TOTAL | 4 | 1 | 0 | 1 | 1 | 3 | 4 | 3 | |
| | ABEL-F | OFF | 6:30 PM | 4 PM | 5 PM | 4 PM | 5 PM | 12 PM DBL | |
| | COREY JRS | 6 PM | 4 PM | OFF | 12 PM DBL | 12 PM DBL | 12 PM DBL | 4 PM | |
| | DAWSON | 4 PM | 6 PM | 4 PM | 1 PM DBL | OFF | 1 PM DBL | 4 PM | |
| | DIONICIO | 5 PM | 5 PM | 4 PM | OFF | 5 PM | 3 PM | 1 PM DBL | |
| | FRANCIS | 4 PM | OFF | 4 PM | 6 PM | 5 PM | 1 PM DBL | 4 PM | |
| | JENNY | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 5 PM | 12 PM DBL | 12 PM DBL | |
| | JONATHON JRS | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | |
| | JORGE | 6 PM | 6 PM | 6 PM | OFF | 5 PM | 1 PM DBL | 12 PM DBL | |
| | LAZARO | RQST-OFF | 4 PM | 4 PM | 4 PM | 1 PM DBL | 1 PM DBL | 4 PM | |
| | LUIS | 4 PM | 4 PM | 6 PM | 4 PM | OFF | 12 PM DBL | 5 PM | |
| | MARIA | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | |
| | MARIYURI | 6 PM | OFF | 4 PM | 5 PM | 4 PM | OFF | 4 PM | |
| | SUZZET | 4 PM | 6 PM | 6 PM | 6 PM | 4 PM | OFF | 1 PM DBL | |
| | YESI | 4 PM | ON CALL | OFF | 4 PM | 6 PM | 5 PM | 2 PM DBL | |
| | YORDAN | 6 PM | 5 PM | ON CALL | 4 PM | 12 PM DBL | 5 PM | 1 PM DBL | |
| TOTAL | 15 | 11 | 10 | 9 | 10 | 11 | 10 | 13 | |
| B U S S E R | ADRIAN | 4 PM | OFF | OFF | 4 PM | 12 PM DBL | 2:30 PM DBL | 1 PM DBL | |
| | ANISLEY | 6 PM | OFF | OFF | 6 PM | 6 PM | 5 PM | 4 PM | |
| | CALLIN S | 6 PM | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | |
| | CHRISTIAN | 4 PM | 4 PM | OFF | 1 PM DBL | OFF | 5 PM | 3 PM DBL | |
| | JOSE P | 6 PM | 4 PM | 4 PM | OFF | 5 PM | 12 PM DBL | 3 PM DBL | |
| | LAZARO | RQST-OFF | 6 PM | 4 PM | OFF | 12 PM DBL | 1:30 PM DBL | 3 PM DBL | |
| | OSWALDO | OFF | 6 PM | 6 PM | OFF | 4 PM | 1:30 PM DBL | 12 PM DBL | |
| | PARSA | 4 PM | OFF | OFF | 4 PM | 4 PM | 4 PM | 4 PM | |
| | SACHA H | OFF | 4 PM | 4 PM | 6 PM | OFF | OFF | OFF | |
| | YASNEL | OFF | OFF | 6 PM | 6 PM | 4 PM | 2:30 PM DBL | OFF | |
| TOTAL | 9 | 6 | 5 | 5 | 6 | 7 | 7 | 6 | |
| R U N N E R | AVEL | 4:30 PM | 6 PM | 6 PM | OFF | 12:30 PM DBL | 4 PM | 4 PM | |
| | HECTOR | OFF | 5:30 PM | OFF | 6:30 PM | 4 PM | 1:30 PM DBL | 1:30 PM - 5 PM | |
| | LISSANDRO | 5:30 PM | OFF | 4:30 PM | 4 PM | 5:30 PM | 2:30 PM DBL | 12:30 PM DBL | |
| | MICHAEL | 6 PM | 4:30 PM | 6:30 PM | 1 PM DBL | OFF | 12:30 PM DBL | 2:30 PM DBL | |
