# EXHIBIT

# "D"

EXHIBIT "D"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

FLORIDA DEPARTMENT OF STATE                    DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
450 NORTH RIVER DRIVE, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000206916 |
| **FEI/EIN Number** | 81-4410775 |
| **Date Filed** | 11/10/2016 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 12/15/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

450 NW NORTH RIVER DR
MIAMI, FL 33028

Changed: 12/12/2017

**Mailing Address**

450 NW NORTH RIVER DR
MIAMI, FL 33028

Changed: 12/12/2017

**Registered Agent Name & Address**

450 North River Drive, LLC
450 NW North River Dr
MIAMI, FL 33128

Name Changed: 04/24/2018

Address Changed: 04/24/2018

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

RJ RIVER, LLC
450 NW NORTH RIVER DR
MIAMI, FL 33028

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2020 | 01/16/2020 |
| 2021 | 01/19/2021 |
| 2022 | 02/11/2022 |

**Document Images**

| | |
| --- | --- |
| 02/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/09/2018 -- ANNUAL REPORT | View image in PDF format |
| 12/15/2017 -- Merger | View image in PDF format |
| 12/12/2017 -- LC Amendment | View image in PDF format |
| 10/06/2017 -- LC Amendment | View image in PDF format |
| 02/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/10/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations