# EXHIBIT

# "E"

**EXHIBIT "E"**

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*This is a Court-Authorized Notice and is <u>not a solicitation from a lawyer</u>. The Court has made no finding as to the merits of the case at this time.*

**IF YOU ARE OR IF YOU WERE WORKING AS A CAPTAIN, SERVER, AND/OR BUSSER AT KIKI ON THE RIVER FROM SEPTEMBER 23, 2019 TO THE PRESENT, AND RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN A COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS, THEN A COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff, Octavio Collado, sued Defendants, 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC and Roman Jones, in federal court in Miami, Florida, alleging that he and the other similarly situated captains, servers, and bussers were not paid all the tips they earned in violation of the Fair Labor Standards Act. *Octavio Collado vs. 450 North River Drive, LLC, RJ River, LLC, and Roman Jones*. The Case Number is *1:22-CV-23074-BLOOM/OTAZO-REYES*.

The Court has not yet decided whether the Defendants did anything wrong. There is no money available now and no guarantees that there will be any money. However, you have a choice to assert your legal rights in this case. If there is no recovery or judgment in Plaintiff's favor, then you will not be responsible for any attorneys' fees

**Your Legal Rights and Options**

| | |
|---|---|
| **Join The Lawsuit** | **Join & Complete the Opt-In Consent Form:**<br><br>By joining or "opting in," you gain the possibility of receiving money or benefits that may result from a trial or settlement, but you give up your right to separately sue Defendants for any unpaid/underpaid tips owing as alleged in this lawsuit. |
| **Do Nothing** | **Do Nothing and Lose Nothing (except resulting from the passage of time).**<br><br>By doing nothing, you retain your legal rights to bring a separate suit against Defendants for any failure to abide by the applicable federal overtime wage law. If money or benefits are later awarded in this case, you will not share in them. |

**NOTICE OF RIGHT TO JOIN LAWSUIT**
(Page 2)

If you choose to join this lawsuit, you may select your own separate counsel or you may choose to be represented by the FairLaw Firm, who represents Octavio Collado, the individual who initiated the lawsuit, and the other individuals who already join the lawsuit.

**It is a violation of federal law for the Defendants or any of their related entities to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, you may contact any lawyer of your choosing.**

Mr. Collado entered into a contingency fee agreement with the FairLaw Firm, which means that if you do not win, Plaintiff's counsel will not charge you for any attorneys' fees or costs. If there is a monetary recovery, a percentage of any settlement obtained or money judgment in favor of all members of any class or collective the Court has certified will be paid to these lawyers or the Defendants will pay an hourly fee to FairLaw Firm. The Court may be asked to determine the amount of fees to be awarded to the FairLaw Firm. A copy of the contingency fee agreement executed by the named Plaintiff may be obtained upon request from FairLaw Firm.

Your options are included in this notice. To opt-in, you must complete the "Notice of Consent to Opt-In Pursuant to 29 U.S.C. § 219" form and send it by mail, fax, email, or text to the Representative Plaintiff's counsel at FairLaw Firm on or before _____ ___, 2023.

Representative Plaintiffs' Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel:   (305) 230-4884
Fax:   (305) 230-4844
brian@fairlawattorney.com
www.fairlawattorney.com