# EXHIBIT A

**Archived:** Friday, February 3, 2023 3:23:34 PM
**From:** Brian Pollock
**Mail received time:** Wed, 11 Jan 2023 14:43:38
**Sent:** Wed, 11 Jan 2023 14:43:19
**To:** Velazquez, Reynaldo (Miami)
**Cc:** Allan S. Reiss, Esq. Sarangoulis, Roman (Miami) Billingsby, Rebecca J. (Miami)
**Subject:** Re: Collado vs. Kiki - Conferral re: Motion to File 2d Amd Complaint
**Importance:** Normal
**Sensitivity:** None

---

**[EXTERNAL SENDER]**

Good Morning Rey and Allan,

I appreciate your courtesies in not opposing the request to file a Second Amended Complaint. While I apologize for its length, the motion that RJ River filed invited the additional pages and paragraphs by seeking to have each Defendant identified in a separate claim/count. I also sought to address any claimed confusion in Count III by specifying that it was for unpaid wages under Florida law, and you will see that I cited one of Judge Bloom's cases recognizing that cause of action.

As it relates to the MTD filed by 450 North River and Mr. Jones, I hopefully repled the claims to avoid another motion to dismiss by more clearly specifying the way that my clients were paid, identifying the basis for the claims under each Count, and by alleging with even more clarity the basis for liability under the FLSA and FMWA.

Best regards,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir: 305.230.4822
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

> On Jan 10, 2023, at 3:41 PM, Brian Pollock <brian@fairlawattorney.com> wrote:
>
> Thank you - Allan can I represent that you don't oppose?
>
> Brian H. Pollock, Esq.
> FairLaw Firm
> Ofc: 305.230.4884
> Dir: 305.230.4822
> Fax: 305.230.4844
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> brian@fairlawattorney.com
> www.fairlawattorney.com

On Jan 10, 2023, at 3:41 PM, Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com> wrote:

Hi Brian and thank you for your response. It does not appear that your proposed amendment will resolve the issues we raised relating to Count I, and by extension, Count II.  Nevertheless, we will not oppose the filing of the second amended complaint and reserve the right to contest said complaint after we have an opportunity to analyze the allegations.

Thanks,

Rey

### Reynaldo Velazquez

Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577--7621 | Main: (305) 577--7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Tuesday, January 10, 2023 2:55 PM
**To:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>
**Cc:** Allan S. Reiss, Esq. <asr@levinelawfirm.com>; Sarangoulis, Roman (Miami) <Roman.Sarangoulis@jacksonlewis.com>; Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>
**Subject:** Re: Collado vs. Kiki - Conferral re: Motion to File 2d Amd Complaint

**[EXTERNAL SENDER]**

Hi Rey,

Same to you.

The allegations will be that Kiki paid Mr. Collado and the others an amount less than the applicable minimum wage, supplemented by the service charge and tips. I am not going to allege that the amount of the reduced minimum wage plus service charge is below the applicable minimum wage, but to clarify the method of payment based on the argument as stated in the MTD.

Please let me know,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
Fax: 305.230.4844

135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

On Jan 10, 2023, at 11:50 AM, Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com> wrote:

Hi Brian and happy new year.  I just got out of a meeting and read your emails. I will be driving for the next 2 1/2 hours and will not be able to communicate in writing, so I'm getting this email out now to allow me to address the issue when I get back to Miami.

In relation to Kiki and Mr. Jones, you are proposing to file a second amended complaint in which Plaintiff will allege that he was paid on a tip credit basis?  Specifically, the allegations will be that the direct wages plaintiff was paid plus the percentage of the service charge he received equaled an amount that was below the applicable minimum wage, and that the difference was to be made up on tips?

Thanks,
Rey

### Reynaldo Velazquez
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577--7621 | Main: (305) 577--7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Tuesday, January 10, 2023 9:41 AM
**To:** Allan S. Reiss, Esq. <asr@levinelawfirm.com>; Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>
**Subject:** Re: Collado vs. Kiki - Conferral re: Motion to File 2d Amd Complaint

**[EXTERNAL SENDER]**

Correction - I won't be separating each Claim into 3; I will only be amending to specifically allege that Defendants paid the tip credit/reduced minimum wage.

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

brian@fairlawattorney.com
www.fairlawattorney.com

On Jan 10, 2023, at 9:39 AM, Brian Pollock <brian@fairlawattorney.com> wrote:

Good Morning Allan and Rey,

I reviewed the MTDs and wanted to see if you would agree for Mr. Collado to file a Second Amended Complaint.

Based on RJ River's motion, I would like to file a Second Amended Complaint that identifies each Defendant in a separate Count, thereby transforming a three-Count Complaint into one containing nine Counts as he request.

Based on the motion filed by 450 and Mr. Jones, I will specifically allege that Defendants paid the reduced/tip credit wage, and these Defendants can then address any remaining issues by way of a MTD.

Kindly advise if I have your/Defendants' agreement to file a M/Amend with the proposed Second Amended Complaint today.

Thanks,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir: 305.230.4822
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com