UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA-LOCKA AND
STEVEN BARREIRA,

    Defendants.
_____/

**<u>PLAINTIFF'S NOTICE OF TAKING IN PERSON DEPOSITION</u>**
**(*DUCES TECUM*)**

    TO:    ALL COUNSEL LISTED BELOW

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, 45, and other applicable rules and laws, the undersigned attorney will take the deposition of:

| | |
|---|---|
| NAME: | Michael Steel |
| DATE AND TIME: | February 16, 2023 at 10:00 a.m. |
| PLACE: | FairLaw Firm<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Fl 33146 |

    Upon oral examination before Universal Court Reporting, a Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court. The deposition will continue from hour to hour and from

1

day to day until completed, not to exceed eight (8) hours. You must have with you the items identified on Exhibit "A" for inspection and/or copying.

PLEASE GOVERN YOURSELF ACCORDINGLY.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 13th day of January 2023 on Jonathan H. Railey, Esq., railey@jamg, Christopher J. Stearns, Esq., stearns@jambg.com, Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., 2455 E. Sunrise Blvd., Suite 1000, Fort Lauderdale, FL 33304 *as Counsel for Defendant*.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

**EXHIBIT "A"**

1. Your cellular phone that contains all pictures/images depicting the area of your back which you showed to Steven Barreira in early September 2021.

2. The digital image of your back that you showed to Steven Barreira in early September 2021.

3. All digital images of your back that depict the area where you contend you were struck by a taser and/or taser training cartridge in early September 2021.

4. All digital information identifying the date on which each digital images of your back that depict(s) the area where you contend you were struck by a taser and/or taser training cartridge was taken.

5. All digital information identifying all adjustments and/or modifications to the date on which each digital images of your back that depict(s) the area where you contend you were struck by a taser and/or taser training cartridge was taken.

6. All text messages between you and Steven Barreira between September 1, 2021 and the date of your deposition.

7. All emails exchanged between you and Steven Barreira between September 1, 2021 and the date of your deposition.

8. All WhatsApp messages exchanged between you and Steven Barreira between September 1, 2021 and the date of your deposition.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com