UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23074-CIV-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

     Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

     Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon Defendants 450 North River Drive LLC, d/b/a Kiki on the River ("Kiki"), Roman Jones ("Jones"), and RJ River, LLC ("RJ") (hereafter, "Defendants") Joint Motion to Compel In-Person Settlement Conference (hereafter, "Motion to Compel") [D.E. 67]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 26]. The undersigned held a telephonic hearing on this matter on February 8, 2023.

As discussed at the hearing, given Defendants' objection to conducting the settlement conference via Zoom video conference, the settlement conference shall be conducted in person. Therefore, it is ORDERED AND ADJUDGED that the Motion to Compel [D.E. 67] is GRANTED. However, due to Plaintiff's counsel's unavailability, the settlement conference previously scheduled for February 16, 2023, is CANCELLED. Moreover, due to the undersigned's unavailability to conduct the settlement conference by February 17, 2023, which is

the current deadline, the parties shall seek an extension of time to conduct the settlement conference on a later date that is mutually agreeable to the parties and convenient for the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of February, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
    Counsel of Record