UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER
AND ROMAN JONES,

    Defendants.
_____/

## ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT A SETTLEMENT CONFERENCE

THIS CAUSE, having come before the Court on Plaintiff's Agreed Motion for Enlargement of Time to Conduct a Settlement Conference filed herein on February 9, 2023, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Parties shall complete their settlement conference by March 31, 2023.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of February 2023.

                                                                            BETH BLOOM
                                          UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*