UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC, and
ROMAN JONES,

    Defendants.
_____/

**DEFENDANTS 450 NORTH RIVER DRIVE, LLC, D/B/A KIKI ON THE RIVER, ROMAN JONES, AND RJ RIVER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION**

Defendants, 450 North River Drive, LLC, Kiki on the River ("Kiki"), Roman Jones ("Jones"), and RJ River, LLC ("RJ River") (collectively "Defendants") by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Extension of Time to Respond to Plaintiff Octavio Collado's ("Plaintiff") Motion for Conditional Certification of a Collective Action, and in support states as follows:

    1.    On December 7, 2022, Plaintiff filed his Amended Complaint asserting claims for the recovery of tips/overtips and minimum wage violations. The Amended Complaint included three discrete causes of action asserting claims pursuant to the Fair Labor Standards Act, Florida Minimum Wage Act, and Florida common law.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

2. On December 19, 2022, Plaintiff filed his Motion for Conditional Certification of a Collective Action (the "Motion"), which requests the court conditionally certify Count I, titled Violation(s) of the Fair Labor Standards Act, as a collective action, and appoint him as the representative. [E.C.F. No. 44].

3. On January 17, 2023, Defendants filed their Joint Response in Opposition to Plaintiff's Motion for Conditional Certification of a Collective Action. [E.C.F. No. 62].

4. On January 27, 2023, Plaintiff filed a Renewed Motion for Conditional Certification of a Collective Action (the "Renewed Motion").

5. Therefore, Defendants' deadline to respond to the Renewed Motion is February 10, 2023.

6. Defendants are in the process of preparing their response to the Renewed Motion, and undersigned counsel has been working diligently to complete the response.

7. However, despite its diligent efforts Defendants have been unable to complete their response within the short 14-day period it was allotted per the Local Rules.

8. In accordance with Local Rule 7.1, undersigned counsel conferred with Plaintiff's counsel on February 10, 2023, and requested a brief one-week extension of time through February 17, 2023, to respond to the Renewed Motion. Plaintiff's counsel confirmed that he does not have any objections to the requested extension.

9. In addition, Defendants have agreed to toll the statute of limitations for the Plaintiff to identify potential plaintiffs by a corresponding 7 days in order to alleviate any potential prejudice related to the requested relief.

10. Accordingly, Defendants Kiki, Jones, and RJ River requests this Court provide it with an extension of time up to and including February 17, 2023, to file a response to the Renewed Motion for Conditional Certification of a Collective Action.

11. This is the first requested extension by Defendants to respond to the Renewed Motion for Conditional Certification of a Collective Action.

12. The requested extension is requested in good faith and will not prejudice any party to this action or impede the preparation of this case.

WHEREFORE, Defendants 450 North River Drive, LLC, d/b/z Kiki on the River, Roman Jones, and RJ River, LLC respectfully requests that this Honorable Court enter an Order granting 450 North River Drive, LLC, d/b/a Kiki on the River, and Roman Jones' Unopposed Motion for Extension of Time to Respond to the Motion for Conditional Certification of a Collective Action extending the time in which the Defendants have to respond to the Motion to February 17, 2023, while also granting any such other further relief the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH

Defendants hereby certify that movant has conferred with Plaintiff's counsel regarding the matters set forth in this Motion. Plaintiff has no objection to the relief sought herein.

Dated: February 10, 2023

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

Respectfully submitted,

| | |
|---|---|
| JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600 | Levine & Partners, P.A.<br>3350 Mary Street<br>Miami, Florida 33133<br>Telephone: (305) 372-1352 |
| /s/ *Reynaldo Velazquez*<br>Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: *rey.velazquez@jacksonlewis.com*<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: *roman.sarangoulis@jacksonlewis.com* | /s/ Allan Reiss<br>Allan Reiss, Esq<br>Florida Bar No. 858500<br>Email: asr@levinelawfirm.com<br>*Counsel for RJ River, LLC* |
| *Counsel for 450 North River Drive, LLC,*<br>*d/b/a Kiki on the River and Roman Jones* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on February 10, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

## **SERVICE LIST**

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*

Allan Reiss, Esq.
Florida Bar No. 858500
Email: *Asr@Levinelawfirm.com*
Levine & Partners, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352
Facsimile: (305) 372-1352

*Attorneys for RJ River, LLC*

Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: roman.sarangoulis@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for 450 North River Drive, LLC, Kiki on the River*

4890-0587-0160, v. 1