UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC, and
ROMAN JONES,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS 450 NORTH RIVER DRIVE, LLC, D/B/A KIKI ON THE RIVER, ROMAN JONES, AND RJ RIVER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION**

THIS MATTER came before the Court upon Defendant 450 North River Drive, LLC, d/b/a Kiki on the River, Roman Jones, and RJ River LLC's Motion for Extension of Time to Respond to Plaintiff's Renewed Motion for Conditional Certification of a Collective Action. The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby:

ORDERS AND ADJUDGES that the Motion is GRANTED. 450 North River Drive, LLC, d/b/a Kiki on the River, Roman Jones, and RJ River, LLC shall respond to Plaintiff's Motion for Conditional Certification of a Collective Action on or before February 17, 2023.

DONE AND ORDERED this _____ day of February, 2023 in Miami, Florida.

                                        _____
                                        BETH BLOOM
                                        DISTRIC COURT JUDGE

cc:    All Counsel of Record