UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC,
AND ROMAN JONES,

    Defendants.
_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I worked at Kiki On The River and was employed by 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, as a <u>busser</u>, <u>server</u>, and <u>captain</u> from approximately January 1, 2016, to April 1, 2021.

4. I was not paid at least a minimum wage and/or all my tips for all the time that I worked.

5. I agree to be bound by any decision in this case.

                  Signed: _____
                  Douglas Campos (Feb 17, 2023 17:04 EST)
                  Printed Name:     Douglas Campos
                  Dated: _____