UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC,
AND ROMAN JONES,

    Defendants.
_____/

## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years old and capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I worked at Kiki On The River and was employed by 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, as a <u>server</u> and then as a <u>captain</u> from approximately April 1, 2017, to December 15, 2020.

4. I was not paid at least a minimum wage and/or all my tips for all the time that I worked.

5. I agree to be bound by any decision in this case.

Signed: _____
Printed Name: Konstantinos Kaliptsoglou
Dated: 02/20/2023

---

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*