UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

     Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC D/B/A
KIKI ON THE RIVER AND ROMAN
JONES,

     Defendants.

_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1.   I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2.   Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3.   I worked at Kiki On The River and was employed by 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, as a captain from approximately April 2017 to June 2021.

4.   I was not paid at least a minimum wage and/or all my tips for all the time that I worked.

5.   I agree to be bound by any decision in this case.

Signed:     _Andreas Bouras (Feb 23, 2023 15:35 EST)_____
Printed Name:    Andreas Bouras
Dated:     02-23-2023 _____