# EXHIBIT

# "B"

EXHIBIT "B"

**From:** Velazquez, Reynaldo (Miami) Rey.Velazquez@jacksonlewis.com
**Subject:** Re: Kiki
**Date:** December 27, 2022 at 8:10 PM
**To:** Brian Pollock  brian@fairlawattorney.com
**Cc:** Billingsby, Rebecca J. (Miami)  Rebecca.Billingsby@jacksonlewis.com, Melody Blanco  melody@fairlawattorney.com, Bridget Obando  bridget@fairlawattorney.com,  Sarangoulis, Roman (Miami)  Roman.Sarangoulis@jacksonlewis.com



Thank you for the courtesy Brian. I hope you and your family enjoy the rest of the week and have a happy and safe new year.

Rey

**Reynaldo Velazquez**
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577-7621 | Main: (305) 577-7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Tuesday, December 27, 2022 7:54:42 PM
**To:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>
**Cc:** Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>; Melody Blanco <melody@fairlawattorney.com>; Bridget Obando <bridget@fairlawattorney.com>
**Subject:** Re: Kiki

[EXTERNAL SENDER]

Hi Rey,

I hope that you're enjoying the holidays with your family. No objection on the extensions, and ==I appreciate the tolling of the SOL for the 14 days to alleviate any problems.==

All the best,

Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir: 305.230.4822
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

> On Dec 27, 2022, at 4:19 PM, Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com> wrote:
>
> Hi Brian.  I hope you and your family are enjoying the holiday season.  Roman and I are swamped and the holidays are not helping.  We need one more week on the response to the amended complaint, from December 30 to January 6, and 14 days on the response to the motion for conditional certification, from January 3 to January 17.  ==We will agree to toll the SOL for the 14 days requested on the response to the motion for conditional certification.==  Can we represent to the court that both requests are unopposed?
>
> Thank you,
>
> Rey
>
> **Reynaldo Velazquez**
> Attorney at Law
>
> **Jackson Lewis P.C.**
> One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
> Miami, FL 33131
> Direct: (305) 577-7621 | Main: (305) 577-7600
> Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com