# EXHIBIT

# "C"

# EXHIBIT "C"

**From:** Allan S. Reiss, Esq. asr@levinelawfirm.com 📎
**Subject:** RE: Collado vs. Kiki - Settlement Conference Rescheduling
**Date:** February 10, 2023 at 9:31 AM
**To:** Brian Pollock brian@fairlawattorney.com
**Cc:** Velazquez, Reynaldo (Miami) Rey.Velazquez@jacksonlewis.com, Sarangoulis, Roman (Miami)
Roman.Sarangoulis@jacksonlewis.com, Melody Blanco Melody@fairlawattorney.com, Bridget Obando
bridget@fairlawattorney.com, Billingsby, Rebecca J. (Miami) Rebecca.Billingsby@jacksonlewis.com



combined



ALLAN S. REISS, ESQUIRE

LEVINE & PARTNERS, P.A.
ATTORNEYS AT LAW

3350 MARY STREET ■ MIAMI ■ FLORIDA 33133-5215
TELEPHONE (305) 372-1350 EXT. 115 ■ FAX (305) 423-3203

**vCard** | **map** | **email**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Friday, February 10, 2023 9:30 AM
**To:** Allan S. Reiss, Esq. <asr@levinelawfirm.com>
**Cc:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>; Sarangoulis,
Roman (Miami) <Roman.Sarangoulis@jacksonlewis.com>; Melody Blanco
<Melody@fairlawattorney.com>; Bridget Obando <bridget@fairlawattorney.com>;
Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>
**Subject:** Re: Collado vs. Kiki - Settlement Conference Rescheduling

Of course - will this be a combined or separate responses?

Brian H. Pollock, Esq.
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884

Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

On Feb 10, 2023, at 9:28 AM, Allan S. Reiss, Esq. <asr@levinelawfirm.com>
wrote:

May RJ have the same extension, we agree to your caveat.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Friday, February 10, 2023 9:28 AM
**To:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>
**Cc:** Allan S. Reiss, Esq. <asr@levinelawfirm.com>; Sarangoulis, Roman (Miami) <Roman.Sarangoulis@jacksonlewis.com>; Melody Blanco <Melody@fairlawattorney.com>; Bridget Obando <bridget@fairlawattorney.com>; Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>
**Subject:** Re: Collado vs. Kiki - Settlement Conference Rescheduling

Hi Rey,

No problem on the extension with the same caveat as before - that the extension also operates to toll the limitations period for another week.
Thanks,

Brian H. Pollock, Esq.
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884


Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com


> On Feb 10, 2023, at 9:20 AM, Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com> wrote:
>
> Hi Brian. Our pleasure on the extension and no problem assisting with the coordination. I will get back to you in a little bit regarding dates as I've been tied up the last couple days in deposition prep and deposition. I need to catch up a bit. On that note, our response to the renewed motion for conditional certification is due today. Would you be OK with a one week extension until next Friday?
>
> Thanks,
> Rey

**Reynaldo Velazquez**

Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577-7621 | Main: (305) 577-7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

---

**From:** brian@fairlawattorney.com <brian@fairlawattorney.com>
**Sent:** Thursday, February 9, 2023 1:48 PM
**To:** asr@levinelawfirm.com <asr@levinelawfirm.com>;
Velazquez, Reynaldo (Miami)
<Rey.Velazquez@jacksonlewis.com>; Sarangoulis, Roman
(Miami) <Roman.Sarangoulis@jacksonlewis.com>
**Cc:** Melody@fairlawattorney.com <Melody@fairlawattorney.com
>; bridget@fairlawattorney.com<bridget@fairlawattorney.com>
**Subject:** Collado vs. Kiki - Settlement Conference Rescheduling

Good Afternoon Guys,

Thanks for agreeing to the extension to conduct the settlement
conference. My paralegal is out until Tuesday, so can one of your
offices please start the process of gathering dates for our
settlement conference? If you send some over, I'll have my
assistant help out to coordinate with my folks until she's back.

Please let me know,

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Dir:  305.230.4822
Ofc: 305.230.4884
Fax: 305.230.4844
brian@fairlawattorney.com
www.fairlawattorney.com
lawrulerleadid:C1052-