UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

      Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND
ROMAN JONES,

      Defendants.

_____/

**DEFENDANTS 450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER, AND ROMAN JONES' UNOPPOSED MOTION
FOR LEAVE FOR THEIR INSURANCE ADJUSTER TO APPEAR
TELEPHONICALLY AT THE SETTLEMENT CONFERENCE**

Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River and Roman Jones (collectively "Defendants"), by and through their undersigned counsel, hereby file their unopposed motion for leave for their insurance adjuster to appear telephonically at the settlement conference. Defendants state the following in support thereof:

**GROUNDS**

1.    On February 13, 2023, the Court entered its Order Scheduling Settlement Conference. [E.C.F. No. 81]. The Order specifically states that the Settlement Conference "will be conducted **in person**[,]" and required that a "party representative will full and final authority to make and accept offers of settlement attend." *Id.* (emphasis added).

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

2.      Defendants respectfully request that the Court allow their insurance adjuster to appear telephonically at the Settlement Conference as the undersigned counsel, Reynaldo Velazquez, inadvertently failed to communicate with the insurance adjuster about the settlement conference and she is unable to attend in person because she is located New York, NY.

3.      Undersigned counsel acted immediately upon realizing his oversight today. Undersigned counsel apologizes to opposing counsel, plaintiffs, the Court, and Magistrate Judge Otazo-Reyes.  Twenty-seven years of practicing law and this has never happened to undersigned counsel.  Nevertheless, that is not an excuse and undersigned counsel reiterates his apology to all involved.

4.      Defendants' counsel, Reynaldo Velazquez, Esq., and Roman Sarangoulis, Esq., will be attending the Settlement Conference in person along with their clients.

5.      The undersigned certifies that he has conferred with Plaintiff's counsel, Brian H. Pollack, Esq., on February 28, 2023, regarding the relief sought through this Motion.  Mr. Pollack represented that Plaintiff does not oppose the telephonic appearance of Defendants' insurance adjuster at the Settlement Conference.

6.      The undersigned certifies that this Motion is not made to delay these proceedings and that it is in the interest of justice to grant the requested relief.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g) counsel for Defendants, Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River and Roman Jones, have conferred with counsel for Plaintiff, Brian H. Pollack, Esq., regarding this Motion, and he does not object to the relief requested herein.

WHEREFORE, Defendants respectfully requests that the Court issue an Order granting leave for their insurance adjuster to appear telephonically at the settlement conference.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

Dated:  February 28, 2023

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

/s/ *Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email*: rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*

*Counsel for 450 North River Drive, LLC,*
*d/b/a Kiki on the River and Roman Jones*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on

February 28, 2023, on all counsel of record on the Service List below via transmission of Notices

of Electronic Filing generated by CM/ECF

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

## SERVICE LIST

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*

Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: roman.sarangoulis@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

Allan Reiss, Esq.
Florida Bar No. 858500
Email: *Asr@Levinelawfirm.com*
Levine & Partners, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352
Facsimile: (305) 372-1352

*Attorneys for RJ River, LLC*

Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for 450 North River Drive, LLC, Kiki on the River and Roman Jones*

4