UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC, and
ROMAN JONES,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS 450 NORTH RIVER DRIVE, LLC, D/B/A KIKI ON THE RIVER AND ROMAN JONES' UNOPPOSED MOTION FOR LEAVE FOR THEIR INSURANCE ADJUSTER TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE**

THIS MATTER came before the Court upon Defendant 450 North River Drive, LLC, d/b/a Kiki on the River and Roman Jones' unopposed motion for leave for their insurance adjuster to appear telephonically at the settlement conference. The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby:

ORDERS AND ADJUDGES that Defendants' Unopposed Motion is GRANTED. Defendants' insurance adjuster may appear at the March 1, 2023 Settlement Conference telephonically.

DONE AND ORDERED this _____ day of February, 2023 in Miami, Florida.

                                                              _____
                                                              ALICIA M. OTAZO-REYES
                                                              UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record