UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23074-CIV-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

      Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

      Defendants.
_____/

**REPORT OF SETTLEMENT CONFERENCE
AND ORDER OF ADJOURNMENT**

On March 1, 2023, the undersigned conducted a Settlement Conference. All parties were in attendance. After a general discussion and separate caucus meetings with each side, the Settlement Conference was ADJOURNED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of March, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
        Counsel of Record