UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

    Defendants.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Defendants' Joint Motion to Dismiss, ECF No. [63] ("Motion"), filed on January 25, 2023. The Court has determined that a hearing would be helpful to resolve this Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that a motion hearing is set for March 23, 2023, at 9:00 a.m., in Miami Division, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 3, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record