UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

     Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC,
AND ROMAN JONES,

     Defendants.

_____/

**PLAINTIFF'S AGREED MOTION TO RESET
HEARING ON MOTION TO DISMISS**

Plaintiff, Octavio Collado, requests that the Court reset the hearing on Defendants' Joint Motion to Dismiss [ECF No. 63] based on the following good cause:

1.     On January 25, 2023, Defendants filed a Joint Motion to Dismiss directed at the Second Amended Complaint. [ECF Nos. 59, 62.]

2.     The Court scheduled an in-person hearing to resolve the issues raised in the Joint Motion to Dismiss for March 23, 2023, at 9:00 a.m. [ECF No. 97.]

3.     Undersigned counsel for Plaintiff will be out of the jurisdiction on a pre-planned vacation with his family for spring break from March 18, 2023 through March 15, 2023.

4.     As a result of his absence from the jurisdiction, Plaintiff requests that the Court reschedule the hearing on Defendants' Joint Motion to Dismiss for another day.

5.      The parties conferred, and Plaintiff represents that Defendants agree to the relief requested – *i.e.*, to reschedule the hearing.

WHEREFORE Plaintiff, Octavio Collado, requests that the Court enter an Order resetting the hearing on Defendants' Joint Motion to Dismiss in light of the foregoing.

Dated this 9th day of March 2023.

<div style="margin-left:50%">

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

</div>