UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

    Defendants.
_____/

## ORDER RESCHEDULING HEARING

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Reset Hearing, ECF No. [98] ("Motion"), filed on March 9, 2023. For good case shown, the Motion, **ECF No. [98]**, is **GRANTED**.

The motion hearing currently set for March 23, 2023, is **RESET** for **March 29, 2023**, at **9:00 a.m.**, in Miami Division, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 9, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record