UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

    Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendants' Motion for Protective Order, ECF No. [96], is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for disposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 14, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record