UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISCOVERY HEARING**

Plaintiff, Octavio Collado, notices the Court and all parties of the discovery hearing scheduled before Magistrate Judge Alicia M. Otazo-Reyes at **11:30 a.m. on April 5, 2023**, by Zoom (instructions to be provided by the Court) on the following issue(s):

**A.   Initial Disclosure Documents.**

1. Defendants served their Initial Disclosures on November 28, 2022, and disclosed documents on November 28, 2022, and December 20, 2022.

2. Defendants redacted the names of everyone but Mr. Collado and the six Opt-In Plaintiffs who joined these proceedings by December 20, 2022.

3. Defendants disclosed the payroll records for years 2019, 2020, 2021, and 2022 but did not disclose documents for years 2017 and 2018, which also are at issue in this lawsuit based on Counts II and III.

4.  Defendants did not provide the payroll records containing the names of all persons who received tips to enable Plaintiff to perform an accounting of those records for the five (5) relevant years in this lawsuit.

5.  At issue is whether Defendants should be required to provide payroll records that include the names of all persons who received tips during the time relevant to this lawsuit (September 23, 2017, to the present).

**B.  Responses and Objections to Interrogatories to Defendants, 450 North River Drive, LLC and Roman Jones.**

6.  Mr. Collado served Interrogatories on Defendants 450 North River Drive, LLC, and Roman Jones.

7.  Defendants 450 North River Drive, LLC, and Roman Jones responded separately to the Interrogatories on February 8, 2023.

8.  The parties conducted several conferrals relating to the contents of the Answers and Objections to the Interrogatories.

9.  The parties were unable to resolve their disputes relating to the following:

    a.  INTs to Roman Jones Nos.: 1, 2, 6, 7, 10, 11, 12, 13, and 14. Defendants agreed to revisit the issues regarding INT Nos. 12 and provide their updated position by March 24, 2023.

    b.  INTs to 450 North River Drive, LLC, Nos.: 1, 2, 3, 5, 6, 7, 8, 12, 14, 17, 19. Defendants agreed to revisit the issues regarding INT Nos. 5, 8, 12, and 19 and their updated position by March 24, 2023.

10. If the parties resolve any of the issues surrounding the INTs identified above that Defendants agreed to revisit before the discovery hearing, Mr. Collado will advise the Court.

Respectfully submitted this 16th day of March 2023,

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq.
        Fla. Bar No. 174742
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    305.230.4884
        *Counsel for Plaintiff*