UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Chelsy Carbonell)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Chelsy Carbonell.**

Dated this 29th day of March 2023.

                                s/Brian H. Pollock, Esq.
                                Brian H. Pollock, Esq.
                                Fla. Bar No. 174742
                                brian@fairlawattorney.com
                                **FAIRLAW FIRM**
                                135 San Lorenzo Avenue
                                Suite 770
                                Coral Gables, FL 33146
                                Tel:    305.230.4884
                                *Counsel for Plaintiff(s)*