UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

 Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

 Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Dawson Perez)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Dawson Perez.**

Dated this 29th day of March 2023.

              s/Brian H. Pollock, Esq.
              Brian H. Pollock, Esq.
              Fla. Bar No. 174742
              brian@fairlawattorney.com
              **FAIRLAW FIRM**
              135 San Lorenzo Avenue
              Suite 770
              Coral Gables, FL 33146
              Tel: 305.230.4884
              *Counsel for Plaintiff(s)*