UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Samantha Mehew)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Samantha Mehew.**

Dated this 14th day of April 2023.

                                        s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.
                                        Fla. Bar No. 174742
                                        brian@fairlawattorney.com
                                        **FAIRLAW FIRM**
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff(s)*