# EXHIBIT

# "B"

EXHIBIT "B"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

# EXHIBIT

# "1"

EXHIBIT "1"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*



# EXHIBIT

# "2"

EXHIBIT "2"

```
Server: Augusto G
Check #279                  Table 100
Guest Count: 9
Ordered:     2/25/22 10:31 PM


Input Type
                C (EMV Chip Read)
AMERICAN EXPRESS
                       xxxxxxxx1001
                            10:47 PM
Time

                               Sale
Transaction Type
                           Approved
Authorization
                             804616
Approval Code
                       rHYxYjcLppqN
Payment ID
Application ID
                   A000000025010801
Application Label
                   AMERICAN EXPRESS
Terminal ID
Merchant ID                048922660
Card Reader                    BBPOS


            Subtotal
                          $7,000.00
Service Charge
(21.00%)                  $1,470.00
              Tax           $677.60
           Amount         $9,147.60

+ Additional Tip:     10,000—
           Total:     19,147.60
```