# EXHIBIT

## "E"

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

      Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

      Defendants.

_____/

## DECLARATION OF BRENNA WAGNON

I, Brenna Wagnon, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1.     My name is Brenna Wagnon.

2.     I make this Declaration based on my personal knowledge.

3.     I consented to join in this case.

4.     I am over the age of 18, *sui juris*, and competent to testify to the matters contained in this Declaration.

5.     I worked for the Defendants from about May 2021 to February 2023 as a bottle server at Kiki on the River, a restaurant in Miami, Florida.

6.     As a bottle server, I regularly and routinely interacted with customers at the restaurant as part of the front-of-the-house customer experience team by bringing out bottles of liquor and champagne to patrons.

7.      Throughout my employment at Kiki on the River, I worked as a tipped employee.

8.      My paychecks at Kiki on the River came from 450 North River Drive, LLC, and included an hourly wage that was less than the applicable minimum wage, commissions (or service charges), and tips they collected to make up for the difference.

9.      450 North River Drive, LLC would pay me every week and issue my pay stub.

10.     My paystubs identified the hourly wages I received, the service charges (commissions) shared with me, and the tips being paid to me from the tip pool.

11.     I received tips that Kiki on the River would collect, aggregate into a pool, and distribute.

12.     I was a tipped employee, and so I received tips that Kiki on the River would pay me from the tip pool.

13.     I have personal knowledge that other tipped employees at Kiki on the River will want to participate in this lawsuit, but many of them are unaware of their rights regarding minimum wages and tips.

14.     Defendants employed over 50 others during the time I worked for them who performed similar – if not the same type of work as me – and who were subject to the same type of pay violation practices as me.

15.     I was scrolling through TikTok and saw a video about Kiki on the River's pay practices, so I contacted Mr. Pollock's office to find out more information.

16.     After speaking with his office, I decided to join this case.

17.     I believe that many of my former coworkers also would join this lawsuit and recover the tips (overtips) they earned but did not receive while working for Defendants if they knew about this lawsuit.

18.     My personal experience with Defendants is that they are likely to retaliate against anyone who speaks up about not being paid properly, because of the management style at the restaurant.

19.     Employees who currently work for the Defendants would benefit from the Court supervising a process in which they would be notified of their rights and that federal law can protect them if they are retaliated against for making a claim (or joining this lawsuit) to recover the tips (overtips) owed to them.

20.     If the Court supervised the process of notifying current employees, to hopefully protect the currently employed tipped employees working for Defendants from being retaliated against, I think that others would end up joining this lawsuit to recover the tips (overtips) they earned but did not receive.

21.     I fully understand and aver the facts contained within this Declaration are true and correct.


**DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.


By _____
Brenna Wagnon (Apr 21, 2023 17:16 EDT)

Brenna Wagnon


_____
DATE


135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*