# EXHIBIT

# "G"

EXHIBIT "G"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

**COLLECTIVE ACTION**

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## **CONSENT TO JOIN PURSUANT TO 29 U.S.C. §216(b)**

1. My name is _____.

2. I consent, agree, and opt to become a Plaintiff in this lawsuit brought under the FLSA, 29 U.S.C. §201, *et seq.*, against my current/former employers, 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, and any of their officers, agents, parent corporations, successor corporations, subsidiaries, joint employers, and representatives (collectively "Defendants").

3. I wish to assert a claim for unpaid/underpaid tips (overtips) from Defendants under the FLSA to recover all tips/overtips, liquidated damages, interest, attorneys' fees and costs available to me.

4. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein that is both recommended by FairLaw Firm and approved by the Class Representative so that the Court can approve it as fair, adequate, and reasonable.

5. I designate the FairLaw Firm to represent me in this action.

6. This form may be utilized and/or re-filed in an individual action for me, as necessary.

Dated _____, 202\_\_.    Signed: _____
    Printed Name: _____

**Your Address, Email, and Telephone Are Needed, But Will Not Filed With The Court**

Address: _____    Tel No.: _____
_____    Email: _____

**MAIL, EMAIL, OR TEXT YOUR COMPLETED FORM (OR A PICTURE OF) TO**:
**FairLaw Firm**
**135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33156 /** *brian@fairlawattorney.com*
**TEL 305.230.4884    TEXT 786.386.0885    FAX 305.230.4844**