# EXHIBIT

# "H"

EXHIBIT "H"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*This is a Court-Authorized Reminder Notice and is <u>not a solicitation from a lawyer</u>.
The Court has made no finding about the merits of the case at this time.*

**IF YOU ARE OR IF YOU WERE WORKING AS A FRONT—OF-THE-HOUSE TIPPED EMPLOYEE AT KIKI ON THE RIVER FROM SEPTEMBER 23, 2019 TO THE PRESENT, AND RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN A COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff, Octavio Collado, sued Defendants 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones in federal court in Miami, Florida, alleging that he and the other front-of-the-house tipped employees were not paid all the tips they earned in violation of the Fair Labor Standards Act. The case is *Octavio Collado vs. 450 North River Drive, LLC, RJ River, LLC, and Roman Jones*. The Case Number is *1:22-CV-23074-BLOOM/OTAZO-REYES*.

The Court allowed Plaintiff to send notice to all similarly situated current and former front-of-the-house tipped employees of 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones, who worked in South Florida so they can "opt-in" or join this lawsuit to assert similar legal rights.

The Court has not yet decided whether the Defendants did anything wrong. There is no money available now and no guarantees that there will be any money. However, you have a choice to assert your legal rights in this case. If there is no recovery or judgment in Plaintiff's favor, you will not be responsible for any attorneys' fees.

**This notice is a reminder that to opt-in and join this lawsuit, you must complete the "Notice of Consent to Opt-In Pursuant to 29 U.S.C. § 219" form and mail, fax, or email to it to the Representative Plaintiff's counsel on or before _____ \_\_\_\_, 2023 to participate.**

If you did not receive the Notice of Consent to Opt-In Pursuant to 29 U.S.C. § 219, then please contact the Representative Plaintiff's Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel:    (305) 230-4884
Text:   (786) 386-0885
Fax:    (305) 230-4844
brian@fairlawattorney.com
www.fairlawattorney.com