UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## PLAINTIFF'S AGREED MOTION TO AMEND
## THIRD AMENDED COMPLAINT BY INTERLINEATION

Plaintiff, Octavio Collado, files this Motion to Amend by Interlineation pursuant to Fed. R. Civ. P. 15 and Local Rule 7.1 to correct a portion of the *ad damnum* clause for Count I of the Third Amended Complaint as follows:

1. Mr. Collado filed the Third Amended Complaint on April 7, 2023. [ECF No. 122.]

2. Mr. Collado alleged in Count I that Defendants violated 29 U.S.C. §203(m)(2)(B) of the FLSA. [ECF No. 122.]

3. Part of the relief that Mr. Collado requested n the *ad damnum* clause of Count was a declaration that Defendants willfully violated "the minimum wage provisions of the FLSA". [ECF No. 122 at 17.]

4. Mr. Collado intended to seek a declaration that Defendants willfully violated "§203(m)(2)(B) of the FLSA."

5. Mr. Collado requests the Court to permit him to amend the Third Amended Complaint by interlineation (and to deem the amendment effective as of the date of the Court's Order) to reflect the following amendment on page 17:

*From:*

i. Declaring Defendants, 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, to be in willful violation of **the minimum wage provisions** of the FLSA;

*To:*

i. Declaring Defendants, 450 North River Drive, LLC, RJ River, LLC, and Roman Jones, to be in willful violation of **§203(m)(2)(B)** of the FLSA;

6. Rule 15(a) (2), FRCP, provides that a party may amend its pleading only with the opposing party's consent or the Court's leave. Moreover, the rule provides that "the Court should freely give leave when justice so requires". *Id.*

7. The undersigned conferred with defense counsel, who agreed to the relief requested herein.

WHEREFORE Plaintiff, Octavio Collado, requests that the Court permit him to amend the Third Amended Complaint by interlineation and to deem the amendment effective as of the date of the Court's Order thereon in accordance with the agreement of the parties and the foregoing Motion.

Respectfully submitted this 27th day of April 2023,

>s/Brian H. Pollock, Esq.
>Brian H. Pollock, Esq.
>Fla. Bar No. 174742
>brian@fairlawattorney.com
>FAIRLAW FIRM
>135 San Lorenzo Avenue
>Suite 770
>Coral Gables, FL 33146
>Tel:   305.230.4884
>*Counsel for Plaintiff*