UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF STRIKING DOCKET ENTRY NOS. 16 AND 17**

PLEASE TAKE NOTICE that Defendants, Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River, LLC, (RJ), and Roman Jones ("Jones") (collectively "Defendants"), by and through undersigned counsel, respectfully request that the Clerk strike ECF No. 129, "Notice of Withdrawal of Motion," per its request at ECF No. 133. Defendants will be refiling the Notice of Withdrawal of Motion with the correct signature/login information.

Dated: April 27, 2023

 

                                                                           Respectfully submitted,

| By: *s/ Allan Reiss* | By: *s/ Roman Sarangoulis* |
|---|---|
| Allan Reiss, Esq. | Reynaldo Velazquez, Esq. |
| Florida Bar No. 858500 | Florida Bar No.: 069779 |
| Email: *asr@Levinelawfirm.com* | Email: *rey.velazquez@jacksonlewis.com* |
| LEVINE & PARTNERS, P.A. | Roman Sarangoulis, Esq. |
| 3350 Mary Street | Florida Bar No. 1011944 |
| Miami, Florida 33133 | Email: *roman.sarangoulis@jacksonlewis.com* |
| Telephone: (305) 372-1352 | JACKSON LEWIS P.C. |
| | One Biscayne Tower |

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

*Counsel for Defendant, RJ River, LLC*  2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 27, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

## SERVICE LIST

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for RJ River, LLC*