UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.
_____/

**DEFENDANTS' CORRECTED NOTICE OF WITHDRAWAL WITHOUT PREJUDICE THE JOINT MOTION TO STRIKE PLAINTIFF'S REQUEST FOR RELIEF IN COUNT I OF THE THIRD AMENDED COMPLAINT SEEKING DECLARATION THAT DEFENDANTS WILLFULLY VIOLATED THE FLSA'S MINIMUM WAGE PROVISION AND REQUEST FOR RELIEF IN COUNT II <u>SEEKING RECOVERY OF ALL TIPS</u>**

    PLEASE TAKE NOTICE that Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River, RJ River, LLC, and Roman Jones (collectively "Defendant"), by and through their undersigned, hereby withdraw, without prejudice, their Joint Motion to Strike Plaintiff's Request for Relief in Count I of the Third Amended Complaint Seeking Declaration that Defendants Willfully Violated the FLSA's Minimum Wage Provision and Request for Relief in Count II Seeking Recovery of All Tips, [ECF No. 128], filed on April 26, 2023.

    Defendants withdraw their Motion without prejudice because on April 27, 2023, it was determined that Defendants' counsel did not confer with Plaintiff's counsel prior to filing the Motion as required by Local Rule 7.1(a)(3). To avoid any unnecessary use of judicial resources,

and to comply with Local Rule 7.1(a)(3), Defendants will be conferring with Plaintiff's counsel and refiling the motion thereafter.

Dated:  April 27, 2023

Respectfully submitted,

By: *s/ Allan Reiss*
Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for Defendant, RJ River, LLC*

By: *s/ Roman Sarangoulis*
Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 27, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

## **SERVICE LIST**

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for RJ River, LLC*