UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

      Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Peter Stepanek)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to

Join in these proceedings by **Peter Stepanek.**

Dated this 28ᵗʰ day of April 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff(s)*
