# Tip Pool Notice

## Pooling

450 NORTH RIVER DRIVE, LLC has established three separate tip pools and you will be required to one or more of the tip pools. If optional tips are received from customers, 450 NORTH RIVER DRIVE, LLC will pool 100% of the optional tips received. Since employees will be paid above the minimum wage (hourly rate plus service charges/commissions), 450 NORTH RIVER DRIVE, LLC may require that designated employees that have not customarily and regularly participated in tip pooling arrangements also participate in the tip pool. Managers and supervisors are not permitted to participate in the tip pool.

**Operation of the Tip Pools:** There are three separate tip pools:

1. Captains and Server Pool
2. Support Staff Pool
3. Bartender and Barback Pool

**Contributions to Tip Pools:**

The captains will contribute 50% of their tips to the Captains/Server pool and the remaining 50% to the support staff pool (servers, bussers, runners, dockmaster and hostess)

Bartenders will contribute 100% of the tips they receive to the Bartender/Barback pool

**Distribution of Tips from Tip Pools:**

Captain/Server Pool: Captains will receive 70% of the pooled tip is and Servers will receive 30% of pooled tips.

Bartender/Barback Pool: Bartenders will receive 75% of the pooled tips and barbacks will receive 25%.
Support Staff Pool: The point value for each position is as follows:

| POSITION | POINTS |
| --- | --- |
| Busser | 6 |
| Runner | 7 |
| Head Runner | 8 |
| Hostess | 7 |
| Head hostess | 8 |
| Server | 8 |
| Bottle girl | 8 |

...tribution: Total of 50% of tips per shift are distributed as follows:

1. Determine total points for each employee that worked the shift (total points per employee is determined by multiplying the points assigned to each employee by the hours worked by each employee that worked the shift);
2. Total all the points for the employees that worked the shift.
3. Divide pooled tips for the shift by the total points to determine the point value.
4. Multiply the tip point value by the total points for each employee to determine the optional tips to be received by each employee participating in the tip pool.

## Reporting Your Tips

You are required to report on daily basis all tips you receive.

I acknowledge that I have read and understood this notice. In addition, by signing this notice I acknowledge that I have been adequately advised that I will be required to contribute part of my tips to a tip pool. I know that I may contact my supervisor or ISABEL RONDON at the Human Resource Department should I have a question or want additional information or a further explanation of this notice.

_____     1/20/22
Employee Signature                               Date

Nathan Hughes
_____
Print Name

_____     _____
Supervisor or Witness Signature              Date

_____
Print Name