

**From:** Brian Pollock brian@fairlawattorney.com
**Subject:** Collado vs. 450 North River Drive - Notice, Consent, and Reminder Forms
**Date:** April 21, 2023 at 5:58 PM
**To:** Velazquez, Reynaldo (Miami) Rey.Velazquez@jacksonlewis.com, Allan S. Reiss, Esq. asr@levinelawfirm.com, Sarangoulis, Roman (Miami) Roman.Sarangoulis@jacksonlewis.com
**Cc:** Ashley Hahn ashley@fairlawattorney.com, Schultz, Adam (Miami) Adam.Schultz@jacksonlewis.com, Billingsby, Rebecca J. (Miami) Rebecca.Billingsby@jacksonlewis.com, Maria I. Arce mia@levinelawfirm.com

Good Evening Rey, Allan, Roman, and Adam,

I referenced in the Second Renewed MCC that I would be providing the Notice, Consent, and Reminder Notices to you in Word format. I have attached them to this email.

Reminder Notice Form (...).docx
16 KB

Notice Form (Propo...h.docx
18 KB

Consent to Join (For O...h.docx
30 KB

Best regards,

Brian H. Pollock, Esq.
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com
www.fairlawattorney.com

**From:** **Velazquez, Reynaldo (Miami)** Rey.Velazquez@jacksonlewis.com 
**Subject:** RE: Collado vs. 450 North River Drive - Notice, Consent, and Reminder Forms
**Date:** April 25, 2023 at 10:44 AM
**To:** Brian Pollock  brian@fairlawattorney.com,  Allan S. Reiss, Esq.  asr@levinelawfirm.com,  Sarangoulis, Roman (Miami)  Roman.Sarangoulis@jacksonlewis.com
**Cc:** Ashley Hahn  ashley@fairlawattorney.com,  Schultz, Adam (Miami)  Adam.Schultz@jacksonlewis.com,  Billingsby, Rebecca J. (Miami)  Rebecca.Billingsby@jacksonlewis.com,  Maria I. Arce  mia@levinelawfirm.com

Thanks Brian.



**Reynaldo Velazquez**
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577-7621 | Main: (305) 577-7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Friday, April 21, 2023 5:59 PM
**To:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>; Allan S. Reiss, Esq. <asr@levinelawfirm.com>; Sarangoulis, Roman (Miami) <Roman.Sarangoulis@jacksonlewis.com>
**Cc:** Ashley Hahn <ashley@fairlawattorney.com>; Schultz, Adam (Miami) <Adam.Schultz@jacksonlewis.com>; Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>; Maria I. Arce <mia@levinelawfirm.com>
**Subject:** Collado vs. 450 North River Drive - Notice, Consent, and Reminder Forms

Good Evening Rey, Allan, Roman, and Adam,

I referenced in the Second Renewed MCC that I would be providing the Notice, Consent, and Reminder Notices to you in Word format. I have attached them to this email.

Best regards,

Brian H. Pollock, Esq.
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com <mailto:brian@fairlawttorney.com>
http://www.fairlawattorney.com <http://www.fairlawattorney.com>