UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, and ROMAN JONES,

    Defendants.
_____/

## JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River, LLC, (RJ), and Roman Jones ("Jones") (collectively "Defendants"), and Plaintiff, Octavio Collado ("Collado") (collectively the "Parties"), by and through their undersigned attorneys, jointly move pursuant to Fed. R. Civ. P. 26(c), S.D. Local Rule 26.1, and this Court's Order (ECF No. 121) for entry of the attached proposed Stipulated Confidentiality Agreement and Protective Order ("Protective Order") regarding confidentiality of discovery material. In support of this Joint Motion, the Parties state the following:

    1.    Plaintiff filed a claim for himself and others seeking for unpaid wages under federal and Florida law. The Parties anticipate exchanging extensive discovery and seek to exchange information, including information and materials that are confidential, privileged, and/or contain personal identifying information.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

2. In particular, the Parties seek to avoid the wrongful disclosure of confidential or privileged sensitive financial information, personnel information and business records that may be contained in Defendant's files and/or Plaintiff's records. The parties anticipate that during the course of this litigation, the parties may be required to exchange information relating to payroll records and other personal identifiable information.

3. The standard governing the right of access as it applies to particular documents requires the court to balance the competing interests of confidentiality and the right of public access on a case-by-case basis. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001). In the case of sensitive documents such as payroll records and other records with personal identifiable information, the Parties' interest in preserving confidential and sensitive information clearly outweighs the public's right to access the information.

4. Further, this Court has directed the Parties to submit a confidentiality order to protect the confidential and sensitive nature of records and information to be exchanged. ECF No. 121 at ¶ 1.

5. The entry of the Protective Order proposed by the Parties will permit the exchange of the information covered by the Protective Order by the Parties for the purpose of preparing their claims and defenses in this litigation without risk of that information becoming generally known, to the detriment of the Parties, and the procedure for designating documents and resolving those designations. A copy of the proposed Protective Order is attached as Exhibit "A."

6. The Parties agree that the attached proposed Protective Order will protect the confidentiality of privileged and sensitive information and believe that its entry will promote "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

WHEREFORE, the parties respectfully request that the Court enter the Protective Order attached as Exhibit A.

### CERTIFICATE OF GOOD FAITH

The Parties hereby certify that this Motion is being filed jointly; thus, there is no objection to the relief sought herein.

Dated: June 22, 2023

Respectfully submitted,

*s/ Brian Pollock*
Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

*s/ Allan Reiss*
Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for RJ River, LLC*