UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                          **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC,
AND ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR CLASS CERTIFICATION**

Plaintiff Octavio Collado, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant him an extension of time to file his Motion for Class Certification based on the following good cause:

1. The Court established a deadline of July 5, 2023, for Plaintiff to file a Motion for Class Certification. [ECF No. 26.]

2. Mr. Collado request that the Court grant him an additional two weeks (through July 19, 2023) to file his Motion for Class Certification.

3. The additional time is needed because the parties are working through discovery issues informally, defense counsel have been traveling, and the undersigned has an impending jury trial before the Honorable Cecilia Altonaga in *Batista vs. Avant Assurance, Inc.*, S.D. Fla. Case No. 1:22-CV-22671, which commences on July 10, 2023.

4. The parties conferred, and Plaintiff represents that Defendants agree to the relief requested – *i.e.*, a two-week extension of time to file Plaintiff's Motion for Class Certification.

5. A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiff Octavio Collado, respectfully requests the Court to grant him the two-week Extension of Time requested above.

Dated this 5th day of July 2023.

>Brian H. Pollock, Esq.
>Brian H. Pollock, Esq.
>Fla. Bar No. 174742
>brian@fairlawattorney.com
>FAIRLAW FIRM
>135 San Lorenzo Avenue
>Suite 770
>Coral Gables, FL 33146
>Tel:   305.230.4884
>*Counsel for Plaintiff(s)*