UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

**COLLECTIVE ACTION**

    Plaintiffs,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE**
**(RECEIPT OF DEFENDANTS' EXCEL SPREADSHEET)**

Plaintiff, Octavio Collado, notifies the Court that Defendants complied with the Order On Motion For Conditional Certification [ECF No. 155] by producing an Excel spreadsheet with the names, addresses, and work dates for 383 current and/or former front-of-the-house tipped employees.

Dated this 17th day of July 2023.

    s/Brian Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff(s)*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com