UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,  **COLLECTIVE ACTION**
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.
_____/

## JOINT NOTICE OF FILING

PLEASE TAKE NOTICE that Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River, LLC, (RJ), and Roman Jones ("Jones") (collectively "Defendants"), and Plaintiff, Octavio Collado ("Collado") (collectively the "Parties"), by and through their undersigned counsel, submit their competing proposed (1) Collective Action Court Notice, (2) Collective Action Reminder Notice, and (3) Consent to Joint Pursuant to 29 U.S.C. 216(b) Form (collectively the "Proposed Forms") pursuant to ECF No. 155.  In accordance with ECF No. 155, the Parties have conferred regarding the substance of the Proposed Forms on multiple occasions, including by phone and by email, since the entry of the Court Order requiring same.  The Parties have reach agreement on several issues, but there are outstanding provisions/language to which the Parties have not been able to agree upon.  Defendants' draft proposed notice, consent, and reminder forms are attached hereto as **"Exhibit A."**  Plaintiff's draft proposed forms are attached

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

hereto as **Exhibit "B."**[1] The parties request that the Court resolve the remaining issues on which they could not agree.

Dated: July 17, 2023

Respectfully submitted,

*s/ Brian H. Pollock*
Brian H. Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff and the Collective*

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

*s/ Allan Reiss*
Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for RJ River, LLC*

---

[1] The Parties are simultaneously submitting Microsoft Word versions of their Proposed Forms via email to the court for its convenience.