# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*This is a Court-Authorized Notice. This is not a solicitation from a lawyer.*

**IF YOU ARE OR IF YOU WERE WORKING AS A FRONT-OF-THE-HOUSE TIPPED EMPLOYEE AT KIKI ON THE RIVER BETWEEN JUNE 7, 2020, AND THE PRESENT AND BELIEVE YOU RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN THIS COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff, Octavio Collado, sued Defendants 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones, in federal court in Miami, Florida, alleging that he and the other similarly situated front-of-the-house tipped employees (such as captains, servers, bottle servers, bussers, food runners, bartenders, barbacks, hosts, hostesses, and dockmasters) were not paid all the tips they earned in violation of the Fair Labor Standards Act. The case is *Octavio Collado vs. 450 North River Drive, LLC, RJ River, LLC, and Roman Jones*. The Case is pending in the Southern District of Florida with Case Number 1:22-CV-23074-BLOOM/OTAZO-REYES.

The Defendants deny Mr. Collado's claims and contend that they acted lawfully and did not improperly retain or distribute any tips. The Court has not yet decided whether Mr. Collado or the Defendants are correct. There is no money available now and no guarantee that any money will be available to you. However, you have a choice about asserting your legal rights in this case.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT** ||
|---|---|
| **RETURN YOUR CONSENT FORM BEFORE \_\_\_\_, --, 2023** | **Be a part of this lawsuit.**<br><br>By timely returning the Consent Form, you become a party to this lawsuit, favorable or unfavorable. You gain the possibility of receiving your share of any money that may be recovered from a trial or settlement, but you give up your right to separately sue Defendants for any tips claimed in this lawsuit. |
| **DO NOTHING** | **You will not be a part of this lawsuit.**<br><br>If you do not timely return the Consent Form, you will not participate in this lawsuit and if money is recovered, you will not share in it. But, you will keep any rights to bring a sue Defendants for any alleged failure to abide by the applicable federal law. |

## NOTICE OF RIGHT TO JOIN LAWSUIT
(Page 2)

If you choose to join this lawsuit, you may select your own separate counsel to represent you, or you can choose to be represented by the FairLaw Firm, which represents Octavio Collado and the other people who already filed their Consent Forms and joined the lawsuit.

**It is a violation of federal law for the Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way due to your receiving this notification, considering whether to join this lawsuit, or joining this lawsuit, you may contact any lawyer of your choosing.**

Mr. Collado entered into a contingency fee agreement with the FairLaw Firm, which means that if you do not win, FairLaw Firm will not charge you for any attorneys' fees or costs. A copy of the contingency fee agreement executed by Mr. Collado may be obtained upon request from FairLaw Firm. If there is a monetary recovery, FairLaw Firm will be paid by either a percentage of any settlement or monetary judgment obtained in favor of everyone who joined the Collective Action or by asking the Defendants to pay FairLaw Firm for the attorneys' fees and costs expended. The Court may be asked to determine and/or approve the attorneys' fees awarded to the FairLaw Firm.

To join the lawsuit, you must complete the "Consent to Join Pursuant to 29 U.S.C. §216(b)" form and send it to FairLaw Firm by mail, fax, email, or text on or before____ ___, 2023:

     Representative Plaintiff's Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel: (305) 230-4884
Text: (786) 386-0885
Fax: (305) 230-4844
brian@fairlawattorney.com
www.fairlawattorney.com

4877-4238-3985, v. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*This is a Court-Authorized Reminder Notice. This is <u>not a solicitation from a lawyer</u>.*

**IF YOU ARE OR IF YOU WERE WORKING AS A FRONT-OF-THE-HOUSE TIPPED EMPLOYEE AT KIKI ON THE RIVER BETWEEN JUNE 7, 2020, AND THE PRESENT, AND BELIEVE YOU RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN THIS COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff Octavio Collado sued Defendants 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones in federal court in Miami, Florida, alleging that he and the other front-of-the-house tipped employees were not paid all the tips they earned in violation of the Fair Labor Standards Act. The case is *Octavio Collado vs. 450 North River Drive, LLC, RJ River, LLC, and Roman Jones*. The Case is pending in the Southern District of Florida with Case Number 1:22-CV-23074-BLOOM/OTAZO-REYES.

**This Notice is a reminder that to join this lawsuit, you must complete the "Consent to Join Pursuant to 29 U.S.C. §216(b)" form and mail, fax, email, or text it to the FairLaw Firm on or before _____ ____, 2023 to participate.**

The Defendants deny Mr. Collado's claims and contend that they acted lawfully and did not improperly retain or distribute any tips. The Court has not yet decided whether Mr. Collado or Defendants are correct. There is no money available now and no guarantee that any money will be available to you. However, you have a choice about asserting your legal rights in this case. If there is no recovery or judgment in Plaintiff's favor, you will not be responsible for any attorneys' fees.

If you did not receive the initial Court-Authorized Notice or the "Consent to Join Pursuant to 29 U.S.C. §216(b)," then please contact the Representative Plaintiff's Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel:     (305) 230-4884
Text:   (786) 386-0885
Fax:    (305) 230-4844
brian@fairlawattorney.com
www.fairlawattorney.com

4895-3826-6993, v. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

**COLLECTIVE ACTION**

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## CONSENT TO JOIN PURSUANT TO 29 U.S.C. §216(b)

1. My name is _____.

2. I consent, agree, and opt to become a Plaintiff in this lawsuit brought under the FLSA, 29 U.S.C. §201, *et seq.*, against my current/former employer, 450 North River Drive, LLC, d/b/a Kiki on the River, and alleged employers RJ River, LLC, and Roman Jones, (collectively "Defendants").

3. I wish to assert a claim for alleged unpaid/underpaid tips (overtips) against Defendants so I can recover all tips improperly retained or distributed, and either liquidated damages if awarded by the Court or interest, plus the attorneys' fees and costs available to me.

4. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein that is recommended by FairLaw Firm, approved by the Class Representative, and approved by the Court as fair and reasonable.

5. I designate the FairLaw Firm to represent me in this case.

This form may be utilized and/or re-filed in an individual action for me, as necessary.

Dated _____, 202__.   Signed:_____

                                                         Printed Name:_____

Your Address, Email, and Telephone Are Needed, But Will Not Filed With The Court

Address: _____   Tel No.:_____
             _____   Email: _____

**MAIL, EMAIL, TEXT, OR FAX YOUR COMPLETED FORM TO:**
FairLaw Firm
135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33156 / *brian@fairlawattorney.com*
TEL 305.230.4884     TEXT 786.386.0885     FAX 305.230.4844