UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,  
for himself and all others  
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,  
D/B/A KIKI ON THE RIVER,  
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.  
_____/

**COLLECTIVE ACTION**

## JOINT MOTION TO RESCHEDULE MEDIATION

Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River, LLC, (RJ), and Roman Jones ("Jones") (collectively "Defendants"), and Plaintiff, Octavio Collado ("Collado") (collectively "the Parties"), by and through their undersigned attorneys, jointly move this Court to permit the Parties to reschedule the currently set mediation. In support thereof, the Parties state the following:

1. The claims in this matter concern employment-related disputes pertaining to alleged unlawful distribution and/or retention of tips.

2. Plaintiff filed the initial Complaint on September 23, 2022, asserting one count for alleged violations of the Fair Labor Standards Act ("FLSA"). [ECF No. 1].

3. On November 10, 2022, the Court entered its *Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge* (the "Scheduling Order"). [ECF No. 26]. The Scheduling Order requires mediation be completed on or before October 17, 2023. *Id.*

4. On November 29, 2022, the Parties initially agreed to schedule mediation on June 6, 2023. [ECF No. 36].

5. Thereafter, the following procedural history of this case necessitated a rescheduling of the mediation to July 26, 2023:

   a. On December 7, 2022, Plaintiff filed a First Amended Complaint, which included three counts: Count I – alleged violations of the FLSA, Count II – alleged violations of the Florida Minimum Wage Act ("FMWA"), and Count III – alleged violations of Florida common law. [ECF No. 40].

   b. Defendants filed Motions to Dismiss the First Amended Complaint, (ECF Nos. 55 and 56), and on January 11, 2023, Plaintiff filed a Second Amended Complaint (ECF No. 59).

   c. On January 25, 2023, Defendants filed a Motion to Dismiss the Second Amended Complaint. [ECF No. 63]. The Court granted Defendant's Motion to Dismiss in part and denied it in part. [ECF. 112]. The Court dismissed the Second Amended Complaint without prejudice and permitted Plaintiff leave to amend. *Id.*

   d. While the Motion to Dismiss the Second Amended Complaint was pending, Plaintiff also filed a Renewed Motion for Conditional Certification of a Collective Action. [ECF No. 65]. Since the Second Amended Complaint was dismissed, the Court denied the Renewed Motion for Conditional Certification of a Collective Action as moot. [ECF No. 113].

   e. On April 7, 2023, Plaintiff filed a Third Amended Complaint. [ECF No. 122]. Plaintiff also filed a Second Renewed Motion for Conditional Certification of a Collective Action on April 21, 2023. [ECF No. 127].

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

6. As a result of the forgoing procedural history and Defendants intent to file a Motion to Dismiss the Third Amended Complaint, the Parties agreed to reschedule the mediation previously set for June 6, 2023. Accordingly, on April 19, 2023, the mediator submitted a Second Notice of Stipulation of Mediator advising the Court that the mediation was reset for July 26, 2023. [ECF No. 125]. The expectation of the Parties was that the case would be ready to mediate by July 26, 2023.

7. Thereafter, the following procedural history of this case has resulted in the Parties agreeing to reschedule the mediation to October 5, 2023:

   a. On April 27, 2023, Defendants filed a Motion to Dismiss the Third Amended Complaint. [ECF No. 137].

   b. Defendants then filed a Response in Opposition to the Second Renewed Motion for Conditional Certification of a Collective Action on May 5, 2023. [ECF No. 141].

   c. On June 21, 2023, the Court denied the Motion to Dismiss the Third Amended Complaint and provided Defendants until June 30, 2023, to Answer the claims. [ECF No. 152]. Defendants filed a timely answer to the Third Amended Complaint. [ECF No. 156].

   d. The Court then granted Plaintiff's Second Renewed Motion for Conditional Certification of a Collective Action on June 29, 2023. [ECF No. 155]. Notably, the Court's Order granting the Second Renewed Motion for Conditional Certification provides for a "time period for opting into this action [of] . . . 60 days from the date the Notice is sent." *Id.*

   e. In accordance with ECF No. 155, the Parties conferred regarding the substance of (1) the Collective Action Court Notice, (2) the Collective Action Reminder

3

    Notice, and (3) the Consent to Join Pursuant to 29 U.S.C. § 216(b) Form (the "Proposed Forms"). The conferrals to resolve their differences over the Proposed Forms included multiple telephone and email communications.

  f. The Parties reached agreement on several issues, but there remained provisions/language to which the Parties could not agree upon. As a result, the Parties timely filed competing Proposed Forms on July 17, 2023, and requested that the Court determine which Proposed Forms were appropriate to be sent to the putative collective. [ECF No. 163]. The issue of the Proposed Forms remains pending before the Court as of the filing of this Motion.

  g. Since the Parties recently filed their Proposed Forms for the Court's consideration, the opt-in period will **not** be closed before the presently set mediation date of July 26, 2023.

8. As a result of the forgoing procedural history and the fact that the opt-in period will not have even commenced by July 26, 2023, the Parties will not be able to mediate with any certainty regarding one of the most critical elements of a potential settlement, which is the amount of opt in plaintiffs.

9. The proposed date of October 5, 2023, is intended to afford time for the Court to decide what Proposed Forms will be used, Plaintiff's counsel to send the forms, and the sixty (60) day opt in period to run its course.

10. The additional time resulting from the July 26, 2023, current mediation date and the proposed date of October 5, 2023, will provide the Parties with a better, if not definitive understanding of the scope of this action because the opt-in period should be closed prior to the rescheduled mediation.

11. As a result, the Parties respectfully submit that the relief sought herein is necessary for the Parties to have meaningful discussions about potential settlement by affording time for the opt-in process to occur, which will allow the Parties to know the number of opt in plaintiffs for settlement purposes.

12. This motion is not intended to delay this litigation as the Parties remain actively engaged in discovery and working together to narrow and limit issues as much as possible.

WHEREFORE, Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River, RJ River, LLC, and Roman Jones, and Plaintiff, Octavio Collado, respectfully request the Court permit the Parties to reschedule the currently set mediation date from July 26, 2023, to October 5, 2023.

## CERTIFICATE OF GOOD FAITH

The Parties hereby certify that they conferred regarding the issues and relief requested in this Motion and decided to file the Motion jointly because of the necessity of the relief sought.

Dated: July 20, 2023

Respectfully submitted,

*s/ Brian Pollock*
Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones*

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

<u>s/ Allan Reiss</u>
Allan Reiss, Esq.
Florida Bar No. 858500
Email: *asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Counsel for RJ River, LLC*