UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO                                    **COLLECTIVE ACTION**
For himself and all others
similarly situated,

        Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC, and
ROMAN JONES,

        Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO RESCHEDULE MEDIATION

THIS MATTER came before the Court upon the Parties Joint Motion to Reschedule Mediation.  The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby:

ORDERS AND ADJUDGES that the Parties Joint Motion to Reschedule Mediation is GRANTED.  The Parties shall reschedule the mediation presently set for July 26, 2023 to the new date of October 5, 2023.

DONE AND ORDERED this _____ day of July, 2023 in Miami, Florida.


                                        _____
                                        JUDGE BETH BLOOM
                                        UNITED STATES DISTRICT COURT

cc:      All Counsel of Record