UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-23074-BLOOM/Otazo-Reyes**

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

    Defendants.
_____/

## ORDER ON COLLECTIVE ACTION NOTICES

**THIS CAUSE** is before the the Court upon the parties' Joint Notice of Filing, ECF No. [163], filed on July 17, 2023. Therein, the parties provide competing proposed versions of a Collective Action Court Notice, a Collective Action Reminder Notice, and a Consent to Join form. The Court has reviewed the parties' proposed versions and authorized the versions attached to this Order.

Consistent with the Court's Order on Motion for Conditional Certification, the opt-in period will run for sixty (60) days, beginning on **Monday**, **July 24, 2023**. No Notices shall be sent prior to that date. Plaintiff may send the Reminder Notice on **August 23, 2023**. The opt-in period will close on **September 22, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 20, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record