UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 1:22-cv-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,

vs.

**COLLECTIVE ACTION**

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## COURT NOTICE

*This is a Court-Authorized Notice. This is <u>not a solicitation from a lawyer</u>.*

**IF YOU ARE OR IF YOU WERE WORKING AS A FRONT-OF-THE-HOUSE TIPPED EMPLOYEE AT KIKI ON THE RIVER BETWEEN JUNE 7, 2020, AND THE PRESENT, AND BELIEVE YOU RECEIVED SOME BUT NOT ALL THE TIPS YOU EARNED, THEN THIS COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Plaintiff, Octavio Collado, sued Defendants, 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones (collectively "Kiki on the River"), in federal court in Miami, Florida, alleging that he and the other similarly situated front-of-the-house tipped employees (such as captains, servers, bottle servers, bussers, food runners, bartenders, barbacks, hosts, hostesses, and dockmasters) were not paid all the tips they earned in violation of the Fair Labor Standards Act. The case name is *Octavio Collado v. 450 North River Drive, LLC, RJ River, LLC, and Roman Jones*. The Case is pending in the Southern District of Florida with Case Number *1:22-CV-23074-BLOOM/OTAZO-REYES*.

The Defendants deny Mr. Collado's claims and contend that they acted lawfully and did not improperly retain or distribute any tips.

The Court has not decided whether Mr. Collado or the Defendants are correct. There is no money available now and no guarantees there will be any money available to you. You have a choice about whether you want to join this lawsuit and assert your legal rights in this case.

1

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT** | |
|---|---|
| **RETURN YOUR CONSENT FORM BEFORE SEPTEMBER 22, 2023** | **Be a part of this lawsuit.**<br><br>By timely returning the Consent Form, you become a party plaintiff to this lawsuit against Kiki on the River, whether the outcome is favorable or unfavorable. By joining, you gain the possibility of receiving the tips you claim are owed to you if they are recovered after a trial or settlement, but you give up your right to separately sue Kiki on the River for any claims made in this lawsuit. |
| **DO NOTHING** | **You will not be a part of this lawsuit.**<br><br>If you do decide not to timely return the Consent Form or otherwise fail to do so, you will not participate in this lawsuit and if money is recovered, you will not share in it. But you will keep any rights to sue Defendants for any claims alleged in this lawsuit. |

### NOTICE OF RIGHT TO JOIN LAWSUIT

If you choose to join this lawsuit, you may select your own separate counsel to represent you or you can choose to be represented by the FairLaw Firm, which represents Octavio Collado and the other people who already joined the lawsuit.

It is a violation of federal law for the Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way due to your receiving this notification, considering whether to join this lawsuit, or joining this lawsuit, you may contact any lawyer of your choosing.

### ATTORNEY FEES

Mr. Collado entered into a contingency fee agreement with the FairLaw Firm, which means that if he does not win, Plaintiff's counsel will not charge him for any attorneys' fees or costs. A copy of the contingency fee agreement executed by the named Plaintiff may be obtained upon request from the FairLaw Firm. If there is a monetary recovery or settlement, the Court will approve the amount of the attorney fees and costs the FairLaw Firm receives.

To join the lawsuit, you must complete the "Consent to Join Pursuant to 29 U.S.C. § 216(b)" form and send it to FairLaw Firm by mail, fax, or email on or before September 22, 2023.

Representative Plaintiff's Counsel:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel: (305) 230-4884
Fax: (305) 230-4844
brian@fairlawattorney.com
www.fairlawattorney.com