UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**
**(Dalianny Mandiarote)**

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Dalianny Mandiarote.**

Dated this 24th day of July 2023.

                                                            s/Brian H. Pollock, Esq.
                                                            Brian H. Pollock, Esq.
                                                            Fla. Bar No. 174742
                                                            brian@fairlawattorney.com
                                                            **FAIRLAW FIRM**
                                                            135 San Lorenzo Avenue
                                                            Suite 770
                                                            Coral Gables, FL 33146
                                                            Tel:    305.230.4884
                                                            *Counsel for Plaintiff(s)*