UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, and ROMAN JONES,

    Defendants.
_____/

COLLECTIVE ACTION

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23**

Defendants, 450 North River Drive, LLC, Kiki on the River ("Kiki"), Roman Jones ("Jones"), and RJ River, LLC ("RJ River") (collectively "Defendants") by and through their undersigned counsels and pursuant to the Federal Rules of Civil Procedure, hereby file their Agreed Motion for Extension of Time to Respond to Plaintiff Octavio Collado's ("Plaintiff") Motion for Class Certification Pursuant to Rule 23(B)(3), and in support states as follows:

    1.    On July 19, 2023, Plaintiff filed his Motion for Class Certification Pursuant to Rule 23(B)(3) (the "Motion").

    2.    Currently, Defendants' deadline to respond to the Motion is August 2, 2023.

    3.    Notably, Reynaldo Velazquez, Esq., lead counsel for Kiki and Jones, was out of the office and on vacation from July 20-23, 2023.

4. Upon Mr. Velazquez's return to the office on July 24, 2023, he had several work-related matters to address before he was able to begin reviewing the Motion, which included, among other matters, preparation for a mediation on July 27, 2023, pertaining to a workers compensation retaliation claim and a position statement that was due July 26, 2023 (EEOC conveyed an extension will not be granted).

5. Mr. Velazquez commenced analyzing the Motion today, July 27, 2023, to assess and formulate the strategy to begin preparing the response to the Motion. As a result, Defendants' counsels were delayed approximately one week in their ability to jointly analyze and strategize regarding their response to the Motion, which is approximately 17 pages in length.

6. Although Defendants will work diligently in completing their response, they foresee their inability to meet the current due date of August 2, 2023.

7. As a result of the forgoing, and additional work-related responsibilities moving forward, Defendants respectfully request a one-week extension of time to file their response to the Motion, which will afford them the time lost because of Mr. Velazquez's vacation and the work-related matters that had to be addressed before he had an opportunity to review the Motion.

8. In accordance with Local Rule 7.1, undersigned counsel conferred with Plaintiff's counsel on July 27, 2023, and requested a one-week extension of time through August 9, 2023, to respond to the Motion. Plaintiff's counsel confirmed that he does not have any objections to the requested extension.

9. Accordingly, Defendants Kiki, Jones, and RJ River respectfully request this Court grant them an extension of time up to and including August 9, 2023, to file a response to the Motion for Class Certification Pursuant to Rule 23(B)(3).

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

10. This is the first requested extension by Defendants to respond to the Motion for Class Certification Pursuant to Rule 23(B)(3).

11. The requested extension is requested in good faith and will not prejudice any party to this action or impede the preparation of this case.

WHEREFORE, Defendants 450 North River Drive, LLC, d/b/z Kiki on the River, Roman Jones, and RJ River, LLC, respectfully request that this Honorable Court enter an Order granting 450 North River Drive, LLC, d/b/a Kiki on the River, and Roman Jones' Agreed Motion for Extension of Time to Respond to the Motion for Class Certification Pursuant to Rule 23(B)(3) extending the time in which the Defendants have to respond to the Motion to August 9, 2023, while also granting any such other further relief the Court deems just and appropriate under the circumstances.

**CERTIFICATE OF GOOD FAITH**

Defendants hereby certify that movant has conferred with Plaintiff's counsel regarding the matters set forth in this Motion. Plaintiff has no objection to the relief sought herein.

Dated: July 27, 2023

Respectfully submitted,

| | |
|---|---|
| JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600 | LEVINE & PARTNERS, P.A.<br>3350 Mary Street<br>Miami, Florida 33133<br>Telephone: (305) 372-1352 |
| /s/ *Roman Sarangoulis*<br>Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: rey.velazquez@jacksonlewis.com<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: roman.sarangoulis@jacksonlewis.com<br><br>*Counsel for 450 North River Drive, LLC, d/b/a Kiki on the River and Roman Jones* | /s/ *Allan Reiss*<br>Allan Reiss, Esq<br>Florida Bar No. 858500<br>Email: asr@levinelawfirm.com<br><br>*Counsel for RJ River, LLC* |

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on July 27, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

## SERVICE LIST

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*

Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: roman.sarangoulis@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for 450 North River Drive, LLC,
d/b/a Kiki on the River and Roman Jones*

Allan Reiss, Esq.
Florida Bar No. 858500
Email: *Asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352
Facsimile: (305) 372-1352

*Attorneys for RJ River, LLC*