UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
For himself and all others
similarly situated,

COLLECTIVE ACTION

    Plaintiff,
v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC, and
ROMAN JONES,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23(B)(3)**

THIS MATTER came before the Court upon Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River, Roman Jones, and RJ River LLC's Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification Pursuant to Rule 23(B)(3). The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Motion is GRANTED. 450 North River Drive, LLC, d/b/a Kiki on the River, Roman Jones, and RJ River, LLC shall respond to Plaintiff's Motion for Class Certification Pursuant to Rule 23(B)(3) on or before August 9, 2023.

DONE AND ORDERED this ___ day of July 2023, in Miami, Florida.

_____
JUDGE BETH BLOOM
UNITED STATES DISTRIC COURT

cc:    All Counsel of Record