UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

 Plaintiff,          **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

 Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Livan Gonzalez)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Livan Gonzalez.**

Dated this 31st day of July 2023.

               s/Brian H. Pollock, Esq.
               Brian H. Pollock, Esq.
               Fla. Bar No. 174742
               brian@fairlawattorney.com
               **FAIRLAW FIRM**
               135 San Lorenzo Avenue
               Suite 770
               Coral Gables, FL 33146
               Tel:  305.230.4884
               *Counsel for Plaintiff(s)*