### **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by <<Custom709>>, from approximately <<Custom534>> to <<Custom535>>.

4. I was not paid at least a minimum wage and/or overtime wages for all the time that I worked.

5. I agree to be bound by any decision in this case.

Signed: *RJZ*

Printed Name: <<LEAD NAME>>

Dated: 08 / 05 / 2023

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Doc ID: f575aeeda3a2223825fb9f15133004c88cb9363d





| | 08 / 05 / 2023 | The document has been completed. |
| --- | --- | --- |
| COMPLETED | 20:18:36 UTC | |