UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                            **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**
(Noel Castellano and Martin Viteri)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Noel Castellano and Martin Viteri.**

Dated this 9th day of August 2023.

                                                  s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq.
                                                  Fla. Bar No. 174742
                                                  brian@fairlawattorney.com
                                                  **FAIRLAW FIRM**
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff(s)*