## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by <<Custom709>>, from approximately <<Custom534>> to <<Custom535>>.

4. I was not paid at least a minimum wage and/or overtime wages for all the time that I worked.

5. I agree to be bound by any decision in this case.

Signed: _[signature]_

Printed Name: <<LEAD NAME>>

Dated: 08 / 09 / 2023

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Doc ID: a10560d106c1ba0e234e705c052282fc0fbc5a90

## **DECLARACIÓN Y AVISO**

De conformidad con 28 USC § 1746, por la presente hacer la siguiente declaración:

1. Soy mayor de 18 años de edad y soy capaz que hacer esta declaracion. Esta declaracion es basada en mis conocimientos personales.

2. De conformidad con 29 U.S.C. §216(b), doy mi consentiemiento para ejercer como demandante en esta accion bajo FLSA.

3. Estuve empleado por <<Custom709>> desde aproximadamente <<Custom534>> hasta <<Custom535>>.

4. No se pagó por lo menos un salario mínimo y/o pago de horas extras para todo el tiempo que trabajé.

5. Estoy de acuerdo con estar vinculado a cualquier decisión en este caso.

Firma: _____

Nombre: <<LEAD NAME>>

Fecha: _____

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Doc ID: a10560d106c1ba0e234e705c052282fc0fbc5a90

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Consent to Join in Spanish |
| **File name** | 37.pdf |
| **Document ID** | a10560d106c1ba0e234e705c052282fc0fbc5a90 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **08 / 09 / 2023**<br>18:42:10 UTC | |
| VIEWED | **08 / 09 / 2023**<br>18:42:47 UTC | |
| SIGNED | **08 / 09 / 2023**<br>18:44:41 UTC | |
| COMPLETED | **08 / 09 / 2023**<br>18:44:41 UTC | The document has been completed. |

Powered by **Dropbox** Sign