UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                  **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING AMENDED CONSENTS TO JOIN**
(Martin Viteri and Alexander Martinez)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Amended Consents to Join in these proceedings by **Martin Viteri and Alexander Martinez.**

Dated this 18th day of August 2023.

                                                         s/Brian H. Pollock, Esq.
                                                         Brian H. Pollock, Esq.
                                                         Fla. Bar No. 174742
                                                         brian@fairlawattorney.com
                                                         **FAIRLAW FIRM**
                                                         135 San Lorenzo Avenue
                                                         Suite 770
                                                         Coral Gables, FL 33146
                                                         Tel:    305.230.4884
                                                         *Counsel for Plaintiff(s)*