UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                           **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
**(Anthony Mejia, Duygu Koctuerk and Julian Garzon)**

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Anthony Mejia, Duygu Koctuerk and Julian Garzon.**

Dated this 23rd day of August 2023.

                                                                    s/Brian H. Pollock, Esq.
                                                                    Brian H. Pollock, Esq.
                                                                    Fla. Bar No. 174742
                                                                    brian@fairlawattorney.com
                                                                    **FAIRLAW FIRM**
                                                                    135 San Lorenzo Avenue
                                                                    Suite 770
                                                                    Coral Gables, FL 33146
                                                                    Tel:    305.230.4884
                                                                    *Counsel for Plaintiff(s)*