UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## NOTICE OF DISCOVERY HEARING

Plaintiff, Octavio Collado, and Defendants, 450 North River Drive, LLC d/b/a Kiki on the River, RJ River, LLC, and Roman Jones, notice the Court and all parties of the discovery hearing scheduled before Magistrate Judge Alicia M. Otazo-Reyes at **10:30 a.m. on September 6, 2023**, by Zoom (instructions to be provided by the Court) on the following issue(s):

**A.**    **Defendants' Responses to Requests for Production.**

The parties conducted multiple and extensive conferrals regarding the Requests for Production served on Defendants, and the following issues remain:

**RFP No. 4** (Plaintiff agreed to limit his request to responsive documents relating to tips, wages, service charges, and distributing tips.)

**RFP No. 6** (Plaintiff agreed to limit his request to responsive documents relating to the POS, tips, overtips, cash tips, reporting tips, collecting tips, distributing tips, resolving disputes regarding tips and wages, tip pooling, and service charge.)

**RFP No. 10**

**RFP No. 11** (Plaintiff explained that the terms "business structure of Defendants," "business structure," and "the business" refer to LLC members, persons who own and operate Kiki accounts receivables, accounts payable, payrolls, and recruit, hire, furnish, or evaluate workers for Kiki)

**RFP Nos. 15 and 16**

**RFP Nos. 18, 19, 20** – production of the responsive materials in native digital format (as an export)

**RFP No. 21**

**RFP Nos. 22 and 29** (Defendant, 450 North River Drive, LLC indicated that responsive documents existed but no longer exist, and so the circumstances of same should be provided)

**RFP Nos. 24 and 28**

**RFP No. 39**

B.   **Defendant's Discovery to Plaintiff and Opt-In Plaintiffs**

Defendant, 450 North River Drive, LLC d/b/a Kiki on the River, propounded its "Requests for Production to Plaintiff and Opt-In Plaintiffs" and its "First Set of Interrogatories to Plaintiff and Opt-In Plaintiffs."

Plaintiff advised the Defendant that it was improper to propound discovery to each of the Opt-In Plaintiffs, as doing so would create thousands of discovery requests to each Opt-In Plaintiff. In an effort to resolve the issue raised by Plaintiff and without waiving their right to obtain responses to the originally served request to produce and interrogatories, Defendant proposed limiting the discovery to five Request for Production and five Interrogatories to each Opt-In Plaintiff, but Plaintiff still maintains that propounding discovery to each Opt-In Plaintiff is

improper, would result in hundreds of discovery requests, and that discovery can be accomplished through limited discovery to one representative from each category of employee who joined (servers, captains, bottle servers, food runners, bussers, and barbacks).

If the parties resolve any issues surrounding the discovery identified above, they will advise the Court.

Respectfully submitted this 6th day of August 2023,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
Brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

s/Allan S. Reiss, Esq.
Allan S. Reiss (858500)
Asr@levinelawfirm.com
Levine & Partners, P.A.
3350 Mary Street
Miami, FL 33133
Tel: 305.372.13.50
Fax: 305.372.1352
*Counsel for RJ River, LLC*

s/ *Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No.: 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
*Counsel for 450 North River Drive, LLC d/b/a Kiki On The River and Roman Jones*