UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23074-CIV-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC AND ROMAN JONES,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Octavio Collado's ("Plaintiff") Notice of Discovery Hearing [D.E. 200]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 26]. The undersigned held a hearing on this matter on September 6, 2023 (hereafter, "Hearing"). In accordance with the rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Discovery Responses [D.E. 201] from Defendants 450 North River Drive LLC, d/b/a Kiki on the River ("450 North River Drive") and Roman Jones ("Jones") (together, "Defendants") is GRANTED IN PART as follows:

    1.    As to Plaintiff's Requests for Production Nos. 15 and 16, Defendants' objections are SUSTAINED.

2.      As to Plaintiff's Requests for Production Nos. 23 and 28, Defendants SHALL AMEND their responses as agreed at the Hearing.

It is further

ORDERED AND ADJUDGED that Defendant 450 North River Drive's Motion to Compel Discovery Responses from Opt-in Plaintiffs [D.E. 202] is GRANTED IN PART. Each of the Opt-in Plaintiffs (as identified through the close of the opt-in period) SHALL FULLY RESPOND to Interrogatories Nos. 1, 5, and 6. As to Interrogatories Nos. 2, 3, and 4, the Opt-in Plaintiffs may answer those common interrogatories on a representative basis; and those answers shall bind all of the Opt-in Plaintiffs. It is further

ORDERED AND ADJUDGED that the parties shall meet and confer regarding the Opt-in Plaintiffs' pending responses to Defendant 450 North River Drive's Requests for Production Nos. 1-10; and shall attempt to resolve their disputes by applying the foregoing Interrogatory rulings to the Requests for Productions. Thereafter, the parties may bring any unresolved disputes to the undersigned's attention in accordance with the discovery procedures governing this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of September, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
       Counsel of Record