UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                       **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**
**(Nicole Kamahana)**

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Nicole Kamahana.**

Dated this 7th day of September 2023.

                                                             s/Brian H. Pollock, Esq.
                                                             Brian H. Pollock, Esq.
                                                             Fla. Bar No. 174742
                                                             brian@fairlawattorney.com
                                                             **FAIRLAW FIRM**
                                                             135 San Lorenzo Avenue
                                                             Suite 770
                                                             Coral Gables, FL 33146
                                                             Tel:    305.230.4884
                                                             *Counsel for Plaintiff(s)*