UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

    Defendants.
_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Joint Motion for Extension of Time for Extension of Pretrial Deadlines and Continuance of Trial, ECF No. [199] ("Motion"), filed on September 5, 2023. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [199]**, is **GRANTED IN PART AND DENIED IN PART**, and the Scheduling Order, **ECF No. [26]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 3, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, May 28, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 22-cv-23074-BLOOM/Otazo-Reyes

| | |
|---|---|
| **January 9, 2024** | Parties disclose experts and exchange expert witness summaries or reports. |
| **January 23, 2024** | Parties exchange rebuttal expert witness summaries or reports. |
| **February 6, 2024** | All discovery, including expert discovery, is completed. |
| **February 20, 2024** | Parties must have completed mediation and filed a mediation report. |
| **February 28, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **May 20, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 7, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record