UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

 Plaintiff,        **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

 Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**
**(Ashley Hernandez, Michelle Cardenas and Normari Lopez)**

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Ashley Hernandez, Michelle Cardenas and Normari Lopez.**

Dated this 20th day of September 2023.

            s/Brian H. Pollock, Esq.
            Brian H. Pollock, Esq.
            Fla. Bar No. 174742
            brian@fairlawattorney.com
            **FAIRLAW FIRM**
            135 San Lorenzo Avenue
            Suite 770
            Coral Gables, FL 33146
            Tel: 305.230.4884
            *Counsel for Plaintiff(s)*