UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
    Plaintiff,

v.                                                                      COLLECTIVE ACTION

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND ROMAN JONES,
    Defendants.
_____/

### CONSENT TO JOIN PURSUANT TO 29 U.S.C. §216(b)

1.  My name is __Norman Lopez__.

2.  I consent, agree, and opt to become a Plaintiff in this lawsuit brought under the FLSA, 29 U.S.C. §201, *et seq.*, against my current/former employer, 450 North River Drive, LLC, d/b/a Kiki on the River, and alleged employers RJ River, LLC, and Roman Jones (collectively "Defendants").

3.  I wish to assert a claim for alleged unpaid/underpaid tips against Kiki on the River and the other Defendants for the tips I allege I'm owed.

4.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein that is recommended by FairLaw Firm, approved by the Class Representative, and approved by the Court as fair and reasonable.

5.  I designate the FairLaw Firm to represent me in this case.

Dated __September 20__, 2023.        Signed: _____
                                      Printed Name: __Norman Lopez__

**Your Address, Email, and Telephone Are Needed, But Will Not Filed With The Court**

**MAIL, EMAIL, OR FAX YOUR COMPLETED FORM TO:**
**FairLaw Firm**
135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33156 / *brian@fairlawattorney.com*
TEL 305.230.4884     TEXT 786.386.0885     FAX 305.230.4844