UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                                 **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
### (Javier Rives Hernandez)

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Consent to Join in these proceedings by **Javier Rives Hernandez.**

Dated this 21st day of September 2023.

                                                                      s/Brian H. Pollock, Esq.
                                                                      Brian H. Pollock, Esq.
                                                                      Fla. Bar No. 174742
                                                                      brian@fairlawattorney.com
                                                                      **FAIRLAW FIRM**
                                                                      135 San Lorenzo Avenue
                                                                      Suite 770
                                                                      Coral Gables, FL 33146
                                                                      Tel:     305.230.4884
                                                                      *Counsel for Plaintiff(s)*