UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,

    Plaintiff,                              **COLLECTIVE ACTION**

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC AND
ROMAN JONES,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING AMENDED CONSENT TO JOIN**
**(Richard Johnson II)**

Plaintiff, Octavio Collado, notices the Court and all parties of the filing of the Amended Consent to Join in these proceedings by **Richard Johnson II.**

Dated this 22nd day of September 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          **FAIRLAW FIRM**
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff(s)*