UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,  **COLLECTIVE ACTION**
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.
_____/

## SECOND JOINT MOTION TO RESCHEDULE MEDIATION

Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River, LLC, (RJ), and Roman Jones ("Jones") (collectively "Defendants"), and Plaintiff, Octavio Collado ("Collado") (collectively "the Parties"), by and through their undersigned attorneys, jointly move this Court to permit the Parties to reschedule the currently set mediation. In support thereof, the Parties state the following:

1. The claims in this matter concern employment-related disputes pertaining to alleged unlawful distribution and/or retention of tips.

2. The following procedural history and case issues have resulted in the Parties agreeing to reschedule the mediation from October 5, 2023, to February 8, 2024:

    a. On July 19, 2023, Plaintiff filed a Motion for Class Certification Pursuant to Rule 23(b)(3) for Counts II and III. [ECF No. 164]. Defendants filed a Response in Opposition to this Motion, and it remains before the Court. The Courts' ruling on this Motion is critical to any potential settlement because it

would likely significantly impact the number of persons affected and, consequently, alleged damages.

b. Further, Magistrate Judge Otazo-Reyes recently entered an Order on discovery issues, (ECF No. 203), which Plaintiff has appealed (ECF No. 213). Defendants need responses to the written discovery to have a productive mediation.

c. Finally, the Parties are in the process of setting depositions. The additional time will facilitate taking of depositions, which Defendants believe are necessary for a productive mediation.

3. As a result of the foregoing procedural history and case issues, the Parties request the Court's permission to reschedule the mediation until February 8, 2024, allowing it occur after the issues in the case are more fully developed.

4. The Parties respectfully submit that the relief sought herein is necessary to have meaningful discussions about potential settlement during their mediation.

5. This motion is not intended to delay this litigation as the Parties remain actively engaged in discovery and working together to narrow and limit issues as much as possible.

WHEREFORE, Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River, RJ River, LLC, and Roman Jones, and Plaintiff, Octavio Collado, respectfully request the Court permit the Parties to reschedule the currently set mediation date from July 26, 2023, to October 5, 2023.

**CERTIFICATE OF GOOD FAITH**

The Parties hereby certify that they conferred regarding the issues and relief requested in this Motion and decided to file the Motion jointly because of the necessity of the relief sought.

Dated: September 29, 2023

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

Respectfully submitted,

| | |
|---|---|
| *s/ Brian Pollock* <br> Brian Pollock, Esq. <br> Florida Bar No. 174742 <br> Email: *brian@fairlawattorney.com* <br> FAIRLAW FIRM <br> 135 San Lorenzo Ave. <br> Coral Gables, Florida 33146 <br> Telephone: (305) 230-4884 <br><br> *Counsel for Plaintiff* | *s/ Reynaldo Velazquez* <br> Reynaldo Velazquez, Esq. <br> Florida Bar No.: 069779 <br> Email: *rey.velazquez@jacksonlewis.com* <br> Roman Sarangoulis, Esq. <br> Florida Bar No. 1011944 <br> Email: *roman.sarangoulis@jacksonlewis.com* <br> JACKSON LEWIS P.C. <br> One Biscayne Tower <br> 2 South Biscayne Boulevard, Suite 3500 <br> Miami, Florida 33131 <br> Telephone: 305-577-7600 <br><br> *Counsel for Defendants, 450 North River Drive, LLC, Kiki on the River, and Roman Jones* <br><br> *s/ Allan Reiss* <br> Allan Reiss, Esq. <br> Florida Bar No. 858500 <br> Email: *asr@Levinelawfirm.com* <br> LEVINE & PARTNERS, P.A. <br> 3350 Mary Street <br> Miami, Florida 33133 <br> Telephone: (305) 372-1352 <br><br> *Counsel for RJ River, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on September 29, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

3

CASE NO.: 1:22-CV-23074-BLOOM/OTAZO-REYES

## **SERVICE LIST**

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Attorneys for Plaintiff*


Allan Reiss, Esq.
Florida Bar No. 858500
Email: *Asr@Levinelawfirm.com*
LEVINE & PARTNERS, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352

*Attorneys for RJ River, LLC*

Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for 450 North River Drive, LLC, d/b/a Kiki on the River, and Roman Jones*