| | |
|---|---|
| OCTAVIO COLLADO<br>For himself and all others<br>similarly situated, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
|     PLAINTIFF(S) | |
| | CASE NO.: **1:22-CV-23074** |
| VS.<br>450 NORTH RIVER DRIVE, LLC,<br>D/B/A KIKI ON THE RIVER,<br>RJ RIVER, LLC, AND<br>ROMAN JONES, | **3rd** RE-NOTICE OF APPOINTMENT OF MEDIATOR, AND SCHEDULED |
|     DEFENDANT(S) | CONFERENCE DATE |
| | FLORIDA BAR NO. 354929 |

YOU ARE NOTIFIED that the undersigned is the Certified Mediator stipulated to in this action pursuant to F.S. 44.1011-201 and the applicable Fed.R.Civ.P.

The Mediation Conference has been set to be heard on the **8th day of February, 2024** commencing at **10:00 A.M. virtually through Zoom by clicking this link** https://us02web.zoom.us/j/87629189972 . The agreed rate of compensation shall be $225.00 per party / per hour. Counsel and their respective parties agree that the mediator will be compensated for all mediation services, including scheduling, travel, preparation and follow up work, time, attorneys' fees and costs incurred in collection of fees, responding to subpoenas, discovery requests, filing court papers or attending any court proceeding. There is a four hour minimum which is due seven (7) days prior to the conference. If there is a settlement, schedule change or cancellation made less than seven (7) business days before the scheduled mediation conference, then the minimum fee shall be charged to the party or apportioned equally among the parties responsible for the cancellation. Counsel for each party is responsible for financial arrangements with their clients and timely payment of said fees prior to any dismissal. Counsel and the parties agree to be jointly and severally responsible for their portion of the mediator's fee at the conclusion of each conference. Interest on any unpaid balances shall be at ten percent per annum.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice has been mailed and emailed on the **6th** day of **October , 2023** to: **Brian H. Pollock, Esq.** Brian@fairlawattorney.com , FAIRLAW FIRM, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146; **Allan S. Reiss, Esq.** Asr@levinelawfirm.com, Levine & Partners, P.A., 3350 Mary Street, Miami, FL 33133; **Reynaldo Velazquez, Esq.** rey.velazquez@jacksonlewis.com, and **Roman Sarangoulis, Esq**. , roman.sarangoulis@jacksonlewis.com, JACKSON LEWIS P.C., One Biscayne Tower, Suite 3500 Two South Biscayne Boulevard, Miami, Florida 33131.

                                                  *Laurie L Riemer*
                                    Laurie L. Riemer, Esquire, Mediator/Arbitrator
                                    20155 Northeast 38th Court, #3104
                                    Aventura, Florida 33180
                                    (305) 932-2200
                                    Email: Lriemer@riemermediation.com