**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-23630-BLOOM/Otazo-Reyes**

ALLIANT, LLC,

      Plaintiff,

v.

CENPOS, LLC, and
ELAVON, INC.,

      Defendants.

_____/

**Case No. 23-cv-21810-BLOOM/Otazo-Reyes**

MICHAEL H. ANDERSON,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
*d/b/a Royal Caribbean Group*

      Defendant.

_____/

**Case No. 22-cv-24242-BLOOM/Otazo-Reyes**

MISLEYDIS MORELL JIMENEZ,

     Plaintiff,

v.

HOLIDAY CVS, LLC,
*a Florida Corporation*

     Defendant.

_____/

**Case No. 23-cv-21320-BLOOM/Otazo-Reyes**

JEANETTE COLLAZO,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

**Case No. 20-cv-23610-BLOOM/Otazo-Reyes**

ENOLA HUNT WOLFINGER,

     Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, INC.,

     Defendant.

_____/

**Case No. 23-cv-23301-BLOOM/Otazo-Reyes**

ANGEL CABRERA ZAMORA,

      Plaintiff,

v.

RED CIVIL, LLC,

      Defendant.

_____/

**Case No. 23-cv-23263-BLOOM/Otazo-Reyes**

CURT'TERRIA ROBERTSON

      Plaintiff,

v.

WALGREEN CO.,

      Defendant.

_____/

**Case No. 23-cv-22802-BLOOM/Otazo-Reyes**

SCOTT POWELL,

      Plaintiff,

v.

RACETRAC, INC.,

      Defendant.

_____/

**Case No. 23-cv-22703-BLOOM/Otazo-Reyes**

BELLINI CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.

VILLAGE OF BAL HARBOUR, FLORIDA,

      Defendant.

_____/

**Case No. 23-cv-22642-BLOOM/Otazo-Reyes**

JACK DOHENY COMPANIES, INC.,

      Plaintiff,

v.

DRAINAGE PARTNERS, LLC, et al.,

      Defendants.

_____/

**Case No. 23-cv-22121-BLOOM/Otazo-Reyes**

SHELLY PRIDE,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**Case No. 23-cv-21973-BLOOM/Otazo-Reyes**

WILSON LOUIS,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.

_____/

**Case No. 23-cv-21913-BLOOM/Otazo-Reyes**

LAURA BUSH,
*a citizen and resident of New York*

      Plaintiff,

v.

CARNIVAL CORPORATION,
*a Panamanian Corporation*
*d/b/a* CARNIVAL CRUISE LINES

      Defendant.

_____/

**Case No. 23-cv-21853-BLOOM/Otazo-Reyes**

JESSICA QUINTERO,
*an individual*

      Plaintiff,

v.

CAPTIAL ONE, NATIONAL ASSOCIATION,
*a national association*
EXPERIAN INFORMATION SOLUTIONS, INC.,
*a foreign for-profit corporation*

      Defendants.

_____/

**Case No. 23-cv-21723-BLOOM/Otazo-Reyes**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADRIAN ABRAMOVICH,

       Defendant.
_____/


**Case No. 23-cv-21462-BLOOM/Otazo-Reyes**

BOBBY RHODES,

       Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

       Defendant.
_____/


**Case No. 23-cv-21262-BLOOM/Otazo-Reyes**

HUDSON EXCESS INSURANCE COMPANY,

       Plaintiff,

v.

GEORGE IGNACIO PINO, et al.,

       Defendants.
_____/

**Case No. 23-cv-21252-BLOOM/Otazo-Reyes**

MICHAEL DONOVAN,

      Plaintiff,

v.

CHRISTIAN QUIMBY,

      Defendant.
_____/

**Case No. 23-cv-21171-BLOOM/Otazo-Reyes**

EULALIA MARTIN-VIANA,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

      Defendant.
_____/

**Case No. 23-cv-20991-BLOOM/Otazo-Reyes**

OHL USA, INC.,
*a Delaware corporation*

      Plaintiff,

v.

OLD REPUBLIC SURETY COMPANY,
*a Wisconsin insurance company*

      Defendant.
_____/

**Case No. 23-cv-20832-BLOOM/Otazo-Reyes**

MELANIE HARRIS,

       Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Lines

       Defendant.
_____/

**Case No. 22-cv-24242-BLOOM/Otazo-Reyes**

MISLEYDIS MORELL JIMENEZ,

       Plaintiff,

v.

