UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/OTAZO-REYES

OCTAVIO COLLADO
for himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND
ROMAN JONES,

    Defendants.
_____/

## NOTICE OF DISCOVERY HEARING

Defendant, 450 North River Drive, LLC d/b/a Kiki on the River ("Kiki"), notices the Court and all parties of the discovery hearing scheduled before Magistrate Judge Alicia M. Otazo-Reyes at **11:30 a.m. on November 27, 2023**, by Zoom (instructions to be provided by the Court) on the following issue(s):

    1.    How many Plaintiffs in the collective may Defendants depose?

    2.    Is representative deposition testimony binding on all members?

    3.    Is testimony at trial limited to individuals who Defendant was permitted to depose?

    4.    Conferral regarding Kiki's Request for Production pursuant to this Court's September 6, 2023, Order (ECF No. 203) relating to Plaintiff's Notice of Discovery Hearing (ECF No. 200).

Case No.: 1:22-CV-23074-BLOOM/OTAZO-REYES

5. How many Plaintiffs must answer Kiki's request to produce after the Court decides which requests must be responded to as representative discovery?

6. How many Plaintiffs must answer the interrogatories the Court ordered to be responded to as representative discovery?

The parties hereby certify that they have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3).

Dated: November 17, 2023

|  |  |
|---|---|
| JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600 | Respectfully submitted,<br>LEVINE & PARTNERS, P.A.<br>3350 Mary Street<br>Miami, Florida 33133<br>Telephone: (305) 372-1352 |
| /s/ *Reynaldo Velazquez*<br>Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: rey.velazquez@jacksonlewis.com<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: roman.sarangoulis@jacksonlewis.com | /s/ *Allan Reiss*<br>Allan Reiss, Esq<br>Florida Bar No. 858500<br>Email: asr@levinelawfirm.com<br><br>*Counsel for RJ River, LLC* |
| *Counsel for 450 North River Drive, LLC,*<br>*d/b/a Kiki on the River and Roman Jones* | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on November 17, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ *Rey Velazquez*
Rey Velazquez, Esq.

Case No.: 1:22-CV-23074-BLOOM/OTAZO-REYES

**SERVICE LIST**

| | |
|---|---|
| Brian Pollock, Esq. | Reynaldo Velazquez, Esq. |
| Florida Bar No. 174742 | Florida Bar No.: 069779 |
| Email: *brian@fairlawattorney.com* | Email: *rey.velazquez@jacksonlewis.com* |
| FAIRLAW FIRM | Roman Sarangoulis, Esq. |
| 135 San Lorenzo Ave. | Florida Bar No. 1011944 |
| Coral Gables, Florida 33146 | Email: *roman.sarangoulis@jacksonlewis.com* |
| Telephone: (305) 230-4884 | JACKSON LEWIS P.C. |
| | One Biscayne Tower |
| *Attorneys for Plaintiff* | 2 South Biscayne Boulevard, Suite 3500 |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | |
| | *Counsel for 450 North River Drive, LLC, Kiki on the River and Roman Jones* |
| Allan Reiss, Esq. | |
| Florida Bar No. 858500 | |
| Email: *Asr@Levinelawfirm.com* | |
| LEVINE & PARTNERS, P.A. | |
| 3350 Mary Street | |
| Miami, Florida 33133 | |
| Telephone: (305) 372-1352 | |
| | |
| *Attorneys for RJ River, LLC* | |