UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23074-CIV-BLOOM/OTAZO-REYES

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,
RJ RIVER, LLC AND ROMAN JONES,

    Defendants.
_____/

**ORDER**

    THIS CAUSE came before the Court upon Defendants 450 North River Drive LLC, d/b/a Kiki on the River ("450 North River Drive"), Roman Jones ("Jones"), and RJ River, LLC ("RJ") (together, "Defendants") Notice of Discovery Hearing [D.E. 226]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 26]. The undersigned held a hearing on this matter on November 27, 2023 (hereafter, "Hearing"). In accordance with the rulings at the Hearing, it is

    ORDERED AND ADJUDGED that Defendants' Motion to Compel Discovery [D.E. 229] is GRANTED IN PART as follows:

    1.    With respect to Items 1 and 2 in Defendants' Notice of Hearing, Defendants may depose the named Plaintiff, Octavio Collado ("Mr. Collado"), for two (2) sessions of seven (7) hours each, with the first session to be held as noticed on **December 12, 2023**, and the second session to be scheduled on a date mutually agreed upon by the parties. For purposes of Mr.

Collado's deposition, Defendants shall provide to Plaintiffs a list of anticipated areas of inquiry by the close of business on **December 1, 2023**. Mr. Collado's deposition testimony as to all of these areas of inquiry shall bind him and all of the Opt-in Plaintiffs.

2. As to Item 3 in Defendants' Notice of Hearing, the issue of which witnesses may testify at trial is more properly the subject of a motion in limine.

3. As to Items 4, 5 and 6 in Defendants' Notice of Hearing, Mr. Collado and each of the Opt-in Plaintiffs shall respond to Interrogatories Nos. 1, 5 and 6 and the corresponding Requests for Production; and Mr. Collado shall respond to Interrogatories Nos. 2, 3 and 4 and the corresponding Requests for Production. Mr. Collado's responses shall bind him and all of the Opt-in Plaintiffs. To allow Defendants time to prepare for Mr. Collado's deposition, all responses to these outstanding discovery requests shall be due by **December 8, 2023,** except for any responses that the parties agree are not necessary by that date, and those responses shall be due on a later, agreed upon date, before the close of discovery.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of November, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
   Counsel of Record

2