# COMPOSITE EXHIBIT A

Page 1

1         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2              MIAMI DIVISION
3      CASE NO.:  1:22-CV-23074-BLOOM/OTAZO-REYES
4   OCTAVIO COLLADO, for himself and
    all others similarly situated,
5
                Plaintiff,
6   vs.
7   450 NORTH RIVER DRIVE, LLC,
    D/B/A KIKI ON THE RIVER, RJ
8   RIVER, LLC, AND ROMAN JONES,
9               Defendants.
    _____/
10
11              DEPOSITION OF
12              OCTAVIO COLLADO
13
14         Tuesday, December 12, 2023
              9:23 a.m. - 6:25 p.m.
15
16        Two South Biscayne Boulevard
                 Suite 3500
17           Miami, Florida 33131
18
19
20
21
22
23       Stenographically Reported By:
            Gina Rodriguez, RPR, CRR
24
25

Veritext Legal Solutions
800-726-7007                                      305-376-8800

Page 38

1  Q. Okay. So we're just talking about credit
2 card tips. Do captains ever receive cash tips?
3  A. Yes.
4  Q. Okay. And what would a captain do with
5 cash tips that they receive?
6  A. If you get a cash tip, the right thing to
7 do is to share it with your team. You give your
8 server and your busser part of that cash tip.
9  Q. So that would be left to the honesty of the
10 captain to share with their team?
11  A. Right, integrity. It's like an integrity
12 thing.
13  Q. So when a captain receives a cash tip that
14 isn't inputted into Kiki's POS --
15  A. There's -- there's -- if I recall
16 correctly, I think we had to write down the -- what
17 cash we received.
18  Q. Okay. But were cash tips inputted into the
19 POS by a captain?
20  A. No, that's already -- the tips, no.
21  Q. No, no. Were cash tips inputted into the
22 POS system?
23  A. No.
24  Q. Okay. So if a captain received a cash tip,
25 it would be up to his discretion to disseminate it

Page 39

1 how he sees fit with his team?
2  A. Right. And you're supposed to -- on the
3 report, we write how much we gave to -- how you break
4 it -- you know, if you had a hundred dollars, I gave
5 $40 to my server and $10 to my busser. So you would
6 actually invoice it or inventory it, the cash.
7  Q. I was about to be guilty of speaking over
8 you, I apologize.
9     So the -- so at the end of the night, the
10 captain would write how he shared the cash tips that
11 he received?
12  A. Yeah, supposed to -- supposed to.
13  Q. Okay. So if I'm understanding you
14 correctly, the cash tips were entirely handled and
15 distributed by captains, correct?
16  A. Yes.
17  Q. Okay. And I think you mentioned servers.
18 Who would a captain share their cash tips with in
19 their team?
20  A. The overtips, cash, would be distributed to
21 the server and busser and sometimes you would give
22 something to the polisher in the back. Those guys
23 work hard.
24  Q. Okay. So you mentioned overtip. I want to
25 make sure we have a clear record. When I say "tip,"

Page 40

1 you say "overtip," we're talking the same thing,
2 correct?
3  A. Okay.
4  Q. Is that correct?
5  A. Yes.
6  Q. Okay. And, again, a tip or an overtip for
7 purposes of this deposition is a discretionary amount
8 that a customer leaves to the captain, correct?
9  A. Yes.
10  Q. Okay.
11     MR. POLLOCK: Octavio, just to clarify,
12 overtip, you're saying is an amount that's left
13 above the service charge?
14     MR. REISS: Why is he interpreting the
15 deposition?
16     MR. VELAZQUEZ: Brian, don't instruct the
17 witness.
18     MR. REISS: You can cross-examine him
19 later, not in the middle of direct.
20     MR. POLLOCK: Okay.
21 BY MR. VELAZQUEZ:
22  Q. Okay. So I believe you said that the
23 captain shares their cash tips with server, busser
24 and who else was that?
25  A. And sometimes the polisher.

Page 41

1  Q. The polisher?
2  A. Yeah.
3  Q. Okay. And what does the polisher do?
4  A. They make sure that you have your tools to
5 work, which is silverware, plates, glasses, all
6 polished and clean.
7  Q. You, as a captain, did you ever give any of
8 your cash tips to anyone at Kiki's that was
9 prohibited from receiving cash tips?
10     MR. POLLOCK: Object to the form.
11     Go ahead.
12  A. No.
13 BY MR. VELAZQUEZ:
14  Q. Okay. Are you aware of captains giving any
15 amount of their cash tips to anyone employed or
16 associated with Kiki's that is prohibited from
17 receiving tips?
18     MR. POLLOCK: Objection, form.
19     MR. VELAZQUEZ: You can answer.
20  A. Not, no.
21 BY MR. VELAZQUEZ:
22  Q. Okay. Have captains given any amount of
23 their cash tips to any owner of Kiki On the River?
24  A. No, not to my knowledge.
25  Q. Okay. Have captains given any amount of

11 (Pages 38 - 41)

Page 42

1 their cash tips to Roman Jones?
2     A.  No.
3     Q.  Have captains given any amount of their
4 cash tips to Sia Hemmati?
5     A.  No.
6     Q.  Have captains given any amount of their
7 cash tips to any manager at Kiki On the River?
8     A.  Not to my knowledge.
9     Q.  What are the duties of a server?
10    A.  The server is -- like, he's, like, another
11 captain, but on the table, there could only be one
12 point person.  So, he's like the -- he's like your
13 right hand.
14    Q.  Would a server do some of the same duties
15 as a captain would do?
16    A.  Yes.
17    Q.  And what would those duties be?
18    A.  Greet the guests, offer them water while
19 the captain has time to come back to the table and,
20 you know, take a drink order.  They could take
21 another round of drinks if they wish to have more
22 drinks, they could take the order, so they can input
23 beverages, yes.
24    Q.  So servers can input beverages into the
25 POS?

