# EXHIBIT B

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 1:22-CV-23074-BLOOM

OCTAVIO COLLADO
For himself and all others
similarly situated,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, D/B/A
KIKI ON THE RIVER, RJ RIVER, LLC
AND ROMAN JONEZ,

    Defendants.

_____/

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff, Octavio Collado, responds to the First Set of Interrogatories served on her by the Defendant, 450 North River Drive, LLC d/b/a Kiki on the River, as follows:

## INTERROGATORIES

1. Please identify each person answering or assisting in answering these interrogatories, and his/her relationship to the responding party, as well as his/her full name, date of birth, social security number, and current residential address.

**ANSWER:**

**Octavio Collado, with the assistance of counsel**
**DOB:** [redacted]
**SS No.:** [redacted]

2. Identify, by name and position, each and every person constituting a traditionally non-tipped employee (as described in paragraph 55 of the Third Amended Complaint) that you allege retained tips and/or overtips and state how you know they retained

tips and/or overtips as well as the facts supporting your belief that the person identified retained tips and/or overtips.

   **ANSWER:**

**Plaintiff objects to the application of fact to law as invasive of the work product and attorney-client privileges. Without waiver of objections:**

**My attorneys have requested but not received the documents identifying the tips/overtips paid by patrons (and the amounts paid for the house accounts) and several weeks of close-out receipts that would allow my attorneys to perform an accounting. The close-out receipts did not match the weekly totals for the three weeks that were produced. Therefore, discovery continues and I will supplement this Answer with the additional information learned in discovery.**

**I believe Sia Hemmati, Roman Jones, Aris \_\_\_\_, and Vigan Krasniqi retained and/or improperly distributed overtips.**

**In a conversation with Ciro (Manager), Petra (Office), and Peter (Bar manager), I heard Ciro say that Aris, Sia, and Roman took $900k out of the tips that year, and that they split amongst themselves. Discovery continues. I also understand that an analysis of the records identifying the tips reported by those who received tips in a week does not equal the amount of tips paid out in a week, calling into question the accuracy of Defendants' records.**

3. Please state each and every fact which you contend supports your claim that Defendants unlawfully retained tips and/or overtips (e.g., identifying the work week in which such alleged unlawful tip retention occurred, who unlawfully retained the tips and/or overtips, and the amount of tips and/or overtips that were allegedly retained each such work week, etc.), and identify each and every document you believe supports that claim.

   **ANSWER:**

**Plaintiff objects to the application of fact to law as invasive of the work product and attorney-client privileges. Without waiver of objections:**

**Please see my response to Interrogatory No. 2 as discovery continues.**

4. Please state each and every fact which you contend supports your claim that Defendants unlawfully failed to distribute tips and/or overtips (e.g., identifying the work week in which such alleged failure to distribute tips and/or overtips occurred, who unlawfully

distributed the tips and/or overtips during that week, who unlawfully received the tips and/or overtips during that week, and the amount of tips and/or overtips that were allegedly unlawfully distributed each such work week, etc.), and identify each and every document you believe supports that claim.

> **ANSWER:**
>
> **My attorneys have requested but not received the documents identifying the tips/overtips paid by patrons (and the amounts paid for the house accounts), and for several weeks of close-out receipts that would allow my attorneys to perform an accounting. Thus, the request for an accounting of damages is premature based on Defendants' failure to timely provide the information and materials requested.**

5.   State with particularity the nature, basis, amount, and manner of computation of all monetary or other relief that you are seeking, including the gross amount of tips and/or overtips you are claiming.

> **ANSWER:**
>
> **Until the manager, Ciro Costanzo, told me that Aris, Roman, and Sia took 900k out of one year of over tips or tips, I would not have confirmation. I was suspicious, but there was no confirmation from a manager.**
>
> **I'm going by the conversation of among themselves (Aris, Roman and Sia), laughing, and saying that they got 900k out of our tips in only one year. We do yet not have all of the documents that would enable us to provide a week-by-week analysis, as we have several representative weeks and do not records for each week for the years at issue.**

6.   For each weak of your employment during the 5 years prior to the filing of the initial Complaint through the present, do you contend that the combination of your hourly wage and the percentage of the service charge you were paid fell below the Florida or federal minimum wage? If the answer is yes, please state the week(s) at issue and the amount you contend fell below the Florida or federal minimum wage.

> **ANSWER: No.**

**VERIFICATION**

I, Octavio Collado, being duly sworn, depose and say:

1. I am the Plaintiff in the above-referenced matter. I am fully familiar with the facts set forth herein.

2. I have reviewed the above answers to interrogatories and verify upon penalty of perjury that they are true and correct.

octavio collado (Dec 8, 2023 14:21 EST)

Name: Octavio Collado

STATE OF FLORIDA    )
                    )
SS:                 )

COUNTY OF MIAMI-DADE    )

SWORN TO AND SUBSCRIBED to before me this 8 day of December, 2023, by Octavio Collado, who is personally known to me or has produced Driver License as identification.

Steffany Sanguino

Notary Name Printed

My Commission Expires/Seal:



STEFFANY SANGUINO
Notary Public-State of Florida
Commission # HH 196413
My Commission Expires
November 08, 2025