UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/TORRES

OCTAVIO COLLADO,

        **COLLECTIVE ACTION**

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER
AND ROMAN JONES,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY SUPPORTING MOTION TO WITHDRAW**

    Brian H. Pollock, Esq. and FairLaw Firm, request the Court to grant an extension of time to file their Reply supporting the Motion to Withdraw as Counsel pursuant to t to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, based upon the lack of opposition and the following good cause:

    1.    The undersigned filed the Corrected Motion to Withdraw as Counsel on December 22, 2023 [ECF No. 235].

    2.    The Court expedited the date for Defendants to respond to December 29, 2023. [ECF No. 234.]

    3.    Defendant', 450 North River Drive, LLC., d/b/a/ Kiki on The River, RJ River, LLC, and Roman Jones, filed their Response in Opposition on December 22, 2023 [ECF No. 237].

4. The undersigned counsel is out of the country and not scheduled to return to the country until the evening of January 3, 2024, and to the office on January 4, 2024.

5. The undersigned requests a brief extension of time until January 5, 2024, to file the Reply supporting the Corrected Motion to Withdraw as Counsel.

6. The undersigned conferred with defense counsel, who did not oppose the relief requested.

WHEREFORE Brian H. Pollock, Esq. and FairLaw Firm respectfully request the Court to grant the brief extension of time requested above.

Respectfully submitted this 28th day of December 2023,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff(s)*