# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 22-CV-23074-BB
 3
     OCTAVIO COLLADO, et al.,
 4                                        Miami, Florida
                 Plaintiff(s),
 5                                        November 27, 2023
             vs.
 6
     450 NORTH RIVER DRIVE, LLC,
 7   et al.,
 8
                     Defendant(s).     Pages 1 – 46
 9   ------------------------------------------------------------
10                      DISCOVERY HEARING
               TRANSCRIBED FROM DIGITAL AUDIO RECORDING
11           BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                   UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13
     FOR THE PLAINTIFF(S):  BRIAN H. POLLOCK, ESQ.
14                          FAIRLAW FIRM
                            135 San Lorenzo Avenue
15                          Coral Gables, FL 33146
                            305-230-4884
16                          brian@fairlawattorney.com
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES (CONT'D)

 2

 3   FOR THE DEFENDANT(S):   REYNALDO VELAZQUEZ, ESQ.
     450 N River Drive       JACKSON LEWIS, P.C.
 4                           2 South Biscayne Boulevard
                             Miami, FL 33131
 5                           305-577-7600
                             rey.velazquez@jacksonlewis.com
 6

 7

 8   FOR THE DEFENDANT(S):   ALLAN S. REISS, ESQ.
     RJ River, LLC           LEVINE & PARTNERS
 9                           3350 Mary Street
                             Miami, FL 33133
10                           305-372-1350
                             asr@levinelawfirm.com
11

12   TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                             Court Reporter
13                           jemancari@gmail.com

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Thereupon,

2    the following proceedings were held:

3            THE DEPUTY CLERK:  Octavio Collado v. 450 North River

4    Drive, LLC, *et al.*, case No. 22 23074, Civil, Bloom.

5            Counsel, please state your appearances for the record.

6            MR. POLLOCK:  Good morning.  Brian Pollock for the

7    plaintiff and The Collective.

8            MR. VELAZQUEZ:  Good morning, your Honor.  Reynaldo

9    Velazquez on behalf of 450 North River Drive, doing business as

10   Kiki on the River, and Roman Jones.

11           MR. REISS:  Good morning, your Honor.  Allan Reiss,

12   Levine & Partners, for defendant RJ River, LLC.

13           I apologize to the court.  I forgot my jacket this

14   morning.

15           THE COURT:  All right.  Well, you do have a beautiful

16   background.

17           MR. REISS:  I was trying to make up for the absence of

18   a jacket, Judge.  Thank you for noticing.

19           THE COURT:  All right.  So I have the Notice of

20   Discovery Hearing.

21           The first question is how many plaintiffs in The

22   Collective may defendants depose.

23           I don't know if you—all have had discussions.  Are you

24   fighting over a number?  Can you give me a little bit of

25   background on that.

1              MR. VELAZQUEZ:  Yes, your Honor.  So right now the

2     issue relates to the amount of opt-in plaintiffs to be deposed.

3     The defense has proposed two per position, which equals 13

4     depositions, and, of course, the main plaintiff, for a total of

5     14 depositions.

6              THE COURT:  OK.  What is the plaintiffs' position?

7              MR. POLLOCK:  Your Honor, I think under the rules they

8     provide for ten depositions.  So we'd like to stick with the

9     ten.  If we are going to go beyond that, I'd like a limit on

10    the hours that each deponent would be subject to deposition.  I

11    think that is kind of how these are done.  The plaintiff is

12    deposed, pursuant to the rules, for seven hours, and then if

13    there are going to be opt-ins that are deposed, there is a

14    shorter period of time, so that way you can get multiple done

15    in a day.

16             THE COURT:  OK.  You said two per position.  What are

17    the positions?

18             Mr. Velazquez.

19             MR. VELAZQUEZ:  My apology, your Honor.  I thought you

20    were asking the plaintiff.

21             It's captains, waiters, bartenders, bussers, barbacks,

22    the dock master, and I believe it is the wine host or host

23    classification.  So it is a total of seven classifications,

24    your Honor, but the reason there's 13 depositions is because

25    the dock master only has one person in the position.  So that

1  is why there's 13.

2          THE COURT:  OK.

3          MR. VELAZQUEZ:  For the record, your Honor, we have

4  scheduled the 13 opt-in depositions not for entire-day

5  depositions.  They were scheduled for, spread out over four

6  days, if I remember correctly, three per day, for approximately

7  two hours.  So that issue is not an issue from the defense

8  perspective, as reflected in the notice of depositions that we

9  served, as it relates to the opt-in plaintiffs, the 13.

10         THE COURT:  OK.  All right.  So it seems like a

11  reasonable plan, two per position.  Sort of like a belt and

12  suspenders kind of thing.  You want two people per, and in one

13  position you only have one person.  So I think it is a

14  reasonable accommodation.

15         You are saying two hours maximum per person?

16         MR. VELAZQUEZ:  I am going to reach for my phone, your

17  Honor, just so I can check my calendar to make sure that is the

18  way -- I don't know if we scheduled it for two or

19  two-and-a-half hours, but let me just check real quick so I can

20  give you a precise time on that.

21         (Pause)

22         MR. VELAZQUEZ:  Yes.  So it looks like they have been

23  scheduled between, I guess depending on the significance,

24  anywhere, from what I can tell here, anywhere between two hours

25  to three-and-a-half hours is what we have scheduled the

```
1    depositions for, depending on the particular opt-in plaintiff
2    that we are deposing.
3            THE COURT:  OK.  So who merits three-and-a-half hours?
4    The dock master?  I'm trying to figure out your justification
5    for going above two hours for anyone.
6            MR. VELAZQUEZ:  I'm looking at the notice.  One
7    second, your Honor.  Let me see.
8            Unfortunately, the notices that I'm looking at do not
9    have them divided by classification.
10           THE COURT:  Well, can you tell -- maybe Mr. Pollock
11   can assist -- for the people who -- I think two hours across
12   the board is reasonable.  So I'm trying to figure out on the
13   three-and-a-half what the justification is.  So maybe
14   Mr. Pollock can assist and tell us the positions of those
15   individuals.
16           MR. POLLOCK:  I'd have to find the notices, Judge, to
17   be honest.
18           THE COURT:  OK.  That's fine.  Take your time.
19           (Pause)
20           MR. VELAZQUEZ:  I apologize, your Honor.  The duration
21   of the opt-in plaintiffs' depo was not an issue that was raised
22   in our prior conferrals.  So I don't have that noted in my
23   outline.
24           THE COURT:  OK.
25           MR. VELAZQUEZ:  If the court is amenable to this,
```

1   we're willing to kind of like meet in the middle, maybe

2   two-and-a-half hours, and the ones that we thought would take a

3   little longer, bring it within two-and-a-half hours, and keep

4   everybody at two and a half across the board.

5           THE COURT:  OK.  That sounds reasonable.

6           Mr. Pollock, can you live with that?

7           MR. POLLOCK:  Absolutely, Judge.

8           THE COURT:  All right.  All right.  So then do it that

9   way.

10          MR. VELAZQUEZ:  Thank you, your Honor.

11          THE COURT:  All right.  So then that is item 1.

12          Then when you say representative deposition testimony

13  binding on all members, obviously the main plaintiff is a

14  representative.  Are you saying that these people you are going

15  to be deposing you are going to deem to be representatives

16  also, Mr. Velazquez?

17          MR. VELAZQUEZ:  Yes, your Honor.  If you recall, in

18  our prior hearing you actually ruled on this issue as it

19  related to the interrogatories.

20          THE COURT:  Right.

21          MR. VELAZQUEZ:  You ruled that the plaintiffs, opt-in

22  plaintiffs that were answering in a representative capacity

23  would bind the whole.

24          We're asking for that same ruling here for purposes of

25  the deposition, because if not, your Honor, it puts the defense

1    in a position where we're subject to being sandbagged.

2    Somebody else can be called, they can testify differently, and

3    we would not have had an opportunity to depose them, your

4    Honor.

5         THE COURT:  Now, are the people you're deposing the

6    ones who answered written interrogatories and requests for

7    production as representatives or are they a different crowd?

8         MR. VELAZQUEZ:  So that is one of the issues that is

9    before the court and we were unable to reach an agreement on

10   that.  Although I would like to confer with my cocounsel, I

11   don't believe we're necessarily averse to a situation where the

12   individuals that are answering or that are being deposed would

13   also be the individuals that answer the interrogatories from a

14   class perspective.  If that is the question the court --

15        THE COURT:  That would seem to make sense.

16        MR. VELAZQUEZ:  That makes sense to me, your Honor,

17   and we don't have a problem with that.

18        Allan, are you OK with that?

19        MR. REISS:  Yes, sir.  That's fine.

20        THE COURT:  How were the people who answered the

21   written discovery selected?  Was it selected by Mr. Pollock?

22        MR. VELAZQUEZ:  Your Honor, we proposed initially four

23   depositions per classification; two witnesses selected by

24   Mr. Pollock and two witnesses selected by the defense.

25        Mr. Pollock did not confer on that issue.  As the

1    discovery deadline is rapidly approaching, we went ahead and

2    selected our two people, and that is how the two were selected

3    for each classification that we're deposing.

4         THE COURT:  All right.  But what is the relationship

5    between those people and the ones who answered written

6    discovery on a representative basis, or are you saying they

7    haven't done it yet?

8         MR. VELAZQUEZ:  They have not done that, your Honor.

9         THE COURT:  OK.

10        MR. VELAZQUEZ:  We have not received any discovery

11   from the plaintiffs.

12        THE COURT:  OK.  OK.  All right.  All right.  So

13   basically it seems to me that whoever -- it has to be the same

14   people who are representatives for both purposes.  It wouldn't

15   make sense to have different representatives.

16        So as it stands, these 13 people would be the

17   representatives for deposition, so they would need to be the

18   ones who answer representative written discovery.

19        Does that make sense to you, Mr. Pollock?

20        MR. POLLOCK:  To an extent, your Honor.  We don't have

21   a problem with the people who respond to the interrogatories

22   being the people that are deposed, but I think the issue comes

23   up, what does it mean to be representative or to bind the

24   class, which I think is what the question is.  Does the

25   testimony bind all members of the class.

1          Here we have certain interrogatories that are binding,

2     not wholesale interrogatories.  So what my concern relates to

3     is that we've got questions that go across the board and not

4     just for the limited issues that the court indicated were going

5     to be representative.  I think it was like 2, 3 and 4.

6          THE COURT:  Right.

7          MR. POLLOCK:  So on certain topics I don't have a

8     problem because that makes sense because it is consistent, but

9     on a wholesale basis I don't believe that that would be

10    appropriate.

11         THE COURT:  All right.  So basically you want to

12    follow the same pattern as for the written discovery where I

13    said interrogatories 2, 3 and 4 -- I don't have in front of me

14    what those were about, but you're saying limit the portion of

15    the depositions that pertain to those interrogatories as

16    representative and anything else non-representative?

17         MR. POLLOCK:  Correct.

18         THE COURT:  I mean, that would be kind of a waste of

19    time.  They are going to ask them name, rank, and serial

20    number.  That is obviously individual.

21         So let me hear from Mr. Velazquez.  How do

22    interrogatories 2, 3 and 4 relate to the scope of the

23    depositions you're contemplating?

24         MR. VELAZQUEZ:  So, your Honor, the depositions

25    obviously are going to go broader an inquiry than the

1    representative discovery that the court has ordered as it

2    relates to 2, 3 and 4.  Our position is that --

3         THE COURT:  Can you tell me what 2, 3 and 4 are

4    because I don't have it in front of me.

5         MR. VELAZQUEZ:  Most certainly, your Honor.

6         So interrogatory No. 2 states as follows:  "Identify

7    by name and position each and every person constituting a

8    traditionally non-tipped employee, as described in paragraph 55

9    of the third amended complaint, that you allege received tips

10   and/or overtips and state how you know they received the tips

11   and/or overtips as well as the facts supporting your belief

12   that the persons identified received tips and/or overtips."

13        That is question No. 2.

14        MR. POLLOCK:  That is question 3.

15        MR. VELAZQUEZ:  No, that is question No. 2.

16        MR. POLLOCK:  Not on the page that I've got.

17        MR. VELAZQUEZ:  You might be looking at the old ones.

18   The ones that I'm looking at are the revised one where we sent

19   you five substantive and one for the ID at the beginning.

20        If you recall, we initially searched 25 and when you

21   complained about the amount, we reduced it down to five

22   substantive and the No. 1, asking for the name of the person

23   answering.  No. 2 on those is the one that I just read.

24        MR. POLLOCK:  OK.

25        MR. VELAZQUEZ:  Would you like me to read No. 3 and

1    No. 4, your Honor?

2             THE COURT:  Are you in agreement as to what you just

3    read to me, that that's one of the interrogatories, I guess.

4             MR. POLLOCK:  That is one of them, Judge.  I'm just

5    trying to find the recent ones.

6             THE COURT:  Find your bearings.

7             MR. POLLOCK:  That's fine.

8             THE COURT:  OK.

9             MR. POLLOCK:  That's fine.

10            THE COURT:  All right.  Then the next one.

11            MR. VELAZQUEZ:  Then No. 3, your Honor, states as

12   follows:  "Please state each and every fact which you contend

13   supports your claim that defendants unlawfully retained tips

14   and/or overtips, e.g., identifying the workweek in which such

15   alleged unlawful tip retention occurred, who unlawfully

16   retained the tips and/or overtips, and the amount of tips

17   and/or overtips that were allegedly retained each such

18   workweek, etc., and identify each and every document you

19   believe supports that claim."

20            THE COURT:  OK.  And 4?

21            MR. POLLOCK:  I'm still looking for the revised set.

22            Rey, do you know when they were sent over?

23            MR. VELAZQUEZ:  I'm reaching for my phone for the same

24   reason, your Honor.

25            (Pause)

```
 1              MR. VELAZQUEZ:  July 10th.

 2              It looks like it was on or around that date, Brian.

 3    That is when I sent you the email advising you that we were

 4    reducing it from 25 to five.  So I'm assuming it was on that

 5    date or sometime shortly after that.

 6              MR. POLLOCK:  I'm trying to find it.

 7              MR. VELAZQUEZ:  Let me see if I can pull it up on my

 8    end and I'll forward it to you.

 9              (Pause)

10              MR. VELAZQUEZ:  I'll forward it to you now.  I just

11    found it.

12              MR. POLLOCK:  OK.

13              MR. VELAZQUEZ:  Give me one second.

14              Coming your way.

15              Would you like me to copy you on this communication?

16              THE COURT:  No, that is OK, because you read them to

17    me.

18              MR. VELAZQUEZ:  OK.

19              MR. REISS:  Rey, that is your July 8 email, right?

20              MR. VELAZQUEZ:  This is dated July 10th.

21              MR. POLLOCK:  It is July 10th.

22              MR. REISS:  OK.

23              MR. VELAZQUEZ:  It actually has the attachments.

24              I'm copying you as well, Allan.

25              MR. REISS:  I see it.  That was while I was in trial,
```

1  one of my trials.  Yes.

2            MR. VELAZQUEZ:  Your Honor, while Mr. Pollock looks at

3  the email, I just want to make sure, as it relates to the

4  two-and-a-half hour, that only relates to the opt-in

5  plaintiffs.

6            MR. POLLOCK:  Yes.

7            MR. VELAZQUEZ:  The named plaintiffs can have the full

8  seven hours.

