UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23074-BLOOM/Torres

OCTAVIO COLLADO                     **COLLECTIVE ACTION**
For himself and all others similarly situated,

    Plaintiff,
v.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND ROMAN JONES,

    Defendants.
_____/

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD
AMENDED COMPLAINT FOR FAILING TO COMPLY WITH
THIS COURT'S *ORDER ON MOTION TO WITHDRAW* (ECF NO. 241)
WITH SUPPORTING MEMORANDUM OF LAW**

Defendants, 450 North River Drive, LLC, d/b/a Kiki on the River ("Kiki"), RJ River LLC ("RJ"), and Roman Jones ("Mr. Jones") (collectively "Defendants"), by and through their respective undersigned counsel, and pursuant to this Court's *Order on Motion to Withdraw* (ECF No. 241) and Fed. R. Civ. P. 41(b), hereby file *Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint for Failing to Comply with this Court's Order on Motion to Withdraw (ECF No. 241) with Supporting Memorandum of Law*, and state as follows in support thereof:

1. On January 9, 2024, this Court entered an Order permitting Brian Pollock, Esq., ("Mr. Pollock") and his law firm, the FairLaw Firm ("the Firm") (collectively "Plaintiff's Prior Counsel"), to withdraw from this case ("the Order"). [ECF No. 241].

2. Pursuant to the Order, Plaintiff was required to "either file a notice indicating that he wishes to proceed *pro se* in this matter or have new counsel enter an appearance in this matter **by January 29, 2024**." [ECF No. 241 p. 2] (emphasis in original).

3. The Court expressly stated that Plaintiff's failure to comply with the Order "will result in appropriate sanctions, including dismissal without prejudice and without further notice." [*Id.*].

4. Plaintiff's deadline to comply with the Court's Order expired on January 29, 2024, and as of the filing date of this motion, he has not filed a notice advising that he is proceeding *pro se* and no attorney has appeared on his behalf.

5. Accordingly, Plaintiff has failed to comply with this Court's Order, and Defendants respectfully request that the Court dismiss the Third Amended Complaint pursuant to the Order and Fed. R. Civ. P. 41(b).

WHEREFORE, Defendants respectfully request that this Court enter an order dismissing the case.[1]

### MEMORANDUM OF LAW

Fed. R. Civ. P. 41(b) provides that a defendant may move for involuntary dismissal of an action if "the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). Similarly, this Court stated in the Order that if Plaintiff failed to comply with the

---

[1] The Court can consider Defendants' motion for sanctions and award sanctions against Plaintiff's Prior Counsel even if it dismisses the case. *Daniels v. Gov't Emples. Ins. Co.*, No. 8:19-cv-2612-KKM-SPF, 2022 U.S. Dist. LEXIS 8590, *5 n.2 (M.D. Fla. Jan. 18, 2022) (report and recommendations adopted 2022 U.S. Dist. LEXIS 30145) (stating "The Court retains the authority under both its inherent power and § 1927 to decide [defendant's] sanctions motion despite that Plaintiffs dismissed their claims and the case is closed." (citing *Absolute Activist Value Master Fund, Ltd. V. Devine*, 998 F.3d 1258 (11th Cir. 2021)).

Order, it would result in appropriate sanctions, "including dismissal without prejudice and without further notice.' [ECF No. 241 p. 2].

Here, Plaintiff has not complied with the Court's Order on the Motion to Withdraw. The Court required Plaintiff to "either file a notice indicating that he wishes to proceed *pro se* in this matter or have new counsel enter an appearance in this matter **by January 29, 2024**." [*Id.*]. Plaintiff's deadline to inform the Court of his decision expired on January 29, 2024, and as of the filing date of this motion, he has not filed a notice that he is proceeding *pro se* and no attorney has filed an appearance on his behalf. Therefore, the Third Amended Complaint should be dismissed.

Based upon the foregoing, Defendants respectfully request that this Honorable Court issue an order dismissing Plaintiff's Third Amended Complaint, and award Defendants' any other and further relief as the Court deems just and proper.

Dated:  January 31, 2024

Respectfully submitted,

| | |
|---|---|
| JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600 | Levine & Partners, P.A.<br>3350 Mary Street<br>Miami, Florida 33133<br>Telephone: (305) 372-1352 |
| /s/ *Reynaldo Velazquez*<br>Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email*: rey.velazquez@jacksonlewis.com*<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: *roman.sarangoulis@jacksonlewis.com* | /s/ *Allan Reiss*<br>Allan Reiss, Esq<br>Florida Bar No. 858500<br>Email: asr@levinelawfirm.com<br>*Counsel for RJ River, LLC* |

*Counsel for 450 North River Drive, LLC,*
*d/b/a Kiki on the River and Roman Jones*

CASE NO.: 1:22-CV-23074-BLOOM/Torres

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on January 31, 2024, on Octavio Collado and all counsel of record on the Service List below via electronic mail or United States Mail.

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

## SERVICE LIST

Octavio Collado
Email: Octaviocollado092@gmail.com
8250 NW 5th Terrace, Apt. 632
Miami, FL 33126

*Pro se*


Allan Reiss, Esq.
Florida Bar No. 858500
Email: *Asr@Levinelawfirm.com*
Levine & Partners, P.A.
3350 Mary Street
Miami, Florida 33133
Telephone: (305) 372-1352
Facsimile: (305) 372-1352

*Attorneys for RJ River, LLC*

Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: roman.sarangoulis@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for 450 North River Drive, LLC, Kiki on the River and Roman Jones*

4