| TOTAL | 4 | 3 | 3 | 2 | 3 | 3 | 4 | 4 | |
| | FREDY | 5 PM | OFF | OFF | 5 PM | 5 PM | 1 PM DBL | 1 PM DBL | |
| | MARIA | OFF | OFF | 6 PM | 6 PM | 5 PM | 4 PM | 4 PM | |
| TOTAL | 2 | 1 | 0 | 1 | 2 | 2 | 2 | 2 | |
| P A R T Y E N D E R | ADEL | 4 PM | OFF | 1 PM | OFF | 11 AM DBL | 5 PM | 12 PM DBL | |
| | ANNIE | OFF | OFF | 1 PM | OFF | 6 PM | 12 PM - 5 PM | 12 PM DBL | |
| | AYLYN | OFF | OFF | 1 PM | OFF | 4 PM | 4 PM | 4 PM | |
| | MIKA | 7 PM | 4 PM | 1 PM | 11 AM | 4 PM | OFF | 12 PM DBL | |
| | NINA | 5 PM | OFF | 1 PM | 6 PM | OFF | 5 PM | 4 PM | |
| | PETER | OFF | ON CALL | 4 PM | 4 PM | OFF | 12 PM DBL | 4 PM | |
| | SILVIA | OFF | OFF | 5 PM | 5 PM | ON CALL | 5 PM | 4 PM | |
| | THALIA | OFF | 4 PM | ON CALL | OFF | 6 PM | 12 PM - 5 PM | OFF | |
| TOTAL | 8 | 4 | 2 | 8 | 5 | 4 | 7 | 8 | |
| B A C K | AHMED | OFF | OFF | 4 PM | ON CALL | 4 PM | 12 PM - 5 PM | 12 PM DBL | |
| | GERMAN | ON CALL | OFF | 1 PM | 11 AM | ON CALL | 12 PM - 5 PM | 12 PM DBL | |
| | RIZZO | 4 PM | OFF | 1 PM | OFF | 4 PM | 5 PM | 5 PM | |
| | RUDY | OFF | 4 PM | OFF | 4 PM | 11 AM | 4 PM | 5 PM | |
| | TITO | OFF | OFF | OFF | OFF | OFF | OFF | OFF | |
| TOTAL | 5 | 2 | 1 | 3 | 2 | 3 | 5 | 4 | |
| H O S T E S S | BRIANNA | 10 AM - 5 PM | 5 PM | 10 AM - 5 PM | 10 AM - 5 PM | OFF | OFF | 10 AM - 5 PM | |
| | CASSANDRA | 4 PM | 6 PM | OFF | OFF | 6 PM | 2 PM DBL | 4 PM | |
| | KALLIE | 6 PM | OFF | OFF | 6 PM | OFF | 6 PM | 4 PM | |
| | LISSY | OFF | OFF | 4 PM | OFF | 6 PM | 4 PM | 1 PM DBL | |
| | SHER | OFF | OFF | 6 PM | OFF | 11 AM DBL | OFF | OFF | |
| | STEPHANIE | OFF | OFF | OFF | 12 PM DBL | 5 PM | RQST-OFF | 12 PM DBL | |
| | THALIA | OFF | OFF | OFF | 5 PM | 5 PM | 12 PM DBL | 1 PM DBL | |
| | YULIA | OFF | 4 PM | OFF | ON CALL | 4 PM | 12 PM DBL | 6 PM | |
| | YUVANNIA | 5 PM | 5 PM | 5 PM | OFF | 10 AM - 5 PM | 10 AM | OFF | |
| TOTAL | 7 | 4 | 2 | 3 | 5 | 7 | 3 | 5 | |
| | CARLOS-BH | OFF | OFF | OFF | OFF | 5 PM | 5 PM | 3 PM | |
| | CHARLES | OFF | OFF | OFF | OFF | 5 PM | 1 PM DBL | 1 PM DBL | |
| | JOHN A | OFF | OFF | OFF | OFF | OFF | 4 PM | 4 PM | |
| TOTAL | 3 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | |
| **TOTAL** | | **76** | **40** | **31** | **36** | **44** | **53** | **51** | **56** |

SCHEDULE WEEK ENDING 02/28/21