HOLIDAY CVS, LLC,
*a Florida Corporation*

       Defendant.
_____/

**Case No. 22-cv-23513-BLOOM/Otazo-Reyes**

JOSE GONZALEZ,

       Plaintiff,

v.

THE INDEPENDENT ORDER OF FORESTERS,

       Defendant.
_____/

**Case No. 22-cv-23171-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ARBITRADE LTD.;
CRYPTOBONTIX INC.;
TORY R.J. HOGG;
JAMES L. GOLDBERG;
STEPHEN L. BRAVERMAN;
MAX W. BARBER;
SION TRADING FZE,

      Defendants.
_____/

**Case No. 22-cv-22913-BLOOM/Otazo-Reyes**

MARIETTE WATERS,

      Plaintiff,

v.

CELEBRITY CRUISES, INC.,
*a Foreign Corporation*,

      Defendant.
_____/

**Case No. 22-cv-22853-BLOOM/Otazo-Reyes**

CHARLOTTE SMITH,

      Plaintiff,

v.

CARNIVAL CORPORATION & PLC,

      Defendant.
_____/

**Case No. 23-cv-20239-BLOOM/Otazo-Reyes**

ARRUBARRENA,

      Plaintiff,

v.

FLORIDA POP, LLC, *doing business
as* POPEYE'S LOUISIANA
KITCHEN

      Defendant.

_____/

**Case No. 21-cv-21079-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

MINTBROKER INTERNATIONAL, LTD.
and GUY GENTILE,

      Defendants.

_____/

**Case No. 23-cv-23370-BLOOM/Otazo-Reyes**

ROSANNA ROSARIO, *an individual*,

      Plaintiff,

v.

JH PORTFOLIO DEBT EQUITIES, LLC,
*a Florida Limited Liability Company, and*
LVNV FUNDING, LLC, *a Foreign
Limited Liability Company*,

      Defendants.

_____/

**Case No. 23-cv-22427-BLOOM/Otazo-Reyes**

PRIME PROPERTY & CASUALTY
INSURANCE INC.,

       Plaintiff,

v.

OLD REPUBLIC INSURANCE
COMPANY *and* PENSKE TRUCK
LEASING CO., L.P.,

       Defendants.
_____/

**Case No. 23-cv-22188-BLOOM/Otazo-Reyes**

LENORA MOUNTAIN,

       Plaintiff,

v.

EMIRATES, INC., *a foreign business
corporation*,

       Defendant.
_____/

**Case No. 23-cv-20658-BLOOM/Otazo-Reyes**

PAMELA NEWTON,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

       Defendant.
_____/

**Case No. 23-cv-21788-BLOOM/Otazo-Reyes**

MONTAZE BROZ, LLC, *a Florida*
*Limited Liability Company*,

      Plaintiff,

v.

GLOBAL OCEAN LINE, INC., *a Florida*
*for Profit Company*,

      Defendant.

_____/

**Case No. 23-cv-21287-BLOOM/Otazo-Reyes**

GS HOLISTIC, LLC,

      Plaintiff,

v.

MARKET 49 SMOKE SHOP INC.,
*doing business as* MR. SMOKEY SMOKE
SHOPS #1, *and* MARK ROLLINS

      Defendants.

_____/

**Case No. 23-cv-20580-BLOOM/Otazo-Reyes**

NAUTILUS INSURANCE COMPANY,

      Plaintiff,

v.

ELITE PROTECTION, LLC,
BILLY BOURCIQUOT, *and*
EDUARDO A. GONZALEZ
GOTERA,

      Defendants.

_____/

12

**Case No. 23-cv-21399-BLOOM/Otazo-Reyes**

JAMES GIULIANI *and*
ANGELA GIULIANI,

      Plaintiffs,

v.

SEND ENTERPRISES, LLC,
DRIVE DEVELOPMENT, LLC, *and*
NICOLE PEARL,

      Defendants.
_____/

**Case No. 23-cv-22539-BLOOM/Otazo-Reyes**

DOGWOOD STATE BANK,
*a North Carolina state-chartered bank*,

      Plaintiff,

v.