Page 43

1     A.  Yes, and appetizers as well.
2     Q.  Okay.  Can servers actually input a meal
3 into the POS?
4     A.  Yes, they can.  Okay.  They have the --
5 they're all captains, but they are categorized as
6 servers because there can't be two captains at one
7 place.
8     Q.  Okay.
9     A.  On one ship.
10    Q.  So if a server has, I'm assuming -- well,
11 let me not assume.
12        When a server takes an order from a
13 customer, tell me what they do.
14    A.  They just -- they inform the captain, I
15 already took their order or I'm putting in another
16 round of drinks.  I say, "Go right ahead, put them
17 in."
18    Q.  Okay.  Do servers close customer checks?
19    A.  Yes, they do.
20    Q.  And can a server take a payment from a
21 customer?
22    A.  Yes.
23    Q.  And when a server receives a payment from a
24 customer, what do they do?
25    A.  They bring the payment to the captain.  The

Page 44

1 captain handles it from there if . . .
2     Q.  So servers do not input the final
3 information into the POS?
4     A.  No, sir.
5     Q.  Okay.  So when you were describing the
6 duties of a captain, you described how a captain will
7 close out the check and bring it to the customer and
8 that has --
9     A.  Itemized and --
10    Q.  Itemized listing of all the orders and
11 everything that was transacted that evening?
12    A.  Correct.
13    Q.  Okay.  Will a server do that, bring the
14 check to a customer?
15    A.  If instructed.
16    Q.  Okay.  And if instructed, will a server
17 process the information that the customer puts on the
18 check into the POS?
19    A.  Can you rephrase that question again?
20    Q.  Sure.  Are servers permitted once they
21 receive a completed receipt from a customer to input
22 the information into the POS?
23    A.  No.
24    Q.  Okay.
25    A.  A server cannot close a check, a captain

Page 45

1 closes checks.
2     Q.  And the testimony you previously provided
3 in relation to how a captain closes a check would
4 apply to a scenario when a server would bring them a
5 check to close as well?
6     A.  Well, processing and closing are two
7 different things.  Processing is taking the card and
8 swiping it and bringing it to the table.  Closing it,
9 after the fact of the customer signing and, you know,
10 if you're going to add anything he can, but after
11 it's signed, that signed copy will go back to the
12 captain.  And the captain has to -- when he gets time
13 or at the end of the night, he'll finalize the sale.
14    Q.  Okay.  And your testimony as it relates to
15 how a captain closes a check when it goes through
16 them is the same as it relates to when a server gives
17 the captain a check to close?
18    A.  Yes.
19    Q.  So the duties are the same whether the
20 captain does it on their own or whether the captain
21 receives the check from the server?
22    A.  Yes.
23    Q.  Okay.  And when a server processes a check
24 and gives it to the captain to close the check, your
25 testimony as it relates to what happens after the

Page 46

1 check is closed pertaining to captains is the same
2 here when it relates to a server?
3    A.  Yes.
4    Q.  Okay.  To be clear, because I'm going to go
5 through a series of positions with you, irrespective
6 of the position, once the captain closes the check
7 and it goes for processing in the back of the house,
8 you don't know what happens in the back of the house
9 with the processing of that tip; is that correct?
10   A.  Right.
11   Q.  Okay.  Do servers receive cash tips from
12 customers?
13   A.  I mean, sometimes.
14   Q.  You as a server, did you ever receive a
15 cash tip from a customer?
16   A.  Yeah, like, handshake, 20 bucks, here's $5,
17 you know, depends.
18   Q.  And when the server would receive a cash
19 tip from a customer, would the server input that cash
20 tip into the POS?
21   A.  No.
22   Q.  Would servers share their cash tips?
23   A.  Usually, the server does not.  If they are
24 doing a good be job, they say to keep it.  You know,
25 unless it's a hundred dollars.

Page 47

1    Q.  If it is a hundred-dollar cash tip the
2 server receives, what does he do with that?
3    A.  Gives him half.
4    Q.  Gives half to who?
5    A.  To the captain.
6    Q.  Okay.  Have servers ever given any amount
7 of their cash tips to anyone employed or associated
8 with Kiki that is prohibited from receiving tips?
9    A.  No.
10   Q.  Have servers ever given any amount of cash
11 tips to any owner of Kiki On the River?
12   A.  No.
13   Q.  Have servers given any amount of their cash
14 tips to Roman Jones?
15   A.  No.
16   Q.  Have servers given any amount of their cash
17 tips to Sia Hemmati?
18   A.  No.
19   Q.  Have servers given any of their cash tips
20 to any managers?
21   A.  No.
22   Q.  I know you didn't work as a bartender, but
23 tell me what your understanding is of the duties of a
24 bartender?
25   A.  Bartenders is to keep the flow of drinks

Page 48

1 coming out expedi- -- they expedite the flow of
2 drinks so we can bring it to the table fast.
3    Q.  And do bartenders also prepare drinks?
4    A.  Yes.
5    Q.  And do bartenders prepare drinks for the
6 table?
7    A.  Yes.
8    Q.  And do bartenders prepare drinks for guests
9 that are at the bar?
10   A.  Yes.
11   Q.  And in preparing drinks, do bartenders take
12 orders from customers?
13   A.  From bar customers.
14   Q.  Okay.  And what other orders would a
15 bartender take?
16   A.  That's it.  Bar -- bar customers.
17   Q.  Okay.  Does Kiki's bartender serve or
18 prepare drinks for guests that are at the table?
19   A.  Yes.  Only after the captain has put in the
20 drinks in the system.
21   Q.  Okay. So the captain will input a drink
22 order taken from the table into the POS and then that
23 will show up in the bartender's system?
24   A.  No, he will get a printout, and then he'll
25 start making the drinks.

Page 49

1    Q.  Okay.  So if we're understanding correctly,
2 there's two types of orders a bartender takes, the
3 order that they take from a guest that's at the bar?
4    A.  Right, from seating customers at the bar or
5 standing customers and then they'll also make the
6 drinks for the captains and tables.
7    Q.  Okay.  And do bartenders input the customer
8 order into the POS at Kiki On the River?
9    A.  For the bar customers?
10   Q.  Mm-hmm.
11   A.  Yes.
12   Q.  Okay.  And it's the captain that inputs the
13 drink order into the POS for any orders taken at the
14 table?
15   A.  At the table, yes.
16   Q.  Okay.  And what do bartenders do -- well,
17 strike that.
18       Any drink orders from tables that are
19 inputted into the POS by captains are also closed
20 out on the captain side of the sale?
21   A.  Yes.
22   Q.  Okay.  So the only checks that a bartender
23 will close are the ones from the guests that are at
24 the bar ordering directly from the bartender?
25   A.  That's correct.