9            THE COURT:  Yes.  Of course.

10           MR. VELAZQUEZ:  Thank you.

11           Also, your Honor, back to the two depositions per

12  position, there were three issues there.  Well, you know what,

13  I'm jumping ahead.  We will get to those.  My apologies.

14           I consolidated 5 and 6 with No. 1 in my outline.  That

15  is why I'm jumping ahead.  So I will just await until we get

16  there.

17           THE COURT:  All right.  So you've told me identify the

18  people.  Then you said the facts supporting the claim that they

19  kept it in, tips, and then what else?

20           MR. VELAZQUEZ:  Then interrogatory No. 4 states as

21  follows, your Honor:  "Please state each and every fact which

22  you contend supports your claim that defendants unlawfully

23  failed to distribute tips and/or overtips, e.g, identifying the

24  workweek in which such alleged failure to distribute tips

25  and/or overtips occurred, who unlawfully distributed the tips

1    and/or overtips during that week, who unlawfully received the

2    tips and/or overtips during that week, and the amount of tips

3    and/or overtips that were allegedly unlawfully distributed each

4    such workweek, and identify each and every document you believe

5    supports that claim."

6          THE COURT:  All right.  So No. 2 is who.  Then No. 3

7    is facts supporting keeping the tips.  No. 4 is facts

8    supporting distribution of the tips.

9          Now what else do you want to go into at the

10   depositions?

11         MR. VELAZQUEZ:  Your Honor, the natural course of a

12   deposition involves questions that grow from answers that are

13   proposed and that are asked.  Those are the three main areas as

14   a result of the consolidation of the interrogatories from 25 to

15   five.

16         THE COURT:  Right.

17         MR. VELAZQUEZ:  It is very difficult for me right now,

18   given that I haven't started to prepare for those depositions

19   yet, to say where these questions are going to lead and where

20   the other questions that we would be asking as it relates to

21   the merits or lack thereof of this claim.

22         If we allow the representative discovery but then

23   afford the plaintiffs the opportunity to have other individuals

24   come and testify and say something that is different than what

25   has been already stated in deposition, again, it makes the

1    defense and it puts the defense in a position where we are

2    litigating with one hand behind our back.

3            You can't use the representative discovery as a sword

4    and shield.  You can't say you're limited to do that but now

5    what these opt-in plaintiffs say outside of these three areas

6    doesn't bind everybody else, because then it allows plaintiff

7    to go into the courtroom and use it as a sword and have the

8    luxury of knowing what was asked at deposition to prepare,

9    unbeknownst to the defense, a strategy as it relates to

10   countering that.

11          THE COURT:  Well, I mean, the whole idea behind my

12   ruling back in September was to streamline and make things

13   efficient, and it made sense.

14          These three interrogatories are not peculiar.  21 in

15   particular.  They pertain to the whole theory of the lawsuit,

16   and you are deposing people in the representative capacity, so

17   presumably you're looking for things that are common to the

18   entire lawsuit in those depositions.

19          I don't know why you-all can't seem to get that idea

20   as the one that is being implemented, and I'm not sure --

21   obviously, what you are saying kind of goes to the other

22   question of who is going to testify at trial and so on, but we

23   haven't gotten there yet.

24          Where we are at is, it seems to me that if you have

25   written discovery that you are going to use at the deposition

1    to kind of like either enlarge or get more detail or things

2    like that, you don't need to go outside of that territory

3    because these are the matters that you deemed were of a

4    representative nature.

5         So I think that it makes sense to limit the

6    depositions, the scope of the depositions, to the

7    representative interrogatory subject matters.  We will talk

8    about who can testify in a minute, but let's stick to the scope

9    of the depositions for the moment.  This is what makes sense to

10   me, but you tell me.

11        MR. VELAZQUEZ:  So, your Honor, if you recall, the

12   plaintiffs are also bringing a minimum wage claim.

13        THE COURT:  Yes.  I remember that one.

14        MR. VELAZQUEZ:  Yes.  It still brings humor to me too,

15   your Honor.

16        So those are questions that we are going to be asking

17   these individuals about also as it relates to --

18        THE COURT:  Well, wouldn't those questions be more

19   pertinent from the named plaintiff?  Those cover everybody.

20        I mean, I think the reason that you are sort of like

21   looking for these representatives is because the answers may be

22   different for captains or waiters or barbacks or bartenders;

23   otherwise, you would just ask everything of the named

24   plaintiff.

25        MR. VELAZQUEZ:  Right.  I see the struggle that the

1  court is having, and I understand.  I don't think the defense

2  fails to realize is that there might be some questions that we

3  are asking these opt-in plaintiffs that would necessarily be

4  something that only they could speak to as it relates to either

5  direct issues pertaining to that particular opt-in plaintiff or

6  the case in general.

7  THE COURT:  Well, if you are deposing them in a

8  representative capacity, then they are speaking for all

9  captains and for all waiters and for all of those people.  You

10  are not deposing them as to your own peculiar situation.

11  MR. VELAZQUEZ:  I think we agree, your Honor, yes.

12  What the defense is looking for is for what these people say

13  that have been selected to testify in a deposition.  What they

14  say represents what all the captains would say, represent what

15  all the barbacks would say, what all the servers would say.

16  I apologize.  Maybe I wasn't connecting the dots as to

17  what you are telling me, but if that is what the court is

18  inclined, is saying it is inclined to rule, we agree, yes.

19  What they testify to in their deposition as it relates their

20  positions as captains, bussers, servers, whatever the case may

21  be, should bind the class to that testimony.  I apologize, but

22  we agree with you.

23  THE COURT:  Well, that was my rationale.  I guess I

24  was not very artful in explaining it.

25  MR. VELAZQUEZ:  Or I just failed to understand an

1    artful explanation, which is very possible.

2              THE COURT:  So let me hear from Mr. Pollock.  How do

3    you envision this whole thing developing?

4              MR. POLLOCK:  Well, your Honor, what Mr. Jones knows

5    may be different than what Mr. Smith knows or Mrs. Smith.

6              THE COURT:  Well --

7              MR. POLLOCK:  The normal course when you have a --

8    because we have a collective action which has been certified --

9              THE COURT:  Right.

10             MR. POLLOCK:  -- and we have got a putative class

11   action under Florida law, either under the Florida minimum wage

12   act or a breach of contract.  The court has not yet ruled on

13   certifying those.

14             THE COURT:  Right.

15             MR. POLLOCK:  As it relates to the representative

16   testimony, what one person knows or conversations someone had

17   may or may not be representative of the conversations that

18   others have had.  So that is the dilemma.

19             Because if Mr. Jones testifies that he never had any

20   conversations with one of the managers about tips, that doesn't

21   mean that none of the other captains who Mr. Jones represents

22   were in the same position in that they didn't have any

23   conversations with the manager about tips.  So there are people

24   who may have had conversations or information.  So to bind that

25   doesn't seem correct.

1          I think the issue in this case, when we step back and

2     remember what the case is about, is about the distribution of

3     tips that was done pursuant to some amorphous formula, which we

4     haven't been provided.  So the other issues come down to

5     whether Roman Jones as an individual defendant and the

6     liability of any of the defendants if a violation of the law

7     can be proven.

8          So individuals can have different conversations.  They

9     can have different levels of knowledge.  But as it relates to

10    the violation, I don't see how we get to this representative,

11    because when we look at the interrogatories, they talk about

12    facts that support each claim and an accounting of the claim

13    based on documents which we don't have.  I mean, we can kind of

14    work through those, but I don't see how we get this

15    representative testimony binding people on issues because that

16    is going to depend on what the questions are, and then we are

17    making a pretrial ruling at this point that goes beyond

18    discovery.  I don't see how we do that as it relates to a

19    deposition.

20          THE COURT:  Well --

21          MR. VELAZQUEZ:  Your Honor, if I may.  Two times

22    Mr. Pollock mentioned documents that he does not have.  That is

23    just an inaccurate representation of the facts, your Honor.

24          We have produced tens of thousands of documents in

25    this case.  We have produced payroll records as it relates to

1    each opt-in plaintiff.  The only thing, to my understanding,

2    that is pending right now is one week out of four weeks that

3    Mr. Pollock requested information about as it relates to

4    close-out receipts, that we are in the process of finalizing.

5            Other than that, I don't know of a record that

6    Mr. Pollock has requested as it relates to the issues here

7    pertaining to tips, hours worked, minimum wage, that has not

8    been produced.

9            When I say tens of thousands, your Honor, I am talking

10   north of 50,000 documents.  So the records are there for him to

11   review with his clients and prepare them for deposition.

12           As it relates to the assertion that what one person

13   may know the other person may not know, well, it is his

14   prerogative and his responsibility to find that out and to

15   afford us an opportunity to depose those individuals.  He can't

16   say, oh, no, we have to have representative discovery and then

17   absorb all of that information and say, great, here's my trial

18   strategy; now I am going to bring all of these people that the

19   defense didn't have an opportunity to depose to say what they

20   know.

21           THE COURT:  All right.

22           MR. POLLOCK:  I think that gets us into the bigger

23   issue of representative testimony at trial.  So if we are going

24   to utilize representative testimony at trial and not have each

25   individual person come in and testify as it relates to damages,

1    then that is a different issue.

2            THE COURT:  Well, let me just take a step back.  So

3    far my ruling was limited to the written interrogatories, and

4    my recollection is that there was a complaint from plaintiffs

5    saying you can't make everybody answer, and we came up with

6    this scheme that would streamline and pare things down.

7            Now this whole representative deposition thing, that

8    is something that you-all came up on your own, but it doesn't

9    sound to me like this was thought through.

10           When you have a corporate representative, the

11   corporate representative binds the entity, and it is that

12   simple.

13           Here, I think the defense is sort of, and rightfully

14   so, looking to get a picture of what the plaintiffs' claims are

15   against the defendants because they can't go into trial without

16   knowing that.  That's the whole purpose of discovery.

17           So we have that on the one hand.  Then we have

18   plaintiff saying, well, these people are not true

19   representatives because I'm not going to educate them, I'm not

20   going to take the two captains and say, here's what every

21   captain did or found out so you can answer.

22           So it sounds to me like this whole representative

23   deposition thing is not really thought through, and maybe the

24   answer to this is to take the named plaintiff, educate him as

25   to every issue, make his testimony binding as to all

1   plaintiffs, and then that way, number one, Mr. Pollock knows

2   what his duty list is -- educate the plaintiff on everything --

3   and maybe the way to do this practically is to treat the

4   plaintiff's deposition, the named plaintiff's deposition as a

5   corporate representative, and Mr. Velazquez can tell

6   Mr. Pollock, these are all the questions I want to ask of your

7   named plaintiff, and he can answer them.

8       This business of captain A heard this comment but

9   captain B didn't, so are you going to bind all captains to what

10  captain A says or to what captain B says, that doesn't make

11  sense to me.

12      I thought that there was some kind of agreement that

13  the interrogatory answers were really representative of the

14  whole story, but it is sounding to me like Mr. Pollock is not

15  really buying into that approach.

16      MR. POLLOCK:  I think that that is fair because on a

17  corporate representative level, they provide binding testimony

18  on behalf of a corporation to the best -- based on their

19  knowledge.

20      THE COURT:  There is a duty to prepare, right.

21      MR. POLLOCK:  Correct.  If multiple people are

22  responsive, then multiple people respond.  But they may not

23  know of every conversation that happened within the corporate

24  fictitious entity, and so the corporation is not bound when

25  someone says I don't know.

1          I mean, I guess this is the law school exam, but we're

2     trying to address this because at trial then we get into these

3     hearsay issues because Mr. Smith told me that he had a

4     conversation with.  So there's that, as I'm kind of playing it

5     out.

6          THE COURT:  Mr. Pollock, you know that defendants have

7     the right to know ahead of time what the trial witnesses are

8     going to say.  So that ball cannot be hidden.

9          MR. POLLOCK:  Agreed.

10         THE COURT:  So that is how we need to come up with

11    some practical way of showing the ball.

12         MR. POLLOCK:  No, I understand that.  I think if they

13    want -- I think the other way to do it is have them take the

14    representative testimony but not let it be binding on the

15    others, and if there is someone whom we would like to present

16    at trial other than who has been deposed, we give them notice

17    and they have the opportunity to depose that person in advance

18    of trial.

19         THE COURT:  That is sort of keeping the ball under

20    wraps and showing it later.

21         MR. VELAZQUEZ:  Your Honor, this is a conversation

22    that we have had at prior hearings.  This is the case that

23    Mr. Pollock has chosen to bring.

24         THE COURT:  Yes.

25         MR. VELAZQUEZ:  He needs to be prepared to prosecute

 1   his case accordingly.

 2           If he doesn't have the personnel to prepare the two

 3   captains for representative testimony, the two servers, the two

 4   bussers, and on one and onward, the defense should not be

 5   prejudiced because of that.

 6           The work needs to be done.  You can't bring this type

 7   of a case and then say, gee, you know, that's too much work,

 8   which it sounds like what is being said without actually saying

 9   it.

10           THE COURT:  Well, maybe it is that or maybe it is I

11   don't want to be bound before trial and I want to have a chance

12   if I find some juicy tidbit to bring it.  It's sounds to me,

13   Mr. Pollock.

14           I don't think -- I mean, I am not going to endorse

15   this captain/waiters (inaudible) tailored approach.  I believe

16   that -- again, you are masters of how you litigate.  I'm not

17   litigating on your behalf.

18           I think your best approach is to get together.

19   Mr. Velazquez tells Mr. Pollock everything he wants to ask of

20   the named plaintiff.  The named plaintiff deposition can exceed

21   the seven hours.  We can maybe do it over two days.  And

22   everything that Mr. Velazquez needs to know to prepare for

23   trial this named plaintiff will answer to, and that will bind

24   all the plaintiffs so there won't be any last-minute things.

25           Now the example that Mr. Pollock came up with, which

1    is, well, like in a corporation rep depo, the corporate rep

2    says I don't know, if it is a legitimate thing or item, then

3    shame on the corporate representative's attorney who didn't

4    prepare them, and you can't just come up with that answer later

5    on.  It has to be a fair playing field no matter how you look

6    at it.

7         So I will just say, with regard to item No. 1 and No.

8    2, and No. 3, I am not endorsing the sub-representative people.

9    If you can come up with a way of having the named plaintiff be

10   prepared for and deposed over two sessions, seven hours each, I

11   believe that is the way to go.  That I am prepared to endorse,

12   with the duty of Mr. Pollock's side to prepare that named

13   plaintiff for all the topics, legitimate topics, of course, on

14   a list to be provided by Mr. Velazquez.  I think that is how

15   you will get there in the fairest way.

16        MR. POLLOCK:  OK.  Thank you, your Honor.

17        MR. VELAZQUEZ:  Well, your Honor, as it relates to

18   item No. 3, does that mean that then only the plaintiff

19   testifies at trial?

20        THE COURT:  Well, that can be a motion in limine.  You

21   can bring a motion in limine to Judge Bloom and say, if you go

22   that route, only the named plaintiff can testify at trial, and

23   then he can say, oh, but I have this other guy who wants to say

24   this.  Then you say, but wait a minute, you didn't tell me

25   about that during discovery.

1    So you can fight about that if he does have that

2 issue.  I guess it would depend on whether he has something he

3 wants to bring to trial that he didn't tell you about before,

4 and under our rules that doesn't work.

5    I can't tell Judge Bloom who she can allow to testify

6 at trial or not.  That's a motion in limine-type issue.