2/23/2021 10:43

| POSITION | NAME | 2/22 MONDAY | 2/23 TUESDAY | 2/24 WEDNESDAY | 2/25 THURSDAY | 2/26 FRIDAY | 2/27 SATURDAY | 2/28 SUNDAY | TOTAL HOURS WORKED AS | |
|---|---|---|---|---|---|---|---|---|---|---|
| CAPTAIN | ADOLFO | OFF | OFF | OFF | 5 PM | 1 PM DBL | 12 PM DBL | 1 PM DBL | | BCPT |
| | ALBERTO | 4 PM | RQST-OFF | 4 PM | 12 PM DBL | 4 PM | 3 PM | 3 PM | | BCPT |
| | ANDREAS | OFF | OFF | OFF | OFF | OFF | OFF | 3 PM | | BCPT |
| | AUGUSTO | 4 PM | RQST-OFF | RQST-OFF | 4 PM | 12 PM DBL | 4 PM | 12 PM DBL | | BCPT |
| | DANIEL | 6 PM | 6 PM | OFF | 4 PM | 5 PM | 3 PM DBL | 3 PM DBL | | BCPT |
| | DOUGLAS | OFF | OFF | OFF | OFF | OFF | OFF | OFF | | BCPT |
| | FABRIZIO | 6 PM | 4 PM | 6 PM | OFF | 5 PM | 1 PM DBL | OFF | | BCPT |
| | GREGORY JR | 4 PM | 6 PM | 6 PM | 12 PM DBL | OFF | 4 PM | 12 PM DBL | | BCPT |
| | HAROON | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 6 PM | 5 PM | 4 PM | | BCPT |
| | INESE | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | ON CALL | 2 PM DBL | 3 PM | | BCPT |
| | JAVIER | 4 PM | OFF | 4 PM | 6 PM | 12 PM DBL | RQST-OFF | 12 PM DBL | | BCPT |
| | JOVANA | 4 PM | 4 PM | RQST-OFF | RQST-OFF | 4 PM | 5 PM | 4 PM | | BCPT |
| | JUAN | 5 PM | 4 PM | 4 PM | OFF | 4 PM | 1 PM DBL | 1 PM DBL | | BCPT |
| | KEVIN | OFF | OFF | OFF | 4 PM | 6 PM | 1 PM DBL | 1 PM DBL | | BCPT |
| | KYLE | 4:30 PM TR | 4:30 PM TR | OFF | OFF | 4 PM | OFF | 3 PM | | BCPT |
| | MIKE JRS | 5 PM | 6 PM | 4 PM | 12 PM DBL | 4 PM | 12 PM DBL | OFF | | BCPT |
| | NATALIA | RQST-OFF | RQST-OFF | 5 PM | OFF | 6 PM | 2 PM DBL | 5 PM | | BCPT |
| | OCTAVIO | 6 PM | 6 PM | 6 PM | 5 PM | OFF | 6 PM | 5 PM | | BCPT |
| | RUBEN | 5 PM | 4 PM | 6 PM | 5 PM | 5 PM | RQST-OFF | 1 PM DBL | | BCPT |
| TOTAL | | 19 | 12 | 9 | 9 | 10 | 14 | 14 | 16 | |
| VIP HOSTS | ALEX-G | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | | LHST |
| | BRANDON | 5 PM | OFF | 5 PM | 5 PM | 5 PM | 3 PM | 3 PM | | LHST |
| | GILDAS | OFF | OFF | OFF | OFF | 6 PM | 6 PM | 3 PM | | LHST |
| | JULIAN | OFF | OFF | OFF | OFF | OFF | 6 PM | 3 PM | | LHST |
| TOTAL | | 4 | 1 | 0 | 1 | 1 | 3 | 4 | 3 | |
| SERVER | ABEL-F | OFF | 6:30 PM | 4 PM | 5 PM | 4 PM | 5 PM | 12 PM DBL | | DNSR |
| | COREY JRS | 6 PM | 4 PM | OFF | 12 PM DBL | 12 PM DBL | 12 PM DBL | 4 PM | | DNSR |