MANAL S. MOUSSA-OLIVER,
*individually and* MICHAEL W. OLIVER,
*individually*,

      Defendants.
_____/

**Case No. 23-cv-23328-BLOOM/Otazo-Reyes**

JESUS GONZALEZ,

      Plaintiff,

v.

PENNEY OPCO, LLC, *d/b/a*
JC PENNEY STORE #2478, *and*
CTL PROPCO I, LCC,

      Defendants.
_____/

13

**Case No. 23-cv-21539-BLOOM/Otazo-Reyes**

CATIA DOS SANTOS, *and*
FRANCESCO DESIDERI

       Plaintiffs,

v.

TUDOR HOUSE CONDOMINIUM ASSOCIATION,
INC., *and* BERTHA ZAYAS,

       Defendants.
_____/

**Case No. 23-cv-21829-BLOOM/Otazo-Reyes**

DIANE CAFARELLI,

       Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD,
*d/b/a Royal Caribbean Group*,

       Defendant.
_____/

**Case No. 23-cv-22348-BLOOM/Otazo-Reyes**

ALAIN RIOUX, *as Parent and
Natural Guardian of K.R., a Minor*,

       Plaintiff,

v.

CARNIVAL CORPORATION, *d/b/a*
CARNIVAL CRUISE LINE,

       Defendant.
_____/

**Case No. 23-cv-22527-BLOOM/Otazo-Reyes**

STEINER ENTERPRISES INC.,

      Plaintiff,

v.

CENTURY SURETY COMPANY,

      Defendant.

_____/

**Case No. 23-cv-22568-BLOOM/Otazo-Reyes**

RICHARD QUINTANA, *an individual*,

      Plaintiff,

v.

AMERICAN FIRE SPRINKLER
SERVICES, LLC, *a Florida Limited
Liability Company*,

      Defendant.

_____/

**Case No. 23-cv-21670-BLOOM/Otazo-Reyes**

ALYSSA CARTER, *and*
LUIS FRANCO, JR.,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____/

**Case No. 23-cv-22508-BLOOM/Otazo-Reyes**

DRAGAN NIKOLIC,

      Plaintiff,

v.

CARNIVAL CORP. & PLC, *d/b/a*
CARNIVAL CORP., *and* ADORA
CRUISES LIMITED, *f/k/a* CSSC
CARNIVAL CRUISE SHIPPING
LIMITED,

      Defendants.
_____/

**Case No. 23-cv-22497-BLOOM/Otazo-Reyes**

KAREN LOCKLEY,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD,
*a Liberian Corporation*,

      Defendant.
_____/

**Case No. 23-cv-22900-BLOOM/Otazo-Reyes**

PETER DAVIDSON,

      Plaintiff,

v.

CROSSROADS SDI, INC.,
*a Florida Profit Corporation, and*
MARC HURWITZ, *individually*,

      Defendants.
_____/

**Case No. 23-cv-22980-BLOOM/Otazo-Reyes**

ZENAIDA TORRES *and*
ALEJANDRO ORTIZ,

      Plaintiffs,

v.

SCOTTSDALE INSURANCE
COMPANY,

      Defendant.

_____/

**Case No. 23-cv-23018-BLOOM/Otazo-Reyes**

MSP RECOVERY CLAIMS, SERIES
LLC, *and* MSP RECOVERY CLAIMS,
SERIES 44 LLC,

      Plaintiffs,

v.

ACE PROPERTY AND
CASUALTY INSURANCE COMPANY,
ACE INSURANCE COMPANY OF THE
MIDWEST, ACE FIRE UNDERWRITERS
INSURANCE COMPANY, *and* ACE
AMERICAN INSURANCE COMPANY,

      Defendants.

_____/

**Case No. 23-cv-22558-BLOOM/Otazo-Reyes**

JULIO GARCIA,

     Plaintiff,

v.

KW PROPERTY MANAGEMENT &
CONSULTING, LLC,

     Defendant.
_____/

**Case No. 23-cv-22749-BLOOM/Otazo-Reyes**

CHEP USA,

     Plaintiff,

v.

CIENFUEGOS PALLETS CO.,

     Defendant.
_____/

**Case No. 23-cv-21388-BLOOM**

EMILE PARKER,
*a.k.a. Andein Jean-Pierre,*
     Plaintiff,

v.

U.S. Attorney General,

     Defendant.
_____/

**Case No. 23-cv-23197-BLOOM/Otazo-Reyes**

MARTA E. LOPEZ,

      Plaintiff,

v.