13 (Pages 46 - 49)

Page 50

1  Q. Okay. And when the bartender is ready to
2  close a check, what would a bartender do?
3  A. It's basically the same procedure, present
4  the check, take payment, you know, credit card or
5  cash, close it -- if there's any cash, check, they
6  will close the check, put the money in the register.
7  If it's credit card, they will swipe the card, the
8  signature and the same thing.
9  Q. When you say "the same procedure," do you
10 mean the same procedure that a captain would utilize
11 to process and close the check?
12 A. There's only one system to close the check.
13 So it's the same at the table, the same at the bar.
14 Q. Okay. And the same system is the POS?
15 A. Yes.
16 Q. Okay.
17 A. The only difference is that we don't have a
18 register, so we hold the cash until the end of the
19 night, then we turn it in. The -- the bartender has
20 a register in front of him, so he puts the money in
21 the register.
22 Q. Okay. And when you say the only difference
23 and you say that we hold the cash is that the
24 captains that hold the cash?
25 A. Yes.

Page 51

1  Q. Okay. Servers do not hold cash?
2  A. No.
3  Q. Okay.
4  A. They don't hold no cash.
5  Q. And when a bartender is -- receives a
6  finalized check from a customer, they input the tip
7  amount into the POS system as well?
8  A. Repeat that.
9  Q. Sure. Well, let me ask you this: When the
10 customer finishes their drink order and they're ready
11 to leave, what would a bartender do?
12 A. Present the check and take payment.
13 Q. Okay. And when they take the payment, do
14 they input the credit card tip into the POS?
15 A. Yes.
16 Q. Okay. And once the credit card tip is
17 inputted into the POS, does the bartender know how
18 it's processed in the back of the house for purposes
19 of distributing it to tipped employees?
20     MR. POLLOCK: Form.
21 A. I don't know. I don't have that
22 information. I don't know.
23 BY MR. VELAZQUEZ:
24 Q. You don't know?
25 A. No.

Page 52

1  Q. Okay. Do bartenders receive cash tips?
2  A. Yes.
3  Q. Do bartenders input cash tips into the POS?
4  A. I don't know.
5  Q. Pardon me?
6  A. I don't know.
7  Q. Do bartenders share their cash tips?
8  A. With the other bartenders, yes.
9  Q. Would bartenders share their cash tips with
10 barbacks?
11 A. Yes.
12 Q. Any other positions that you're aware of
13 that bartenders share their cash tips with?
14 A. No.
15 Q. Have bartenders given any amount of their
16 cash tips with anyone employed or associated with
17 Kiki's that is prohibited from receiving tips?
18 A. Well, I'm not a bartender, but, yeah, I'm
19 not familiar with the bartender tipping system
20 because I'm not a bartender. I wasn't a bartender.
21 Q. So the answer to the question is: You
22 don't know?
23 A. I don't know.
24     MR. VELAZQUEZ: Let's take a break.
25 (Recess was held from 10:33 a.m. until 10:51 a.m.)

Page 53

1     MR. VELAZQUEZ: Can you read back the last
2  question and answer, Madam Court Reporter?
3     THE COURT REPORTER: Yes.
4     (Requested portion read back.)
5  BY MR. VELAZQUEZ:
6  Q. Do you have any knowledge that bartenders
7  have shared their cash tips with anyone employed or
8  associated with Kiki On the River that's prohibited
9  from receiving tips?
10 A. No.
11 Q. Okay. Do you have any knowledge whether
12 bartenders have given any amount of their cash tips
13 to any owner of Kiki On the River?
14 A. No.
15 Q. Do you have any knowledge of facts
16 pertaining to bartenders giving cash tips to owners
17 of Kiki On the River?
18 A. No.
19 Q. Do you have any knowledge of facts of
20 bartenders giving cash tips to Roman Jones?
21 A. No.
22 Q. Do you have any knowledge of facts of
23 bartenders giving cash to Kiki's managers?
24 A. No.
25 Q. Just to get the record straight, do you

14 (Pages 50 - 53)

Page 54

1  have any knowledge of facts that bartenders have
2  given any cash to anybody employed -- anyone employed
3  or associated with Kiki On the River that is
4  prohibited from receiving tips?
5      A.  Can you repeat that, please?
6      Q.  Sure.
7          Do you have any knowledge of facts of
8  bartenders sharing cash tips with anyone employed or
9  associated with Kiki On the River that is prohibited
10 from receiving tips?
11     A.  No, not that I know of.
12     Q.  Okay.  What are the duties of a bottle
13 server?
14     A.  Bottle server?
15     Q.  Mm-hmm.
16     A.  We don't have bottle servers.
17     Q.  It may also be known as a bottle girl?
18     A.  Oh, bottle girl?
19     Q.  Yeah.
20         MR. HEMMATI:  Same thing.
21 BY MR. VELAZQUEZ:
22     Q.  What are the duties of a bottle girl?
23     A.  Oh, bottle girl come out with sparklers and
24 the shields, like the -- you order Dom P, they come
25 out with the Dom Perignon shields and they, kind of,

Page 55

1  make a nice atmosphere for the guests who love the
2  Instagram and Facebook and -- show.  We call it "the
3  show."  For the show.  They become part of the
4  serving show, you can say.
5      Q.  And do bottle girls serve bottles?
6      A.  They just serve.  They don't sell anything,
7  but they serve, yes.
8      Q.  Okay.  When you say they don't sell
9  anything, they don't put anything -- strike that.
10         Do bottle servers -- for the record, when
11 I say "bottle servers," I'm referring to bottle
12 girls, okay?
13     A.  All right.
14     Q.  Do bottle servers input anything into the
15 POS?
16     A.  No.
17     Q.  Do bottle servers take orders from
18 customers?
19     A.  No.
20     Q.  Do bottle servers input anything into the
21 POS?
22     A.  No.
23     Q.  Do bottle servers have a number to access
24 the POS?
25     A.  No.