7    MR. VELAZQUEZ:  That would deal with item No. 3, the

8 witnesses at trial being limited to the individuals that we

9 depose, and I hear you, what you are saying as that relates to

10 being a motion in limine.

11    THE COURT:  Yes.

12    MR. VELAZQUEZ:  As it relates to item No. 2 --

13    THE COURT:  One and 2 I would say I am not going your

14 sub-representative's route and I am endorsing going with the

15 named plaintiff being the one who binds everybody, having two

16 sessions, seven hours each, and you giving Mr. Pollock a

17 heads-up on what matters you are going to cover so he can

18 prepare him so that he can bind everybody.

19    MR. VELAZQUEZ:  Your Honor, in what you are proposing

20 here, we can still depose the opt-in plaintiffs that we are

21 moving forward with deposing at two-and-a-half hour intervals.

22    THE COURT:  No, sir.  I'm saying I'm abandoning that

23 plan because it doesn't seem to be workable.  It seems a waste

24 of time.  What do you care what so-and-so said if so-and-so

25 doesn't bind the rest of The Collective.

1              MR. REISS:  They're the one answering the discovery,

2      right?  If I may, Judge.

3              THE COURT:  Yes.

4              MR. REISS:  You entered an order back in September.

5      We still don't have written discovery from the plaintiff.

6              THE COURT:  Right.

7              MR. REISS:  So I guess what I'm sort of coming up

8      against is we have a trial -- discovery cutoff discovery order.

9              THE COURT:  I mean, is that one of your issues?  I

10     heard something about the discovery was sent in July and there

11     is still no response.  Is that an issue that you're asking me

12     to address?

13             MR. REISS:  I think 5 and 6, they don't hit on the

14     exact date, but they do sit on the number of people that are

15     going to be responding to this stuff.

16             The issue is, Judge, that you entered an order, there

17     was an appeal, it was denied.  I guess my only suggestion, if I

18     may speak on what we have been discussing today.

19             THE COURT:  Yes.

20             MR. REISS:  Judge, we have Mr. Collado set on the

21     12th.  So, brass tacks, if Mr. Velazquez can get out a list or

22     the defendants jointly can get out a list of subject matters as

23     in any representative depo by the end of the week, I'd like to

24     know that we can move forward on the 12th given the February

25     cutoff.  I would like to get the written discovery from

1    Mr. Pollock that's been outstanding since July.

2            THE COURT:  I mean, I'm wondering, Mr. Pollock, why

3    hasn't the written discovery that was the subject of my order

4    back in September been produced?

5            MR. POLLOCK:  Your Honor, we received an order from

6    Judge Bloom denying the appeal just a couple of days ago.

7            THE COURT:  So you were just sitting on it.

8            MR. POLLOCK:  I mean, we have been working on it for

9    Mr. Collado, but as far as the remainder, we were waiting for

10   an order from Judge Bloom, which we just received.  I can look

11   at the date of when that came in, but I want to say that it was

12   within the past couple of days.

13           So as with any order, once the appeal is final, the

14   order becomes final.  So I can take a look, but I want to say

15   that the paperless order came in on Monday of last week.  So

16   it's been like three working days since that order came in.

17           THE COURT:  All right.  But you said you were working

18   on it on the off-chance that Judge Bloom might think that I was

19   correct.

20           MR. POLLOCK:  I was working on it with respect to

21   Mr. Collado, but we were waiting for the rest because I didn't

22   want to go ahead and unnecessarily expend time or effort on

23   other people, plus we don't have an agreement as to who those

24   other representative people are going to be, which was the

25   beginning of this hearing.

1          So without a formula for determining who was going to

2     be representative, I couldn't go ahead and do that.  That's the

3     other subject of this hearing, which is how we go ahead and who

4     the people are that are going to respond to it.

5          MR. VELAZQUEZ:  Your Honor --

6          THE COURT:  And you are facing a discovery deadline of

7     February when practically nothing has been done yet?

8          MR. VELAZQUEZ:  Your Honor, if I may.  Starting on

9     October 11th, we sent our first request to confer about

10    depositions and the requests for production.  October 13th, we

11    followed up.  October --

12         THE COURT:  I'm sorry.  It sounds like Mr. Pollock was

13    just sitting waiting to see if Judge Bloom would give him a

14    pass.

15         MR. VELAZQUEZ:  That's correct, your Honor.  In

16    numerous of the responses, even though the appeal as it relates

17    to your ruling had nothing to do with the issues that we were

18    trying to address, we've gotten no cooperation.

19         What Mr. Reiss is saying is a major problem for us.

20         THE COURT:  I will agree.

21         MR. VELAZQUEZ:  It is one of the themes that I was

22    going to address later in the outline, which is --

23         THE COURT:  I'm no magician.  I can rule, but I cannot

24    create time, and it sounds to me like you're bumping against

25    some very serious deadlines.  I thought --

1      MR. REISS:  Judge, if I may, that is where I sort of

2  had a suggestion.

3      THE COURT:  Yes.

4      MR. REISS:  Judge, I mean, if Mr. Velazquez gets out a

5  list of subject matters by the end of the week --

6      THE COURT:  Yes.

7      MR. REISS:  -- we proceed with Mr. Collado.  We get

8  the written discovery responses.

9      THE COURT:  Yes.

10     MR. REISS:  And Mr. Collado, we proceed with his depo

11 on the 12th, I think that gets us on track.

12     The other issue is, Judge, the people who are actually

13 answering this discovery, I don't think we -- respectfully, we

14 would request the opportunity to depose them whether they are

15 representative or not about the subject matter of the discovery

16 which you already ordered.  It seems reasonable that we can ask

17 the people signing the documents why they said what they said.

18     THE COURT:  All right.

19     MR. POLLOCK:  I have been requesting, your Honor, the

20 depositions back since September.  We can go ahead and do that

21 as well.  I haven't received a date.

22     MR. VELAZQUEZ:  Your Honor, that is inaccurate.  I

23 sent an email providing in excess of 30 dates for depositions,

24 and those dates were for his depositions as well as my

25 depositions.

1          THE COURT:  All right.  Well, here's what I'm going to

2     do because what I need to rule on is on the items that are on

3     the notice.

4          As to items 1 and 2, I will say that defendants may

5     depose the named plaintiff for two sessions of seven hours

6     each, and defendants are to provide a list of topics.  I think

7     you were suggesting -- Mr. Reiss, what was the date you were

8     suggesting for the list of topics?

9          MR. REISS:  I'm volunteering Mr. Velazquez to get it

10    out by the end of the week --

11         THE COURT:  End of the week.

12         MR. REISS:  I don't know if he can do that, though,

13    since we have Mr. Collado's depo.

14         THE COURT:  Sunday, Monday.

15         MR. REISS:  Yes.  I know.  I hate to speak for my

16    cocounsel.

17         MR. VELAZQUEZ:  That is not a problem.

18         THE COURT:  Right.

19         MR. VELAZQUEZ:  We can get that out by the end of the

20    week.

21         THE COURT:  By close of business Friday.

22         MR. VELAZQUEZ:  Yes, your Honor.

23         THE COURT:  You only have them set for one day, right?

24         MR. REISS:  Right now, Judge, yes.

25         THE COURT:  So you will need to find -- you will take

1   him for one day, seven, and I will put in the order you will

2   have the spillover day on a date that you mutually agree.  OK.

3   So he is for two days.

4          Then I am going to say that you can -- presumably it

5   will be one -- who will be answering these collective

6   interrogatories that my prior order required?  Is it just one

7   person, two people?  Is it still the named plaintiff?  Who is

8   going to answer that?

9          MR. VELAZQUEZ:  We were proposing, your Honor, the

10  named plaintiff and two per position.

11         THE COURT:  All right.  Let me hear from Mr. Pollock.

12  Two, 3 and 4, how many people will be answering that?  In

13  addition to the named plaintiff, correct?

14         MR. VELAZQUEZ:  Correct.

15         MR. POLLOCK:  In addition to the named plaintiff --

16         THE COURT:  And if the named plaintiff answers it, why

17  do we need other people to answer it also?

18         MR. POLLOCK:  I kind of tend to agree with you.

19         THE COURT:  I remember we went from everybody answers

20  it to narrowing it down, and I think it went one person may

21  answer on a representative basis.  So that sounds like a

22  collaborative job.

23         So I don't know, honestly, that you need to have two

24  people answer each one of these.  That would mean six

25  interrogatory answers.  What do you gain by that?

```
 1              MR. VELAZQUEZ:  So the plaintiffs that would be

 2    answering the ones that we just discussed today, which I

 3    believe was 2, 3 and 4 --

 4              THE COURT:  Yes.

 5              MR. VELAZQUEZ:  -- the court is suggesting it is one

 6    plaintiff and their interrogatory answers bind the class.

 7              THE COURT:  Either that or the named plaintiff answers

 8    2, 3 and 4 and binds the whole class with it.  I don't know why

 9    you need somebody else.

10              Like I said, we are sort of like -- we were looking at

11    it from big to small now and now we are at small already.  So

12    why do we need to get big again?

13              MR. POLLOCK:  That was kind of what we proposed

14    initially, was to have the named plaintiff respond because it

15    is going to be the same information, presumably, for the

16    others, so why parrot it.

17              THE COURT:  Right, but then the named plaintiff is

18    going to bind everybody.  That seems Mr. Velazquez's issue.

19              MR. POLLOCK:  Correct.

20              MR. VELAZQUEZ:  Allan, as it relates to 2, 3 and 4,

21    which is representative discovery --

22              THE COURT:  Yes.

23              MR. VELAZQUEZ:  -- I'm OK with the named plaintiff.

24              THE COURT:  OK.

25              MR. VELAZQUEZ:  If his testimony is binding on the
```

1 | class, which is what we are contemplating, are you --

2 |     THE COURT:  That was the ruling from my order.  The

3 | answers to 2, 3 and 4 bind the class.

4 |     MR. VELAZQUEZ:  Do you have any concern with that that

5 | you want to address, Allan?

6 |     MR. REISS:  Judge, my only concern is, as the court

7 | pointed out, and Mr. Pollock's comment is that if Mr. Collado

8 | says I don't know about something --

9 |     THE COURT:  Yes.

10 |     MR. REISS:  -- he can then foist upon us some other

11 | witness, and I understand the corporate rep role.

12 |     THE COURT:  Yes.

13 |     MR. REISS:  I think since we are getting out a list of

14 | subject matters by the end of the week, it would be fair if

15 | Mr. Pollock gets out a list by the end of the week of who else

16 | he is going to be calling to testify from this finite group of

17 | people.

18 |     THE COURT:  No.  I'm sorry.  I am not going into trial

19 | witness lists.  That is not in my bailiwick.

20 |     If you come across during the deposition a

21 | situation -- see, it is going to be in two parts, right.  You

22 | are going to get the first shot.  If there is stuff that he

23 | says I don't know the answer to, then you can run to Judge

24 | Torres, because I won't be here anymore, and he can help you

25 | with that.

```
 1              MR. REISS:  Thank you, Judge.

 2              THE COURT:  All right.

 3              MR. REISS:  Thank you, Judge.

 4              THE COURT:  I think that is your best approach.

 5         I think you are entitled to an answer to every topic

 6    as long as it is reasonable, which I'm assuming will be

 7    relevant within the scope of discovery.  You don't need to ask

 8    him stuff that is not relevant to the case.

 9              All right.  So then we have taken care of that.  We

10    have taken care then -- I will modify -- so from my order,

11    docket entry 203, I will make that the named plaintiff will

12    answer 2, 3 and 4 and bind the class.  The individuals will

13    still answer 1, 5 and 6 because that presumably pertains to

14    each of them.

15              So that takes care of 1 and 2 in your notice.

16              Three, I defer to a motion in limine.

17              Now we still need to deal with the issue of the

18    requests for production, where in my prior order I said you

19    should meet and confer and treat those the same way as the

20    interrogatories.

21              How do you need my help there?

22              MR. VELAZQUEZ:  Well, your Honor, Mr. Pollock refused

23    to confer pending the order of the judge, of Judge Bloom's

24    ruling on his appeal.  As I believe the court is aware, his

25    appeal had nothing to do with that aspect of your order.  He
```

1    was not disputing in any way your requirement that we confer.

2              THE COURT:  There is nothing to appeal when I tell you

3    to meet and confer.

4              MR. VELAZQUEZ:  Exactly, your Honor, but he insisted

5    on not doing so.  So our position is, your Honor, quite

6    frankly, that these tactics of not responding to discovery and,

7    quite frankly --

8              THE COURT:  OK.  You don't need to go over that over

9    and over again.

10             Mr. Pollock, you now have to answer the

11   interrogatories and you now have to meet and confer, apply the

12   rules from the interrogatories to the requests for production

13   and give them the whole package, and with Mr. Collado's

14   deposition on the 12th, they need all those materials before

15   the deposition.

16             MR. POLLOCK:  Your Honor --

17             MR. VELAZQUEZ:  Your Honor, if I may, we would prefer

18   a date certain.

19             THE COURT:  Right.  I'm getting there.  I'm getting

20   there.

21             MR. VELAZQUEZ:  I apologize.

22             THE COURT:  So you're getting a list of questions on

23   Friday and you need, Mr. Pollock, you have your work cut out

24   for you preparing Mr. Collado.  In the meantime -- December

25   12th is a Tuesday -- I think the discovery, you need to produce

1    it no later than the 8th, the outstanding discovery.

2          MR. POLLOCK:  Your Honor --

3          THE COURT:  And hopefully you have been working on it.

4          MR. POLLOCK:  Your Honor, we have been working on it

5    for Mr. Collado.  For the 68 or 70 other class members, we

6    don't have their documents because the order that was under

7    appeal was whether each of the members of the class had to

8    respond individually to the discovery.  So this is the same.

9    So to now contact 70 people to address 43 separate requests for

10   production is a bit onerous.

11         THE COURT:  Well --

12         MR. POLLOCK:  If we are talking about the more limited

13   discovery, we are still talking about ten, and we have

14   objections we have asserted to some of those.  So we're still

15   talking about, I don't know, 730 requests, about 680 or 700

16   requests.

17         THE COURT:  Let me ask you this.

18         MR. POLLOCK:  This involves tax returns for everybody.

19         THE COURT:  On 1, 5 and 6, those are not necessarily

20   relevant to Mr. Collado's representative deposition, right?  So

21   you can work to getting the stuff that he needs for the

22   deposition by the 8th.

23         MR. POLLOCK:  For which ones, your Honor?

24         THE COURT:  One, 5 and 6, interrogatories, and

25   whatever flows from there to the requests for production.

1  That's rank, name, and serial number of these individuals.

2  Correct?

3          MR. POLLOCK:  I'm just taking a moment to take a look.

4          Yes.  I mean, that's going to flow readily, but I

5  think the other -- there's ten requests for production,

6  including tax returns, communications between each member of

7  the class and Mr. Jones.  That is going to take more than a

8  week for us to get when you're talking about 70 people.

9          MR. VELAZQUEZ:  Your Honor, he's had months.

10          THE COURT:  Yes.

11          MR. VELAZQUEZ:  You ruled in September.  It wasn't

12  appealed.  I'm sorry, but as much as I would really like to

13  work with Mr. Pollock on this, he chose this path.

14          THE COURT:  Yes.

15          MR. VELAZQUEZ:  We cannot allow this to continue

16  happening, respectfully, your Honor.