| | DAWSON | 4 PM | 6 PM | 4 PM | 1 PM DBL | OFF | 1 PM DBL | 4 PM | | DNSR |
| | DIONICIO | 5 PM | 5 PM | 4 PM | OFF | 5 PM | 3 PM | 1 PM DBL | | DNSR |
| | FRANCIS | 4 PM | OFF | 4 PM | 6 PM | 5 PM | 1 PM DBL | 4 PM | | DNSR |
| | JEMNY | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | 5 PM | 12 PM DBL | 12 PM DBL | | DNSR |
| | JONATHON JRS | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | | DNSR |
| | JORGE | 6 PM | 6 PM | 6 PM | OFF | 5 PM | 1 PM DBL | 12 PM DBL | | DNSR |
| | LAZARO | RQST-OFF | 4 PM | 4 PM | 4 PM | 1 PM DBL | 1 PM DBL | 4 PM | | DNSR |
| | LUIS | 4 PM | 4 PM | 6 PM | 4 PM | OFF | 12 PM DBL | 5 PM | | DNSR |
| | MARIA | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | | DNSR |
| | MARIYURI | 6 PM | OFF | 4 PM | 5 PM | 4 PM | OFF | 4 PM | | DNSR |
| | SUZZET | 4 PM | 6 PM | 6 PM | 6 PM | 4 PM | OFF | 1 PM DBL | | DNSR |
| | YESI | OFF | OFF | OFF | OFF | OFF | OFF | OFF | | DNSR |
| | YORDAN | 6 PM | 5 PM | ON CALL | 4 PM | 12 PM DBL | 5 PM | 1 PM DBL | | DNSR |
| TOTAL | | 15 | 10 | 10 | 9 | 9 | 10 | 9 | 12 | |
| BUSSER | ADRIAN | 4 PM | OFF | OFF | 4 PM | 12 PM DBL | 2 30 PM DBL | 1 PM DBL | | LBUS |
| | ANISLEY | 6 PM | OFF | OFF | 6 PM | 6 PM | 5 PM | 4 PM | | LBUS |
| | CALLIN S | 6 PM | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | RQST-OFF | | LBUS |
| | CHRISTIAN | 4 PM | 4 PM | OFF | 1 PM DBL | OFF | 5 PM | 3 PM DBL | | LBUS |
| | JOSE P | OFF | OFF | OFF | OFF | OFF | 12 PM DBL | 3 PM DBL | | LBUS |
| | LAZARO | RQST-OFF | 6 PM | 4 PM | OFF | 12 PM DBL | 1 30 PM DBL | 3 PM DBL | | LBUS |
| | OSWALDO | OFF | 6 PM | 6 PM | OFF | 4 PM | 1 30 PM DBL | 12 PM DBL | | LBUS |
| | PARSA | 4 PM | OFF | OFF | 4 PM | 4 PM | 4 PM | 4 PM | | LBUS |
| | SACHA H | OFF | 4 PM | 4 PM | 6 PM | OFF | OFF | OFF | | LBUS |
| | YASNEL | OFF | OFF | 6 PM | 6 PM | 4 PM | 2 30 PM DBL | OFF | | LBUS |
| TOTAL | | 9 | 5 | 4 | 6 | 6 | 7 | 6 | | |
| RUNNER | AVEL | 4:30 PM | 6 PM | 6 PM | OFF | 12 30 PM DBL | 4 PM | 4 PM | | TRU |
| | HECTOR | OFF | 5:30 PM | OFF | 6:30 PM | 4 PM | 1 30 PM DBL | 1 30 PM - 5 PM | | TRU |
| | LISSANDRO | 5:30 PM | OFF | 4:30 PM | 4 PM | 5:30 PM | 2 30 PM DBL | 12 30 PM DBL | | TRU |
| | MICHAEL | 6 PM | 4:30 PM | 6:30 PM | 1 PM DBL | OFF | 12 30 PM DBL | 2 30 PM DBL | | TRU |