BRIDGEPREP ACADEMY, INC.,
D/B/A BRIDGEPREP ACADEMY
OF GREATER MIAMI,

      Defendant.
_____/


**Case No. 23-cv-22938-BLOOM/Otazo-Reyes**

LYNNE CALOGGERO,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.
_____/


**Case No. 23-cv-23338-BLOOM/Otazo-Reyes**

IVETTE MARTINEZ,

      Plaintiff,

v.

PETSMART, INC., *a Foreign
For Profit Corporation*,

      Defendant.
_____/

**Case No. 23-cv-22907-BLOOM/Otazo-Reyes**

JAMES RIVER INSURANCE COMPANY,

      Plaintiff,

v.

R.I.C., INC., *et al.*,

      Defendants.
_____/


**Case No. 23-cv-23180-BLOOM/Otazo-Reyes**

K&M HANDLING, LLC,

      Plaintiff,

v.

SEABOARD MARINA, LTD., INC.,

      Defendant.
_____/


**Case No. 23-cv-22218-BLOOM/Otazo-Reyes**

CANDICE WISE,

      Plaintiff,

v.

CARNIVAL CORPORATION, *d/b/a*
CARNIVAL CRUISE LINES,

      Defendant.
_____/

**Case No. 23-cv-23429-BLOOM/Otazo-Reyes**

LANETTE BURLEY,

     Plaintiff,

v.

CARNIVAL CORPORATION, *d/b/a*
CARNIVAL CRUISE LINE,

     Defendant.
_____/

**Case No. 23-cv-23627-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

EMPIREX CAPITAL LLC, *and*
RAFAEL ALBERTO VARGAS
GONZALEZ, *a/k/a* RAFAEL
VARGAS,

     Defendants.
_____/

**Case No. 23-cv-23808-BLOOM/Otazo-Reyes**

AMARO FOODS ENTERPRISES, INC.,

     Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

     Defendant.
_____/

**Case No. 23-cv-22276-BLOOM/Otazo-Reyes**

PATRICK MULLER and
MOUNA BOUZID,
      Plaintiffs,

v.

ITEB ZAIBET, *et al.*,
      Defendants.

_____/


**Case No. 23-cv-21826-BLOOM/Otazo-Reyes**

NIRANJANA TRIVEDI,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD,
and ONESPA WORLD, LLC,

      Defendants.

_____/


**Case No. 23-cv-21796-BLOOM/Otazo-Reyes**

LEWIS YOUNGMAN,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD,

      Defendant.

_____/

**Case No. 23-cv-21275-BLOOM/Otazo-Reyes**

EDDY J. PHILLIPEAUX,

     Plaintiff,

v.

MIAMI APARTMENTS INVESTORS, LLC,
*et al.*,

     Defendants.
_____/

**Case No. 23-cv-21276-BLOOM/Otazo-Reyes**

MONICA BARNETT,

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

     Defendant.
_____/

**Case No. 23-cv-23005-BLOOM/Otazo-Reyes**

MARINA GANT,

     Plaintiff,

v.

NCL (BAHAMAS) LTD,
d/b/a NORWEGIAN CRUISE LINES,

     Defendant.
_____/

**Case No. 22-cv-21585-BLOOM/Otazo-Reyes**

RICHARD PATT,

      Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA,
INC. d/b/a Audi of America, Inc., and
AUDI AG,

      Defendants.
_____/

**Case No. 23-cv-20655-BLOOM/Otazo-Reyes**

TONI ANN GALATI,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

      Defendant.
_____/

**Case No. 23-cv-21040-BLOOM/ Otazo-Reyes**

JOHN DOE, et al.,

      Plaintiffs,

v.

CARNIVAL CORPORATION,
ONESPAWORLD (BAHAMAS) LTD.,

      Defendants.
_____/

**Case No. 23-cv-20545-BLOOM/Otazo-Reyes**

DONNA GALLUCIO,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.
_____/

**Case No. 23-cv-20886-BLOOM/Otazo-Reyes**

LASHUNDA HOWARD,

      Plaintiff,

v.

GUCCI AMERICA, INC.,

      Defendant.
_____/

**Case No. 22-cv-24004-BLOOM**

ESTATE OF CHERISH PANKEY,

      Plaintiff,

v.