Page 56

1      Q.  Do bottle servers have any involvement when
2  a customer is going to close a check?
3      A.  No.
4      Q.  Do bottle servers have any involvement when
5  a captain or server is closing a check?
6      A.  No.
7      Q.  Do bottle servers take payments from
8  customers?
9      A.  No.
10     Q.  Do bottle servers input credit card tips
11 into the POS?
12     A.  No.
13     Q.  Do bottle servers receive cash tips?
14     A.  Maybe, I don't know.
15     Q.  Do you have any knowledge of facts that
16 bottle servers accept or take cash tips from
17 customers?
18     A.  No.
19     Q.  If a bottle server does receive a cash tip,
20 does she share those cash tips?
21     A.  I don't know.  I don't know.
22     Q.  Do you have any knowledge of facts that a
23 bottle server would share cash tips?
24     A.  No.
25     Q.  Do you have any knowledge of bottle servers

Page 57

1  sharing cash tips with anyone employed or associated
2  with Kiki On the River that is prohibited from
3  receiving tips?
4          MR. POLLOCK:  Form.
5      A.  No -- excuse me, sir.  Can we say "bottle
6  girls" because they're not servers.  They don't serve
7  anything.  They just bring the bottles to the table.
8  Server is somebody who actually serves something.
9  Bottle girls is just -- they do a show and they bring
10 the bottles with the captain to the table.  They
11 don't serve anything.
12 BY MR. VELAZQUEZ:
13     Q.  Okay.  Do -- does Kiki have a position
14 that's titled "bottle server"?
15     A.  Actually, they're hostesses who are bottle
16 girls.  When we order bottles, they'll come with us
17 to the table, do the $CO_2$, the smoke, and they bring
18 the sparklers and things to the table, then we take
19 it over from there.
20     Q.  And the bottle girls are what bring the
21 sparklers and the $CO_2$?
22     A.  Yeah, the bottle girls.
23     Q.  Okay.  Back to my original question:  Does
24 Kiki have any positions that are titled
25 "bottle server"?

15 (Pages 54 - 57)

```
                                                            Page 58
 1    A.  Not that I know of, no.
 2    Q.  Okay.
 3    A.  Can I add something to that?
 4    Q.  Sure.
 5    A.  Because a bottle server would be somebody
 6  who takes an order, inputs it and serves a bottle,
 7  but they're not servers, they're bottle girls that
 8  deliver, help you deliver the bottles that you sold
 9  to the table, that's what they do.  "Bottle Girls."
10    Q.  And during your employment at Kiki, did
11  Kiki On the River have any bottle server positions?
12    A.  No.
13    Q.  After your employment at Kiki's, are you
14  aware whether they have any bottle server positions?
15    A.  No, I don't know.  I wouldn't know.  I
16  doubt it, but I don't know.
17    Q.  So we can call them bottle girl.  I'm okay
18  with that.
19    A.  Okay.
20        MR. REISS:  Bottle person, sorry.
21        THE WITNESS:  We can say they or them,
22    you're right.
23  BY MR. VELAZQUEZ:
24    Q.  Let's just go with what they're called.  At
25  Kiki they're called "bottle girls"?
```

```
                                                            Page 59
 1    A.  Bottle girls, yes.
 2    Q.  Okay.  Do you have any knowledge of facts
 3  that bottle girls have shared any cash tips with an
 4  owner of Kiki On the River?
 5    A.  No.
 6    Q.  Do you have any knowledge of facts of
 7  bottle girls sharing cash tips with anyone employed
 8  or associated with Kiki that is prohibited from
 9  receiving tips?
10    A.  No.  No, sir.
11    Q.  I know.  You're starting to hear them over
12  and over again.  Just let me finish the question.  Do
13  you have any knowledge of facts that bottle girls
14  have given cash tips to Roman Jones?
15    A.  No.
16    Q.  Do you have any knowledge of facts that
17  bottle girls have given cash tips to Sia Hemmati?
18    A.  No.
19    Q.  Do you have any knowledge of facts that
20  bottle servers have given any amount of their cash
21  tips to Kiki On the River managers?
22    A.  No.
23    Q.  Do bottle girls -- do you have any
24  knowledge of facts that bottle girls know how Kiki On
25  the River processes tips in the back of the house for
```

```
                                                            Page 60
 1  purposes -- strike that.
 2    A.  No.
 3    Q.  Strike that.
 4    A.  No.
 5    Q.  Do you have any knowledge of facts that
 6  bottle girls know how Kiki On the River processes
 7  credit card tips in the back of the house to
 8  distribute to tipped employees?
 9    A.  No.
10    Q.  Okay.  What are the duties of a busser?
11    A.  Busser?  They -- they -- they get ice, they
12  re-set the tables, they clear the tables, they keep
13  your work area clean.  If you need -- if they are
14  having regular water, they maintain water service on
15  the table.
16    Q.  Do bussers take orders from customers?
17    A.  No.
18    Q.  Do bussers input orders into the POS at
19  Kiki On the River?
20    A.  No.
21    Q.  Do bussers have a number to access the POS?
22    A.  No.
23    Q.  Do bussers have any involvement in the
24  closing of a customer check?
25    A.  No.
```

```
                                                            Page 61
 1    Q.  Do bussers have any involvement in the
 2  processing of a customer check?
 3    A.  No.
 4    Q.  Do bussers take payments from customers at
 5  Kiki?
 6    A.  No.
 7    Q.  Do bussers input credit card tips into the
 8  POS?
 9    A.  No.
10    Q.  Do bussers -- do you have any knowledge of
11  facts that bussers know how Kiki processes credit
12  card tips in the back of the house for purposes of
13  distributing to tipped employees?
14        MR. POLLOCK:  Form.
15    A.  No.
16  BY MR. VELAZQUEZ:
17    Q.  Do bussers receive cash tips?
18    A.  Yes.
19    Q.  Do bussers input their cash tips into the
20  POS?
21    A.  No.
22    Q.  Do bussers share their cash tips?
23    A.  I wouldn't know.
24    Q.  Do you have any knowledge of facts that
25  bussers share their cash tips?
```

Page 62

1  A. No.
2  Q. Do you have any knowledge of facts that
3  bussers have given any amount of their cash tips to
4  anyone employed or associated with Kiki On the River
5  that is prohibited from receiving tips?
6  A. No.
7  Q. Do you have any knowledge of facts that
8  bussers have given any amount of their cash tips to
9  any owner of Kiki On the River?
10  A. No.
11  Q. Do you have any knowledge of facts that
12  bussers have given any amount of their cash tips to
13  Roman Jones?
14  A. No.
15  Q. Do you have any knowledge of facts that
16  bussers have given cash tips to Sia Hemmati?
17  A. No.
18  Q. Do you have any knowledge of facts that
19  bussers have given cash tips to managers at Kiki On
20  the River?
21  A. No.
22  Q. Do customers receive cash tips directly --
23  strike that.
24      Do bussers receive cash tips directly from
25  customers?