17          THE COURT:  All right.

18          MR. VELAZQUEZ:  December 8th we need the answers.

19          THE COURT:  So that is going to be my ruling.

20          MR. POLLOCK:  Your Honor, the conferral was --

21          THE COURT:  By December 8th.  You need to respond to

22  outstanding discovery by December 8th.  That's my ruling.

23          MR. POLLOCK:  For Mr. Collado?

24          THE COURT:  Sir, all outstanding written discovery.

25          MR. POLLOCK:  Is that for Mr. Collado?

```
 1              THE COURT:  If you-all want to work out that you don't
 2    need to give him the name, address, and phone number of your
 3    other individual plaintiffs or the tax returns, you-all work
 4    that out, but my ruling is all outstanding discovery, written
 5    discovery responses due by December 8th.  You do whatever you
 6    want to do with that.
 7              MR. POLLOCK:  And my question --
 8              THE COURT:  I'm just putting a date now on my prior
 9    ruling.
10              MR. POLLOCK:  My question, your Honor, is with respect
11    to the request for production, that is for Mr. Collado, is that
12    correct?
13              THE COURT:  Sir, my ruling on the requests for
14    production was, apply the rulings on the interrogatories and
15    answer them accordingly.
16              So I'm putting a date on that now, December 8th.  If
17    you can work something out, you work it out.  I am not going to
18    get into the nitty gritty of it.
19              Like I said, Mr. Pollock, you just chose to sit.  I
20    think you should have hedged your bet.
21              MR. POLLOCK:  Your Honor --
22              THE COURT:  Now --
23              MR. POLLOCK:  We had a discovery hearing and there was
24    an appeal.  The order wasn't final until the appeal --
25              THE COURT:  Sir.
```

1          MR. POLLOCK:  -- was denied, which happened --

2          THE COURT:  Sir, you were not so sure that you were

3    going to prevail.

4          MR. POLLOCK:  Correct.

5          THE COURT:  Due diligence means you prepare.

6          MR. POLLOCK:  It's preparing on 700 requests for

7    production.

8          THE COURT:  That's it.  That's it, sir.

9          No. 5, how many plaintiffs must answer.  OK.  So I've

10   said Mr. Collado has to answer all the interrogatories and

11   Mr. Collado has to respond to all the requests for production.

12   So 5 and 6 are taken care of in terms of the representative

13   stuff.

14         Like I said, for the individuals, if you-all want to

15   work out something where they can wait for the tax returns past

16   the deposition date, you're free to work that out, but my

17   ruling is all outstanding written discovery is due by December

18   8th .

19         MR. POLLOCK:  Your Honor, what about the objections?

20         MR. VELAZQUEZ:  Your Honor, there are no objections.

21   We have not been served with a single objection.  I don't

22   understand why he's continuing to say what about the

23   objections.

24         Mr. Pollock, point to me a written objection that you

25   submitted on any of our discovery, or show it to the court.

1    Even better.

2              Exactly.  There are no objections, your Honor.

3              MR. POLLOCK:  Well --

4              MR. VELAZQUEZ:  Our original argument was that they

5    waived their objections because they failed to provide any

6    answers.

7              MR. POLLOCK:  We served objections on September 22nd.

8    Those aren't before the court, but we did object.  The initial

9    version of the discovery --

10             THE COURT:  Right.

11             MR. POLLOCK:  -- will translate them over, but we did

12   object.

13             THE COURT:  Listen, I can only do so much for you.

14   OK.  Those are my rulings.  Like I said, I will be in Hawaii

15   sitting under a coconut tree.  So you can go to Judge for

16   Torres.  All right.

17             MR. REISS:  Just a point of clarification, Judge.

18             THE COURT:  Yes, sir.

19             MR. REISS:  In terms of representative depo, usually

20   you give them areas of inquiry, not questions.

21             THE COURT:  Yes.  Areas of inquiry, of course.

22             MR. REISS:  Yes.  Only because you said questions a

23   couple of times, Judge.  I just didn't want there to be --

24             THE COURT:  I spoke in general terms.

25             MR. REISS:  Yes.  Yes, ma'am.

1              THE COURT:  My analogy to corporate representative

2       deposition is what is guiding my ruling.

3              MR. REISS:  Yes, ma'am.

4              MR. POLLOCK:  And that still provides us with an

5       opportunity to object to the areas, is that correct, your

6       Honor, just like with the corporate representative's

7       deposition?

8              THE COURT:  You-all work that out.  I won't be here.

9              MR. POLLOCK:  Understood.  Thank you, your Honor.

10             MR. VELAZQUEZ:  Your Honor, if I may, as it relates to

11      items 5 and 6, with respect to item 6, we know what the

12      representative answers are because the court ruled on that

13      already, which are the ones that we discussed here, 2, 3 and 4,

14      which is what Mr. Collado will be answering as it relates to

15      the interrogatories.  Then the 1, 3 and 5 need to be responded

16      to individually by that date.  However, as it relates --

17             THE COURT:  I don't understand why you say 1, 3 and 5.

18      The order says 1, 5 and 6.

19             MR. VELAZQUEZ:  My apologies, your Honor.  1, 5 and 6.

20      So 1, 5 and 6 will be responded to individually by December

21      8th.

22             THE COURT:  Unless you reach some agreement that you

23      don't need to know their address or phone number before the

24      8th, but that is if you reach some agreement; otherwise, it has

25      to be supplied.

1        MR. VELAZQUEZ:  Then 2, 3 and 4 of the interrogatories

2   will be served by December 8th.  It will be Mr. Collado

3   answering in a representative capacity for the group.

4        THE COURT:  Correct.

5        MR. VELAZQUEZ:  However, as it relates to No. 5,

6   because Mr. Pollock never conferred, we don't know what is

7   supposed to be answered individually or via group.  Is the

8   court's order that --

9        THE COURT:  What is interrogatory No. 5?  I thought

10   interrogatories 1, 5 and 6 all had to do with people's

11   individual information.

12        MR. VELAZQUEZ:  Yes.  So No. 1, your Honor, is just

13   the name, who is answering.

14        Interrogatory No. 5 deals with the nature and amount

15   and manner of computation of all damages, your Honor,

16   essentially.

17        THE COURT:  Right.  So each person answers it for

18   themselves, right.

19        MR. VELAZQUEZ:  Yes, as it relates to the request for

20   production as well.

21        THE COURT:  So what is your question?

22        MR. VELAZQUEZ:  So my question is, out of the ten

23   requests for production, your Honor, I don't know, or none of

24   us know, which one of them are being answered in a

25   representative capacity and which one of them have to be

1    answered individually.

2              If the court's order is that all the opt-in plaintiffs

3    have to answer the requests for production individually, then

4    that is the court's order and that's fine.

5              THE COURT:  Whatever requests for production relate to

6    interrogatories 1, 5 and 6 get answered individually.

7              MR. VELAZQUEZ:  Understood.

8              THE COURT:  Requests for production individually.

9    Interrogatory individually.

10             MR. VELAZQUEZ:  Thank you, your Honor.

11             THE COURT:  Whatever requests for production relate to

12   interrogatories 2, 3 and 4 are representative.  I thought that

13   was clear from my prior order.

14             MR. REISS:  We think it is clear too.  If it is not

15   asking too much, so Judge Torres has a roadmap, maybe we could

16   put that in the order that is coming from today's hearing.

17             THE COURT:  I will repeat what I said in docket entry

18   203.

19             MR. VELAZQUEZ:  Remember, your Honor, though,

20   respectfully, docket 203 ordered the parties to confer.

21             THE COURT:  Right.  I didn't say I would copy and

22   paste.  I said I would reflect that same ruling.

23             MR. REISS:  Thank you, Judge.

24             MR. VELAZQUEZ:  Understood, your Honor.  Thank you

25   very much, and I hope you enjoy your time in Hawaii.

1          THE COURT:  That was factitious.  I've been to Hawaii.

2     I'm not ready to get under that coconut tree just yet.

3          MR. VELAZQUEZ:  Not yet.  OK.

4          THE COURT:  Thank you very much.

5          (Adjourned)

6

7                    C E R T I F I C A T E

8

9        I hereby certify that the foregoing is an accurate

10    transcription to the best of my ability of the digital audio

11    recording in the above-entitled matter.

12

13    January 12, 2024          s/ Joanne Mancari
                               Joanne Mancari, RPR, CRR, CSR
14                             Court Reporter
                               jemancari@gmail.com
15

16

17

18

19

20

21

22

23

24

25

MR. POLLOCK: [59]
MR. REISS: [31] 3/11 3/17 8/19 13/19
13/22 13/25 28/1 28/4 28/7 28/13 28/20
31/1 31/4 31/7 31/10 32/9 32/12 32/15
32/24 35/6 35/10 35/13 36/1 36/3 42/17
42/19 42/22 42/25 43/3 45/14 45/23
MR. VELAZQUEZ: [87]
THE COURT: [135]
THE DEPUTY CLERK: [1] 3/3

## 1
10th [3] 13/1 13/20 13/21
11th [1] 30/9
12 [1] 46/13
12th [5] 28/21 28/24 31/11 37/14 37/25
13 [6] 4/3 4/24 5/1 5/4 5/9 9/16
135 [1] 1/14
1350 [1] 2/9
13th [1] 30/10
14 [1] 4/5

## 2
2023 [1] 1/5
2024 [1] 46/13
203 [3] 36/11 45/18 45/20
21 [1] 16/14
22 [1] 3/4
22-CV-23074-BB [1] 1/2
22nd [1] 42/7
23074 [1] 3/4
25 [3] 11/20 13/4 15/14
27 [1] 1/5

## 3
30 [1] 31/23
305-230-4884 [1] 1/15
305-372-1350 [1] 2/9
305-577-7600 [1] 2/5
33131 [1] 2/4
33133 [1] 2/9
33146 [1] 1/15
3350 [1] 2/8

## 4
43 [1] 38/9
450 [4] 1/6 2/3 3/3 3/9
46 [1] 1/8
4884 [1] 1/15

## 5
50,000 [1] 21/10
55 [1] 11/8

## 6
68 [1] 38/5
680 [1] 38/15

## 7
70 [3] 38/5 38/9 39/8
700 [2] 38/15 41/6
730 [1] 38/15
7600 [1] 2/5

## 8
8th [11] 38/1 38/22 39/18 39/21 39/22
40/5 40/16 41/18 43/21 43/24 44/2

## A
abandoning [1] 27/22

ability [1] 46/10
about [24] 10/14 11/21 17/8 17/17 19/20
19/23 20/2 20/2 20/11 21/3 26/25 27/1
27/3 28/10 30/9 31/15 35/8 38/12 38/13
38/15 38/15 39/8 41/19 41/22
above [2] 6/5 46/11
above-entitled [1] 46/11
absence [1] 3/17
Absolutely [1] 7/7
absorb [1] 21/17
accommodation [1] 5/14
accordingly [2] 25/1 40/15
accounting [1] 20/12
accurate [1] 46/9
across [4] 6/11 7/4 10/3 35/20
act [1] 19/12
action [2] 19/8 19/11
actually [4] 7/18 13/23 25/8 31/12
addition [2] 33/13 33/15
address [8] 24/2 28/12 30/18 30/22 35/5
38/9 40/2 43/23
Adjourned [1] 46/5
advance [1] 24/17
advising [1] 13/3
afford [2] 15/23 21/15
after [1] 13/5
again [4] 15/25 25/16 34/12 37/9
against [3] 22/15 28/8 30/24
ago [1] 29/6
agree [6] 18/11 18/18 18/22 30/20 33/2
33/18
Agreed [1] 24/9
agreement [6] 8/9 12/2 23/12 29/23
43/22 43/24
ahead [8] 9/1 14/13 14/15 24/7 29/22
30/2 30/3 31/20
al [3] 1/3 1/7 3/4
ALICIA [1] 1/11
all [53]
allege [1] 11/9
alleged [2] 12/15 14/24
allegedly [2] 12/17 15/3
allow [3] 15/22 27/5 39/15
allows [1] 16/6
already [4] 15/25 31/16 34/11 43/13
also [6] 7/16 8/13 14/11 17/12 17/17
33/17
Although [1] 8/10
am [11] 5/16 21/9 21/18 25/14 26/8
26/11 27/13 27/14 33/4 35/18 40/17
amenable [1] 6/25
amended [1] 11/9
amorphous [1] 20/3
amount [5] 4/2 11/21 12/16 15/2 44/14
analogy [1] 43/1
answer [21] 8/13 9/18 22/5 22/21 22/24
23/7 25/23 26/4 33/8 33/17 33/21 33/24
35/23 36/5 36/12 36/13 37/10 40/15 41/9
41/10 45/3
answered [7] 8/6 8/20 9/5 44/7 44/24
45/1 45/6
answering [11] 7/22 8/12 11/23 28/1
31/13 33/5 33/12 34/2 43/14 44/3 44/13
answers [13] 15/12 17/21 23/13 33/16
33/19 33/25 34/6 34/7 35/3 39/18 42/6
43/12 44/17
any [11] 9/10 19/19 19/22 20/6 25/24
28/23 29/13 35/4 37/1 41/25 42/5

anymore [1] 35/24
anyone [1] 2/6
anything [1] 10/16
anywhere [2] 5/24 5/24
apologies [2] 14/13 43/19
apologize [5] 3/13 6/20 18/16 18/21
37/21
apology [1] 4/19
appeal [10] 28/17 29/6 29/13 30/16
36/24 36/25 37/2 38/7 40/24 40/24
appealed [1] 39/12
appearances [3] 1/12 1/17 3/5
apply [2] 37/11 40/14
approach [4] 23/15 25/15 25/18 36/4
approaching [1] 9/1
appropriate [1] 10/10
approximately [1] 5/6
are [90]
areas [5] 15/13 16/5 42/20 42/21 43/5
aren't [1] 42/8
argument [1] 42/4
around [1] 13/2
artful [2] 18/24 19/1
as [71]
ask [7] 10/19 17/23 23/6 25/19 31/16
36/7 38/17
asked [2] 15/13 16/8
asking [6] 4/20 7/24 11/22 15/20 17/16
18/3 28/11 45/15
aspect [1] 36/25
asr [1] 2/10
asserted [1] 38/14
assertion [1] 21/12
assist [2] 6/11 6/14
assuming [1] 36/6
at [28] 6/6 6/8 7/4 11/17 11/18 11/19
14/2 15/9 16/8 16/22 16/24 16/25 20/11
20/17 21/23 21/24 24/7 24/16 24/22 26/6
26/19 26/22 27/6 27/8 27/21 29/11 34/10
34/11
attachments [1] 13/23
attorney [1] 26/3
audio [1] 1/10 46/10
Avenue [1] 1/14
averse [1] 8/11
await [1] 14/15
aware [1] 36/24

## B
back [8] 14/11 16/2 16/12 20/1 22/2 28/4
29/4 31/20
background [2] 3/16 3/25
bailiwick [1] 35/19
ball [3] 24/8 24/11 24/19
barbacks [3] 4/21 17/22 18/15
bartenders [2] 4/21 17/22
based [2] 20/13 23/18
basically [2] 9/13 10/11
basis [3] 9/6 10/9 33/21
BB [1] 1/2
be [63]
bearings [1] 12/6
beautiful [1] 3/15
because [30] 4/24 7/25 10/8 10/8 11/4
13/16 16/6 17/3 17/21 19/8 19/19 20/11
20/15 22/15 22/19 23/16 24/2 24/3 25/5
27/23 29/21 32/2 34/14 35/24 36/13 38/6
42/5 42/22 43/12 44/6
becomes [1] 29/14
been [18] 5/22 15/25 18/13 19/8 20/4