| TOTAL | | 4 | 3 | 3 | 2 | 3 | 2 | 3 | 4 | |
| | FREDY | 5 PM | OFF | OFF | 5 PM | 5 PM | 1 PM DBL | 1 PM DBL | | KSN |
| | MARIA | OFF | OFF | 6 PM | 6 PM | 5 PM | 4 PM | 4 PM | | KSN |
| TOTAL | | 2 | 1 | 0 | 1 | 2 | 2 | 2 | 2 | |
| BARTENDER | ADEL | 4 PM | OFF | 1 PM | OFF | 11 AM DBL | 5 PM | 12 PM DBL | | BRT |
| | ANNIE | OFF | OFF | 1 PM | OFF | 6 PM | 12 PM - 5 PM | 12 PM DBL | | BRT |
| | AYLYN | OFF | OFF | 1 PM | OFF | 4 PM | 4 PM | 4 PM | | BRT |
| | MIKA | 7 PM | 4 PM | 1 PM | 11 AM | 4 PM | OFF | 12 PM DBL | | BRT |
| | NINA | 5 PM | OFF | 1 PM | 6 PM | OFF | 5 PM | 4 PM | | BRT |
| | PETER | OFF | ON CALL | 4 PM | 4 PM | OFF | 12 PM DBL | 4 PM | | BRT |
| | SILVIA | OFF | OFF | 5 PM | 5 PM | ON CALL | 5 PM | 4 PM | | BRT |
| | THALIA | OFF | 4 PM | ON CALL | OFF | 6 PM | 12 PM - 5 PM | OFF | | BRT |
| TOTAL | | 3 | 2 | 8 | 5 | 4 | 7 | 5 | | |
| BARBACK | AHMED | OFF | OFF | 4 PM | ON CALL | 4 PM | 12 PM - 5 PM | 12 PM DBL | | BBK |
| | GERMAN | ON CALL | OFF | 1 PM | 11 AM | ON CALL | 12 PM - 5 PM | 12 PM DBL | | BBK |
| | RIZZO | 4 PM | OFF | 1 PM | OFF | 4 PM | 5 PM | 5 PM | | BBK |
| | RUDY | OFF | 4 PM | OFF | 4 PM | 11 AM | 4 PM | 5 PM | | BBK |
| | TITO | OFF | OFF | OFF | OFF | OFF | OFF | OFF | | BBK |
| TOTAL | | 5 | 1 | 3 | 2 | 3 | 5 | 4 | | |
| HOSTESS | BRIANNA | 10 AM - 5 PM | 5 PM | 10 AM - 5 PM | 10 AM - 5 PM | OFF | OFF | 10 AM - 5 PM | | HST |
| | CASSANDRA | 4 PM | 6 PM | OFF | OFF | 6 PM | 2 PM DBL | 4 PM | | HST |
| | KALLIE | 6 PM | OFF | OFF | 6 PM | OFF | 6 PM | 4 PM | | HST |
| | LISSY | OFF | OFF | 4 PM | OFF | 6 PM | 4 PM | 1 PM DBL | | HST |
| | SHER | OFF | OFF | 6 PM | OFF | 11 AM DBL | OFF | OFF | | HST |
| | STEPHANIE | OFF | OFF | OFF | 12 PM DBL | 5 PM | RQST-OFF | 12 PM DBL | | HST |
| | THALIA | OFF | OFF | OFF | 5 PM | 5 PM | 12 PM DBL | 1 PM DBL | | HST |
| | YULIA | OFF | 4 PM | OFF | ON CALL | 4 PM | 12 PM DBL | 6 PM | | HST |
| | YUVANNIA | 5 PM | 5 PM | 5 PM | OFF | 10 AM - 5 PM | 10 AM | OFF | | HST |
| TOTAL | | 7 | 4 | 2 | 3 | 5 | 7 | 3 | 5 | |
| | CARLOS-BH | OFF | OFF | OFF | OFF | 5 PM | 5 PM | 3 PM | | |
| | CHARLES | OFF | OFF | OFF | OFF | 5 PM | 1 PM DBL | 1 PM DBL | | |
| | JOHN A | OFF | OFF | OFF | OFF | OFF | 4 PM | 4 PM | | |
| TOTAL | | 3 | 0 | 0 | 0 | 0 | 2 | 3 | 3 | |