CARNIVAL CORPORATION,
*d/b/a Carnival Cruise Line,*

      Defendant.
_____/

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,

       Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

       Defendant.

_____/

**Case No. 22-cv-24000-BLOOM/Otazo-Reyes**

ROTHFOS CORPORATION,

       Plaintiff,

v.

H&H COFFEE INVESTMENTS, LLC,

       Defendant.

_____/

**Case No. 22-cv-23074-BLOOM/Otazo-Reyes**

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

       Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,

       Defendants.

_____/

**Case No. 22-cv-23135-BLOOM/Otazo-Reyes**

CHAUNDRA HORNSBY,
*as guardian of T.K., a minor,*

      Plaintiff,

v.

CARNIVAL CORPORATION,
*d/b/a/ Carnival Cruise Lines*,

      Defendant.
_____/


**Case No. 22-cv-22594-BLOOM/Otazo-Reyes**


MOVIE PROP RENTALS LLC, *et al.*,

      Plaintiffs,

v.

THE KINGDOM OF GOD GLOBAL
CHURCH**,** *et al.*,

      Defendants.
_____/


**Case No. 23-cv-23546-BLOOM/Otazo-Reyes**

CRAIG CARMAN,
      Plaintiff,

v.

UNITED HEALTHCARE LIFE
AND ACCIDENT INSURANCE COMPANY,
      Defendant.
_____/

**Case No. 23-cv-23025-BLOOM/Otazo-Reyes**

PATRICIA FOLEY,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**Case No. 23-cv-23514-BLOOM/Otazo-Reyes**

SHEKINA THOMPSON,
      Plaintiff,

v.

OCTAPHARMA PLASMA, INC.,
      Defendant.

_____/

**Case No. 23-cv-23125-BLOOM/Otazo-Reyes**

TERESA NEEPER,
      Plaintiff,

v.

CARNIVAL CORPORATION,
      Defendant.

_____/

**Case No. 23-cv-22844-BLOOM/Otazo-Reyes**

ADELA CARTER,

  Plaintiff,

v.

CARNIVAL CORPORATION,

  Defendant.
_____/

**Case No. 23-cv-23045-BLOOM/Otazo-Reyes**

EDUARDO LIERMO,
  Plaintiff,

v.

NATIONAL CASUALTY COMPANY,
  Defendant.
_____/

**Case No. 23-cv-23654-BLOOM/Otazo-Reyes**

RICHARD C. MURPHY, III
and KATHLEEN T. MURPHY,
  Plaintiffs,

v.

AIRWAY AIR CHARTER, INC.,
VENTURE AIR SOLUTIONS, INC.,
ALEX GUTIERREZ, and
ATLANTIC AVIATION, INC.,
  Defendants.
_____/

**Case No. 23-cv-23074-BLOOM/Otazo-Reyes**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANA ROSA GONZALEZ and
ANA IZAGUIRRE,

      Defendants.

_____/

**Case No. 23-cv-21704-BLOOM/Otazo-Reyes**

SHELLY DAWN FINCH,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**Case No. 23-cv-23214-BLOOM/OTAZO-REYES**

JACUBB COLEMAN,
on behalf of himself and others similarly situated,

      Plaintiff,

v.

SMARTLINK, LLC,

      Defendant.

_____/

**Case No. 23-cv-21495-BLOOM/Otazo-Reyes**

RINALDI ENTERPRISES OF FLORIDA, LLC,

     Plaintiff,

v.

UNITED STATES FIRE INSURANCE COMPANY,

     Defendant.

_____/


**Case No. 23-cv-20995-BLOOM/Otazo-Reyes**


ELAINE BERKOWITZ,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and BARCLAYS BANK DELAWARE,

     Defendants.

_____/


**Case No. 23-cv-22256-BLOOM/Otazo-Reyes**

NOVO NORDISK A/S and
NOVO NORDISK INC.,

     Plaintiffs,

v.

EKZOTIKA CORP d/b/a COSMETIC
LASER PROFESSIONALS MED SPA,

     Defendant.

_____/

**Case No. 23-cv-22625-BLOOM/Otazo-Reyes**

MICHELLE HARLEY,

      Plaintiff,

v.

CELEBRITY CRUISES INC.,

      Defendant.