Page 63

1  A. It could happen. I mean, yes.
2  Q. And what other way would a busser receive a
3  cash tip?
4  A. A scenario?
5  Q. Yeah.
6  A. So I'm a smoker, and I'm -- and I'm -- and
7  the busser is on top of my ashtray, changing my
8  ashtray. I might give him a tip because this guy is
9  on top of my ashtray service.
10  Q. Okay.
11  A. If I'm thirsty and I'm drinking a lot of
12  water and this kid keeps refilling my water, the
13  captain is busy over there talking to some other
14  table. I'll say, this kid is all right. I'll give
15  him a little extra, you know, a little handshake on
16  the way out. So, yeah, they can get cash tips.
17  Q. So bussers typically receive cash tips
18  directly from the customers?
19  A. They may, not all the time. But, you know,
20  some people, you know, you give good service, you get
21  taken care of.
22  Q. And the cash tip would come directly from
23  the customer to the busser?
24  A. Yes, unless they give it to the captain and
25  the captain will, you know, bump him off at the end,

Page 64

1  but sometimes they do get a little handshake.
2  Q. Okay.
3  A. And just --
4  Q. Do you have any knowledge of facts that
5  bartenders have given cash tips to Sia Hemmati?
6  A. No.
7  Q. Is a host and a hostess the same position
8  at Kiki?
9  A. Yes.
10  Q. Okay. So I'm just going to refer to them
11  as host. What are the duties of a host at Kiki's?
12  A. I guess greet the guest when they arrive,
13  check if they have reservations, have -- well,
14  there's a host, which would be the main host --
15  hostess, and then there would be the other hostess
16  which walk to the table. So the main host would
17  greet and check the reservation and then send one of
18  the other hostess to walk them over to the table.
19  Q. Okay.
20  A. And if there's a special event, they'll
21  print out a little piece of paper which lets the
22  captain know that there's a birthday or anniversary
23  or special event at the table.
24  Q. Okay. So we're using it interchangeably.
25  But so the record is clear, whether you say "host" or

Page 65

1  you say "hostess," you're talking about the same
2  position?
3  A. It's the same, yeah, the same position.
4  Q. Okay. Do hosts take orders from customers?
5  A. No.
6  Q. Do hosts input customer orders into the POS
7  at Kiki On the River?
8  A. No.
9  Q. Do hosts have a number to access the POS?
10  A. No. Go back. They have a number to clock
11  in, that's it.
12  Q. Okay. But is clocking in different than
13  accessing the POS?
14  A. It depends on the position. If you're a
15  host, you don't do sales, so you don't need to access
16  anything.
17  Q. Okay. So the host would have a number to
18  clock in and out for the day?
19  A. Right.
20  Q. Okay. Do hosts have any involvement when a
21  customer is going to close a check?
22  A. No.
23  Q. Do hosts take payments from customers at
24  Kiki?
25  A. No, no, sir.

Page 66

1  Q. Do hosts input tip amounts into the POS
2 when they're left on a credit card?
3  A. No.
4  Q. Do you have any knowledge of facts that
5 hosts know how Kiki processes credit card tips from
6 the back of the house to distribute to tipped
7 employees?
8  A. No.
9  Q. Do hosts receive cash tips?
10  A. No -- well, well, most likely yes.
11  Q. Do you know for certain if hosts receive
12 cash tips?
13  A. Yes.
14  Q. Do hosts input the cash tips into the POS?
15  A. No.
16  Q. Do the hosts share their cash tips?
17  A. Among themselves, yes.
18  Q. And what positions would a host share their
19 cash tips with at Kiki?
20  A. With other hostesses.
21  Q. Do you have any knowledge of facts that a
22 host has given any amount of their cash tips to
23 anyone employed or associated with Kiki that is
24 prohibited from receiving tips?
25  A. No.

Page 67

1  Q. Do you have any knowledge of facts that
2 hosts have given any amount of their cash tips to any
3 owner of Kiki On the River?
4  A. No.
5  Q. Do you have any knowledge of facts that
6 hosts have given any amount of their cash tips to
7 Roman Jones?
8  A. No.
9  Q. Do you have any knowledge of facts that
10 hosts have given any amount of their cash tips to
11 Sia Hemmati?
12  A. No.
13  Q. Do you have any knowledge of facts that
14 hosts have given their cash tips to a manager at
15 Kiki On the River?
16  A. No.
17  Q. Tell me the duties of a dockmaster.
18  A. Dockmaster, if you arrive on your boat, he
19 will tie up the boat, he'll -- it will -- he'll see
20 how -- Kiki On the River charges $5 per foot on
21 certain -- $3 on the weekdays, $5 on the weekend for
22 parking your boat. And then we'll tell the captain,
23 "Well, you have a 40-footer, charge $120." If it's a
24 weekday. It's $5 on the weekend. I don't know if it
25 went up, but that was the rate.

Page 68

1 So he'll do -- the captain will know how
2 big the boat is, charge it, make sure you charge the
3 docking fee. It's called the docking fee, so that
4 was his job.
5  Q. Do dockmasters take orders from customers?
6  A. Sometimes they do, but the captain will
7 input the order. So they might have -- they might
8 park and want something to go, and they'll order,
9 "Give me two grilled octopus and two fries." And
10 he'll say they want this, and the captain will ring
11 it in.
12  Q. And when you say that captain will input an
13 order that's given to them by a dockmaster, does the
14 captain input that order into the POS?
15  A. Yes.
16  Q. Do dockmasters ever input orders into the
17 POS at Kiki?
18  A. No.
19  Q. Do dockmasters have a number to access
20 Kiki's POS?
21  A. No.
22  Q. Does Kiki rent a boat for customers -- or
23 strike that.
24 Does Kiki afford customers the ability to
25 rent a boat to dine?

Page 69

1  A. Kiki On the River, they do have a boat,
2 yes.
3  Q. And if there is a customer that is dining
4 on the boat, who serves the customer on that boat?
5  A. Captain -- captain and a server.
6  Q. So the dockmaster wouldn't have any
7 involvement with serving the customer on a boat?
8  A. No.
9  Q. And if a customer docks their private
10 boat --
11  A. Excuse me, let's go back to that first
12 question.
13  Q. Sure.
14 What question are you referring to?
15  A. The one about the dockmaster assisting and
16 serving. There have been instances that he has
17 helped, yes, but that's not his duties. He just does
18 that as an extra help to the house. The -- sometimes
19 he helps.
20  Q. And what type of help or assistance does he
21 provide and to whom does he provide it to?
22  A. Like clearing, like helping, like the
23 busboy. It's a busy place, so sometimes everybody
24 pitches in, take stuff out, dirty stuff off the boat
25 and put it in a bus bin.