**B**

been... [13]  21/8 24/16 28/18 29/1 29/4
 29/8 29/16 30/7 31/19 38/3 38/4 41/21
 46/1
before [7]  1/11 8/9 25/11 27/3 37/14
 42/8 43/23
beginning [2]  11/19 29/25
behalf [3]  3/9 23/18 25/17
behind [2]  16/2 16/11
being [9]  8/1 8/12 9/22 16/20 25/8 27/8
 27/10 27/15 44/24
belief [1]  11/11
believe [4]  4/22 8/11 10/9 12/19 15/4
 25/15 26/11 34/3 36/24
belt [1]  5/11
best [4]  23/18 25/18 36/4 46/10
bet [2]  40/20
better [1]  42/1
between [4]  5/23 5/24 9/5 39/6
beyond [2]  4/9 20/17
big [2]  34/11 34/12
bigger [1]  21/22
bind [14]  7/23 9/23 9/25 16/6 18/21
 19/24 23/9 25/23 27/18 27/25 34/6 34/18
 35/3 36/12
binding [7]  7/13 10/1 20/15 22/25 23/17
 24/14 34/25
binds [3]  22/11 27/15 34/8
Biscayne [1]  2/4
bit [3]  3/24 38/10
Bloom [7]  3/4 26/21 27/5 29/6 29/10
 29/18 30/13
Bloom's [1]  36/23
board [6]  6/12 7/4 10/3
both [1]  9/14
Boulevard [1]  2/4
bound [2]  23/24 25/11
brass [1]  28/21
breach [1]  19/12
brian [4]  1/13 1/16 3/6 13/2
bring [7]  7/3 21/18 24/23 25/6 25/12
 26/21 27/3
bringing [1]  17/12
brings [1]  17/14
broader [1]  10/25
bumping [1]  30/24
business [3]  3/9 23/8 32/21
bussers [3]  4/21 18/20 25/4
but [39]  4/24 5/19 9/4 9/22 10/8 10/14
 15/22 16/4 16/22 17/8 17/10 18/17 18/21
 20/9 20/14 22/8 23/8 23/14 23/22 24/1
 24/14 26/23 26/24 28/14 29/9 29/11
 29/14 29/17 29/21 30/23 34/17 37/4 39/4
 39/12 40/4 41/16 42/8 42/11 43/24
buying [1]  23/15

**C**

calendar [1]  5/17
called [1]  8/2
calling [1]  35/16
came [6]  22/5 22/8 25/25 29/11 29/15
 29/16
can [53]
can't [9]  16/3 16/4 16/19 21/15 22/5
 22/15 25/6 26/4 27/5
cannot [2]  24/8 30/23 39/15
capacity [5]  7/22 16/16 18/8 44/3 44/25
captain [2]  22/21 23/8 23/9 23/10 23/10
 25/15
captain/waiters [1]  25/15

captains [9]  4/21 17/22 18/9 18/14 18/20
 19/21 22/20 23/8 23/9
care [5]  27/24 36/9 36/10 36/15 41/12
case [11]  1/2 3/4 18/6 18/20 20/1 20/2
 20/25 24/22 25/1 25/7 36/8
certain [3]  10/1 10/7 37/18
certainly [1]  11/5
certified [1]  19/8
certify [1]  46/9
certifying [1]  19/13
chance [2]  25/11 29/18
check [2]  5/17 5/19
chose [2]  39/13 40/19
chosen [1]  24/23
Civil [1]  3/4
claim [9]  12/13 12/19 14/18 14/22 15/5
 15/21 17/12 20/12 20/12
claims [1]  22/14
clarification [1]  42/17
class [13]  8/14 9/24 9/25 18/21 19/10
 34/6 34/8 35/1 35/3 36/12 38/5 38/7
 39/7
classification [4]  4/23 6/9 8/23 9/3
classifications [1]  4/23
clear [2]  45/13 45/14
clients [1]  21/11
close [2]  21/4 32/21
close-out [1]  21/4
coconut [2]  42/15 46/2
cocounsel [2]  8/10 32/16
collaborative [1]  33/22
COLLADO [17]  1/3 3/3 28/20 29/9 29/21
 31/7 31/10 35/7 37/24 38/5 39/23 39/25
 40/11 41/10 41/11 43/14 44/2
Collado's [3]  32/13 37/13 38/20
collective [5]  3/7 3/22 19/8 27/25 33/5
come [7]  15/24 20/4 21/25 24/10 26/4
 26/9 35/20
comes [1]  9/22
coming [3]  13/14 28/7 45/16
comment [2]  23/8 35/7
common [1]  16/17
communication [1]  13/15
communications [1]  39/6
complained [1]  11/21
complaint [2]  11/9 22/4
computation [1]  44/15
concern [3]  10/2 35/4 35/6
confer [9]  8/10 8/25 30/9 36/19 36/23
 37/1 37/3 37/11 45/20
conferral [1]  39/20
conferrals [1]  6/22
conferred [1]  44/6
connecting [1]  18/16
consistent [1]  10/8
consolidated [1]  14/14
consolidation [1]  15/14
constituting [1]  11/7
CONT'D [1]  2/1
contact [1]  38/9
contemplating [2]  10/23 35/1
contend [2]  12/12 14/22
continue [1]  39/15
continuing [1]  41/22
contract [1]  19/12
conversation [3]  23/23 24/4 24/21
conversations [6]  19/16 19/17 19/20
 19/23 19/24 20/8
cooperation [1]  30/18
copy [2]  13/15 45/21

copying [1]  13/21
Coral [1]  1/25

corporate [10]  22/10 22/11 23/5 23/17
 23/23 26/1 26/3 35/11 43/1 43/6
corporation [2]  23/18 23/24 26/1
correct [13]  10/17 19/25 23/21 29/19
 30/15 33/13 33/14 34/19 39/2 40/12 41/4
 43/5 44/4
correctly [1]  5/6
could [2]  1/8 44/15
couldn't [1]  30/2
Counsel [1]  3/5
countering [1]  16/10
couple [3]  29/6 29/12 42/23
course [6]  4/4 14/9 15/11 19/7 26/13
 42/21
court [18]  1/1 2/12 3/13 6/25 8/9 8/14
 10/4 11/1 18/1 18/17 19/12 34/5 35/6
 36/24 41/25 42/8 43/12 46/14
court's [3]  44/8 45/2 45/4
courtroom [1]  16/7
cover [2]  17/19 27/17
create [1]  30/24
crowd [1]  8/7
CRR [2]  2/12 46/13
CSR [2]  2/12 46/13
cut [1]  37/23
cutoff [2]  28/8 28/25
CV [1]  1/2

**D**

damages [2]  21/25 44/15
date [12]  13/2 13/5 28/14 29/11 31/21
 32/7 33/2 37/18 40/8 40/16 41/16 43/16
dated [1]  13/20
dates [2]  31/23 31/24
day [6]  4/15 5/4 5/6 32/23 33/1 33/2
days [6]  5/6 25/21 29/6 29/12 29/16 33/3
deadline [2]  9/1 30/6
deadlines [1]  30/25
deal [2]  27/7 36/17
deals [1]  44/14
December [9]  37/24 39/18 39/21 39/22
 40/5 40/16 41/17 43/20 44/2
deem [1]  7/15
deemed [1]  17/3
defendant [5]  1/8 2/3 2/7 3/12 20/5
defendants [9]  3/22 12/13 14/22 20/6
 22/15 24/6 28/22 32/4 32/6
defense [12]  4/3 5/7 7/25 8/24 16/1 16/1
 16/9 18/1 18/12 21/19 22/13 25/4
defer [1]  36/16
denied [2]  28/17 41/1
denying [1]  29/6
depend [2]  20/16 27/2
depending [2]  5/23 6/1
depo [6]  6/21 26/1 28/23 31/10 32/13
 42/19
deponent [1]  4/10
depose [9]  3/22 8/3 21/15 21/19 24/17
 27/9 27/20 31/14 32/5
deposed [12]  4/2 4/12 4/13 8/12 9/22
 24/16 26/10
deposing [8]  6/2 7/15 8/5 9/3 16/16 18/7
 18/10 27/21
deposition [25]  4/10 7/12 7/25 9/17
 15/12 15/25 16/8 16/25 18/13 18/19
 20/19 21/11 22/7 22/23 23/4 23/4 25/20
 35/20 37/14 37/15 38/20 38/22 41/16
 43/2 43/7

**D**

depositions [24]  4/4 4/5 4/8 4/24 5/4 5/5
5/8 6/1 8/23 10/15 10/23 10/24 14/11
15/10 15/18 16/18 17/6 17/6 17/9 30/10
31/20 31/23 31/24 31/25
described [1]  11/8
detail [1]  17/1
determining [1]  30/1
developing [1]  19/3
did [4]  8/25 22/21 42/8 42/11
didn't [9]  19/22 21/19 23/9 26/3 26/24
27/3 29/21 42/23 45/21
different [8]  8/7 9/15 15/24 17/22 19/5
20/8 20/9 22/1
differently [1]  8/2
difficult [1]  15/17
digital [2]  1/10 46/10
dilemma [1]  19/18
diligence [1]  41/5
direct [1]  18/5
discovery [42]  1/10 3/20 8/21 9/1 9/6
9/10 9/18 10/12 11/1 15/22 16/3 16/25
20/18 21/16 22/16 26/25 28/1 28/5 28/8
28/8 28/10 28/25 29/3 30/6 31/8 31/13
31/15 34/21 36/7 37/6 37/25 38/1 38/8
38/13 39/22 39/24 40/4 40/5 40/23 41/17
41/25 42/9
discussed [2]  34/2 43/13
discussing [1]  28/18
discussions [1]  3/23
disputing [1]  37/1
distribute [1]  14/23 14/24
distributed [2]  14/25 15/3
distribution [2]  15/8 20/2
DISTRICT [2]  1/1 1/1
divided [1]  6/9
do [29]  3/15 6/8 7/8 10/21 12/22 15/9
16/4 19/2 20/18 23/3 24/13 25/21 27/24
28/14 30/2 30/12 31/7 31/22 32/12 33/17
33/25 34/12 35/4 36/21 36/25 40/5 40/6
42/13 44/10
dock [3]  4/22 4/25 6/4
docket [3]  36/11 45/17 45/20
document [2]  12/18 15/4
documents [6]  20/13 20/22 20/24 21/10
31/17 38/6
does [6]  9/19 9/23 9/24 20/22 26/18 27/1
doesn't [5]  16/6 19/20 19/25 22/8 23/10
25/2 27/4 27/23 27/25
doing [2]  3/9 37/5
don't [41]  3/23 5/18 6/22 8/11 8/17 9/20
10/7 10/9 10/13 11/4 16/19 17/2 18/1
20/10 20/13 20/14 20/18 21/5 23/25
25/11 25/14 26/2 28/5 28/13 29/23 31/13
32/12 33/23 34/8 35/8 35/23 36/7 37/8
38/6 38/15 40/1 41/21 43/17 43/23 44/6
44/23
done [7]  4/11 4/14 9/7 9/8 20/3 25/6
30/7
dots [1]  18/16
down [4]  11/21 20/4 22/6 33/20
DRIVE [1]  1/6 2/3 3/4 3/9
due [3]  40/5 41/4 41/17
duration [1]  6/20
during [4]  15/1 15/2 26/25 35/20
duty [3]  23/2 23/20 26/12

**E**

e.g [2]  12/14 14/23
each [20]  4/10 9/3 11/7 12/12 12/17

12/18 14/21 15/3 15/4 20/12 21/1 21/24
26/10 27/16 32/6 33/24 36/14 38/7 39/8
44/17
educate [3]  22/19 22/24 23/2
efficient [1]  16/13
effort [1]  29/22
either [4]  17/1 18/4 19/11 34/7
else [7]  8/2 10/16 14/19 15/9 16/6 34/9
35/15
email [4]  13/3 13/19 14/3 31/23
employee [1]  11/8
end [8]  13/8 28/23 31/5 32/10 32/11
32/19 35/14 35/15
endorse [2]  25/14 26/11
endorsing [2]  26/8 27/14
enjoy [1]  45/25
enlarge [1]  17/1
entered [2]  28/4 28/16
entire [2]  5/4 16/18
entire-day [1]  5/4
entitled [2]  36/5 46/11
entity [2]  22/11 23/24
entry [2]  36/11 45/17
envision [1]  19/3
equals [1]  4/3
ESQ [3]  1/13 2/3 2/7
essentially [1]  44/16
et [3]  1/3 1/7 3/4
etc [1]  12/18
even [2]  30/16 42/1
every [9]  11/7 12/12 12/18 14/21 15/4
22/20 22/25 23/23 36/5
everybody [9]  7/4 16/6 17/19 22/5 27/15
27/18 33/19 34/18 38/18
everything [4]  17/23 23/2 25/19 25/22
exact [1]  28/14
Exactly [2]  37/4 42/2
exam [1]  24/1
example [1]  25/25
exceed [1]  25/20
excess [1]  31/23
expend [1]  29/22
explaining [1]  18/24
explanation [1]  19/1
extent [1]  9/20

**F**

facing [1]  30/6
fact [2]  12/12 14/21
factitious [1]  46/1
facts [6]  11/11 14/18 15/7 15/7 20/12
20/23
failed [3]  14/23 18/25 42/5
fails [1]  18/2
failure [1]  14/24
fair [3]  23/16 26/5 35/14
fairest [1]  26/15
FAIRLAW [1]  1/14
fairlawattorney.com [1]  1/16
far [2]  22/3 29/9
February [2]  28/24 30/7
fictitious [1]  23/24
field [1]  26/5
fight [1]  27/1
fighting [1]  3/24
figure [2]  6/4 6/12
final [3]  29/13 29/14 40/24
finalizing [1]  21/4
find [7]  6/16 12/5 12/6 13/6 21/14 25/12

fine [5]  6/18 8/19 12/7 12/9 45/4
finite [1]  35/16
FIRM [1]  1/14
first [3]  3/21 30/9 35/22
five [4]  11/19 11/21 13/4 15/15
FL [3]  1/15 2/4 2/9
FLORIDA [4]  1/1 1/4 19/11 19/11
flow [1]  39/4
flows [1]  38/25
foist [1]  35/10
follow [1]  10/12
followed [1]  30/11
following [1]  3/2
follows [3]  11/6 12/12 14/21
foregoing [1]  46/9
forgot [1]  3/13
formula [2]  20/3 30/1
forward [4]  13/8 13/10 27/21 28/24
found [2]  13/11 22/21
four [3]  5/5 8/22 21/2
frankly [2]  37/6 37/7
free [1]  41/16
Friday [2]  32/21 37/23
front [2]  10/13 11/4
full [1]  14/7