_____/

**Case No. 23-cv-22794-BLOOM/Otazo-Reyes**

REINA BLANCO,

      Plaintiff,

v.

THE HABIT RESTAURANTS, LLC
d/b/a THE HABIT BURGER GRILL,

      Defendant.

_____/

**Case No. 23-cv-23036-BLOOM/Otazo-Reyes**

ANA CECILIA HERNANDEZ,
      Plaintiff,

v.

MT. HAWLEY INSURANCE COMPANY,
      Defendants.

_____/

**Case No. 23-cv-24156-BLOOM/Otazo-Reyes**

RENÉ GARCIA, JAVIER FERNÁNDEZ,
CRYSTAL WAGAR, MACK BERNARD
and WILLIAM PROCTOR, Plaintiffs,

vs.

KERRIE J. STILLMAN, EXECUTIVE DIRECTOR,
FLORIDA COMMISSION ON ETHICS, in her official capacity;
JOHN GRANT,
CHAIRMAN,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
GLENTON "GLEN" GILZEAN, JR.,
VICE CHAIRMAN,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
MICHELLE ANCHORS, COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in her official capacity;
WILLIAM P. CERVONE,
COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
DON GAETZ, COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
WILLIAM "WILLIE" N. MEGGS, COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
ED H. MOORE, COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
WENGAY M. NEWTON, SR., COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
JIM WALDMAN, COMMISSIONER,
FLORIDA COMMISSION ON ETHICS, in his official capacity;
ASHLEY MOODY, ATTORNEY GENERAL,
STATE OF FLORIDA, in her official capacity;
and JIMMY PATRONIS, CHIEF FINANCIAL OFFICER,
STATE OF FLORIDA, in his official capacity, Defendants.
_____/

Case No. 23-mc-22764-BLOOM

SECURITIES AND EXCHANGE
COMMISSION,

      Applicant,

v.

BRANDON CHARNAS,

      Respondent.

_____/

## ORDER REASSIGNING CASE(S) TO NEW PAIRED MAGISTRATE JUDGE CHIEF MAGISTRATE JUDGE EDWIN G. TORRES

**THIS CAUSE** is before the Court upon the United States District Court for the Southern District of Florida Administrative Order 2023-81, entered on October 27, 2023 ("Administrative Order"). The Administrative Order amends the Magistrate Judge Pairing Assignment Plan in the Southern District of Florida as set forth in Administrative Orders 2020-45, 2020-45A, 2020-45B, 2020-91, 2021-53, 2022-6, 2022-6A, 2022-47, 2022-67, 2022-79 and 2023-9. In particular, as of October 27, 2023, Chief Magistrate Judge Edwin G. Torres is paired with Judge Beth Bloom for all cases filed in the Miami Division. *See* Administrative Order at 1 tbl. The Court had previously referred all discovery matters in the above-styled actions to Magistrate Judge Alicia M. Otazo-Reyes pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules.

Accordingly, in order to align the Court's Orders with the Administrative Order and to assist the Court in the management of this case, it is **ORDERED** that the Scheduling Orders in the above-styled actions are **AMENDED** as follows:

1. **As of November 16, 2023**, discovery matters shall no longer be referred to Magistrate Judge Alicia M. Otazo-Reyes. However, Magistrate Judge Otazo-Reyes will preside over those matters she has set for hearing as of the date of this Order.

2.  **As of November 16, 2023**, all discovery matters are referred to **Chief Magistrate Judge Edwin G. Torres**. Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to final disposition of motions, and trial and final disposition, by Magistrate Judge Torres. **The deadline for submitting consent is as stated in the Court's Scheduling Order in each case.**

3.  **<u>Discovery Disputes</u>**. If parties are unable to resolve their discovery disputes without Court intervention, the parties must contact Magistrate Judge Torres's chambers—which are located at 99 Northeast Fourth Street, 10th floor, Miami, FL 3313—via telephone at (305) 523-5750 to ascertain the available dates and times for a discovery hearing. Magistrate Judge Torres holds a discovery calendar every Thursday and only on Thursdays. The parties should further consult Magistrate Judge Torres's standing discovery order, which sets forth procedures to presenting discovery disputes and will be issued following the entry of this Order. The individual calling Magistrate Judge Torres's chambers must leave a message that identifies only the parties' case number and a call back number if the individual's call goes to voicemail.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 13, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record