Page 70

1  Q. Okay. And when the dockmaster kicks in
2 like this, is he kicking in on private boats?
3  A. Yeah, on yachts.
4  Q. Okay. And when dockmasters help out like
5 this, does he also help out on Kiki's private boat?
6  A. I'm not sure. That was before me. When I
7 left, the boat wasn't functioning. It was parked
8 there, but it wasn't doing any services yet.
9  Q. Okay. Do dockmasters have any involvement
10 in closing a customer check?
11  A. No.
12  Q. Do dockmasters have any involvement in
13 processing a customer check?
14  A. No.
15  Q. Do dockmasters take payments from customers
16 at Kiki?
17  A. If -- they would always -- like, if they
18 could present the check, they would bring it back to
19 the captain and the captain would do the payment
20 process.
21  Q. So in all instances when payment is
22 tendered on a boat, whether it's Kiki's boat or a
23 private boat, that check is handed to the captain for
24 purposes of inputting?
25  A. On the Kiki boat, I don't know because I

Page 71

1 assume that the Kiki boat is a private event space,
2 so that goes to a manager or the captain on duty at
3 that time on the boat, but I don't think the
4 dockmaster would be running payments on a big boat
5 like that.
6  Q. Do you have any knowledge of facts that --
7 that the handling of checks of customers on a boat
8 are handled any differently than they are handled for
9 customers at the restaurant?
10  A. No, the same.
11  Q. Okay. And forgive me if I asked you this,
12 but do dockmasters take payments from customers at
13 Kiki?
14  A. No.
15  Q. Do dockmasters input tip amounts that they
16 receive from credit card tips?
17  A. No.
18  Q. Do you have any knowledge of facts that
19 credit card tips that originate from a boat are
20 handled any differently from the back of the house
21 for purposes of distributing?
22  A. Repeat that, please.
23  Q. Sure. Do you have any knowledge of facts
24 that Kiki processes -- strike that.
25     Do you have any knowledge of facts that

Page 72

1 dockmasters know how Kiki processes credit card tips
2 to distribute to tipped employees?
3  A. No.
4  Q. Do dockmasters receive cash tips?
5  A. Yes.
6  Q. Are the dockmasters cash tips inputted into
7 Kiki's POS?
8  A. No. They're called handshakes.
9  Q. Do dockmasters share their cash tips?
10  A. No. Oh, unless there's another dockmaster
11 on the dock. Sometimes there's two.
12  Q. Do you have knowledge of any facts that
13 dockmasters have given any amount of their cash tips
14 to anyone employed or associated with Kiki On the
15 River that is prohibited from receiving tips?
16  A. Not that I know of, no.
17  Q. Do you have any knowledge of facts that
18 dockmasters have given any amount of their cash tips
19 to an owner at Kiki On the River?
20  A. No.
21  Q. Do you have any knowledge of facts that
22 dockmasters have given any amount of their cash tips
23 to Roman Jones?
24  A. No.
25  Q. Do you have any knowledge of facts that

Page 73

1 dockmasters have given their cash tips to
2 Sia Hemmati?
3  A. No.
4  Q. Do you have any knowledge of facts that
5 dockmasters have given any of their cash tips to
6 managers at Kiki On the River?
7  A. No.
8  Q. What are the duties of a food runner?
9  A. Food runner, once the food is ready, the
10 chef has prepared the food and is ready to go to the
11 table, the food runner brings it out from the kitchen
12 and serves it to the table, to the -- or brings it to
13 the table and the captain usually assists in serving
14 the food.
15  Q. Do food runners take orders from customers?
16  A. No.
17  Q. Do food runners input customer orders into
18 Kiki's POS?
19  A. No.
20  Q. Do food runners have a number to access the
21 POS?
22  A. No.
23  Q. Do food runners have any involvement in the
24 closing of a customer check?
25  A. No.

19 (Pages 70 - 73)

Page 74

1  Q. Do food runners have any duties in
2  processing a customer check?
3  A. No.
4  Q. Do food runners take payments from
5  customers at Kiki?
6  A. No.
7  Q. Do food runners input credit card tips into
8  Kiki's POS?
9  A. No.
10  Q. Do you have any knowledge of facts that
11  food runners know about how Kiki processes credit
12  card tips to distribute to tipped employees?
13  A. No.
14  Q. Do food runners receive cash tips?
15  A. No. Oh, sorry. Only on Sundays.
16  Q. Pardon me?
17  A. Only on Sundays.
18  Q. Why do food runners only receive cash tips
19  on Sundays?
20  A. Sundays are usually the -- you know, the
21  day that you get the most cash.
22  Q. And would food runners get cash tips
23  directly from customers?
24  A. No, from the captain.
25  Q. So food runners would get a tip-out of cash

Page 75

1  tips from captains?
2  A. Yes.
3  Q. Okay. And that typically only happens on
4  Sundays?
5  A. Yes.
6  Q. Do food runners input tip amounts of cash
7  tips into the POS?
8  A. No.
9  Q. And do food runners share their cash tips?
10  A. No.
11  Q. Do you have any knowledge of facts that
12  food runners give any amount of their cash tips to
13  anyone employed or associated with Kiki that is
14  prohibited from receiving tips?
15  A. No.
16  Q. Do you have any knowledge of food runners
17  giving any amount of their cash tips to an owner of
18  Kiki On the River?
19  A. No.
20  Q. Do you have any knowledge of
21  food runners -- strike that.
22      Do you have any knowledge of facts that
23  food runners give any amount of their cash tips to
24  Roman Jones?
25  A. No.

Page 76

1  Q. Do you have any knowledge of facts that
2  food runners give cash tips to Sia Hemmati?
3  A. No.
4  Q. Do you have any knowledge of facts that
5  food runners give their cash tips to managers at
6  Kiki On the River?
7  A. No.
8  Q. I'm sorry?
9  A. No.
10  Q. What are the duties of a barback?
11  A. Barback? Restock the bar, make sure
12  there's ice, clean up at the end of the night, the
13  bar area, take out the trash, and that's all,
14  basically. That's basically what they do.
15  Q. Okay. Do barbacks take customer orders?
16  A. They may take an order, but just to
17  transmit it to the bartender.
18  Q. Do barbacks input customer orders into the
19  POS at Kiki?
20  A. No.
21  Q. When they do receive a customer order, they
22  communicate it to the bartender?
23  A. Yes.
24  Q. And then the bartender inputs the customer
25  order into the POS?