**G**

Gables [1]  1/15
gain [1]  33/25
gee [1]  25/7
general [2]  18/6 42/24
get [23]  4/14 14/13 14/15 16/19 17/1
20/10 20/14 22/14 24/2 25/18 26/15
28/21 28/22 28/25 31/7 32/9 32/19 34/12
35/22 39/8 40/18 45/6 46/2
gets [4]  21/22 31/4 31/11 35/15
getting [5]  35/13 37/19 37/19 37/22
38/21
give [8]  3/24 5/20 13/13 24/16 30/13
37/13 40/2 42/20
given [2]  15/18 28/24
giving [1]  27/16
gmail.com [2]  2/13 46/14
go [15]  4/9 10/3 10/25 15/9 16/7 17/2
22/15 26/11 26/21 29/22 30/2 30/3 31/20
37/8 42/15
goes [2]  16/21 20/17
going [43]  4/9 4/13 5/16 6/5 7/14 7/15
10/4 10/19 10/25 15/19 16/22 16/25
17/16 20/16 21/18 21/23 22/19 22/20
23/9 24/8 25/14 27/13 27/14 27/17 28/15
29/24 30/1 30/4 30/22 32/1 33/4 33/8
34/15 34/18 35/16 35/18 35/21 35/22
39/4 39/7 39/19 40/17 41/3
Good [3]  3/6 3/8 3/11
got [3]  10/3 11/16 19/10
gotten [2]  16/23 30/18
great [1]  21/17
gritty [1]  40/18
group [3]  35/16 44/3 44/7
grow [1]  15/12
guess [7]  5/23 12/3 18/23 24/1 27/2 28/7
28/17
guiding [1]  43/2
guy [1]  26/23

**H**

had [15]  3/23 8/3 19/16 19/18 19/19
19/24 24/3 24/22 30/17 31/2 36/25 38/7
39/9 40/23 44/10

**H**

half [9]  5/19 5/25 6/3 6/13 7/2 7/3 7/4
14/4 27/21
hand [2]  16/2 22/17
happened [2]  23/23 41/1
happening [1]  39/16
has [19]  4/3 4/25 9/13 11/1 13/23 15/25
19/8 19/12 21/6 21/7 24/16 24/23 26/5
27/2 30/7 41/10 41/11 43/24 45/15
hasn't [1]  29/3
hate [1]  32/15
have [79]
haven't [5]  9/7 15/18 16/23 20/4 31/21
having [3]  18/1 26/9 27/15
Hawaii [3]  42/14 45/25 46/1
he [25]  19/19 20/22 21/5 23/7 24/3
24/25 25/2 25/19 26/23 27/1 27/2 27/2
27/3 27/17 27/18 32/12 33/3 35/10 35/16
35/22 35/24 36/25 37/4 38/21 39/13
he's [2]  39/9 41/22
heads [1]  27/17
heads-up [1]  27/17
hear [4]  10/21 19/2 27/9 33/11
heard [2]  23/8 28/10
hearing [7]  1/10 3/20 7/18 29/25 30/3
40/23 45/16
hearings [1]  24/22
hearsay [1]  24/3
hedged [1]  40/20
held [1]  3/2
help [2]  35/24 36/21
here [9]  5/24 7/24 10/1 21/6 22/13 27/20
35/24 43/8 43/13
here's [3]  21/17 22/20 32/1
hereby [1]  46/9
hidden [1]  24/8
him [7]  21/10 22/24 27/18 30/13 33/1
36/8 40/2
his [11]  21/11 21/13 21/14 22/25 23/2
25/1 31/10 31/24 34/25 36/24 36/24
hit [1]  28/13
honest [1]  6/17
honestly [1]  33/23
Honor [72]
HONORABLE [1]  1/11
hope [1]  45/25
hopefully [1]  38/3
host [2]  4/22 4/22
hour [2]  14/4 27/21
hours [18]  4/10 4/12 5/7 5/15 5/19 5/24
5/25 6/3 6/5 6/11 7/2 7/3 14/8 21/7
25/21 26/10 27/16 32/5
how [18]  3/21 4/11 8/20 9/2 10/21 11/10
19/2 20/10 20/14 20/18 24/10 25/16 26/5
26/14 30/3 33/12 36/21 41/9
However [2]  43/16 44/5
humor [1]  17/14

**I**

I'd [3]  4/9 6/16 28/23
I'll [2]  13/8 13/10
I'm [36]  6/4 6/6 6/8 6/12 11/18 12/4
12/21 12/23 13/4 13/6 13/24 14/13 14/15
16/20 22/19 22/19 24/4 25/16 27/22
27/22 28/7 29/2 30/12 30/23 32/1 32/9
34/23 35/18 36/6 37/19 37/19 39/3 39/12
40/8 40/16 46/2
I've [3]  11/16 41/9 46/1
ID [1]  11/19
idea [2]  16/11 16/19

identified [1]  11/12
identify [4]  11/5 12/18 19/1 41/4
identifying [2]  12/14 14/23
if [53]
implemented [1]  16/20
in [90]
inaccurate [2]  20/23 31/22
inaudible [1]  25/15
inclined [2]  18/18 18/18
including [1]  39/6
indicated [1]  10/4
individual [5]  10/20 20/5 21/25 40/3
44/11
individually [4]  38/8 43/16 43/20 44/7
45/1 45/3 45/6 45/8 45/9
individuals [11]  6/15 8/12 8/13 15/23
17/17 20/8 21/15 27/8 36/12 39/1 41/14
44/11
information [5]  19/24 21/3 21/17 34/15
44/11
initial [1]  42/8
initially [3]  8/22 11/20 34/14
inquiry [3]  10/25 42/20 42/21
ins [1]  4/13
insisted [1]  37/4
interrogatories [26]  7/19 8/6 8/13 9/21
10/1 10/2 10/13 10/15 10/22 12/3 15/14
16/14 20/11 22/3 33/6 36/20 37/11 37/12
38/24 40/14 41/10 43/15 44/1 44/10 45/6
45/12
interrogatory [9]  11/6 14/20 17/7 23/13
33/25 34/6 44/9 44/14 45/9
intervals [1]  27/21
into [8]  15/9 16/7 21/22 22/15 23/15 24/2
35/18 40/18
involves [2]  15/12 38/18
is [166]
issue [18]  4/2 5/7 5/7 6/21 7/18 8/25
9/22 20/1 21/23 22/1 22/25 27/2 27/6
28/11 28/16 31/12 34/18 36/17
issues [10]  8/8 10/4 14/12 18/5 20/4
20/15 21/6 24/3 28/9 30/17
it [133]
it's [4]  4/21 25/12 29/16 41/6
item [7]  7/11 26/2 26/7 26/18 27/7 27/12
43/11
items [3]  32/2 32/4 43/11

**J**

jacket [2]  3/13 3/18
JACKSON [1]  2/3
jacksonlewis.com [1]  2/5
January [1]  46/13
jemancari [2]  2/13 46/14
Joanne [2]  2/12 46/13 46/13
job [1]  33/22
jointly [1]  28/22
Jones [2]  3/10 19/4 19/19 19/21 20/5
39/7
judge [29]  1/11 3/18 6/16 7/7 12/4 26/21
27/5 28/2 28/16 28/20 29/6 29/10 29/18
30/13 31/1 31/4 31/12 32/24 35/6 35/23
36/1 36/3 36/23 36/23 42/15 42/17 42/23
45/15 45/23
juicy [1]  25/12
July [6]  13/1 13/19 13/20 13/21 28/10
29/1
jumping [2]  14/13 14/15
just [29]  5/17 5/19 10/4 11/23 12/2 12/4
13/10 14/3 14/15 17/23 18/25 20/23 22/2
26/4 26/7 29/6 29/7 30/14 33/10 33/6

34/2 39/3 40/8 40/19 42/17 42/23 43/6
44/12 46/2

justification [2]  6/4 6/13

**K**

keep [1]  7/3
keeping [2]  15/7 24/19
kept [1]  14/19
Kiki [1]  3/10
kind [11]  4/11 5/12 7/1 10/18 16/21 17/1
20/13 23/12 24/4 33/18 34/13
know [30]  3/23 5/18 11/10 12/22 14/12
16/19 21/5 21/13 21/13 21/20 20/23
23/25 24/6 24/7 25/7 25/22 26/2 28/24
32/12 32/15 33/23 34/8 35/8 35/23 38/15
43/11 43/23 44/6 44/23 44/24
knowing [2]  16/8 22/16
knowledge [2]  20/9 23/19
knows [4]  19/4 19/5 19/16 23/1

**L**

lack [1]  15/21
last [2]  25/24 29/15
last-minute [1]  25/24
later [4]  24/20 26/4 30/22 38/1
law [3]  19/11 20/6 24/1
lawsuit [2]  16/15 16/18
lead [1]  15/19
legitimate [2]  26/2 26/13
let [9]  5/19 6/7 10/21 13/7 19/2 22/2
24/14 33/11 38/17
let's [1]  17/8
level [1]  23/17
levels [1]  20/9
LEVINE [2]  2/8 3/12
levinelawfirm.com [1]  2/10
LEWIS [1]  2/3
liability [1]  20/6
like [33]  4/8 4/9 5/10 5/11 5/22 7/1 8/10
10/5 11/25 13/2 13/15 17/1 17/2 17/20
22/9 22/22 23/14 24/15 25/8 26/1 28/23
28/25 29/16 30/12 30/24 33/21 34/10
34/10 39/12 40/19 41/14 42/14 43/6
limine [5]  16/20 26/21 27/6 27/10 36/16
limine-type [1]  27/6
limit [3]  4/9 10/14 17/5
limited [5]  10/4 16/4 22/3 27/8 38/12
list [10]  23/2 26/14 28/21 28/22 31/5
32/6 32/8 35/13 35/15 37/22
Listen [1]  42/13
lists [1]  35/19
litigate [1]  25/16
litigating [2]  16/2 25/17
little [2]  3/24 7/3
live [1]  7/6
LLC [4]  1/6 2/8 3/4 3/12
long [1]  36/6
longer [1]  7/3
look [5]  20/11 26/5 29/10 29/14 39/3
looking [10]  6/6 6/8 11/17 11/18 12/21
16/17 17/21 18/12 22/14 34/10
looks [3]  5/22 13/2 14/2
Lorenzo [1]  1/14
luxury [1]  16/8

**M**

ma'am [2]  42/25 43/3
made [1]  16/13
magician [1]  30/23
MAGISTRATE [1]  1/11

**M**

main [3] 4/4 7/13 15/13
major [1] 30/19
make [11] 3/17 5/17 8/15 9/15 9/19 14/3 16/12 22/5 22/25 23/10 36/11
makes [5] 8/16 10/8 15/25 17/5 17/9
making [1] 20/17
manager [1] 19/23
managers [1] 19/20
Mancari [3] 2/12 46/13 46/13
manner [1] 44/15
many [3] 3/21 33/12 41/9
Mary [1] 2/8
master [3] 4/22 4/25 6/4
masters [1] 25/16
materials [1] 37/14
matter [3] 26/5 31/15 46/11
matters [6] 17/3 17/7 27/17 28/22 31/5 35/14
maximum [1] 5/15
may [19] 3/22 17/21 18/20 19/5 19/17 19/17 19/24 20/21 21/13 21/13 23/22 28/2 28/18 30/8 31/1 32/4 33/20 37/17 43/10
maybe [10] 6/10 6/13 7/1 18/16 22/23 23/3 25/10 25/10 25/21 45/15
me [36] 3/24 5/19 6/7 8/16 9/13 10/13 10/21 11/3 11/4 11/25 12/3 13/7 13/13 13/15 13/17 14/17 15/17 16/24 17/10 17/10 17/14 18/17 19/2 22/2 22/9 22/22 23/11 23/14 24/3 25/12 26/24 28/11 30/24 33/11 38/17 41/24
mean [15] 9/23 10/18 16/11 17/20 19/21 20/13 24/1 25/16 26/18 28/9 29/2 29/8 31/4 33/24 39/4
means [1] 41/5
meantime [1] 37/24
meet [4] 7/1 36/19 37/3 37/11
member [1] 39/6
members [4] 7/13 9/25 38/5 38/7
mentioned [1] 20/22
merits [2] 6/3 15/21
Miami [3] 1/4 2/4 2/9
middle [1] 7/1
might [3] 11/17 18/2 29/18
minimum [3] 17/12 19/11 21/7
minute [1] 17/8 25/24 26/24
modify [1] 36/10
moment [2] 17/9 39/3
Monday [2] 29/15 32/14
months [1] 39/9
more [4] 17/1 17/18 38/12 39/7
morning [4] 3/6 3/8 3/11 3/14
Most [1] 11/5
motion [5] 26/20 26/21 27/6 27/10 36/16
move [1] 28/24
moving [1] 27/21
Mr [2] 30/19 32/7
Mr. [70]
Mr. Collado [15] 28/20 29/9 29/21 31/7 31/10 35/7 37/24 38/5 39/23 39/25 40/11 41/10 41/11 43/14 44/2
Mr. Collado's [1] 32/13 37/13 38/20
Mr. Jones [4] 19/4 19/19 19/21 39/7
Mr. Pollock [33] 6/10 6/14 7/6 8/21 8/24 8/25 9/19 14/2 19/2 20/22 21/3 21/6 23/1 23/6 23/14 24/6 24/23 25/13 25/19 25/25 27/16 29/1 29/2 30/12 33/11 35/15 36/22 37/10 37/23 39/13 40/19 41/24 44/6

Mr. Pollock's [2] 26/12 35/7
Mr. Smith [2] 19/6 24/5
Mr. Velazquez [10] 4/18 7/16 10/21 23/5 25/19 25/22 26/14 28/21 31/4 32/9
Mr. Velazquez's [1] 34/18
Mrs. [1] 19/5
Mrs. Smith [1] 19/5
much [6] 25/7 39/12 42/13 45/15 45/25 46/4
multiple [3] 4/14 23/21 23/22
must [1] 41/9
mutually [1] 33/2
my [44] 3/13 4/19 5/16 5/17 6/22 8/10 10/2 12/23 13/7 14/1 14/13 14/14 16/11 18/23 21/1 21/17 22/3 22/4 28/17 29/3 31/24 32/15 33/6 35/2 35/6 35/19 36/10 36/18 36/21 39/19 39/22 40/4 40/7 40/8 40/10 40/13 41/16 42/14 43/1 43/2 43/19 44/22 45/13 46/10

**N**

name [6] 10/19 11/7 11/22 39/1 40/2 44/13
named [24] 14/7 17/19 17/23 22/24 23/4 23/7 25/20 25/20 25/23 26/9 26/12 26/22 27/15 32/5 33/7 33/10 33/13 33/15 33/16 34/7 34/14 34/17 34/23 36/11
narrowing [1] 33/20
natural [1] 15/11
nature [2] 17/4 44/14
necessarily [3] 8/11 18/3 38/19
need [21] 9/17 17/2 24/10 32/2 32/25 33/17 33/23 34/9 34/12 36/17 36/21 37/8 37/14 37/23 37/25 39/18 39/21 40/2 43/15 43/23
needs [4] 24/25 25/6 25/22 38/21
never [2] 19/19 44/6
next [1] 12/10
nitty [1] 40/18
no [39] 1/2 3/4 11/6 11/13 11/15 11/15 11/22 11/23 11/25 12/1 12/11 13/16 14/14 14/20 15/6 15/6 15/7 21/16 24/12 26/5 26/7 26/7 26/8 26/18 27/7 27/12 27/22 28/11 30/18 30/23 35/18 41/9 41/20 42/2 44/5 44/9 44/12 44/14
non [2] 10/16 11/8
non-representative [1] 10/16
non-tipped [1] 11/8
none [2] 19/21 44/23
normal [1] 19/7
north [4] 1/6 3/3 3/9 21/10
not [52]
noted [1] 6/22
nothing [4] 30/7 30/17 36/25 37/2
notice [6] 3/19 5/8 6/6 24/16 32/3 36/15
notices [2] 6/8 6/16
noticing [1] 3/18
November [1] 1/5
now [20] 4/1 8/5 13/10 15/9 15/17 16/4 21/2 21/18 22/7 25/25 32/24 34/11 34/11 36/17 37/10 37/11 38/9 40/8 40/16 40/22
number [7] 3/24 10/20 23/1 28/14 39/1 40/2 43/23
numerous [1] 30/16