Page 77

1  A. And makes the drinks.
2  Q. So the answer to the question is "yes" and
3  the bartender makes the drinks?
4  A. Yes.
5  Q. Do barbacks have a number to access the
6  POS?
7  A. No.
8  Q. Do barbacks have any involvement in closing
9  a customer check?
10  A. No.
11  Q. Do barbacks have any involvement in
12  processing a customer check?
13  A. No.
14  Q. Do barbacks take payments from customers at
15  Kiki?
16  A. No.
17  Q. Do barbacks input tip amounts into the POS
18  when they're left on a credit card?
19  A. No.
20  Q. Do barbacks receive cash tips?
21  A. I assume so. I don't know. They're part
22  of the bartending pool, so I would say yes.
23  Q. So your testimony is that barbacks do
24  receive cash tips?
25  A. Yes.

20 (Pages 74 - 77)

Page 78

1  Q. Okay. Do barbacks input cash tips into the
2  POS?
3  A. No.
4  Q. Do you have any knowledge of facts that
5  barbacks know how tips are processed by the back of
6  the house to distribute to tipped employees?
7     MR. POLLOCK: Form.
8     MR. VELAZQUEZ: You can answer.
9  A. I don't think so, no.
10 BY MR. VELAZQUEZ:
11 Q. Do barbacks share their cash tips?
12 A. No.
13 Q. Do you have any knowledge of facts that
14 barbacks give any amount of their cash tips to anyone
15 employed or associated with Kiki that is prohibited
16 from receiving tips?
17 A. No.
18 Q. Do you have any knowledge of facts that
19 barbacks give any amount of their cash tips to an
20 owner of Kiki On the River?
21 A. No.
22 Q. Do you have any knowledge of facts that
23 barbacks give any amount of their cash tips to Roman
24 Jones?
25 A. No.

Page 79

1  Q. Do you have any knowledge of facts that
2  barbacks give their cash tips to Sia Hemmati?
3  A. No.
4  Q. Do you have any knowledge of facts that
5  barbacks give any amount of their cash tips to
6  managers at Kiki On the River?
7  A. No.
8  Q. How does Kiki pay its tipped employees?
9  A. How do -- we have a base -- base hourly pay
10 and you get the tip share of the pool, and then you
11 get the -- a bonus, the bonus portion, I guess.
12    MR. VELAZQUEZ: Can you read back the
13    answer, Madam Court Reporter?
14    (Requested portion read back.)
15 BY MR. VELAZQUEZ:
16 Q. And when you say "the tip share of the
17 pool," are you referring to Kiki's service charge?
18 A. Yes.
19 Q. Okay. So it's your testimony that Kiki
20 pays its tipped employees with a base salary rate, a
21 percentage of the service charge, and a bonus?
22 A. Yeah.
23 Q. Yes?
24 A. Yes. Yes, sir.
25 Q. And what is an hourly rate?

Page 80

1  A. I believe in the State of Florida it's $8,
2  $8 an hour now, I don't know, 7.99. So when we
3  started, it was, like, $5 an hour, and it just went
4  up after a couple of years.
5  Q. Okay. And what is a service charge?
6  A. Service charge is the -- the -- well, what
7  it is, service charge. The name says it, service
8  charge.
9  Q. So is a service charge an amount or a
10 percentage that Kiki puts on all customer checks?
11 A. All customer checks have a service charge.
12 Q. Mm-hmm.
13 A. That service charge is broken down in
14 I think three parts. Service, right? A percentage
15 goes to service, which is the front of the house
16 staff, a percentage goes to breakage, I think, and
17 then another percentage goes to processing fees, and
18 stuff like that.
19 Q. Do you understand that a service charge can
20 be used by Kiki On the River any way they want to?
21 A. Excuse me?
22 Q. Do you understand that service charges, the
23 revenues generated from service charges can be used
24 by Kiki On the River any way they want to?
25 A. I've learned a lot, yes.

Page 81

1  Q. The answer to the question is yes?
2  A. Yes.
3  Q. Okay. And do you understand the difference
4  between a service charge and a customer tip?
5  A. Yes.
6  Q. Okay. And what is the difference for you
7  between a service charge and a customer tip?
8  A. The service charge is the service that
9  you're providing, but, like you said, they can do
10 whatever they want with the money. The tip is the
11 additional tip.
12 Q. Okay. And the tip, the additional tip is
13 the discretionary amount that the customer leaves,
14 right?
15 A. Right. So I don't want to add to this. So
16 let's say if you're doing a shift, in your mind you
17 are going in for $150 per shift. Let's go with a low
18 number, right? And then you're working for the
19 additional tip. You know? So that's how I used to
20 think about it.
21 Q. Okay. Now, at Kiki's, did co-workers use
22 tips, the word "tip" interchangeably to refer to
23 service charges also?
24 A. Some may because that terminology is
25 very -- it blends in very, like, together, you know?

21 (Pages 78 - 81)

Page 206

1 credit card tips that were inputted into Kiki's POS?
2  A. Altering?
3  Q. Yes.
4  A. Like --
5  Q. Changing.
6  A. Yes. Say it was a customer that was not
7 happy, for example, and they didn't want to pay
8 gratuity or service charge, there was a -- the
9 manager or general manager can delete the service
10 charge to please a guest. So it's -- it's doable.
11  Q. Okay. So now I'm talking about tips here.
12 You're talking about service charge.
13  A. Oh, okay, so . . .
14  Q. My question is: Did you ever see anyone
15 from Kiki's changing the customer tips that were
16 inserted or inputted into Kiki's POS?
17  A. No.
18  Q. Do you know of anybody in the class that
19 ever witnessed anyone changing the customer tips that
20 were inserted into Kiki's POS?
21  A. No.
22  Q. Did you ever see Sia Hemmati changing the
23 tip amounts in Kiki's POS?
24  A. No.
25  Q. Did you ever see Roman Jones changing the

Page 207

1 tip amounts in Kiki's POS?
2  A. No.
3  Q. Did you ever see Aris Nanos changing the
4 tip amounts in Kiki's POS?
5  A. No.
6  Q. Did you ever see Vigan Krasniqi changing
7 the tip amounts in Kiki's POS?
8  A. No.
9  Q. Let's take a break.
10   (Recess was held from 5:17 p.m. until 5:35 p.m.)
11 BY MR. VELAZQUEZ:
12  Q. Identify by name and position everyone that
13 you allege retained tips as alleged in your third
14 amended complaint. Strike that.
15    Identify by name and position everyone
16 that you alleged unlawfully retained tips as claimed
17 in the third amended complaint.
18  A. In the -- Kiki On the River.
19  Q. And tell me by name every person that
20 unlawfully retained tips from Kiki On the River.
21  A. Roman Jones, Aris, and that's it.
22  Q. And Aris' name is -- last name? Nanos,
23 that's right.
24    How do you know that Roman Jones allegedly
25 unlawfully retained tips?