**O**

object [3] 42/8 42/12 43/5
objection [2] 41/21 41/24
objections [7] 38/14 41/19 41/20 41/23 42/2 42/5 42/7

obviously [4] 7/13 10/20 10/25 16/21
occurred [2] 12/15 17/20
OCTAVIO [2] 1/3 3/3
October [3] 30/9 30/10 30/11
off [1] 29/18
off-chance [1] 29/18
oh [2] 21/16 26/23
OK [27] 4/6 4/16 5/2 5/10 6/3 6/18 6/24 7/5 8/18 9/9 9/12 9/17 11/2 11/24 12/8 12/20 13/12 13/16 13/16 13/18 13/22 26/16 33/2 34/23 34/24 37/8 41/9 42/14 46/3
old [1] 11/17
on [77]
once [1] 29/13
one [38] 4/25 5/12 5/13 6/6 8/8 11/18 11/19 11/23 12/3 12/4 12/10 13/13 14/1 16/2 16/20 17/13 19/16 19/20 21/2 21/12 22/17 23/1 25/4 27/13 27/15 28/1 28/9 30/21 32/23 33/1 33/5 33/6 33/20 33/24 34/5 38/24 44/24 44/25
onerous [1] 38/10
ones [10] 7/2 8/6 9/5 9/18 11/17 11/18 12/5 34/2 38/23 43/13
only [12] 4/25 5/13 14/4 18/4 21/1 26/18 26/22 28/17 32/23 35/6 42/13 42/22
onward [1] 25/4
opportunity [7] 8/3 15/23 21/15 21/19 24/17 31/14 43/5
opt [14] 4/2 4/13 5/4 5/9 6/1 6/21 7/21 14/4 16/5 18/3 18/5 21/1 27/20 45/2
opt-in [13] 4/2 5/4 5/9 6/1 6/21 7/21 14/4 16/5 18/3 18/5 21/1 27/20 45/2
opt-ins [1] 4/13
or [48]
order [25] 28/4 28/8 28/16 29/3 29/5 29/10 29/13 29/14 29/15 29/16 33/1 33/6 35/2 36/10 36/18 36/23 36/25 38/6 40/24 43/18 44/8 45/2 45/4 45/13 45/16
ordered [3] 11/1 31/16 45/20
original [1] 42/4
OTAZO [1] 1/11
OTAZO-REYES [1] 1/11
other [19] 15/20 15/23 16/21 19/21 20/4 21/5 21/13 24/13 24/16 26/23 29/23 29/24 30/3 31/12 33/17 35/10 38/5 39/5 40/3
others [3] 19/18 24/15 34/16
otherwise [2] 17/23 43/24
our [10] 6/22 7/18 9/2 11/2 16/2 27/4 30/9 37/5 41/25 42/4
out [25] 5/5 6/4 6/12 21/2 21/4 21/14 22/21 24/5 28/21 28/22 31/4 32/10 32/19 35/7 35/13 35/15 37/23 40/1 40/4 40/17 40/17 41/15 41/16 43/8 44/22
outline [3] 6/23 14/14 30/22
outside [2] 16/5 17/2
outstanding [6] 29/1 38/1 39/22 39/24 40/4 41/17
over [9] 3/24 5/5 12/22 25/21 26/10 37/8 37/8 37/9 42/11
overtips [11] 11/10 11/11 11/12 12/14 12/16 12/17 14/23 14/25 15/1 15/2 15/3
own [2] 18/10 22/8

**P**

P.C [1] 2/3
package [1] 37/13
page [1] 11/16
Pages [1] 1/8
paperless [1] 29/15

**P**

paragraph [1]  11/8
pare [1]  22/6
parrot [1]  34/16
particular [3]  6/1 16/15 18/5
parties [1]  45/20
PARTNERS [2]  2/8 3/12
parts [1]  35/21
pass [1]  30/14
past [2]  29/12 41/15
paste [1]  45/22
path [1]  39/13
pattern [1]  10/12
Pause [4]  5/21 6/19 12/25 13/9
payroll [1]  20/25
peculiar [2]  16/14 18/10
pending [2]  21/2 36/23
people [35]  5/12 6/11 7/14 8/5 8/20 9/2
 9/5 9/14 9/16 9/21 9/22 14/18 16/16
 18/9 18/12 19/23 20/15 21/18 22/18
 23/21 23/22 26/8 28/14 29/23 29/24 30/4
 31/12 31/17 33/7 33/12 33/17 33/24
 35/17 38/9 39/8
people's [1]  44/10
per [9]  4/3 4/16 5/6 5/11 5/12 5/15 8/23
 14/11 33/10
period [1]  4/14
person [13]  4/25 5/13 5/15 11/7 11/22
 19/16 21/12 21/13 21/25 24/17 33/7
 33/20 44/17
personnel [1]  25/2
persons [1]  11/12
perspective [2]  5/8 8/14
pertain [2]  10/15 16/15
pertaining [2]  18/5 21/7
pertains [1]  36/13
pertinent [1]  17/19
phone [4]  5/16 12/23 40/2 43/23
picture [1]  22/14
plaintiff [38]  1/4 1/13 3/7 4/4 4/11 4/20
 6/1 7/13 16/6 17/19 17/24 18/5 21/1
 22/18 22/24 23/2 23/7 25/20 25/20 25/23
 26/9 26/13 26/18 26/22 27/15 28/5 32/5
 33/7 33/10 33/13 33/15 33/16 34/6 34/7
 34/14 34/17 34/23 36/11
plaintiff's [2]  23/4 23/4
plaintiffs [20]  3/21 4/2 5/9 7/21 7/22 9/11
 14/5 14/7 15/23 16/5 17/12 18/3 22/4
 23/1 25/24 27/20 34/1 40/3 41/9 45/2
plaintiffs' [3]  4/6 6/21 22/14
plan [2]  5/11 27/23
playing [2]  24/4 26/5
please [3]  3/5 12/12 14/21
plus [1]  29/23
point [2]  20/17 41/24 42/17
pointed [1]  35/7
POLLOCK [35]  1/13 3/6 6/10 6/14 7/6
 8/21 8/24 8/25 9/19 14/2 19/2 20/22
 21/3 21/6 23/1 23/6 23/14 24/6 24/23
 25/13 25/19 25/25 27/16 29/1 29/2 30/12
 33/11 35/15 36/22 37/10 37/23 39/13
 40/19 41/24 44/6
Pollock's [2]  26/12 35/7
portion [1]  10/14
position [14]  4/3 4/6 4/16 4/25 5/11 5/13
 8/1 11/2 11/7 14/12 16/1 19/22 33/10
 37/5
positions [3]  4/17 6/14 18/20
possible [1]  19/1
practical [1]  24/11

practically [2]  23/3 30/7
precise [1]  5/20
prefer [1]  37/17
prejudiced [1]  25/5
prepare [10]  15/18 16/8 21/11 23/20
 25/2 25/22 26/4 26/12 27/18 41/5
prepared [2]  24/25 26/10 26/11
preparing [2]  37/24 41/6
prerogative [1]  21/14
present [1]  24/15
presumably [4]  16/17 33/4 34/15 36/13
pretrial [1]  20/17
prevail [1]  41/3
prior [6]  6/22 7/18 24/22 33/6 36/18 40/8
 45/13
problem [5]  8/17 9/21 10/8 30/19 32/17
proceed [2]  31/7 31/10
proceedings [1]  3/2
process [1]  21/4
produce [1]  37/25
produced [4]  20/24 20/25 21/8 29/4
production [17]  8/7 30/10 36/18 37/12
 38/10 38/25 39/5 40/11 40/14 41/7 41/11
 44/20 44/23 45/3 45/5 45/8 45/11
proposed [4]  4/3 8/22 15/13 34/13
proposing [2]  27/19 33/9
prosecute [1]  24/25
proven [1]  20/7
provide [4]  4/8 23/17 32/6 42/5
provided [2]  20/4 26/14
provides [1]  43/4
providing [1]  31/23
pull [1]  13/7
purpose [1]  22/16
purposes [2]  7/24 9/14
pursuant [2]  4/12 20/3
put [2]  33/1 45/16
putative [1]  19/10
puts [2]  7/25 16/1
putting [2]  40/8 40/16

**Q**

question [11]  3/21 8/14 9/24 11/13 11/14
 11/15 16/22 40/7 40/10 44/21 44/22
questions [12]  10/3 15/12 15/19 15/20
 17/16 17/18 18/2 20/16 23/6 37/22 42/20
 42/22
quick [1]  5/19
quite [2]  37/5 37/7

**R**

raised [1]  6/21
rank [2]  10/19 39/1
rapidly [1]  9/1
rationale [1]  18/23
reach [4]  5/16 8/9 43/22 43/24
reaching [1]  42/23
read [4]  11/23 11/25 12/3 13/16
readily [1]  39/4
ready [1]  46/2
real [1]  5/19
realize [1]  18/2
really [4]  22/23 23/13 23/15 39/12
reason [3]  4/24 12/24 17/20
reasonable [6]  5/11 5/14 6/12 7/5 31/16
 36/6
recall [3]  7/17 11/20 17/11
receipts [1]  21/4
received [8]  9/10 11/9 11/10 11/12 15/1
 29/5 29/10 31/21

recent [1]  12/5
recollection [1]  22/4
record [3]  3/5 5/3 21/5
recording [2]  1/10 46/11
records [2]  20/25 21/10
reduced [1]  11/21
reducing [1]  13/4
reflect [1]  45/22
reflected [1]  5/8
refused [1]  36/22
regard [1]  26/7
REISS [4]  2/7 3/11 30/19 32/7
relate [3]  10/22 45/5 45/11
related [1]  7/19
relates [29]  4/2 5/9 10/2 11/2 14/3 14/4
 15/20 16/9 17/17 18/4 18/19 19/15 20/9
 20/18 20/25 21/3 21/6 21/12 21/25 26/17
 27/9 27/12 30/16 34/20 43/10 43/14
 43/16 44/5 44/19
relationship [1]  9/4
relevant [3]  36/7 36/8 38/20
remainder [1]  29/9
remember [5]  5/6 17/13 20/2 33/19
 45/19
rep [3]  26/1 26/1 35/11
repeat [1]  45/17
Reporter [2]  2/12 46/14
represent [1]  18/14
representation [1]  20/23
representative [47]
representative's [3]  26/3 27/14 43/6
representatives [7]  7/15 8/7 9/14 9/15
 9/17 17/21 22/19
represents [2]  18/14 19/21
request [4]  30/9 31/14 40/11 44/19
requested [2]  21/3 21/6
requesting [1]  31/19
requests [17]  8/6 30/10 36/18 37/12 38/9
 38/15 38/16 38/25 39/5 40/13 41/6 41/11
 44/23 45/3 45/5 45/8 45/11
required [1]  33/6
requirement [1]  37/1
respect [3]  29/20 40/10 43/11
respectfully [3]  31/13 39/16 45/20
respond [7]  9/21 23/22 30/4 34/14 38/8
 39/21 41/11
responded [2]  43/15 43/20
responding [2]  28/15 37/6
response [1]  28/11
responses [3]  30/16 31/8 40/5
responsibility [1]  21/14
responsive [1]  23/22
rest [2]  27/25 29/21
result [1]  15/14
retained [3]  12/13 12/16 12/17
retention [1]  12/15
returns [4]  38/18 39/6 40/3 41/15
review [1]  21/11
revised [1]  11/18 12/21
Rey [2]  12/22 13/19
rey.velazquez [1]  2/5
REYES [1]  1/11
REYNALDO [2]  2/3 3/8
right [47]
rightfully [1]  22/13
RIVER [7]  1/6 2/3 2/8 3/3 3/9 3/10 3/12
RJ [2]  2/8 3/12
roadmap [1]  45/15
role [1]  35/11
Roman [2]  3/10 20/5

**R**

route [2]   26/22 27/14
RPR [2]   2/12 46/13
rule [3]   18/18 30/23 32/2
ruled [5]   7/18 7/21 19/24 39/11 43/12
rules [4]   4/7 4/12 27/4 37/12
ruling [15]   7/24 16/12 20/17 22/3 30/17
  35/2 36/24 39/19 39/22 40/4 40/9 40/13
  41/17 43/2 45/22
rulings [2]   40/14 42/14
run [1]   35/23

**S**

said [17]   4/16 10/13 14/18 25/8 27/24
  29/17 31/17 31/17 34/10 36/18 40/19
  41/10 41/14 42/14 42/22 45/17 45/22
same [9]   7/24 9/13 10/12 12/23 19/22
  34/15 36/19 38/8 45/22
San [1]   1/14
sandbagged [1]   8/1
say [30]   7/12 15/19 15/24 16/4 16/5
  18/12 18/14 18/14 18/15 18/15 21/9
  21/16 21/17 21/19 22/20 24/8 25/7 26/7
  26/21 26/23 26/23 26/24 27/13 29/11
  29/14 32/4 33/4 41/22 43/17 45/21
saying [12]   5/15 7/14 9/6 10/14 16/21
  18/18 22/5 22/18 25/8 27/9 27/22 30/19
says [7]   23/10 23/10 23/25 26/2 35/8
  35/23 43/18
scheduled [5]   5/4 5/5 5/18 5/23 5/25
scheme [1]   22/6
school [1]   24/1
scope [4]   10/22 17/6 17/8 36/7
searched [1]   11/20
second [2]   6/7 13/13
see [9]   6/7 13/7 13/25 17/25 20/10 20/14
  20/18 30/13 35/21
seem [4]   8/15 16/19 19/25 27/23
seems [6]   5/10 9/13 16/24 27/23 31/16
  34/18
selected [7]   8/21 8/21 8/23 8/24 9/2 9/2
  18/13
sense [9]   8/15 8/16 9/15 9/19 10/8 16/13
  17/5 17/9 23/11
sent [6]   11/18 12/22 13/3 28/10 30/9
  31/23
separate [1]   38/9
September [6]   16/12 28/4 29/4 31/20
  39/11 42/7
serial [2]   10/19 39/1
serious [1]   30/25
served [4]   5/9 41/21 42/7 44/2
servers [3]   18/15 18/20 25/3
sessions [3]   26/10 27/16 32/5
set [3]   12/21 28/20 32/23
seven [8]   4/12 4/23 14/8 25/21 26/10
  27/16 32/5 33/1
shame [1]   26/3
she [1]   27/5
shield [1]   16/4
shorter [1]   4/14
shortly [1]   13/5
shot [1]   35/22
should [4]   18/21 25/4 36/19 40/20
show [1]   41/25
showing [2]   24/11 24/20
side [1]   26/12
significance [1]   5/23
signing [1]   31/17
simple [1]   22/12

since [5]   29/1 29/16 31/20 32/13 35/13
single [1]   41/21
sir [8]   8/19 27/22 39/24 40/13 40/25 41/2
  41/8 42/18
sit [2]   28/14 40/19
sitting [3]   29/7 30/13 42/15
situation [3]   8/11 18/10 35/21
six [1]   33/24
small [2]   34/11 34/11
Smith [3]   19/5 19/5 24/3
so [101]
some [10]   18/2 20/3 23/12 24/11 25/12
  30/25 35/10 38/14 43/22 43/24
somebody [2]   8/2 34/9
someone [3]   19/16 23/25 24/15
something [8]   15/24 18/4 22/8 27/2
  28/10 35/8 40/17 41/15
sometime [1]   13/5
sorry [3]   30/12 35/18 39/12
sort [7]   5/11 17/20 22/13 24/19 28/7
  31/1 34/10
sound [1]   22/9
sounding [1]   23/14
sounds [7]   7/5 22/22 25/8 25/12 30/12
  30/24 33/21
South [1]   2/4
SOUTHERN [1]   1/1
speak [3]   18/4 28/18 32/15
speaking [1]   18/8
spillover [1]   33/2
spoke [1]   42/24
spread [1]   5/5
stands [1]   9/16
started [1]   15/18
Starting [1]   30/8
state [4]   3/5 11/10 12/12 14/21
stated [1]   15/25
states [5]   1/1 1/11 11/6 12/11 14/20
step [2]   20/1 22/2
stick [2]   4/8 17/8
still [11]   12/21 17/14 27/20 28/5 28/11
  33/7 36/13 36/17 38/13 38/14 43/4
story [1]   23/14
strategy [2]   16/9 21/18
streamline [2]   16/12 22/6
Street [1]   2/8
struggle [1]   17/25
stuff [5]   28/15 35/22 36/8 38/21 41/13
sub [2]   26/8 27/14
sub-representative [1]   26/8
sub-representative's [1]   27/14
subject [9]   4/10 8/1 17/7 28/22 29/3 30/3
  31/5 31/15 35/14
submitted [1]   41/25
substantive [2]   11/19 11/22
such [4]   12/14 12/17 14/24 15/4
suggesting [3]   32/7 32/8 34/5
suggestion [2]   28/17 31/2
Sunday [1]   32/14
supplied [1]   43/25
support [1]   20/12
supporting [4]   11/11 14/18 15/7 15/8
supports [4]   12/13 12/19 14/22 15/5
supposed [1]   44/7
sure [4]   5/17 14/3 16/20 41/2
suspenders [1]   5/12
sword [2]   16/3 16/7