Page 208

1  A. It was a conversation from one of the
2 managers that there was a -- he talked about that
3 instance where when one of the owners, Lee Lyon, was
4 very upset because they were taking tips. And he
5 even said around a number they had taken, like,
6 $900,000 out of the tip pool in a certain -- in a
7 period of one year.
8  Q. And who is the person that you're
9 attributing this conversation to?
10  A. Ciro Costanzo.
11  Q. Other than Roman Jones and Aris Nanos, do
12 you claim that anybody unlawfully retained tips at
13 Kiki's?
14  A. No, no, I don't think so. Maybe
15 somebody -- they had to have access to the tips, so I
16 don't know how they did it.
17  Q. And did you hear the conversation that
18 you're attributing to Ciro Costanzo?
19  A. He was telling me directly. It wasn't
20 a . . .
21  Q. And tell me exactly what Ciro Costanzo told
22 you about Roman Jones and Aris Nanos.
23  A. I just said that -- that Lee Lyon was very
24 upset because of that situation. He didn't have
25 knowledge of it, so he was very pissed off.

Page 209

1  Q. And who is the person that you are
2 referring to?
3  A. Lee Lyon. Lee Lyon. One of the investors.
4  Q. Lee Lyon?
5  A. Yes.
6  Q. During that conversation that you alleged
7 Ciro Costanzo told you, is it true that Ciro Costanzo
8 was referring to $900,000 in service charges?
9  A. No -- well, I don't know. It was tips
10 taken out of the tip pool that were not given out.
11  Q. Earlier today you testified that the term
12 tips was used interchangeably by everybody at Kiki's,
13 correct?
14  A. Right.
15  Q. People would refer to service charges as
16 tips at Kiki's, right?
17  A. In the conversation, they're not going
18 to -- it wasn't being specific on what -- if it was
19 service charges or tips. It was money missing from
20 the tips.
21  Q. So you don't know sitting here today
22 whether the $900,000 that you alleged Ciro Costanzo
23 claims is missing was tips that were left by
24 customers; is that correct?
25  A. That's correct, yes. It could have been.

53 (Pages 206 - 209)

Page 226

1  didn't get the -- I didn't get the thousand-dollar
2  tip or even the 500 that they said they were going to
3  add to the check. So, obviously, I am owed
4  something.
5      Q.  But you testified earlier today, do you
6  recall, that the tips that were left by customers for
7  tipped employees were distributed, correct? So if
8  somebody would have left you -- well, is that
9  correct?
10         MR. POLLOCK:  Object to form.
11         MR. VELAZQUEZ:  Can you read that question
12    back, please.
13         (Requested portion read back.)
14         MR. VELAZQUEZ:  Strike that. Just strike
15    the question.
16  BY MR. VELAZQUEZ:
17      Q.  You testified earlier today that credit
18  card tips that were left by customers for tipped
19  employees were distributed amongst several employees
20  that provided a service to that guest; is that
21  correct?
22      A.  Right.
23      Q.  So in your hypothetical, if you would have
24  received a $1,000 cash tip, that $1,000 -- strike
25  that.

Page 227

1         In your hypothetical, if you would have
2  received a $1,000 credit card tip, that $1,000
3  credit card tip would have been distributed based on
4  the percentages and the points to the captain, which
5  would have been you, correct?
6      A.  Yes.
7      Q.  To the server?
8      A.  Yes.
9      Q.  To the busser?
10     A.  Busser, yes.
11     Q.  To the food runners?
12     A.  Right.
13     Q.  So in that hypothetical, you wouldn't have
14  received the full $1,000 tip, is that correct,
15  because it would have been distributed?
16     A.  That's correct, yes.
17     Q.  So in light of that, is it still your
18  position that you are owed approximately $1,500 per
19  week for every week that you worked in tips that were
20  left by customers?
21     A.  No, that's not the full amount.
22     Q.  Your answer to the question was no?
23     A.  No.
24     Q.  Okay. So in light of your testimony today,
25  is it true that based on the records that you've

Page 228

1  seen, the payroll records that are introduced as
2  exhibits, the testimony that you provided that Kiki
3  On the River paid you all the credit card tips that
4  were left by customers; is that correct?
5         Is that correct?
6      A.  It's not correct.
7      Q.  And what do you base that on again? Your
8  testimony today reflects the exhibits that we've
9  shown you reflecting the credit card tips that were
10 paid to you, that there's no unlawful evidence of
11 unlawful conduct that you've presented here. What do
12 you base that Kiki On the River owes you any amount
13 in credit card tips? What do you base that
14 allegation?
15     A.  Let's go back to the other question. Can
16 we go back one question?
17     Q.  No. Answer that question.
18     A.  Repeat it, please.
19         MR. VELAZQUEZ:  Read it back, Madam Court
20    Reporter.
21         (Requested portion read back.)
22     A.  Well, learning that service charges are --
23 service charges, that's for the house, and the
24 additional tip is for the server, captain and support
25 staff, whatever support staff is involved. Being

Page 229

1  that, that I must say that what you said.
2  BY MR. VELAZQUEZ:
3      Q.  What I said is that Kiki On the River did,
4  in fact, pay you all the credit card tips that were
5  left by customers; is that correct?
6      A.  I don't know if that's correct, but, you
7  know.
8      Q.  I'm not talking about service charges; I am
9  talking about discretionary credit card tips that
10 were left by customers. Is it true, based on your
11 testimony today, that record exhibits that Kiki paid
12 you all the credit card tips that were left by
13 customers; is that true?
14     A.  Yes. Are we done here today?
15     Q.  Give us a minute.
16  (Recess was held from 6:23 p.m. until 6:25 p.m.)
17         MR. VELAZQUEZ:  We are done today, guys.
18         MR. POLLOCK:  Okay.
19         (The proceedings concluded at 6:25 p.m.)