**T**

tacks [1]   28/21

tactics [1]   37/6
tailored [1]   29/15
take [10]   6/18 7/2 22/2 22/20 22/24
  24/13 29/14 32/25 39/3 39/7
taken [3]   36/9 36/10 41/12
takes [1]   36/15
taking [1]   39/3
talk [2]   17/7 20/11
talking [3]   38/12 38/13 38/15 39/8
tax [4]   38/18 39/6 40/3 41/15
tell [10]   5/24 6/10 6/14 11/3 17/10 23/5
  26/24 27/3 27/5 37/2
telling [1]   18/17
tells [1]   25/19
ten [5]   4/8 4/9 38/13 39/5 44/22
tend [1]   33/18
tens [2]   20/24 21/9
terms [3]   41/12 42/19 42/24
territory [1]   17/2
testifies [2]   19/19 26/19
testify [10]   8/2 15/24 16/22 17/8 18/13
  18/19 21/25 26/22 27/5 35/16
testimony [12]   7/12 9/25 18/21 19/16
  20/15 21/23 21/24 22/25 23/17 24/14
  25/3 34/25
than [7]   10/25 15/24 19/5 21/5 24/16
  38/1 39/7
Thank [11]   3/18 7/10 14/10 26/16 36/1
  36/3 43/9 45/10 45/23 45/24 46/4
that [281]
that's [17]   6/18 8/19 12/3 12/7 12/9
  22/16 25/7 27/6 29/1 30/2 30/15 39/1
  39/4 39/22 41/8 41/8 45/4
them [22]   6/9 8/3 10/19 12/4 13/16 18/7
  18/10 21/11 22/19 23/7 24/13 24/16 26/4
  31/14 32/23 36/14 37/13 40/15 42/11
  42/20 44/24 44/25
themes [1]   30/21
themselves [1]   44/18
then [34]   4/12 7/8 7/11 7/12 12/10 12/11
  14/18 14/19 14/20 15/6 15/22 16/6 18/8
  20/16 21/16 22/1 22/17 23/1 23/22 24/2
  25/7 26/2 26/18 26/23 26/24 33/4 34/17
  35/10 35/23 36/9 36/10 43/15 44/1 45/3
theory [1]   16/15
there [27]   4/13 4/13 14/12 14/12 14/16
  16/23 18/2 19/23 21/10 22/4 23/12 23/20
  24/15 25/24 26/15 28/10 28/16 35/22
  36/21 37/2 37/19 37/20 38/25 40/23
  41/20 42/2 42/23
there's [4]   4/24 5/1 24/4 39/5
thereof [1]   15/21
Thereupon [2]   2/14
these [20]   4/11 7/14 9/16 15/19 16/5
  16/5 16/14 17/3 17/17 17/21 18/3 18/12
  21/18 22/18 23/6 24/2 33/5 33/24 37/6
  39/1
they [35]   4/7 5/5 5/22 8/2 8/7 9/6 9/8
  9/17 10/19 11/10 12/22 14/18 16/15 18/4
  18/8 18/13 18/16 19/22 20/8 20/11 21/19
  22/15 23/17 23/22 24/12 24/17 28/13
  28/14 31/14 31/17 31/17 37/14 41/15
  42/4 42/5
They're [1]   28/1
thing [6]   5/12 19/3 21/1 22/7 22/23 26/2
things [5]   16/12 16/17 17/1 22/6 25/24
think [33]   4/7 4/11 5/13 6/11 9/22 9/24
  10/5 17/5 17/20 18/1 18/11 20/1 21/22

**T**

think... [20]  22/13 23/16 24/12 24/13
25/14 25/18 26/14 28/13 29/18 31/11
31/13 32/6 33/20 35/13 36/4 36/5 37/25
39/5 40/20 45/14
third [1]  11/9
this [41]  3/13 6/25 7/18 13/15 13/20
15/21 17/9 19/3 20/1 20/10 20/14 20/17
20/25 22/6 22/7 22/9 22/22 22/24 23/3
23/8 23/8 24/1 24/2 24/21 24/22 25/6
25/15 25/23 26/23 26/24 28/15 29/25
30/3 31/13 35/16 38/8 38/17 38/18 39/13
39/13 39/15
those [24]  6/14 9/5 10/14 10/15 11/23
14/13 15/13 16/18 16/18 17/16 17/18
17/19 18/9 19/13 20/14 21/15 29/23
31/24 36/19 37/14 38/14 38/19 42/8
42/14
though [3]  30/16 32/12 45/19
thought [8]  4/19 7/2 22/9 22/23 23/12
30/25 44/9 45/12
thousands [2]  20/24 21/9
three [10]  5/6 5/25 6/3 6/13 14/12 15/13
16/5 16/14 29/16 36/16
through [3]  20/14 22/9 22/23
tidbit [1]  25/12
time [9]  4/14 5/20 6/18 10/19 24/7 27/24
29/22 30/24 45/25
times [2]  20/21 42/23
tip [1]  12/15
tipped [1]  11/8
tips [18]  11/9 11/10 11/12 12/13 12/16
12/16 14/19 14/23 14/24 14/25 15/2 15/2
15/7 15/8 19/20 19/23 20/3 21/7
today [2]  28/18 34/2
today's [1]  45/16
together [1]  25/18
told [2]  14/17 24/3
too [4]  17/14 25/7 45/14 45/15
topic [1]  36/5
topics [5]  10/7 26/13 26/13 32/6 32/8
Torres [3]  35/24 42/16 45/15
total [2]  4/4 4/23
track [1]  31/11
traditionally [1]  11/8
TRANSCRIBED [2]  1/10 2/12
transcription [1]  46/10
translate [1]  42/11
treat [2]  23/3 36/19
tree [2]  42/15 46/2
trial [19]  13/25 16/22 21/17 21/23 21/24
22/15 24/2 24/7 24/16 24/18 25/11 25/23
26/19 26/22 27/3 27/6 27/8 28/8 35/18
trials [1]  14/1
true [1]  22/18
trying [7]  3/17 6/4 6/12 12/5 13/6 24/2
30/18
Tuesday [1]  37/25
two [36]  4/3 4/16 5/7 5/11 5/12 5/15 5/18
5/19 5/24 6/5 6/11 7/2 7/3 7/4 8/23 8/24
9/2 9/2 14/4 14/11 20/21 22/20 25/2
25/3 25/3 25/21 26/10 27/15 27/21 32/5
33/3 33/7 33/10 33/12 33/23 35/21
type [2]  25/6 27/6

**U**

unable [1]  8/9
unbeknownst [1]  16/9
under [8]  4/7 19/11 19/11 24/19 27/4
38/6 42/15 46/2

understand [6]  18/1 18/25 24/12 35/11
41/22 43/17
understanding [1]  21/1
Understood [3]  43/9 45/7 45/24
Unfortunately [1]  6/8
UNITED [2]  1/1 1/11
unlawful [1]  12/15
unlawfully [6]  12/13 12/15 14/22 14/25
15/1 15/3
Unless [1]  43/22
unnecessarily [1]  29/22
until [2]  14/15 40/24
up [12]  3/17 9/23 13/7 22/5 22/8 24/10
25/25 26/4 26/9 27/17 28/7 30/11
upon [1]  35/10
us [9]  6/14 21/15 21/22 30/19 31/11
35/10 39/8 43/4 44/24
use [3]  16/3 16/7 16/25
usually [1]  42/19
utilize [1]  21/24

**V**

VELAZQUEZ [12]  2/3 3/9 4/18 7/16
10/21 23/5 25/19 25/22 26/14 28/21 31/4
32/9
Velazquez's [1]  34/18
version [1]  42/9
very [6]  15/17 18/24 19/1 30/25 45/25
46/4
via [1]  44/7
violation [2]  20/6 20/10
volunteering [1]  32/9

**W**

wage [3]  17/12 19/11 21/7
wait [2]  26/24 41/15
waiters [4]  4/21 17/22 18/9 25/15
waiting [3]  29/9 29/21 30/13
waived [2]  42/5
want [16]  5/12 10/11 14/3 15/9 23/6
24/13 25/11 25/11 29/11 29/14 29/22
35/5 40/1 40/6 41/14 42/23
wants [3]  25/19 26/23 27/3
was [44]  3/17 6/21 6/21 8/21 10/5 13/2
13/4 13/25 13/25 16/8 16/12 18/23 18/24
20/3 22/3 22/4 22/9 23/12 28/10 28/17
28/17 29/3 29/11 29/18 29/20 29/24 30/1
30/12 30/21 32/7 34/3 34/13 34/14 35/2
37/1 38/6 38/7 39/20 40/14 40/23 41/1
42/4 45/13 46/1
wasn't [3]  18/16 39/11 40/24
waste [2]  10/18 27/23
way [13]  4/14 5/18 7/9 13/14 23/1 23/3
24/11 24/13 26/9 26/11 26/15 36/19 37/1
we [118]
we'd [1]  4/8
we're [7]  7/1 7/24 8/1 8/11 9/3 24/1
38/14
we've [2]  10/3 30/18
week [12]  15/1 15/2 21/2 28/23 29/15
31/5 32/10 32/11 32/20 35/14 35/15 39/8
weeks [1]  21/2
well [26]  3/15 6/10 11/11 13/24 14/12
16/11 17/18 18/7 18/23 19/4 19/6 20/20
21/13 22/2 22/18 25/10 26/1 26/17 26/20
31/21 31/24 32/1 36/22 38/11 42/3 44/20
went [3]  9/1 33/19 33/20
were [29]  3/2 4/20 5/5 7/22 8/9 8/20 9/2
10/4 10/14 12/17 12/22 13/3 14/12 15/3
17/3 19/22 23/13 29/7 29/9 29/17 29/21

30/17 31/24 32/7 32/7 32/7 33/9 34/10 41/2
41/9
what [67]
whatever [5]  18/20 38/25 40/5 45/5
45/11
when [14]  7/12 11/20 12/22 13/3 19/7
20/1 20/11 21/9 22/10 23/24 29/11 30/7
37/2 39/8
where [11]  8/1 8/11 10/12 11/18 15/19
15/19 16/1 16/24 31/1 36/18 41/15
whether [4]  20/5 27/2 31/14 38/7
which [27]  4/3 9/24 12/12 12/14 14/21
14/24 19/1 19/8 20/3 20/13 25/8 25/25
29/10 29/24 30/3 30/22 31/16 34/2 34/21
35/1 36/6 38/23 41/1 43/13 43/14 44/24
44/25
while [2]  13/25 14/2
who [29]  6/3 6/11 8/6 8/20 9/5 9/14 9/18
9/21 12/15 14/25 15/1 15/6 16/22 17/8
19/21 19/24 24/16 26/3 26/23 27/5 27/15
29/23 30/1 30/3 31/12 33/5 33/7 35/15
44/13
whoever [1]  9/13
whole [10]  7/23 16/11 16/15 19/3 22/7
22/16 22/22 23/14 34/8 37/13
wholesale [2]  10/2 10/9
whom [1]  24/15
why [11]  5/1 14/15 16/19 29/2 31/17
33/16 34/8 34/12 34/16 41/22 43/17
will [28]  14/13 14/15 17/7 25/23 25/23
26/7 26/15 30/20 32/4 32/25 32/25 33/1
33/1 33/5 33/5 33/12 36/6 36/10 36/11
36/11 36/12 42/11 42/14 43/14 43/20
44/2 44/2 45/17
willing [1]  7/1
wine [1]  4/22
within [4]  7/3 23/23 29/12 36/7
without [3]  22/15 25/8 30/1
witness [2]  35/11 35/19
witnesses [3]  8/23 8/24 24/7 27/8
won't [3]  25/24 35/24 43/8
wondering [1]  29/2
work [14]  20/14 25/6 25/7 27/4 37/23
38/21 39/13 40/1 40/3 40/17 40/17 41/15
41/16 43/8
workable [1]  27/23
worked [1]  21/7
working [6]  29/8 29/16 29/17 29/20 38/3
38/4
workweek [4]  12/14 12/18 14/24 15/4
would [34]  4/10 7/2 7/23 8/3 8/10 8/12
8/15 9/16 9/17 10/9 10/18 11/25 13/15
15/20 17/23 18/3 18/14 18/15 18/15 22/6
24/15 27/2 27/7 27/13 28/25 30/13 31/14
33/24 34/1 35/14 37/17 39/12 45/21
45/22
wouldn't [2]  9/14 17/18
wraps [1]  24/20
written [15]  8/6 8/21 9/5 9/18 10/12
16/25 22/3 28/5 28/25 29/3 31/8 39/24
40/4 41/17 41/24

**Y**

yes [36]  4/1 5/22 7/17 8/19 14/1 14/6
14/9 17/13 17/14 18/11 18/18 24/24
27/11 28/3 28/19 31/3 31/6 31/9 32/15
32/22 32/24 34/4 34/22 35/9 35/12 39/4
39/10 39/14 42/18 42/21 42/22 42/25
42/25 43/3 44/12 44/19
yet [7]  9/7 15/19 16/23 19/12 30/7 46/2

**Y**

yet... [1]  46/3
you [173]
you're [10]  8/5 10/14 10/23 16/4 16/17
 28/11 30/24 37/22 39/8 41/16
you've [1]  14/17
you-all [7]  3/23 16/19 22/8 40/1 40/3
 41/14 43/8
your [98]