Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
 3        CASE NO.:  1:22-CV-23074-BLOOM/OTAZO-REYES
 4    OCTAVIO COLLADO, for himself and
      all others similarly situated,
 5
                      Plaintiff,
 6    vs.
 7    450 NORTH RIVER DRIVE, LLC,
      D/B/A KIKI ON THE RIVER, RJ
 8    RIVER, LLC, AND ROMAN JONES,
 9                    Defendants.
      _____/
10
11                   DEPOSITION OF
12                  OCTAVIO COLLADO
13
14           Tuesday, December 12, 2023
                9:23 a.m. - 6:25 p.m.
15
16         Two South Biscayne Boulevard
                   Suite 3500
17              Miami, Florida 33131
18
19
20
21
22
23         Stenographically Reported By:
             Gina Rodriguez, RPR, CRR
24
25
```

Page 2

```
1  APPEARANCES:
2  On behalf of Plaintiffs:
3     FAIRLAW FIRM
          135 San Lorenzo Avenue
4      Coral Gables, Florida 33146
          (305)230-4884
5      BY:  BRIAN POLLOCK, ESQUIRE
          brian@fairlawattorney.com
6
7  On behalf of Defendants 450 North River Drive, LLC;
       Kiki On the River; and Roman Jones:
8
       JACKSON LEWIS P.C.
9      One Biscayne Tower, Suite 3500
       Two South Biscayne Boulevard
10     Miami, Florida 33131
          (305)577-7600
11     BY:  REYNALDO VELAZQUEZ, ESQUIRE
          rey.velazquez@jacksonlewis.com
12     BY:  ROMAN SARANGOULIS, ESQUIRE
          roman.sarangoulis@jacksonlewis.com
13
14  On behalf of Defendant RJ River, LLC:
15     LEVINE & PARTNERS, P.A.
          3350 Mary Street
16     Miami, Florida 33133
          (305)373-1352
17     BY:  ALLAN REISS, ESQUIRE
          asr@levinelawfirm.com
18
19
20
21
22
23
24
25
```

Page 3

```
1                  I N D E X
2   Examination                         Page
3   OCTAVIO COLLADO
       Direct     By Mr. Velazquez       5
4
5               E X H I B I T S
6   No.                                Page
7   Exhibit 1   Third Amendment Complaint   15
8   Exhibit 2   Tip Pool Notice, KIKI005731 -   97
                5732
9
    Exhibit 3   Tip Pool Notice, KIKI005728  102
10
    Exhibit 4   Tip Pool Notice, KIKI005726  104
11
    Exhibit 5   Employee Statement of    174
12              Earnings, KIKI000008 - 14
13  Exhibit 6   Payroll Register, composite  185
                exhibit
14
    Exhibit 7   Payroll Register          187
15
    Exhibit 8   Payroll Register Preview   189
16
    Exhibit 9   Kiki Restaurant Sales by  190
17              Range Report
18  Exhibit 10  Kiki Restaurant, Sales by  195
                Range Report
19
    Exhibit 11  Kiki Restaurant, Sales by  196
20              Range Report KIKI 003601 -
                3704
21
    Exhibit 12  Sales Summary Export, KIKI  200
22              003705 - 3804
23  Exhibit 13  Plaintiff's Responses to   220
                Defendant's First Set of
24              Interrogatories
25
```

Page 4

```
1            E X H I B I T S
2   No.                          Page
3
    Exhibit 14   Plaintiff's Statement of   223
4       Claim
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1       THE COURT REPORTER:  Raise your right hand,
2   please.
3       Do you swear that the testimony you're
4   about to give will be the truth, the whole
5   truth, and nothing but the truth?
6       THE WITNESS:  Yes.
7   Thereupon:
8          OCTAVIO COLLADO,
9   having been first duly sworn, was examined and
10  testified as follows:
11         DIRECT EXAMINATION
12  BY MR. VELAZQUEZ:
13     Q.  Can you please state and spell your name
14  for the record.
15     A.  My name is Octavio Collado, O-C-T-A-V-I-O,
16  C-O-L-L-A-D-O.
17     Q.  Okay.  Mr. Collado, my name is
18  Rey Velazquez, and I'm representing Roman Jones and
19  Kiki On the River on this case.  And to my left is
20  Mr. Allan Reiss, and he's representing RJ River.  And
21  we're going to be asking you some questions today
22  pertaining to the allegations that you've presented.
23       First of all, just some background
24  information.  You know, it's very likely that during
25  the course of the deposition, I'm going to be asking
```

1 YOU questions that will necessitate a yes or a no
2 answer. And sometimes witnesses have a tendency to
3 nod their answer. The court reporter can't take
4 that answer down. Please articulate "yes" or "no,"
5 as opposed to nodding.
6       If you have any issues understanding the
7 question, feel free to let me know, I'll rephrase
8 it. If you need a break, convey that to me as well.
9 If I'm in the middle of the questions or a series of
10 question, I might delay it a little bit, but
11 eventually I most definitely will give you a break.
12       In order to help the court reporter get a
13 clean record, sometimes you might know where I'm
14 going with a question or think you know the answer.
15 It's better if you just let me finish the question
16 and then you convey your answer and that way you
17 hear my question in its entirety, and she has an
18 opportunity as well to get the question and your
19 answer, and that way we avoid speaking over
20 ourselves.
21       During the course of the deposition, I'm
22 going to refer to the corporate name of Kiki, which
23 is 450 North River Drive, LLC, I'm going to refer to
24 them as "Kiki" or "Kiki On the River." So whenever
25 you hear "Kiki" or "Kiki On the River," I'm

1 referring to 450 North River Drive, LLC. Okay?
2       Do you understand also that the deposition
3 that you're going to give here today could be read
4 back at trial or in hearings in this case?
5    A. Yes.
6    Q. Okay. Have you taken any medications or
7 over-the-counter drugs that could affect your
8 testimony today?
9    A. No.
10    Q. Okay. Have you ever taken any -- have you
11 taken any drugs that could affect your testimony
12 today?
13    A. No, sir.
14    Q. Okay. Do you suffer from any illness or
15 condition that could affect your testimony today?
16    A. No.
17    Q. Okay. Do you understand that you're under
18 oath?
19    A. Yes.
20    Q. And do you understand that when you're
21 under oath, you have to say the truth even if the
22 truth is bad for your case?
23    A. Yes.
24    Q. Okay. And you also understand that lying
25 under oath is a crime?

1    A. Yes.
2    Q. Okay. Have you ever been deposed?
3    A. No.
4    Q. Okay. Have you ever been involved in a
5 civil lawsuit?
6    A. No.
7    Q. Have you ever been convicted of a crime?
8    A. Pleading guilty is a conviction.
9    Q. So, yes, you have been convicted of a
10 crime?
11    A. Yes.
12    Q. And what were you arrested for that led to
13 your conviction?
14    A. It was a conspiracy case.
15    Q. Okay. And what was the nature of the
16 conspiracy that you were charged with?
17    A. Drug trafficking.
18    Q. And when were you convicted of drug
19 trafficking?
20    A. In 2002.
21    Q. And what were the facts behind the
22 conviction that led -- behind the arrest that led to
23 your conviction for drug trafficking?
24       MR. POLLOCK: Objection to form.
25       You can answer.

1       THE WITNESS: What?
2       MR. POLLOCK: I objected to the form of the
3    question, but you can answer.
4    A. Just involved in the wrong situation. And
5 having knowledge of something is a conspiracy, so I
6 had knowledge of certain things that was going on.
7 BY MR. VELAZQUEZ:
8    Q. And what knowledge did you have of things
9 that were going on that led to your arrest and
10 conviction?
11       MR. POLLOCK: The same objection.
12    A. It's drug trafficking. It's transportation
13 of drugs and selling of drugs.
14 BY MR. VELAZQUEZ:
15    Q. And were you involved in the drug
16 trafficking?
17    A. Yes.
18    Q. And what part of the drug trafficking were
19 you involved in?
20       MR. POLLOCK: The same objection.
21    A. Selling and transportation.
22 BY MR. VELAZQUEZ:
23    Q. And what drugs were you selling and
24 transporting?
25    A. Cocaine.

3 (Pages 6 - 9)

Page 10

```
 1        MR. POLLOCK:  The same objections.
 2  BY MR. VELAZQUEZ:
 3     Q.  Did you serve any jail time for the
 4  conviction?
 5     A.  No.
 6     Q.  Were you placed on parole or some type
 7  of --
 8     A.  Probation.
 9     Q.  Probation.  And how long was your
10  probation?
11     A.  Four years.
12     Q.  And where was the conviction?
13        MR. POLLOCK:  The same objections.
14     A.  Eastern District of New York.
15  BY MR. VELAZQUEZ:
16     Q.  That was the Eastern District of New York?
17     A.  Yes, sir.
18     Q.  And what was the year -- oh, you told me,
19  2002.
20     A.  Yes.
21     Q.  And how long were you on probation?
22     A.  Four years.
23     Q.  And what quantities of cocaine were you
24  trafficking?
25        MR. POLLOCK:  Objection to form.
```

Page 11

```
 1     A.  It was a ten-year span, so just add
 2  everything up.  It was over 5 kilos, you could say.
 3  BY MR. VELAZQUEZ:
 4     Q.  And other than your conviction for cocaine
 5  trafficking in 2002, have you been convicted of any
 6  other crimes?
 7     A.  No.
 8     Q.  Did you speak to anybody today in
 9  anticipation of your deposition?
10     A.  No.
11     Q.  Did you meet with your attorney to prepare
12  for the deposition?
13     A.  Did I meet with them?
14     Q.  Yes.
15     A.  No.
16     Q.  Did you review any documents to prepare for
17  your deposition?
18     A.  No.
19     Q.  Did you speak to your attorney to prepare
20  for your deposition today?
21     A.  Well, I had to get the address, yes.
22     Q.  And other than the address of the location
23  of your deposition, did you speak to your attorney
24  about your deposition today?
25     A.  Yes, of course.
```

Page 12

```
 1     Q.  Okay.  And how long did you speak with your
 2  attorney about your deposition today?
 3     A.  About an hour and a half, two hours, maybe.
 4     Q.  And that conversation occurred on the
 5  phone?
 6     A.  Zoom call.
 7     Q.  Zoom.  During that Zoom call, did you
 8  review any documents?
 9     A.  No.
10     Q.  Other than the two hours that you spent,
11  approximately one and a half to two hours that you
12  spent on the Zoom call with your attorney, did you do
13  anything to prepare for your deposition today?
14     A.  No.
15     Q.  What's your current address?
16     A.  8250 Northwest 5th Terrace, Apartment 362,
17  Miami, Florida 33126.
18     Q.  And how long have you resided at the 8250
19  address?
20     A.  Six years.
21     Q.  And where did you reside prior to the 8250
22  address?
23     A.  9201 West Flagler Street, Apartment 201 as
24  well.  Um, probably, Apartment 201.  33174 is the ZIP
25  code.
```

Page 13

```
 1     Q.  And how long did you reside at the 9201
 2  address?
 3     A.  Nine years.
 4     Q.  Do you own the 8250 address?
 5     A.  No.
 6     Q.  Do you own or did you own the 9201 address?
 7     A.  No.
 8     Q.  Do you live with anybody at the 8250
 9  address?
10     A.  Yes.
11     Q.  Who resides with you at the 8250 address?
12     A.  My spouse and my two children.
13     Q.  And how long have you been married to your
14  spouse?
15     A.  22 years.
16     Q.  And how old are your children?
17     A.  17 and 10.
18     Q.  Have you spoken to your spouse about this
19  case?
20     A.  Not about the case, but she knows I'm
21  involved in a case.
22     Q.  And what about your involvement does your
23  spouse know about the case?
24     A.  No, that I have a -- that I have court
25  appearance or -- and I was seeing the attorneys.
```

4 (Pages 10 - 13)

Page 14

```
 1    Q.  And what is your spouse's name?
 2    A.  Ingrid.
 3    Q.  Last name?
 4    A.  De Leon.
 5        MR. REISS:  I'm sorry, what was that last
 6  name?
 7    A.  De Leon.
 8        MR. REISS:  Can you spell that for me,
 9  please?
10    A.  D-E-L-E-O-N.
11  BY MR. VELAZQUEZ:
12    Q.  Have you spoken to your spouse about the
13  claims pertaining to alleged violations of the FLSA's
14  tipping requirement?
15    A.  No.
16    Q.  Have you spoken to your spouse about your
17  minimum wage allegations?
18    A.  No.
19    Q.  Have you spoken to your spouse about your
20  Florida common law claims pertaining to tips?
21    A.  No.
22    Q.  So your testimony today is that your wife
23  has no knowledge about the facts that are alleged in
24  this lawsuit?
25    A.  That's correct.
```

Page 15

```
 1        (Thereupon, marked as Exhibit 1.)
 2  BY MR. VELAZQUEZ:
 3    Q.  Let me show what we'll mark as 1.
 4    A.  May I sign this?
 5    Q.  No, no, you don't have to sign it.
 6        Let me go back a second, Mr. Collado.  Is
 7  it Collado or Collado?
 8    A.  Collado.
 9    Q.  Okay.  Now, let's go back a second to the
10  drug trafficking conviction.  You said you were on
11  probation for four years?
12    A.  Yes.
13    Q.  And did you successfully complete that
14  probation?
15    A.  Yes.
16    Q.  Okay.  You can take a look at what we've
17  marked as Number 1 and let me know when you're ready
18  to answer some questions.
19    A.  Okay.
20    Q.  Have you seen the document that's been
21  marked as Defense Exhibit 1 prior to today?
22    A.  I'm looking at it, yes.
23    Q.  Have you seen it prior to today?
24    A.  No.
25    Q.  Did you review Defense Exhibit 1 before it
```

Page 16

```
 1  was filed with the Court?
 2    A.  I don't recall, actually.
 3    Q.  Your 9201 address, who resided with you
 4  there?
 5    A.  My wife and my one child and her daughter.
 6  My wife's daughter.
 7    Q.  Okay.  So your spouse was previously
 8  married?
 9    A.  Yes.
10    Q.  Okay.  And how old is the daughter of your
11  spouse from the prior marriage?
12    A.  She's -- right now, she's 25, I believe.
13    Q.  Have you spoken to your spouse's daughter
14  about this case?
15    A.  No.
16    Q.  Does she know about the existence of the
17  lawsuit against Kiki On the River?
18    A.  No, she's seen the TikTok videos.  She's
19  seen them.
20    Q.  Okay.  Have you had any conversations with
21  your spouse's daughter regarding this litigation?
22    A.  No.
23    Q.  And what is your spouse's daughter's name?
24    A.  Michelle.
25    Q.  Last name?
```

Page 17

```
 1    A.  Campos.
 2    Q.  Is Michelle Campos currently married?
 3    A.  Yes.
 4    Q.  And what is her husband's name?
 5    A.  It's crazy, excuse me.  I'm going to have
 6  to look him up.
 7        MR. POLLOCK:  You don't have to look him
 8  up.  If you remember, you remember.
 9    A.  I don't talk to him like that.
10  BY MR. VELAZQUEZ:
11    Q.  You don't remember his name?
12    A.  Hold on a second, give me a second.  No, I
13  can't remember his name.  That's crazy.
14    Q.  Do you have his name on your phone?
15    A.  Yes.
16    Q.  Can you look it up for me, please?
17        MR. POLLOCK:  No, we're not going to do
18  that.  It's not a duces tecum deposition, so
19  what he remembers, what he has in his head, you
20  can ask him questions about that, but we're not
21  going to go through his phone.
22        MR. VELAZQUEZ:  So you're going to instruct
23  him not to answer that question?
24        MR. POLLOCK:  I'm going to instruct him to
25  tell about what he knows off the top of his
```

Page 18

1   head, but if he has something --
2       Put your phone away.
3       If he doesn't know it off the top of his
4   head, then we're not going to look at it now.
5   You can send a follow-up discovery request
6   letter.
7       MR. REISS:  For the record, the witness is
8   getting calls, looking at his phone, testified
9   he has the information, he's refusing to turn
10  over the information.  It's a duly noticed
11  deposition.  Just for the record, I object to
12  your instruction, I object to your refusal to
13  answer questions that will be properly asked to
14  you pursuant to a federal judge's court order,
15  and we'll take the appropriate action.
16  A.  Just remembered his name now.  Alex.
17 BY MR. VELAZQUEZ:
18  Q.  Is that Alex Campos?
19  A.  Yes.
20  Q.  Did Alex Campos also reside with you at the
21  9201 address?
22  A.  No.
23  Q.  And how long has Michelle and Alex been
24  married?
25  A.  About five years.

Page 19

1   Q.  And how -- is Michelle's daughter -- strike
2   that.
3       Is Alex the father of Michelle's daughter?
4   A.  Yes.
5   Q.  Okay.  And how old is her daughter?
6   A.  She's 6.
7   Q.  While you were employed at Kiki's, what
8   positions did you work in?
9   A.  I worked as a server, captain, some --
10  sommelier.
11  Q.  Any other positions while you worked at
12  Kiki's?
13  A.  No.
14  Q.  And how long did you work as a server while
15  you worked at Kiki's?
16  A.  About a year.
17  Q.  And how long did you work as captain while
18  you were employed at Kiki's?
19  A.  Three years.
20  Q.  And how long did you work as a sommelier
21  while you worked at Kiki's?
22  A.  About one year.
23  Q.  And when did your employment at Kiki's
24  start?
25  A.  August 2017.

Page 20

1   Q.  Did you apply for your job at Kiki's?
2   A.  Yes.
3   Q.  And tell me about the application process
4   when you applied for your position at Kiki's?
5   A.  I -- I walked in, gave them my resume, they
6   interviewed me, and then they gave me a start date.
7   Q.  And how did you hear about the job at
8   Kiki's?
9   A.  I saw a posting on Facebook.
10  Q.  When you said you walked in and gave them
11  your resume, did you schedule the meeting?
12  A.  No, I walked in.  It was a walk-in.
13  Q.  Okay.  And when you walked in to Kiki's in
14  August of 2017, who did you meet with?
15  A.  Spiro.
16  Q.  And what's Spiro's last name?
17      MR. POLLOCK:  If you remember.
18  A.  I don't know his last name.  They have long
19  last names.  It's Greek.
20 BY MR. VELAZQUEZ:
21  Q.  And how long did you meet with Spiro?
22  A.  Like, maybe 30 minutes.
23  Q.  Did you meet with anybody during that
24  interview with Spiro, anybody else other than Spiro?
25  A.  Ciro Costanzo.  Costanzo.

Page 21

1   Q.  Can you spell that for me?
2   A.  His last name?
3   Q.  The first name also.
4   A.  C-I-R-O and C-O-N-S-T-A-N-Z-O [sic].  I
5   think.
6   Q.  Okay.  And did you meet with Spiro and
7   Costanzo simultaneously?
8   A.  I saw Ciro first, he spoke to me, and then
9   he introduced me to Spiro, which is . . .
10  Q.  I'm sorry, you met with Spiro first and
11  then he --
12  A.  No, the other way around.
13  Q.  Okay.
14  A.  So it was, like, I walked in, he was the
15  manager on the floor, he spoke to me for a little bit
16  and then he introduced me to -- and then I was worthy
17  of speaking to Spiros.
18  Q.  How long did you speak to Ciro before you
19  were introduced to Spiro?
20  A.  Maybe ten minutes.
21  Q.  And then you were with Spiro for
22  30 minutes?
23  A.  Yeah.
24  Q.  Did you meet with anybody else during this
25  interview process?

6 (Pages 18 - 21)

Page 22

1    A.  No.
2    Q.  And when were you offered a job at Kiki's?
3    A.  Like a week later.
4    Q.  From the time that you met with Ciro and
5  Spiro, to the time that the job was offered to you,
6  did you meet with anybody at Kiki's?
7    A.  No.
8    Q.  Did you speak to anybody else at Kiki's?
9    A.  No.
10   Q.  And who communicated with you to offer you
11  the job?
12   A.  I saw the posting on Facebook.
13   Q.  Who communicated with you to tell you that
14  you were successful on your job application?
15   A.  Oh, Ciro.
16   Q.  Ciro.
17       And what position did you apply for?
18   A.  Captain.
19   Q.  Other than Ciro and Spiro, do you know who
20  else was involved in your hiring?
21   A.  No.
22   Q.  And you testified that you started as a
23  captain; is that correct?
24   A.  I was hired for captain, but you always
25  start as a server.

Page 23

1    Q.  Okay.  And how long did you work as a
2  server?
3    A.  About a year.
4    Q.  Got you.  What are the duties of a captain
5  at Kiki's?
6    A.  Captain, basically details station, the
7  first duties, you detail your station, see if there's
8  any special instructions, like, large parties or
9  anything for that particular station.  If there are,
10  you set it up.
11       And then you go to pre-shift, you get
12  instructed by the chef if there's any specials,
13  anything that they want us to push.  And then
14  basically you greet your guests.  When they are
15  seated, tell them the specials, take their drink
16  orders, take the orders, put them in the POS, the
17  table maintenance.  And schmooze.  That means wake
18  them feel comfortable, make them feel happy.  The
19  evening is more, like, kind of, party atmosphere, so
20  you want to make them have a good time.
21   Q.  When did your employment come to an end at
22  Kiki's?
23   A.  In January of 2022.
24   Q.  And why did your employment at Kiki's come
25  to an end?

Page 24

1    A.  There was a situation where there was a
2  table that was being comped, but I had to charge for
3  a bottle of wine, and I missed that.  The manager on
4  duty never told me that detail, so it was my fault.
5  So I didn't charge for the bottle, so I ended up
6  paying out of pocket to cover the cost.
7    Q.  So if I'm understanding correctly, your
8  employment at Kiki's came to an end because you
9  gave --
10   A.  Because I had -- because I was -- at
11  that -- at that time, I missed the -- to charge an
12  item on the check.
13   Q.  And what was it that you failed to charge
14  the customer on the check?
15   A.  A bottle of wine.
16   Q.  And what was the value of the bottle of
17  wine?
18   A.  It was like $200.
19   Q.  Prior to that incident, did you ever have
20  any situations where you failed to charge a customer
21  for an item that they had ordered?
22   A.  No.
23   Q.  And who terminated your employment at
24  Kiki's?
25   A.  The HR director.

Page 25

1    Q.  Do you remember the HR director's name?
2    A.  Isabella.
3    Q.  Is Isabella's last name Isabella Rondon?
4    A.  Yes, sir.
5    Q.  Who else was involved in the termination of
6  your employment in January of 2022?
7    A.  To my knowledge, no one else.
8    Q.  And when Ms. Rondon terminated your
9  employment, what did she tell you?
10   A.  I don't recall exactly words, but basically
11  it was I don't work there anymore.
12   Q.  Did Ms. Rondon tell you anything about who
13  was involved in the decision to terminate your
14  employment?
15   A.  No.
16   Q.  As part of the duties of a captain, do they
17  take orders from customers?
18   A.  Yes.
19   Q.  And when a captain takes an order from a
20  customer, what do they do?
21   A.  You -- before taking the order, you offer
22  the specials, you make suggestions to cocktails and
23  so forth, and then you take the order.
24   Q.  Okay.  And when you take the order from the
25  customer, what's the next step of a captain?

7 (Pages 22 - 25)

1    A.   You write it down, walk over to the POS
2  system, put it in the system, punch it in.  If
3  there's any drinks, the server will pick them up at
4  the bar.  If the server is busy, you go grab them
5  yourself.  If it's any wine or -- any wine or
6  bottles, you pick them up yourself.
7    Q.   Other than the POS system -- and the POS,
8  is that also known as a point-of-sale system?
9    A.   Yes, sir.
10   Q.   Okay.  Other than the POS system, is there
11  any other system where orders are imported at Kiki's?
12   A.   You have some hand-held devices that you
13  would use when you're working outside.
14   Q.   And the information that you would put into
15  the hand-held device, would that go into Kiki's POS
16  system?
17   A.   Yes.
18   Q.   Okay.  Other than the direct POS system and
19  the hand-held device, was there any other mechanism
20  or device that you used to place orders for
21  customers?
22   A.   No.
23   Q.   And, again, the hand-held device was linked
24  to the POS system?
25   A.   Yes.

1    Q.   Okay.
2    A.   It's under the same cloud, I guess.
3    Q.   Other than captain, is there any other
4  positions at Kiki's that input customer orders into
5  the POS?
6    A.   Bartenders.  A server will sometimes place
7  orders if you're busy.  Managers jump in there if
8  you're super busy.  They will ring in a dessert or
9  whatever.
10   Q.   Mm-hmm.  And how does Kiki's POS system
11  work?
12   A.   Well, you use your -- you have a -- a
13  number assigned to you.  So, usually, the last four
14  digits of your social or the last four numbers of
15  your phone, and you use that to open up the system,
16  and then you log into your number and then you open
17  the user table number, open up the table, and then
18  you put in your sale.
19   Q.   And when a captain logs in with their
20  assigned four-digit number, does anybody else have
21  access to that ticket when the captain is working a
22  table?
23   A.   If they have your number, yes.  The
24  managers always have access to you because they have
25  special -- they have a card, they swipe it and they

1  can access anybody's check.
2    Q.   What other information, other than an
3  order, would a captain input into the POS?
4    A.   If it's for -- if it's like a special
5  guest, you can put in their name --
6    Q.   Mm-hmm.
7    A.   -- on the check.  If it's a VIP, you can
8  put that on the check also.  Special instructions,
9  you can add "more garlic" or "allergies" and so
10  forth.  You can type them in.  Those are the type of
11  instructions you can -- you know.  Or hold.  And you
12  can also hold an order for fire, so if people don't
13  want to be rushed, you can hold the order, like, main
14  courses after the appetizer until the captain
15  instructs the kitchen to serve it.
16   Q.   Mm-hmm.
17   A.   So you can type in special instructions.
18   Q.   Okay.  Do captains receive payments from
19  customers?
20   A.   Yes.
21   Q.   And did they do so while you were employed
22  there?
23   A.   Yes.
24   Q.   Do you know if captains still receive
25  payments from customers today or after your

1  employment ended?
2    A.   I believe they do, yes.
3    Q.   And how do you know that captains still
4  accept payments after your employment ended with
5  Kiki's?
6    A.   Because -- well, I'm going to go back to
7  the first question.  There was a moment, on Sunday,
8  we would have, like, a cashier for, like, a small
9  period of time, but those -- because we had a -- we
10  had a cashier on Sundays for a little bit because it
11  was very overwhelming to help, you know, but that was
12  the only time we had a cashier that I know of.
13   Q.   And how long did Kiki have a cashier on
14  Sundays?
15   A.   I don't know, maybe a few months, maybe.
16  It didn't work out.
17   Q.   Do you remember what year that was when you
18  started your employment in 2017?
19   A.   I don't recall.  It was, like, late -- in
20  the later years.  I don't recall exactly the -- let
21  me see if I can recall.  I know we had a cashier on
22  Sundays for a little bit, but . . .
23   Q.   And how long would you say?
24   A.   I'd say six months, maybe.
25   Q.   Six months.

8 (Pages 26 - 29)

Page 30

1    A.  It was during the busy season.
2    Q.  Has that been the only time that Kiki's had
3  a cashier for six months?
4    A.  I believe so.
5    Q.  And the cashier --
6    A.  I mean, I don't recall exactly, but I think
7  that was the only time I remember.
8    Q.  Okay.  At least during your employment?
9    A.  Yes.
10     MR. POLLOCK:  Octavio, you're doing a good
11   job so far, but I would say wait for
12   Mr. Velazquez to finish his question.
13     THE WITNESS:  Oh, my apologies.
14     MR. POLLOCK:  It'll make for a cleaner
15   record.  I know Mr. Velazquez is getting answers
16   to his questions, but I think if you just pause
17   for a second, it will smooth things out for the
18   record.
19 BY MR. VELAZQUEZ:
20   Q.  Outside the six-month period on Sundays
21  where a cashier would take a payment -- well --
22     What -- when -- during the six-month
23  period that cashiers would process payments on
24  Sundays, what would the captain do in a scenario
25  like that?

Page 31

1    A.  Well, if -- it was divided, so, like --
2  like, regular tables, the captains would take the
3  payments himself.  On the large tables that were
4  paying, you know, bigger checks, I guess, and some of
5  them would pay in cash, so she would have a counting
6  machine, she would run the -- count the money and all
7  that stuff.  But on the regular tables, you would
8  take the payment and then on larger parties paying
9  bigger checks, that would -- that's when you go to
10  her for that -- for that type of payment.
11   Q.  And during the time that there was a
12  cashier working on Sundays for six months, did the
13  captain still input the order into the POS?
14   A.  Yeah, you put the -- you input, you take
15  payments only on -- if the customer will give you,
16  like, a stack of hundreds and you -- you know,
17  obviously, you're not going to start counting.  You
18  go to the cashier and you run it through the machine
19  and she'll make sure that it's all correct.
20   Q.  Okay.  So the only duties the cashier had
21  for this six-month period was essentially accepting
22  payment?
23   A.  Yes.
24   Q.  Okay.  And the amount of the payment was
25  already finalized in the POS system based on the work

Page 32

1  that the captain did to input the information to
2  close the check?
3    A.  Yes.
4    Q.  Okay.  When a captain would take a payment
5  from a customer, what would a captain do?
6    A.  If the check is over $1,000 --
7    Q.  Mm-hmm.
8    A.  -- you ask for ID, you go to the printer,
9  you take photocopy of the check, the person's ID,
10  because a lot of people dispute the charges that they
11  were never there or something.
12   Q.  Mm-hmm.
13   A.  So, basically, we'll go take photocopies of
14  the check, the credit card.  This is for the
15  protection of Kiki On the River, that they make sure
16  that the guest was in the house, and then we'll run
17  the card.
18   Q.  Okay.  And when you run the card, would you
19  take the final check back to the customer?
20   A.  Yes.
21   Q.  Okay.  And when the customer would receive
22  that check, what would the customer do with that
23  check?
24   A.  They'll -- they'll sign it and that's it,
25  finalize the payment.

Page 33

1    Q.  Okay.  And in finalizing the payment, would
2  that include inserting, if the customer wanted, an
3  optional tip?
4    A.  Yes.
5    Q.  Okay.  And do you understand what a tip is?
6    A.  Yes.
7    Q.  Tell me what a tip is.
8    A.  A tip is when you get rewarded for your
9  service.
10   Q.  Okay.  And who rewards you for -- who
11  would reward a captain for their service in giving a
12  tip?
13   A.  In the tip?  In -- in a tipping situation?
14   Q.  Yes.
15   A.  Well, the -- on -- Kiki On the River, the
16  service charge is included.
17   Q.  I'm not talking about service charge, I'm
18  talking about tip.
19   A.  Okay.  So the tip, it goes on the check,
20  and then that's it.
21   Q.  Okay.  And who -- and who puts the -- who
22  decides how much tip to give?
23   A.  Well, the guest is the one tipping.  They
24  put whatever they want.
25   Q.  Okay.  So the guest decides how much to

9 (Pages 30 - 33)

Page 34

1 tip?
2     A.  Yeah.
3     Q.  Or if they're going to tip at all?
4     A.  Right.
5     Q.  Okay.
6     A.  It's optional.
7     Q.  Okay.  In the -- take a look at what we've
8 marked as Exhibit 1.
9         Look at Paragraph 2 on Page 1.  On Count 1
10 it says, quote:  "A proposed opt-in collective
11 action under 29 U.S.C. 216(b) for the recovery of
12 tips/overtips."
13        Is there a difference between tips and
14 overtips?
15     A.  No.
16     Q.  Okay.  So during the course of this
17 deposition, when I refer to "tips," you understand
18 that to mean that it is --
19     A.  Overtip.
20     Q.  An overtip.  That's money that the customer
21 gave or left for the server and the captain or
22 anybody else that provided service.
23     A.  Yes.
24     Q.  Okay.  So if I'm understanding you
25 correctly, there really is no difference between a

Page 35

1 tip and an overtip?
2     A.  Depending on how it's structured.
3     Q.  Is an overtip an amount that a customer
4 decides to leave the server or the captain?
5     A.  Yes.
6     Q.  Is a tip an amount that the customer
7 decides to leave the server or the captain?
8     A.  Yes.
9     Q.  Okay.  Once the captain receives the
10 completed check from a customer that includes a tip,
11 what does the captain do with that information?
12     A.  You input it into the system.  May I use an
13 example?  Or is this just yes and no?
14        MR. POLLOCK:  Go ahead.
15     A.  So if the guest leaves an additional $20,
16 you just go to the system, you input because it
17 already has a service charge included, so anything
18 over the service charge, you input it into the system
19 and finalize the sale.
20 BY MR. VELAZQUEZ:
21     Q.  And when you say input it into the system,
22 you mean input the tip amount that the customer left
23 into the POS?
24     A.  Correct.
25     Q.  And when a captain, in this example since

Page 36

1 we're talking about captain's duties, inputs a tip
2 amount into the POS, is that a credit card tip that's
3 left on the receipt?
4     A.  Yes.
5     Q.  Okay.  And once a captain inputs the tip
6 amount into the POS, how does Kiki process that
7 credit card tip into the system?
8     A.  At the end of the night when you run your
9 report, you see all your service charges, you'll see
10 your additional tips on the -- on the report and your
11 total sales.
12     Q.  So at the end of the night, you get a
13 printout that shows the service charges that Kiki
14 imposed, the tips, the credit card tips that the
15 customer left for the captain, and the sales.  Did I
16 get that right?
17     A.  Yes.
18     Q.  And as it relates to the tips that are left
19 on a credit card, once that is inputted into the POS,
20 tell us how Kiki processes that tip internally?
21     A.  Well, at the end of the night when you turn
22 in whatever -- if you owe any cash to the house, so
23 whenever you have any cash sales, you would count it
24 out, it would be on the report as well.  You put it
25 in the envelope, somebody counts the cash, makes sure

Page 37

1 it's correct.  You will write out on an envelope, you
2 will put the sales, your tips and overtips on the
3 envelope and then that goes to the office.
4     Q.  Okay.  And once that document gets to the
5 office that reflects the tips that the captain
6 received, what happens with that?
7     A.  I don't know.
8     Q.  Pardon me?
9     A.  I guess they collect it all from everyone
10 and then they distribute as -- with their system.
11     Q.  So you prefaced your answer with your
12 guess.  Let me ask you this:  Do you know how Kiki
13 processes credit card tips once it is given to the
14 house?
15     A.  Exactly, I do not know the math, but I'm
16 going to make an assumption here.  I do not know.
17     Q.  Okay.
18     A.  But I'm going to make an assumption of how
19 it would go.  Go to the office, they'll --
20     Q.  I don't want an assumption.
21     A.  Okay.
22     Q.  The answer to your question is that -- to
23 the questions that you don't know how Kiki processes
24 credit card tips once it gets to the house, correct?
25     A.  Correct.

10 (Pages 34 - 37)

1    Q.  Okay.  So we're just talking about credit
2  card tips.  Do captains ever receive cash tips?
3    A.  Yes.
4    Q.  Okay.  And what would a captain do with
5  cash tips that they receive?
6    A.  If you get a cash tip, the right thing to
7  do is to share it with your team.  You give your
8  server and your busser part of that cash tip.
9    Q.  So that would be left to the honesty of the
10  captain to share with their team?
11    A.  Right, integrity.  It's like an integrity
12  thing.
13    Q.  So when a captain receives a cash tip that
14  isn't inputted into Kiki's POS --
15    A.  There's -- there's -- if I recall
16  correctly, I think we had to write down the -- what
17  cash we received.
18    Q.  Okay.  But were cash tips inputted into the
19  POS by a captain?
20    A.  No, that's already -- the tips, no.
21    Q.  No, no.  Were cash tips inputted into the
22  POS system?
23    A.  No.
24    Q.  Okay.  So if a captain received a cash tip,
25  it would be up to his discretion to disseminate it

1  how he sees fit with his team?
2    A.  Right.  And you're supposed to -- on the
3  report, we write how much we gave to -- how you break
4  it -- you know, if you had a hundred dollars, I gave
5  $40 to my server and $10 to my busser.  So you would
6  actually invoice it or inventory it, the cash.
7    Q.  I was about to be guilty of speaking over
8  you, I apologize.
9         So the -- so at the end of the night, the
10  captain would write how he shared the cash tips that
11  he received?
12    A.  Yeah, supposed to -- supposed to.
13    Q.  Okay.  So if I'm understanding you
14  correctly, the cash tips were entirely handled and
15  distributed by captains, correct?
16    A.  Yes.
17    Q.  Okay.  And I think you mentioned servers.
18  Who would a captain share their cash tips with in
19  their team?
20    A.  The overtips, cash, would be distributed to
21  the server and busser and sometimes you would give
22  something to the polisher in the back.  Those guys
23  work hard.
24    Q.  Okay.  So you mentioned overtip.  I want to
25  make sure we have a clear record.  When I say "tip,"

1  you say "overtip," we're talking the same thing,
2  correct?
3    A.  Okay.
4    Q.  Is that correct?
5    A.  Yes.
6    Q.  Okay.  And, again, a tip or an overtip for
7  purposes of this deposition is a discretionary amount
8  that a customer leaves to the captain, correct?
9    A.  Yes.
10    Q.  Okay.
11         MR. POLLOCK:  Octavio, just to clarify,
12  overtip, you're saying is an amount that's left
13  above the service charge?
14         MR. REISS:  Why is he interpreting the
15  deposition?
16         MR. VELAZQUEZ:  Brian, don't instruct the
17  witness.
18         MR. REISS:  You can cross-examine him
19  later, not in the middle of direct.
20         MR. POLLOCK:  Okay.
21  BY MR. VELAZQUEZ:
22    Q.  So I believe you said that the
23  captain shares their cash tips with server, busser
24  and who else was that?
25    A.  And sometimes the polisher.

1    Q.  The polisher?
2    A.  Yeah.
3    Q.  Okay.  And what does the polisher do?
4    A.  They make sure that you have your tools to
5  work, which is silverware, plates, glasses, all
6  polished and clean.
7    Q.  You, as a captain, did you ever give any of
8  your cash tips to anyone at Kiki's that was
9  prohibited from receiving cash tips?
10         MR. POLLOCK:  Object to the form.
11         Go ahead.
12    A.  No.
13  BY MR. VELAZQUEZ:
14    Q.  Are you aware of captains giving any
15  amount of their cash tips to anyone employed or
16  associated with Kiki's that is prohibited from
17  receiving tips?
18         MR. POLLOCK:  Objection, form.
19         MR. VELAZQUEZ:  You can answer.
20    A.  Not, no.
21  BY MR. VELAZQUEZ:
22    Q.  Okay.  Have captains given any amount of
23  their cash tips to any owner of Kiki On the River?
24    A.  No, not to my knowledge.
25    Q.  Okay.  Have captains given any amount of

11 (Pages 38 - 41)

Page 42

1 their cash tips to Roman Jones?
2     A.  No.
3     Q.  Have captains given any amount of their
4 cash tips to Sia Hemmati?
5     A.  No.
6     Q.  Have captains given any amount of their
7 cash tips to any manager at Kiki On the River?
8     A.  Not to my knowledge.
9     Q.  What are the duties of a server?
10     A.  The server is -- like, he's, like, another
11 captain, but on the table, there could only be one
12 point person.  So, he's like the -- he's like your
13 right hand.
14     Q.  Would a server do some of the same duties
15 as a captain would do?
16     A.  Yes.
17     Q.  And what would those duties be?
18     A.  Greet the guests, offer them water while
19 the captain has time to come back to the table and,
20 you know, take a drink order.  They could take
21 another round of drinks if they wish to have more
22 drinks, they could take the order, so they can input
23 beverages, yes.
24     Q.  So servers can input beverages into the
25 POS?

Page 43

1     A.  Yes, and appetizers as well.
2     Q.  Okay.  Can servers actually input a meal
3 into the POS?
4     A.  Yes, they can.  Okay.  They have the --
5 they're all captains, but they are categorized as
6 servers because there can't be two captains at one
7 place.
8     Q.  Okay.
9     A.  On one ship.
10     Q.  So if a server has, I'm assuming -- well,
11 let me not assume.
12        When a server takes an order from a
13 customer, tell me what they do.
14     A.  They just -- they inform the captain, I
15 already took their order or I'm putting in another
16 round of drinks.  I say, "Go right ahead, put them
17 in."
18     Q.  Okay.  Do servers close customer checks?
19     A.  Yes, they do.
20     Q.  And can a server take a payment from a
21 customer?
22     A.  Yes.
23     Q.  And when a server receives a payment from a
24 customer, what do they do?
25     A.  They bring the payment to the captain.  The

Page 44

1 captain handles it from there if . . .
2     Q.  So servers do not input the final
3 information into the POS?
4     A.  No, sir.
5     Q.  Okay.  So when you were describing the
6 duties of a captain, you described how a captain will
7 close out the check and bring it to the customer and
8 that has --
9     A.  Itemized and --
10     Q.  Itemized listing of all the orders and
11 everything that was transacted that evening?
12     A.  Correct.
13     Q.  Okay.  Will a server do that, bring the
14 check to a customer?
15     A.  If instructed.
16     Q.  Okay.  And if instructed, will a server
17 process the information that the customer puts on the
18 check into the POS?
19     A.  Can you rephrase that question again?
20     Q.  Sure.  Are servers permitted once they
21 receive a completed receipt from a customer to input
22 the information into the POS?
23     A.  No.
24     Q.  Okay.
25     A.  A server cannot close a check, a captain

Page 45

1 closes checks.
2     Q.  And the testimony you previously provided
3 in relation to how a captain closes a check would
4 apply to a scenario when a server would bring them a
5 check to close as well?
6     A.  Well, processing and closing are two
7 different things.  Processing is taking the card and
8 swiping it and bringing it to the table.  Closing it,
9 after the fact of the customer signing and, you know,
10 if you're going to add anything he can, but after
11 it's signed, that signed copy will go back to the
12 captain.  And the captain has to -- when he gets time
13 or at the end of the night, he'll finalize the sale.
14     Q.  Okay.  And your testimony as it relates to
15 how a captain closes a check when it goes through
16 them is the same as it relates to when a server gives
17 the captain a check to close?
18     A.  Yes.
19     Q.  So the duties are the same whether the
20 captain does it on their own or whether the captain
21 receives the check from the server?
22     A.  Yes.
23     Q.  Okay.  And when a server processes a check
24 and gives it to the captain to close the check, your
25 testimony as it relates to what happens after the

1 check is closed pertaining to captains is the same
2 here when it relates to a server?
3     A.  Yes.
4     Q.  Okay.  To be clear, because I'm going to go
5 through a series of positions with you, irrespective
6 of the position, once the captain closes the check
7 and it goes for processing in the back of the house,
8 you don't know what happens in the back of the house
9 with the processing of that tip; is that correct?
10     A.  Right.
11     Q.  Okay.  Do servers receive cash tips from
12 customers?
13     A.  I mean, sometimes.
14     Q.  You as a server, did you ever receive a
15 cash tip from a customer?
16     A.  Yeah, like, handshake, 20 bucks, here's $5,
17 you know, depends.
18     Q.  And when the server would receive a cash
19 tip from a customer, would the server input that cash
20 tip into the POS?
21     A.  No.
22     Q.  Would servers share their cash tips?
23     A.  Usually, the server does not.  If they are
24 doing a good be job, they say to keep it.  You know,
25 unless it's a hundred dollars.

1     Q.  If it is a hundred-dollar cash tip the
2 server receives, what does he do with that?
3     A.  Gives him half.
4     Q.  Gives half to who?
5     A.  To the captain.
6     Q.  Okay.  Have servers ever given any amount
7 of their cash tips to anyone employed or associated
8 with Kiki that is prohibited from receiving tips?
9     A.  No.
10     Q.  Have servers ever given any amount of cash
11 tips to any owner of Kiki On the River?
12     A.  No.
13     Q.  Have servers given any amount of their cash
14 tips to Roman Jones?
15     A.  No.
16     Q.  Have servers given any amount of their cash
17 tips to Sia Hemmati?
18     A.  No.
19     Q.  Have servers given any of their cash tips
20 to any managers?
21     A.  No.
22     Q.  I know you didn't work as a bartender, but
23 tell me what your understanding is of the duties of a
24 bartender?
25     A.  Bartenders is to keep the flow of drinks

1 coming out expedi- -- they expedite the flow of
2 drinks so we can bring it to the table fast.
3     Q.  And do bartenders also prepare drinks?
4     A.  Yes.
5     Q.  And do bartenders prepare drinks for the
6 table?
7     A.  Yes.
8     Q.  And do bartenders prepare drinks for guests
9 that are at the bar?
10     A.  Yes.
11     Q.  And in preparing drinks, do bartenders take
12 orders from customers?
13     A.  From bar customers.
14     Q.  Okay.  And what other orders would a
15 bartender take?
16     A.  That's it.  Bar -- bar customers.
17     Q.  Okay.  Does Kiki's bartender serve or
18 prepare drinks for guests that are at the table?
19     A.  Yes.  Only after the captain has put in the
20 drinks in the system.
21     Q.  Okay.  So the captain will input a drink
22 order taken from the table into the POS and then that
23 will show up in the bartender's system?
24     A.  No, he will get a printout, and then he'll
25 start making the drinks.

1     Q.  Okay.  So if we're understanding correctly,
2 there's two types of orders a bartender takes, the
3 order that they take from a guest that's at the bar?
4     A.  Right, from seating customers at the bar or
5 standing customers and then they'll also make the
6 drinks for the captains and tables.
7     Q.  Okay.  And do bartenders input the customer
8 order into the POS at Kiki On the River?
9     A.  For the bar customers?
10     Q.  Mm-hmm.
11     A.  Yes.
12     Q.  Okay.  And it's the captain that inputs the
13 drink order into the POS for any orders taken at the
14 table?
15     A.  At the table, yes.
16     Q.  Okay.  And what do bartenders do -- well,
17 strike that.
18         Any drink orders from tables that are
19 inputted into the POS by captains are also closed
20 out on the captain side of the sale?
21     A.  Yes.
22     Q.  Okay.  So the only checks that a bartender
23 will close are the ones from the guests that are at
24 the bar ordering directly from the bartender?
25     A.  That's correct.

13 (Pages 46 - 49)

Page 50

1  Q.  Okay.  And when the bartender is ready to
2  close a check, what would a bartender do?
3  A.  It's basically the same procedure, present
4  the check, take payment, you know, credit card or
5  cash, close it -- if there's any cash, check, they
6  will close the check, put the money in the register.
7  If it's credit card, they will swipe the card, the
8  signature and the same thing.
9  Q.  When you say "the same procedure," do you
10 mean the same procedure that a captain would utilize
11 to process and close the check?
12 A.  There's only one system to close the check.
13 So it's the same at the table, the same at the bar.
14 Q.  Okay.  And the same system is the POS?
15 A.  Yes.
16 Q.  Okay.
17 A.  The only difference is that we don't have a
18 register, so we hold the cash until the end of the
19 night, then we turn it in.  The -- the bartender has
20 a register in front of him, so he puts the money in
21 the register.
22 Q.  Okay.  And when you say the only difference
23 and you say that we hold the cash is that the
24 captains that hold the cash?
25 A.  Yes.

Page 51

1  Q.  Okay.  Servers do not hold cash?
2  A.  No.
3  Q.  Okay.
4  A.  They don't hold no cash.
5  Q.  And when a bartender is -- receives a
6  finalized check from a customer, they input the tip
7  amount into the POS system as well?
8  A.  Repeat that.
9  Q.  Sure.  Well, let me ask you this:  When the
10 customer finishes their drink order and they're ready
11 to leave, what would a bartender do?
12 A.  Present the check and take payment.
13 Q.  Okay.  And when they take the payment, do
14 they input the credit card tip into the POS?
15 A.  Yes.
16 Q.  Okay.  And once the credit card tip is
17 inputted into the POS, does the bartender know how
18 it's processed in the back of the house for purposes
19 of distributing it to tipped employees?
20    MR. POLLOCK:  Form.
21 A.  I don't know.  I don't have that
22 information.  I don't know.
23 BY MR. VELAZQUEZ:
24 Q.  You don't know?
25 A.  No.

Page 52

1  Q.  Okay.  Do bartenders receive cash tips?
2  A.  Yes.
3  Q.  Do bartenders input cash tips into the POS?
4  A.  I don't know.
5  Q.  Pardon me?
6  A.  I don't know.
7  Q.  Do bartenders share their cash tips?
8  A.  With the other bartenders, yes.
9  Q.  Would bartenders share their cash tips with
10 barbacks?
11 A.  Yes.
12 Q.  Any other positions that you're aware of
13 that bartenders share their cash tips with?
14 A.  No.
15 Q.  Have bartenders given any amount of their
16 cash tips with anyone employed or associated with
17 Kiki's that is prohibited from receiving tips?
18 A.  Well, I'm not a bartender, but, yeah, I'm
19 not familiar with the bartender tipping system
20 because I'm not a bartender.  I wasn't a bartender.
21 Q.  So the answer to the question is:  You
22 don't know?
23 A.  I don't know.
24    MR. VELAZQUEZ:  Let's take a break.
25 (Recess was held from 10:33 a.m. until 10:51 a.m.)

Page 53

1     MR. VELAZQUEZ:  Can you read back the last
2  question and answer, Madam Court Reporter?
3     THE COURT REPORTER:  Yes.
4     (Requested portion read back.)
5  BY MR. VELAZQUEZ:
6  Q.  Do you have any knowledge that bartenders
7  have shared their cash tips with anyone employed or
8  associated with Kiki On the River that's prohibited
9  from receiving tips?
10 A.  No.
11 Q.  Okay.  Do you have any knowledge whether
12 bartenders have given any amount of their cash tips
13 to any owner of Kiki On the River?
14 A.  No.
15 Q.  Do you have any knowledge of facts
16 pertaining to bartenders giving cash tips to owners
17 of Kiki On the River?
18 A.  No.
19 Q.  Do you have any knowledge of facts of
20 bartenders giving cash tips to Roman Jones?
21 A.  No.
22 Q.  Do you have any knowledge of facts of
23 bartenders giving cash to Kiki's managers?
24 A.  No.
25 Q.  Just to get the record straight, do you

14 (Pages 50 - 53)

Page 54

1 have any knowledge of facts that bartenders have
2 given any cash to anybody employed -- anyone employed
3 or associated with Kiki On the River that is
4 prohibited from receiving tips?
5     A. Can you repeat that, please?
6     Q. Sure.
7        Do you have any knowledge of facts of
8 bartenders sharing cash tips with anyone employed or
9 associated with Kiki On the River that is prohibited
10 from receiving tips?
11    A. No, not that I know of.
12    Q. Okay. What are the duties of a bottle
13 server?
14    A. Bottle server?
15    Q. Mm-hmm.
16    A. We don't have bottle servers.
17    Q. It may also be known as a bottle girl?
18    A. Oh, bottle girl?
19    Q. Yeah.
20       MR. HEMMATI: Same thing.
21 BY MR. VELAZQUEZ:
22    Q. What are the duties of a bottle girl?
23    A. Oh, bottle girl come out with sparklers and
24 the shields, like the -- you order Dom P, they come
25 out with the Dom Perignon shields and they, kind of,

Page 55

1 make a nice atmosphere for the guests who love the
2 Instagram and Facebook and -- show. We call it "the
3 show." For the show. They become part of the
4 serving show, you can say.
5     Q. And do bottle girls serve bottles?
6     A. They just serve. They don't sell anything,
7 but they serve, yes.
8     Q. Okay. When you say they don't sell
9 anything, they don't put anything -- strike that.
10       Do bottle servers -- for the record, when
11 I say "bottle servers," I'm referring to bottle
12 girls, okay?
13    A. All right.
14    Q. Do bottle servers input anything into the
15 POS?
16    A. No.
17    Q. Do bottle servers take orders from
18 customers?
19    A. No.
20    Q. Do bottle servers input anything into the
21 POS?
22    A. No.
23    Q. Do bottle servers have a number to access
24 the POS?
25    A. No.

Page 56

1     Q. Do bottle servers have any involvement when
2 a customer is going to close a check?
3     A. No.
4     Q. Do bottle servers have any involvement when
5 a captain or server is closing a check?
6     A. No.
7     Q. Do bottle servers take payments from
8 customers?
9     A. No.
10    Q. Do bottle servers input credit card tips
11 into the POS?
12    A. No.
13    Q. Do bottle servers receive cash tips?
14    A. Maybe, I don't know.
15    Q. Do you have any knowledge of facts that
16 bottle servers accept or take cash tips from
17 customers?
18    A. No.
19    Q. If a bottle server does receive a cash tip,
20 does she share those cash tips?
21    A. I don't know. I don't know.
22    Q. Do you have any knowledge of facts that a
23 bottle server would share cash tips?
24    A. No.
25    Q. Do you have any knowledge of bottle servers

Page 57

1 sharing cash tips with anyone employed or associated
2 with Kiki On the River that is prohibited from
3 receiving tips?
4        MR. POLLOCK: Form.
5     A. No -- excuse me, sir. Can we say "bottle
6 girls" because they're not servers. They don't serve
7 anything. They just bring the bottles to the table.
8 Server is somebody who actually serves something.
9 Bottle girls is just -- they do a show and they bring
10 the bottles with the captain to the table. They
11 don't serve anything.
12 BY MR. VELAZQUEZ:
13    Q. Okay. Do -- does Kiki have a position
14 that's titled "bottle server"?
15    A. Actually, they're hostesses who are bottle
16 girls. When we order bottles, they'll come with us
17 to the table, do the $CO_2$, the smoke, and they bring
18 the sparklers and things to the table, then we take
19 it over from there.
20    Q. And the bottle girls are what bring the
21 sparklers and the CO2?
22    A. Yeah, the bottle girls.
23    Q. Okay. Back to my original question: Does
24 Kiki have any positions that are titled
25 "bottle server"?

15 (Pages 54 - 57)

1    A.  Not that I know of, no.
2    Q.  Okay.
3    A.  Can I add something to that?
4    Q.  Sure.
5    A.  Because a bottle server would be somebody
6  who takes an order, inputs it and serves a bottle,
7  but they're not servers, they're bottle girls that
8  deliver, help you deliver the bottles that you sold
9  to the table, that's what they do.  "Bottle Girls."
10    Q.  And during your employment at Kiki, did
11  Kiki On the River have any bottle server positions?
12    A.  No.
13    Q.  After your employment at Kiki's, are you
14  aware whether they have any bottle server positions?
15    A.  No, I don't know.  I wouldn't know.  I
16  doubt it, but I don't know.
17    Q.  So we can call them bottle girl.  I'm okay
18  with that.
19    A.  Okay.
20      MR. REISS:  Bottle person, sorry.
21      THE WITNESS:  We can say they or them,
22    you're right.
23  BY MR. VELAZQUEZ:
24    Q.  Let's just go with what they're called.  At
25  Kiki they're called "bottle girls"?

1    A.  Bottle girls, yes.
2    Q.  Okay.  Do you have any knowledge of facts
3  that bottle girls have shared any cash tips with an
4  owner of Kiki On the River?
5    A.  No.
6    Q.  Do you have any knowledge of facts of
7  bottle girls sharing cash tips with anyone employed
8  or associated with Kiki that is prohibited from
9  receiving tips?
10    A.  No.  No, sir.
11    Q.  I know.  You're starting to hear them over
12  and over again.  Just let me finish the question.  Do
13  you have any knowledge of facts that bottle girls
14  have given cash tips to Roman Jones?
15    A.  No.
16    Q.  Do you have any knowledge of facts that
17  bottle girls have given cash tips to Sia Hemmati?
18    A.  No.
19    Q.  Do you have any knowledge of facts that
20  bottle servers have given any amount of their cash
21  tips to Kiki On the River managers?
22    A.  No.
23    Q.  Do bottle girls -- do you have any
24  knowledge of facts that bottle girls know how Kiki On
25  the River processes tips in the back of the house for

1  purposes -- strike that.
2    A.  No.
3    Q.  Strike that.
4    A.  No.
5    Q.  Do you have any knowledge of facts that
6  bottle girls know how Kiki On the River processes
7  credit card tips in the back of the house to
8  distribute to tipped employees?
9    A.  No.
10    Q.  Okay.  What are the duties of a busser?
11    A.  Busser?  They -- they -- they get ice, they
12  re-set the tables, they clear the tables, they keep
13  your work area clean.  If you need -- if they are
14  having regular water, they maintain water service on
15  the table.
16    Q.  Do bussers take orders from customers?
17    A.  No.
18    Q.  Do bussers input orders into the POS at
19  Kiki On the River?
20    A.  No.
21    Q.  Do bussers have a number to access the POS?
22    A.  No.
23    Q.  Do bussers have any involvement in the
24  closing of a customer check?
25    A.  No.

1    Q.  Do bussers have any involvement in the
2  processing of a customer check?
3    A.  No.
4    Q.  Do bussers take payments from customers at
5  Kiki?
6    A.  No.
7    Q.  Do bussers input credit card tips into the
8  POS?
9    A.  No.
10    Q.  Do bussers -- do you have any knowledge of
11  facts that bussers know how Kiki processes credit
12  card tips in the back of the house for purposes of
13  distributing to tipped employees?
14      MR. POLLOCK:  Form.
15    A.  No.
16  BY MR. VELAZQUEZ:
17    Q.  Do bussers receive cash tips?
18    A.  Yes.
19    Q.  Do bussers input their cash tips into the
20  POS?
21    A.  No.
22    Q.  Do bussers share their cash tips?
23    A.  I wouldn't know.
24    Q.  Do you have any knowledge of facts that
25  bussers share their cash tips?

16 (Pages 58 - 61)

Page 62

1   A.  No.
2   Q.  Do you have any knowledge of facts that
3   bussers have given any amount of their cash tips to
4   anyone employed or associated with Kiki On the River
5   that is prohibited from receiving tips?
6   A.  No.
7   Q.  Do you have any knowledge of facts that
8   bussers have given any amount of their cash tips to
9   any owner of Kiki On the River?
10   A.  No.
11   Q.  Do you have any knowledge of facts that
12   bussers have given any amount of their cash tips to
13   Roman Jones?
14   A.  No.
15   Q.  Do you have any knowledge of facts that
16   bussers have given cash tips to Sia Hemmati?
17   A.  No.
18   Q.  Do you have any knowledge of facts that
19   bussers have given cash tips to managers at Kiki On
20   the River?
21   A.  No.
22   Q.  Do customers receive cash tips directly --
23   strike that.
24      Do bussers receive cash tips directly from
25   customers?

Page 63

1   A.  It could happen.  I mean, yes.
2   Q.  And what other way would a busser receive a
3   cash tip?
4   A.  A scenario?
5   Q.  Yeah.
6   A.  So I'm a smoker, and I'm -- and I'm -- and
7   the busser is on top of my ashtray, changing my
8   ashtray.  I might give him a tip because this guy is
9   on top of my ashtray service.
10   Q.  Okay.
11   A.  If I'm thirsty and I'm drinking a lot of
12   water and this kid keeps refilling my water, the
13   captain is busy over there talking to some other
14   table.  I'll say, this kid is all right.  I'll give
15   him a little extra, you know, a little handshake on
16   the way out.  So, yeah, they can get cash tips.
17   Q.  So bussers typically receive cash tips
18   directly from the customers?
19   A.  They may, not all the time.  But, you know,
20   some people, you know, you give good service, you get
21   taken care of.
22   Q.  And the cash tip would come directly from
23   the customer to the busser?
24   A.  Yes, unless they give it to the captain and
25   the captain will, you know, bump him off at the end,

Page 64

1   but sometimes they do get a little handshake.
2   Q.  Okay.
3   A.  And just --
4   Q.  Do you have any knowledge of facts that
5   bartenders have given cash tips to Sia Hemmati?
6   A.  No.
7   Q.  Is a host and a hostess the same position
8   at Kiki?
9   A.  Yes.
10   Q.  Okay.  So I'm just going to refer to them
11   as host.  What are the duties of a host at Kiki's?
12   A.  I guess greet the guest when they arrive,
13   check if they have reservations, have -- well,
14   there's a host, which would be the main host --
15   hostess, and then there would be the other hostess
16   which walk to the table.  So the main host would
17   greet and check the reservation and then send one of
18   the other hostess to walk them over to the table.
19   Q.  Okay.
20   A.  And if there's a special event, they'll
21   print out a little piece of paper which lets the
22   captain know that there's a birthday or anniversary
23   or special event at the table.
24   Q.  Okay.  So we're using it interchangeably.
25   But so the record is clear, whether you say "host" or

Page 65

1   you say "hostess," you're talking about the same
2   position?
3   A.  It's the same, yeah, the same position.
4   Q.  Okay.  Do hosts take orders from customers?
5   A.  No.
6   Q.  Do hosts input customer orders into the POS
7   at Kiki On the River?
8   A.  No.
9   Q.  Do hosts have a number to access the POS?
10   A.  No.  Go back.  They have a number to clock
11   in, that's it.
12   Q.  Okay.  But is clocking in different than
13   accessing the POS?
14   A.  It depends on the position.  If you're a
15   host, you don't do sales, so you don't need to access
16   anything.
17   Q.  Okay.  So the host would have a number to
18   clock in and out for the day?
19   A.  Right.
20   Q.  Okay.  Do hosts have any involvement when a
21   customer is going to close a check?
22   A.  No.
23   Q.  Do hosts take payments from customers at
24   Kiki?
25   A.  No, no, sir.

17 (Pages 62 - 65)

Page 66

1    Q.  Do hosts input tip amounts into the POS
2  when they're left on a credit card?
3    A.  No.
4    Q.  Do you have any knowledge of facts that
5  hosts know how Kiki processes credit card tips from
6  the back of the house to distribute to tipped
7  employees?
8    A.  No.
9    Q.  Do hosts receive cash tips?
10    A.  No -- well, well, most likely yes.
11    Q.  Do you know for certain if hosts receive
12  cash tips?
13    A.  Yes.
14    Q.  Do hosts input the cash tips into the POS?
15    A.  No.
16    Q.  Do the hosts share their cash tips?
17    A.  Among themselves, yes.
18    Q.  And what positions would a host share their
19  cash tips with at Kiki?
20    A.  With other hostesses.
21    Q.  Do you have any knowledge of facts that a
22  host has given any amount of their cash tips to
23  anyone employed or associated with Kiki that is
24  prohibited from receiving tips?
25    A.  No.

Page 67

1    Q.  Do you have any knowledge of facts that
2  hosts have given any amount of their cash tips to any
3  owner of Kiki On the River?
4    A.  No.
5    Q.  Do you have any knowledge of facts that
6  hosts have given any amount of their cash tips to
7  Roman Jones?
8    A.  No.
9    Q.  Do you have any knowledge of facts that
10  hosts have given any amount of their cash tips to
11  Sia Hemmati?
12    A.  No.
13    Q.  Do you have any knowledge of facts that
14  hosts have given their cash tips to a manager at
15  Kiki On the River?
16    A.  No.
17    Q.  Tell me the duties of a dockmaster.
18    A.  Dockmaster, if you arrive on your boat, he
19  will tie up the boat, he'll -- it will -- he'll see
20  how -- Kiki On the River charges $5 per foot on
21  certain -- $3 on the weekdays, $5 on the weekend for
22  parking your boat.  And then we'll tell the captain,
23  "Well, you have a 40-footer, charge $120."  If it's a
24  weekday.  It's $5 on the weekend.  I don't know if it
25  went up, but that was the rate.

Page 68

1    So he'll do -- the captain will know how
2  big the boat is, charge it, make sure you charge the
3  docking fee.  It's called the docking fee, so that
4  was his job.
5    Q.  Do dockmasters take orders from customers?
6    A.  Sometimes they do, but the captain will
7  input the order.  So they might have -- they might
8  park and want something to go, and they'll order,
9  "Give me two grilled octopus and two fries."  And
10  he'll say they want this, and the captain will ring
11  it in.
12    Q.  And when you say that captain will input an
13  order that's given to them by a dockmaster, does the
14  captain input that order into the POS?
15    A.  Yes.
16    Q.  Do dockmasters ever input orders into the
17  POS at Kiki?
18    A.  No.
19    Q.  Do dockmasters have a number to access
20  Kiki's POS?
21    A.  No.
22    Q.  Does Kiki rent a boat for customers -- or
23  strike that.
24    Does Kiki afford customers the ability to
25  rent a boat to dine?

Page 69

1    A.  Kiki On the River, they do have a boat,
2  yes.
3    Q.  And if there is a customer that is dining
4  on the boat, who serves the customer on that boat?
5    A.  Captain -- captain and a server.
6    Q.  So the dockmaster wouldn't have any
7  involvement with serving the customer on a boat?
8    A.  No.
9    Q.  And if a customer docks their private
10  boat --
11    A.  Excuse me, let's go back to that first
12  question.
13    Q.  Sure.
14    What question are you referring to?
15    A.  The one about the dockmaster assisting and
16  serving.  There have been instances that he has
17  helped, yes, but that's not his duties.  He just does
18  that as an extra help to the house.  The -- sometimes
19  he helps.
20    Q.  And what type of help or assistance does he
21  provide and to whom does he provide it to?
22    A.  Like clearing, like helping, like the
23  busboy.  It's a busy place, so sometimes everybody
24  pitches in, take stuff out, dirty stuff off the boat
25  and put it in a bus bin.

18 (Pages 66 - 69)

Page 70

1    Q.  Okay.  And when the dockmaster kicks in
2  like this, is he kicking in on private boats?
3    A.  Yeah, on yachts.
4    Q.  Okay.  And when dockmasters help out like
5  this, does he also help out on Kiki's private boat?
6    A.  I'm not sure.  That was before me.  When I
7  left, the boat wasn't functioning.  It was parked
8  there, but it wasn't doing any services yet.
9    Q.  Okay.  Do dockmasters have any involvement
10  in closing a customer check?
11    A.  No.
12    Q.  Do dockmasters have any involvement in
13  processing a customer check?
14    A.  No.
15    Q.  Do dockmasters take payments from customers
16  at Kiki?
17    A.  If -- they would always -- like, if they
18  could present the check, they would bring it back to
19  the captain and the captain would do the payment
20  process.
21    Q.  So in all instances when payment is
22  tendered on a boat, whether it's Kiki's boat or a
23  private boat, that check is handed to the captain for
24  purposes of inputting?
25    A.  On the Kiki boat, I don't know because I

Page 71

1  assume that the Kiki boat is a private event space,
2  so that goes to a manager or the captain on duty at
3  that time on the boat, but I don't think the
4  dockmaster would be running payments on a big boat
5  like that.
6    Q.  Do you have any knowledge of facts that --
7  that the handling of checks of customers on a boat
8  are handled any differently than they are handled for
9  customers at the restaurant?
10    A.  No, the same.
11    Q.  Okay.  And forgive me if I asked you this,
12  but do dockmasters take payments from customers at
13  Kiki?
14    A.  No.
15    Q.  Do dockmasters input tip amounts that they
16  receive from credit card tips?
17    A.  No.
18    Q.  Do you have any knowledge of facts that
19  credit card tips that originate from a boat are
20  handled any differently from the back of the house
21  for purposes of distributing?
22    A.  Repeat that, please.
23    Q.  Sure.  Do you have any knowledge of facts
24  that Kiki processes -- strike that.
25       Do you have any knowledge of facts that

Page 72

1  dockmasters know how Kiki processes credit card tips
2  to distribute to tipped employees?
3    A.  No.
4    Q.  Do dockmasters receive cash tips?
5    A.  Yes.
6    Q.  Are the dockmasters cash tips inputted into
7  Kiki's POS?
8    A.  No.  They're called handshakes.
9    Q.  Do dockmasters share their cash tips?
10    A.  No.  Oh, unless there's another dockmaster
11  on the dock.  Sometimes there's two.
12    Q.  Do you have knowledge of any facts that
13  dockmasters have given any amount of their cash tips
14  to anyone employed or associated with Kiki On the
15  River that is prohibited from receiving tips?
16    A.  Not that I know of, no.
17    Q.  Do you have any knowledge of facts that
18  dockmasters have given any amount of their cash tips
19  to an owner at Kiki On the River?
20    A.  No.
21    Q.  Do you have any knowledge of facts that
22  dockmasters have given any amount of their cash tips
23  to Roman Jones?
24    A.  No.
25    Q.  Do you have any knowledge of facts that

Page 73

1  dockmasters have given their cash tips to
2  Sia Hemmati?
3    A.  No.
4    Q.  Do you have any knowledge of facts that
5  dockmasters have given any of their cash tips to
6  managers at Kiki On the River?
7    A.  No.
8    Q.  What are the duties of a food runner?
9    A.  Food runner, once the food is ready, the
10  chef has prepared the food and is ready to go to the
11  table, the food runner brings it out from the kitchen
12  and serves it to the table, to the -- or brings it to
13  the table and the captain usually assists in serving
14  the food.
15    Q.  Do food runners take orders from customers?
16    A.  No.
17    Q.  Do food runners input customer orders into
18  Kiki's POS?
19    A.  No.
20    Q.  Do food runners have a number to access the
21  POS?
22    A.  No.
23    Q.  Do food runners have any involvement in the
24  closing of a customer check?
25    A.  No.

19 (Pages 70 - 73)

Page 74

1     Q.  Do food runners have any duties in
2   processing a customer check?
3     A.  No.
4     Q.  Do food runners take payments from
5   customers at Kiki?
6     A.  No.
7     Q.  Do food runners input credit card tips into
8   Kiki's POS?
9     A.  No.
10     Q.  Do you have any knowledge of facts that
11   food runners know about how Kiki processes credit
12   card tips to distribute to tipped employees?
13     A.  No.
14     Q.  Do food runners receive cash tips?
15     A.  No.  Oh, sorry.  Only on Sundays.
16     Q.  Pardon me?
17     A.  Only on Sundays.
18     Q.  Why do food runners only receive cash tips
19   on Sundays?
20     A.  Sundays are usually the -- you know, the
21   day that you get the most cash.
22     Q.  And would food runners get cash tips
23   directly from customers?
24     A.  No, from the captain.
25     Q.  So food runners would get a tip-out of cash

Page 75

1   tips from captains?
2     A.  Yes.
3     Q.  Okay.  And that typically only happens on
4   Sundays?
5     A.  Yes.
6     Q.  Do food runners input tip amounts of cash
7   tips into the POS?
8     A.  No.
9     Q.  And do food runners share their cash tips?
10     A.  No.
11     Q.  Do you have any knowledge of facts that
12   food runners give any amount of their cash tips to
13   anyone employed or associated with Kiki that is
14   prohibited from receiving tips?
15     A.  No.
16     Q.  Do you have any knowledge of food runners
17   giving any amount of their cash tips to an owner of
18   Kiki On the River?
19     A.  No.
20     Q.  Do you have any knowledge of
21   food runners -- strike that.
22         Do you have any knowledge of facts that
23   food runners give any amount of their cash tips to
24   Roman Jones?
25     A.  No.

Page 76

1     Q.  Do you have any knowledge of facts that
2   food runners give cash tips to Sia Hemmati?
3     A.  No.
4     Q.  Do you have any knowledge of facts that
5   food runners give their cash tips to managers at
6   Kiki On the River?
7     A.  No.
8     Q.  I'm sorry?
9     A.  No.
10     Q.  What are the duties of a barback?
11     A.  Barback?  Restock the bar, make sure
12   there's ice, clean up at the end of the night, the
13   bar area, take out the trash, and that's all,
14   basically.  That's basically what they do.
15     Q.  Okay.  Do barbacks take customer orders?
16     A.  They may take an order, but just to
17   transmit it to the bartender.
18     Q.  Do barbacks input customer orders into the
19   POS at Kiki?
20     A.  No.
21     Q.  When they do receive a customer order, they
22   communicate it to the bartender?
23     A.  Yes.
24     Q.  And then the bartender inputs the customer
25   order into the POS?

Page 77

1     A.  And makes the drinks.
2     Q.  So the answer to the question is "yes" and
3   the bartender makes the drinks?
4     A.  Yes.
5     Q.  Do barbacks have a number to access the
6   POS?
7     A.  No.
8     Q.  Do barbacks have any involvement in closing
9   a customer check?
10     A.  No.
11     Q.  Do barbacks have any involvement in
12   processing a customer check?
13     A.  No.
14     Q.  Do barbacks take payments from customers at
15   Kiki?
16     A.  No.
17     Q.  Do barbacks input tip amounts into the POS
18   when they're left on a credit card?
19     A.  No.
20     Q.  Do barbacks receive cash tips?
21     A.  I assume so.  I don't know.  They're part
22   of the bartending pool, so I would say yes.
23     Q.  So your testimony is that barbacks do
24   receive cash tips?
25     A.  Yes.

20 (Pages 74 - 77)

Page 78

1   Q.   Okay.  Do barbacks input cash tips into the
2   POS?
3   A.   No.
4   Q.   Do you have any knowledge of facts that
5   barbacks know how tips are processed by the back of
6   the house to distribute to tipped employees?
7        MR. POLLOCK:  Form.
8        MR. VELAZQUEZ:  You can answer.
9   A.   I don't think so, no.
10  BY MR. VELAZQUEZ:
11  Q.   Do barbacks share their cash tips?
12  A.   No.
13  Q.   Do you have any knowledge of facts that
14  barbacks give any amount of their cash tips to anyone
15  employed or associated with Kiki that is prohibited
16  from receiving tips?
17  A.   No.
18  Q.   Do you have any knowledge of facts that
19  barbacks give any amount of their cash tips to an
20  owner of Kiki On the River?
21  A.   No.
22  Q.   Do you have any knowledge of facts that
23  barbacks give any amount of their cash tips to Roman
24  Jones?
25  A.   No.

Page 79

1   Q.   Do you have any knowledge of facts that
2   barbacks give their cash tips to Sia Hemmati?
3   A.   No.
4   Q.   Do you have any knowledge of facts that
5   barbacks give any amount of their cash tips to
6   managers at Kiki On the River?
7   A.   No.
8   Q.   How does Kiki pay its tipped employees?
9   A.   How do -- we have a base -- base hourly pay
10  and you get the tip share of the pool, and then you
11  get the -- a bonus, the bonus portion, I guess.
12       MR. VELAZQUEZ:  Can you read back the
13       answer, Madam Court Reporter?
14       (Requested portion read back.)
15  BY MR. VELAZQUEZ:
16  Q.   And when you say "the tip share of the
17  pool," are you referring to Kiki's service charge?
18  A.   Yes.
19  Q.   Okay.  So it's your testimony that Kiki
20  pays its tipped employees with a base salary rate, a
21  percentage of the service charge, and a bonus?
22  A.   Yeah.
23  Q.   Yes?
24  A.   Yes.  Yes, sir.
25  Q.   And what is an hourly rate?

Page 80

1   A.   I believe in the State of Florida it's $8,
2   $8 an hour now, I don't know, 7.99.  So when we
3   started, it was, like, $5 an hour, and it just went
4   up after a couple of years.
5   Q.   Okay.  And what is a service charge?
6   A.   Service charge is the -- the -- well, what
7   it is, service charge.  The name says it, service
8   charge.
9   Q.   So is a service charge an amount or a
10  percentage that Kiki puts on all customer checks?
11  A.   All customer checks have a service charge.
12  Q.   Mm-hmm.
13  A.   That service charge is broken down in
14  I think three parts.  Service, right?  A percentage
15  goes to service, which is the front of the house
16  staff, a percentage goes to breakage, I think, and
17  then another percentage goes to processing fees, and
18  stuff like that.
19  Q.   Do you understand that a service charge can
20  be used by Kiki On the River any way they want to?
21  A.   Excuse me?
22  Q.   Do you understand that service charges, the
23  revenues generated from service charges can be used
24  by Kiki On the River any way they want to?
25  A.   I've learned a lot, yes.

Page 81

1   Q.   The answer to the question is yes?
2   A.   Yes.
3   Q.   Okay.  And do you understand the difference
4   between a service charge and a customer tip?
5   A.   Yes.
6   Q.   Okay.  And what is the difference for you
7   between a service charge and a customer tip?
8   A.   The service charge is the service that
9   you're providing, but, like you said, they can do
10  whatever they want with the money.  The tip is the
11  additional tip.
12  Q.   Okay.  And the tip, the additional tip is
13  the discretionary amount that the customer leaves,
14  right?
15  A.   Right.  So I don't want to add to this.  So
16  let's say if you're doing a shift, in your mind you
17  are going in for $150 per shift.  Let's go with a low
18  number, right?  And then you're working for the
19  additional tip.  You know?  So that's how I used to
20  think about it.
21  Q.   Okay.  Now, at Kiki's, did co-workers use
22  tips, the word "tip" interchangeably to refer to
23  service charges also?
24  A.   Some may because that terminology is
25  very -- it blends in very, like, together, you know?

21 (Pages 78 - 81)

Page 82

1   Q.  Uh-huh.
2   A.  So you can easily be confused with that.
3   Q.  And there's people in the class that would
4  be confused as it relates --
5   A.  Well, not confused.
6   Q.  Wait, let me finish the question.  There's
7  people in the class that would be confused with what
8  a service charge is and what a tip is?
9       MR. POLLOCK:  Form.
10   A.  It's a possibility, yes.
11  BY MR. VELAZQUEZ:
12   Q.  And there's people in the class that can
13  use the term "tip" to refer to service charge?
14   A.  There's a possibility, yes.
15   Q.  And did Kiki On the River use tips
16  interchangeably to refer to service charge?
17   A.  No.
18   Q.  And the service charge that Kiki places on
19  every check, do service workers receive a percentage
20  of that service charge?
21   A.  Everyone who works for the front of the
22  house, yes.
23   Q.  Do you know what a tip pool is?
24   A.  Yes.
25   Q.  What is a tip pool?

Page 83

1   A.  A tip pool, when a group of people are
2  working together and any revenues generated from the
3  service that you provide is distributed amongst the
4  group of people that work together.
5   Q.  And when you say "revenues generated from
6  the service that you provide," are you referring to
7  tips, that is, amounts that customers leave for the
8  service that's been provided?
9   A.  Yes.
10   Q.  And that's a discretionary amount based on
11  the customer, right?
12   A.  No, I'm referring to the service charge.
13   Q.  Okay.  For purposes of our deposition,
14  tips, as I mentioned at the beginning of the
15  deposition, are amounts that are left by customers at
16  their discretion because they want to.
17   A.  Right.
18   Q.  Okay?  Service charge are amounts that are
19  imposed by the restaurant on the customer.
20   A.  Correct.
21   Q.  Okay?  So whenever you hear me say tips
22  before and now, I'm referring to that discretionary
23  amount that a customer leaves to employees.
24   A.  Okay.  Ask the question again.
25   Q.  Have you understood that, though, during

Page 84

1  the course of the deposition?
2   A.  Yes, sir.
3   Q.  Okay.
4       MR. VELAZQUEZ:  Can you read back the
5       question, Madam Court Reporter?
6       (Requested portion read back.)
7  BY MR. VELAZQUEZ:
8   Q.  So does Kiki pool credit card tips and then
9  distribute them to tipped employees?
10   A.  Yes.
11   Q.  And as you previously testified, cash tips
12  were handled by the tip staff without Kiki's
13  involvement; is that correct?
14   A.  Repeat the question.
15   Q.  Cash tips were handled by the tip staff
16  without Kiki's involvement.
17   A.  Yes.
18   Q.  Does Kiki have a formula that it uses to
19  determine the amount each tipped employee receives
20  from the tip pool as it relates to credit card tips?
21   A.  They can't know how much tip you're getting
22  if it's cash.  If it's --
23       Can you repeat the question, because I'm
24  confused here.
25   Q.  Yeah, I'm not talking about cash tips now;

Page 85

1  I'm talking about credit card tips.  So the question
2  is:  Does Kiki have a formula that it uses to
3  determine the amount of -- strike that.
4       Does Kiki have a formula it uses to
5  determine the amount each tipped employee receives
6  from the credit card tips it's pooled?
7   A.  I'm sure they do.
8   Q.  Okay.  Do you know what that formula is?
9   A.  No.
10   Q.  Do you know if Kiki's formula for
11  distributing credit card tips includes a percentage
12  that's assigned to each tipped position?
13   A.  That would be the -- the -- yes.
14   Q.  Do you know that?
15   A.  Do I know the formula?
16   Q.  No, no.  Do you know whether the formula
17  that Kiki uses to distribute credit card tips to
18  tipped employees includes a percentage that's
19  assigned to each tipped employee?
20   A.  Yes.
21   Q.  And who determines the percentage that's
22  assigned to each tipped position at Kiki?
23   A.  The owners.
24   Q.  How do you know that?
25   A.  Because I was complaining -- no, I wasn't

22 (Pages 82 - 85)

Page 86

1 complaining. It was a conversation between Roman,
2 John Maria and myself, so -- where Roman said he was
3 going to suggest that the captains get 50 percent of
4 the tips in the next meeting. And that was a while
5 back.
6     Q.   And when did that conversation that you
7 allege occurred with Roman and John Maria occur?
8     A.   He was complaining because he said I was
9 lazy.
10     Q.   No, I'm asking you when did it occur.
11     A.   A few years back.
12     Q.   And your testimony today here is that Roman
13 said he was going to suggest that captains receive
14 50 percent of credit card tips?
15     A.   Yes.
16     Q.   And do you know what happened with Roman's
17 suggestion? Strike that.
18         Did Roman -- do you know if Roman Jones
19 made that suggestion?
20     A.   I asked him about a month later.
21     Q.   What do you allege Roman Jones told you?
22     A.   He was working on it.
23     Q.   And did captains ever receive 50 percent of
24 the credit card tips?
25     A.   No.

Page 87

1     Q.   So Roman's suggestion was not followed
2 through on; is that correct?
3     A.   No.
4     Q.   Let me rephrase that question. Was Roman's
5 suggestion that captains receive 50 percent of credit
6 card tips followed?
7     A.   No, not to my knowledge.
8     Q.   Okay. Do you have a month and year when
9 this conversation with Roman Jones occurred?
10     A.   2020. 2019. It could be 2019. Before
11 they opened up Grammercy.
12     Q.   And who is John Maria?
13     A.   He is another manager.
14     Q.   So other than your testimony about this
15 suggestion that wasn't followed through on by
16 Roman Jones, do you have any facts that show that
17 owners determine the percentage of -- the percentage
18 assigned to tipped employees for credit card tips?
19     A.   Yes.
20     Q.   What else?
21     A.   Back in 2017, they tried a different
22 formula which we were getting the additional tip
23 documented, and then it lasted two weeks, I think.
24     Q.   And who were the owners that you allege
25 participated in that 2017 effort to create a

Page 88

1 different formula? Strike that.
2         Do you know who the owners were that
3 participated in that 2017 effort to create a
4 different formula?
5     A.   I didn't go to the managers meeting, so I
6 wouldn't know.
7     Q.   Do you know if Roman Jones was involved in
8 that 2017 effort to change the formula?
9     A.   I can't say for sure, but most likely.
10     Q.   Do you know whether Roman Jones was
11 involved, yes or no?
12     A.   No.
13     Q.   Do you know whether Sia Hemmati was
14 involved in the 2017 effort to change the formula?
15     A.   No.
16     Q.   Can you name me one owner by name that you
17 allege was involved in this 2017 effort to change the
18 formula?
19     A.   I can't, I can't name nobody. I wasn't
20 present.
21     Q.   Do you know the month in 2017 when this
22 alleged 2017 effort --
23     A.   Not off the top of my head. I don't recall
24 exact dates.
25     Q.   And your employment with Kiki started in

Page 89

1 2017?
2     A.   Yeah.
3     Q.   Was this before or after your -- strike
4 that.
5         Was this alleged effort to change the
6 formula --
7     A.   It was towards --
8     Q.   Was this alleged effort to change the
9 formula in 2017, did it occur after or before your
10 employment with Kiki?
11     A.   After.
12     Q.   Okay.
13     A.   While I was working there.
14     Q.   Okay. Do you know how the percentage
15 assignment is determined for each tipped employee?
16     A.   No.
17     Q.   Do you know if Kiki's tip formula includes
18 a point assignment for each tipped position?
19     A.   Yes.
20     Q.   Do you know who determines the point
21 assignment for each tipped position?
22     A.   I don't know.
23     Q.   How is the point assignment determined for
24 each tipped position?
25     A.   I don't recall.

23 (Pages 86 - 89)

Page 90

1    Q.  Pardon me?
2    A.  I don't recall.
3    Q.  Do you have knowledge of any facts
4 pertaining to how a point assignment is determined
5 for each tipped employee?
6    A.  Yes.
7    Q.  What -- what facts do you have?
8    A.  Captains.  I don't recall the exact points
9 for Kiki's.
10   Q.  I'm not asking you about the points; I'm
11 asking you how the point assignments are determined.
12       Do you have any knowledge?
13   A.  Yes, of course.
14   Q.  Okay.  So how are the point assignments
15 determined as it relates to each tipped employee?
16   A.  So there's three positions, right?
17   Q.  Uh-huh.
18   A.  You have -- so you have captains, you have
19 your server, you have your food runner, and you have
20 your bussers and bartenders.  Usually the captain
21 gets the highest points, the food runner and server
22 gets the same -- same amount of points, busser gets a
23 little -- a few points less, and I think the
24 bartenders get almost the same as the captains.
25 That's kind of how it goes, usually.

Page 91

1    Q.  Okay.  Go ahead.
2    A.  Sometimes they have the hostess and they
3 get, like, busboy points, so they get a little less.
4 I think that's about it.
5    Q.  So --
6    A.  And we have sommeliers, too.  So sommeliers
7 would get captain points.  So, yeah, pretty much it
8 depends on your position and what your duties are.
9    Q.  Okay.  Does Kiki determine the hourly rate
10 of pay for captains?
11   A.  The State of Florida does.
12   Q.  But does Kiki determine how much they're
13 going to pay captains per hour?  I'm not asking you
14 what the Florida minimum wage is; I'm asking you
15 whether Kiki determines how much they're going to pay
16 their captains per hour.
17   A.  No.
18   Q.  A while ago you testified that Kiki pays
19 their tipped employees a base hourly rate, correct?
20   A.  Yeah.
21   Q.  And you testified that they paid their
22 tipped employees a bonus, correct?
23   A.  Yes.
24   Q.  And you testified that they pay their
25 tipped employees a percentage of the service charge

Page 92

1 that they impose, correct?
2    A.  Right.
3    Q.  Okay.  I'm asking you about the base hourly
4 rate that Kiki pays its tipped employees.  Does Kiki
5 make the determination of how much they are going to
6 pay their employees per hour?
7    A.  Yes.
8    Q.  Pardon me?
9    A.  Yes.
10   Q.  Okay.  Do you know who is involved in
11 determining the hourly rate of pay for captains?
12   A.  No.
13   Q.  Do you know how Kiki comes up with the
14 hourly rate of pay for captains?
15   A.  No.
16   Q.  What was the hourly rate of pay for
17 captains prior to your employment ending, excluding
18 the service charge?
19   A.  If you do the math, I don't know the
20 exact -- the exact rate.  A check would just say -- I
21 don't recall.  I can't remember.  I can't remember.
22   Q.  Do you know what the hourly rates for
23 captains were after your employment ended at Kiki?
24   A.  No.
25   Q.  Does Kiki determine the commission

Page 93

1 percentage that captains receive from the service
2 charge that the restaurant imposes?
3    A.  Yes.
4    Q.  Do you know who is involved in determining
5 the commission percentage that captains receive from
6 the service charge?
7    A.  I would say the owners do that.
8    Q.  Do you know what owners are involved in
9 determining the commission percentage that captains
10 receive from the service charge?
11   A.  No, I do not.
12   Q.  Pardon me?
13   A.  I do not.
14   Q.  Do you know if Roman Jones is involved in
15 determining the commission percentage that captains
16 receive from the service charge?
17   A.  He's involved, yes.
18   Q.  How do you know that?
19   A.  He told me in a conversation that he was
20 going to suggest in the meeting the 50 percent, so
21 he's involved.
22   Q.  Okay.  And that was the same 50 percent
23 that you alleged Roman Jones suggested, and it was
24 never implemented, correct?
25   A.  Right.

24 (Pages 90 - 93)

1    Q.   Do you have any other evidence suggesting
2  that Roman Jones was involved in determining the
3  commission percentage that captains receive from the
4  service charge?
5    A.   Repeat the question.
6    Q.   Do you have any other evidence suggesting
7  that Roman Jones is involved in determining the
8  commission percentage that captains receive from
9  service charge?
10   A.   No.
11   Q.   Do you have any facts suggesting that
12 Roman Jones is involved in the commission percentage
13 that captains receive from service charge?
14   A.   Like facts?
15   Q.   Do you know of any facts suggesting that
16 Roman Jones is involved in determining the commission
17 percentage that captains receive from service
18 charges?
19   A.   No facts.
20   Q.   Do you know any facts that Sia Hemmati is
21 involved in determining the commission percentage
22 that captains receive from the service charge?
23   A.   No.
24   Q.   What were the commission percentages that
25 captains were paid from the service charges prior to

1  your employment ending?
2    A.   I don't know.
3    Q.   What are the commission percentages that
4  captains are paid from the service charges after your
5  employment ended at Kiki's?
6    A.   I don't know.
7    Q.   Can you name any owner by name or do you
8  have any facts to support that any Kiki owner
9  determines the commission percentage that captains
10 receive from service charges?
11   A.   Of course.  They're the owners.  They
12 decide who is going to get paid.
13   Q.   And you're basing that on an assumption,
14 correct?  You don't have any actual knowledge that
15 any owners are involved in determining the service
16 charge for captains?
17   A.   So you're going to own a business, you're
18 not going to have a word in your business?
19   Q.   The way it goes is that I ask you the
20 questions and you answer them, okay?
21   A.   All right.
22   Q.   Do you have any facts that suggest that any
23 of the owners are involved in determining the service
24 charge, the percentage of the service charge that
25 captains receive?

1    A.   No.
2    Q.   Okay.  Does Kiki determine the tip
3  percentage that captains receive from credit card
4  tips?
5    A.   Repeat the question.
6    Q.   Does Kiki determine the percentage of tips
7  that captains receive from credit card tips?
8    A.   Yes.
9    Q.   Do you know who is involved in determining
10 the tip percentages that captains receive from credit
11 card tips?
12   A.   No.
13   Q.   Do you know how Kiki determines the tip
14 percentage that captains receive from credit card
15 tips?
16   A.   No.
17   Q.   What were the percentages of -- strike
18 that.
19        What were the tip percentages that
20 captains receive from credit card tips prior to your
21 employment ending?
22   A.   I don't recall.
23   Q.   What are the tip percentages that captains
24 receive from credit card tips after your employment
25 ended?

1    A.   I wouldn't know.
2        (Thereupon, marked as Exhibit 2.)
3  BY MR. POLLOCK:
4    Q.   Let me show what you'll mark as 2.
5        Take a look at what we've marked as
6  Defense Exhibit 2, and let me know when you're ready
7  to answer questions.
8    A.   Okay.
9    Q.   Have you seen Defense Exhibit 2 prior to
10 today?
11   A.   No.
12   Q.   Do you see the second page of Defense
13 Exhibit 2 where it says "Isabel Rondon" in the last
14 paragraph?
15   A.   Yes.
16   Q.   And Isabel Rondon was the human resources
17 employee during your tenure at Kiki On the River?
18   A.   Yes.  She was -- when I started, she was
19 the manager and then later on she -- a few years
20 later she went to work at the office.
21   Q.   Okay.  And, I'm sorry, did you say you have
22 seen this document before today, or no?
23   A.   No.
24   Q.   Okay.  And this document -- does this
25 document describe Kiki's tip pooling arrangement as

25 (Pages 94 - 97)

1 it relates to optional tips?
2        MR. POLLOCK:  Form.
3 BY MR. VELAZQUEZ:
4    Q.  You can answer.  Look at the top of the
5 first paragraph, the first two sentences.
6        So does Defense Exhibit 2 reflect Kiki's
7 policy for tip pooling as it relates to optional
8 tips?
9        MR. POLLOCK:  Form.
10 BY MR. VELAZQUEZ:
11    Q.  You can answer.
12    A.  Let me look through this.
13        What was the question again, sir?
14    Q.  Does Defense Exhibit 2 reflect Kiki's tip
15 pooling policy for employees that receive optional
16 tips?
17        MR. POLLOCK:  The same objections.
18 BY MR. VELAZQUEZ:
19    Q.  You can answer.
20    A.  This is what's written on paper, yes.
21    Q.  All right.  And the paper that you have in
22 front of you that's marked as Exhibit 2 is Kiki's
23 policy as it relates to optional tips, correct?
24        MR. POLLOCK:  Objection to form.
25    A.  That's what it says on the paper.

1 BY MR. VELAZQUEZ:
2    Q.  Okay.  And this policy would have been in
3 effect during your employment at Kiki On the River;
4 is that correct?
5        MR. POLLOCK:  Form.
6    A.  I don't know.  I don't know.
7 BY MR. VELAZQUEZ:
8    Q.  Was Isabella employed -- Isabel Rondon
9 employed while you were working at Kiki On the River?
10    A.  Yes.
11    Q.  Okay.  Do you know if this policy was in
12 place or in effect during your tenure at Kiki On the
13 River?
14    A.  The point system on the bottom, yes.  This
15 up on the top is questionable, so . . .
16    Q.  So you don't know?
17    A.  I don't know.
18    Q.  Okay.  So the point system was the policy
19 at Kiki On the River during your employment, but you
20 don't know about the percentages; is that correct?
21    A.  Yes.
22    Q.  Do you have knowledge of any facts that the
23 document that's in front of you that's marked
24 Exhibit 2 was not in effect during your employment
25 with Kiki On the River?

1        MR. POLLOCK:  Form.
2 BY MR. VELAZQUEZ:
3    Q.  You can answer.
4    A.  You're missing the captains on the paper,
5 so whoever drafted this up forgot to put captains in
6 there.
7    Q.  The second -- strike that.
8        MR. VELAZQUEZ:  Can you read back my
9 question, please?
10        (Requested portion read back.)
11    A.  No, it wasn't.  This is actually wrong
12 anyway.  It doesn't have the captains in here and the
13 points are off.
14 BY MR. VELAZQUEZ:
15    Q.  So it's your testimony that the document
16 that's marked in front of you as Exhibit 2 was not in
17 effect during your tenure at Kiki On the River?
18        MR. POLLOCK:  Form.
19    A.  Okay.  I don't know what the math is.  What
20 it says here is nice, but what happens is a different
21 story.
22 BY MR. VELAZQUEZ:
23    Q.  I'm not asking you what happened right now;
24 I'm asking you what's in front of you.  What's in
25 front of you is Defense Exhibit 2.  Can you answer

1 the question yes or no?
2    A.  No.  I don't know.  I don't recall.
3    Q.  Do you have --
4    A.  And this doesn't say anything.
5    Q.  Let me finish the question.  Do you have
6 knowledge of any facts that the document that's in
7 front of you marked Defense Exhibit 2 was not in
8 effect during your employment at Kiki On the River?
9        MR. POLLOCK:  Form.
10    A.  I can't say it was not in effect.
11 BY MR. VELAZQUEZ:
12    Q.  Okay.  Now you say that captains are not
13 referred to in here.  Under operations of tip pools,
14 these are three separate tip pools, captains and
15 servers.  In the following paragraph, contributions
16 to tip pools.  The captains will contribute
17 50 percent of their tips to the captain/server pool.
18 The following paragraph.  Distribution of tips from
19 tip pools.  Captain/Server pools.  Captains will
20 receive 70 percent of the tips, of the pooled tips,
21 and the servers will receive 30 percent of the pooled
22 tips.  That's three references to captains there.
23 Where is it that you're not seeing captains?
24    A.  On the bottom -- on your point system thing
25 all the way on the bottom.

Page 102

1    Q.  Okay.  All right.
2         Do you have your personnel folder from
3  Kiki's?
4    A.  My personnel folder?
5    Q.  Yeah, your personnel file.
6    A.  No.
7    Q.  No?  Do you know why your personnel file is
8  missing from Kiki On the River?
9    A.  No.  Why?
10   Q.  No, I'm asking you, do you know why?
11   A.  No.
12   Q.  Did anybody ever give you your personnel
13 file from Kiki On the River?
14   A.  No.
15   Q.  You understand you're under oath here
16 today, right?
17   A.  Yes.
18       (Thereupon, marked as Exhibit 3.)
19 BY MR. VELAZQUEZ:
20   Q.  Let me show you what we'll mark as 3.  Take
21 a look at this and let me know when you're ready to
22 answer, Mr. Collado.
23       Have you seen this document prior to
24 today?
25   A.  No.

Page 103

1    Q.  And did you testify earlier that your
2  employment came to an end in January of 2022?
3    A.  Yes.
4    Q.  Okay.  And this document is effective as
5  reflected on the bottom right hand of December 5,
6  2022?
7    A.  I'm not employed there anymore.
8    Q.  That's what the document says, correct?
9  Defense Exhibit 3, that it's effective December 5 of
10 2022?
11   A.  Yeah.
12   Q.  So you wouldn't have any knowledge as it
13 relates to the information contained in
14 Defense-Exhibit 2?  Strike that.  We're on 3, right?
15   A.  Yes.
16   Q.  My apologies.  So you wouldn't have any
17 knowledge with respect to the information contained
18 in Defense Exhibit 3?
19   A.  Right.  I wasn't an employee at that time.
20 For the record, they forgot to add the captains to
21 the list as well.
22   Q.  Do you have any knowledge of captains
23 having a point assigned to them at Kiki On the River?
24   A.  What do you mean a point?
25   Q.  A point.

Page 104

1    A.  Yes.
2    Q.  And what is that knowledge based upon?
3    A.  Excuse me?  Knowledge?
4    Q.  Let's go off the record a second.
5         (Recess was held from 12:14 p.m. until
6    12:18 p.m.)
7  BY MR. VELAZQUEZ:
8    Q.  I just want to be clear, we're talking
9  about tips, right, not service charge here?
10       In relation to tips, do you have any
11 knowledge of a captain being assigned anything other
12 than a percentage of the tips that they receive?
13   A.  No.
14   Q.  Okay.  Let me show you what we'll mark as
15 4.
16       (Thereupon, marked as Exhibit 4.)
17 BY MR. VELAZQUEZ:
18   Q.  Take a look, Mr. Collado.  Let me know when
19 you're ready.
20       Ready?
21   A.  Yeah.
22   Q.  Have you seen Defense Exhibit 4 prior to
23 today?
24   A.  No.
25   Q.  Is Defense Exhibit 4 something that would

Page 105

1  have been generated after your employment at Kiki
2  ended?
3         MR. POLLOCK:  Form.
4    A.  Yes.
5  BY MR. VELAZQUEZ:
6    Q.  Okay.  Servers.  Does Kiki also determine
7  the hourly rate of pay that it's going to pay its
8  servers?
9    A.  Yes.
10   Q.  Do you know who is involved in determining
11 the hourly rate of pay for servers?
12   A.  No.
13   Q.  Do you know how Kiki determines the hourly
14 rate of pay it's going to pay its servers?
15   A.  No.
16   Q.  Do you know what the hourly rate of pay
17 were for servers prior to your employment ending at
18 Kiki?
19   A.  No.
20   Q.  Do you know what the hourly rates of pay
21 are for servers are after your employment ended at
22 Kiki's?
23   A.  No.
24   Q.  Does Kiki determine the commission
25 percentage that servers receive from the service

27 (Pages 102 - 105)

1 charge the restaurant imposes?
2    A.  Yes.
3    Q.  Do you know who is involved in determining
4 the commission percentage that servers receive from
5 service charges?
6    A.  No.
7    Q.  Do you know how Kiki determines the
8 commission percentage that servers receive from
9 service charges?
10    A.  No.
11    Q.  Do you know what the commission percentage
12 servers were paid from the service charges prior to
13 your employment ending?
14    A.  Repeat that, please.
15       MR. POLLOCK:  Form.
16 BY MR. VELAZQUEZ:
17    Q.  Do you know what the commission perc- --
18 strike that.
19       Do you know the commission percentages
20 that servers are paid from the service charges prior
21 to your employment ending?
22    A.  No.
23       MR. POLLOCK:  Form.
24 BY MR. VELAZQUEZ:
25    Q.  Do you know the commission percentages that

1 servers are paid from the service charges after your
2 employment ended at Kiki's?
3    A.  Sorry?
4    Q.  Do you know the commission percentages that
5 servers are paid from the service charges after your
6 employment ended at Kiki's?
7    A.  No.
8       MR. POLLOCK:  Form.
9 BY MR. VELAZQUEZ:
10    Q.  Does Kiki determine the tip percentages
11 that servers receive from credit card tips?
12    A.  Yes.
13    Q.  Do you know who is involved in determining
14 the tip percentages that servers receive from credit
15 card tips?
16    A.  No.
17    Q.  Do you know how Kiki determines the tip
18 percentage that servers receive from credit card
19 tips?
20    A.  No.
21    Q.  Do you know what the tip percentages for
22 servers were from credit card tips prior to your
23 employment ending?
24       MR. POLLOCK:  Form.
25    A.  No.

1 BY MR. VELAZQUEZ:
2    Q.  Do you know the tip percentages that
3 servers receive from credit card tips after your
4 employment ended?
5       MR. POLLOCK:  Form.
6    A.  No.
7 BY MR. VELAZQUEZ:
8    Q.  Does Kiki determine the point amount that
9 servers are assigned to calculate the amount of
10 credit card tips they receive?
11    A.  Can you repeat that, please?
12    Q.  Sure.  Does Kiki determine the point amount
13 that servers are assigned to calculate the amount of
14 credit card tips they receive?
15    A.  Yes.
16    Q.  Do you know who is involved in determining
17 the point amount that servers are assigned to
18 calculate the amount of credit card tips they
19 receive?
20    A.  No.
21    Q.  Do you know how Kiki determines the point
22 amount that servers are assigned to calculate the
23 amount of credit card tips they receive?
24    A.  No.
25    Q.  What were the point amounts that servers

1 were assigned to calculate the amount of credit card
2 tips they received prior to your employment ending?
3       MR. POLLOCK:  Form.
4    A.  Repeat that, please.
5 BY MR. VELAZQUEZ:
6    Q.  Do you know the point amounts that servers
7 were assigned to calculate the amount of credit card
8 tips they received prior to your employment ending?
9       MR. POLLOCK:  Same.
10    A.  No.
11 BY MR. VELAZQUEZ:
12    Q.  Do you know the point amounts that servers
13 are assigned to calculate the amount of credit card
14 tips they received after your employment ended?
15       MR. POLLOCK:  Form.
16    A.  No.
17 BY MR. VELAZQUEZ:
18    Q.  Pardon me?
19    A.  Unless I go by this, it says eight points.
20    Q.  Other than what you see in Defense Exhibit
21 3, do you have any knowledge?
22    A.  No.
23    Q.  Does Kiki determine the hourly rate of pay
24 for bartenders?
25    A.  Yes.

Page 110

1    Q.  Do you know who is involved in determining
2  the hourly rate of pay for bartenders?
3    A.  No.
4    Q.  Do you know how Kiki determines the hourly
5  rate of pay for bartenders?
6    A.  No.
7    Q.  Do you know the hourly rates of pay for
8  bartenders prior to your employment ending?
9    A.  No.
10    Q.  Do you know the hourly rates of pay for
11  bartenders after your employment ended?
12    A.  No.
13    Q.  Does Kiki determine the commission
14  percentage that bartenders received from the service
15  charges the restaurant imposes?
16    A.  Yes.
17    Q.  Do you know who is involved in determining
18  the commission percentage that bartenders receive
19  from service charges?
20    A.  No.
21    Q.  Do you know how Kiki determines the
22  commission percentage that bartenders receive from
23  service charges?
24    A.  No.
25    Q.  Do you know what the commission percentages

Page 111

1  are -- strike that.
2      Do you know what the commission
3  percentages were for bartenders prior to your
4  employment ending?
5    A.  No.
6    Q.  Do you know what the commission percentages
7  were for bartenders from the service charges after
8  your employment ended?
9    A.  No.
10    Q.  Does Kiki determine the tip percentage that
11  bartenders receive from credit card tips?
12    A.  Yes.
13    Q.  Do you know who is involved in determining
14  the tip percentage that bartenders receive from
15  credit card tips?
16    A.  No.
17    Q.  Do you know how Kiki determines the tip
18  percentage that bartenders receive from credit card
19  tips?
20    A.  No.
21    Q.  Do you know the perc- -- strike that.
22      Do you know the tip percentages that
23  bartenders received from credit card tips prior to
24  your employment ending?
25    A.  No.

Page 112

1    Q.  Do you know the tip percentages that
2  bartenders received from credit card tips after your
3  employment ended?
4    A.  No.
5    Q.  Does Kiki determine the hourly rates of pay
6  for -- off the record.
7      (Discussion off the record.)
8  BY MR. VELAZQUEZ:
9    Q.  Back on the record.
10      Does Kiki determine the hourly rates of
11  pay for bottle girls?
12    A.  Yes.
13    Q.  And it's your understanding, Mr. Collado,
14  that the reference to bottle girls refers to bottle
15  servers; is that correct?
16    A.  Right.
17    Q.  Pardon me?
18    A.  Yes, sir.
19    Q.  Who is involved in determining the hourly
20  rates of pay -- strike that.
21      Do you know who is involved in determining
22  the hourly rates of pay for bottle girls?
23    A.  Kiki On the River.
24    Q.  But do you know who from Kiki On the River
25  is involved in determining the hourly rate of pay for

Page 113

1  bottle girls?
2    A.  No.
3      MR. VELAZQUEZ:  Can you read that last
4    question back?
5      (Requested portion read back.)
6  BY MR. VELAZQUEZ:
7    Q.  Do you know how Kiki determines the hourly
8  rate of pay for bottle girls?
9    A.  No.
10    Q.  Do you know the hourly rates of pay for
11  bottle server -- for bottle girls prior to your
12  employment ending?
13    A.  No.
14    Q.  Do you know the hourly rates of pay for
15  bottle girls after your employment ended?
16    A.  No.
17    Q.  Does Kiki determine the commission
18  percentage that bottle girls receive from the service
19  charges restaurant -- the restaurant imposes?
20    A.  Can you repeat that, please?
21    Q.  Does Kiki determine the commission
22  percentage that bottle girls receive from the service
23  charges the restaurant imposes?
24    A.  Yes.
25    Q.  Do you know who is involved in determining

29 (Pages 110 - 113)

1 the commission percentage that bottle girls receive
2 from the service charges?
3     A.  No.
4     Q.  Do you know how Kiki determines the
5 commission percentage that bottle servers receive
6 from the service charges?
7     A.  No.
8     Q.  Do you know what the commission percentages
9 were for bottle girls prior to your employment
10 ending?
11     A.  No.
12     Q.  Do you know what the commission percentage
13 was for bottle girls after your employment ended at
14 Kiki's?
15     A.  No, I do not.
16     Q.  Does Kiki determine the tip percentages
17 that bottle girls receive from credit card tips?
18     A.  What was that, sir?
19     Q.  Sure.
20         Does Kiki determine the tip percentages
21 that bottle girls receive from credit card tips?
22     A.  Yes.
23     Q.  Do you know who is involved in determining
24 the tip percentage that bottle girls receive from
25 credit card tips?

1 determining the point amount that bottle girls are
2 assigned to calculate the amount of credit card tips
3 they receive?
4     A.  No.
5     Q.  Do you know how Kiki determines the point
6 amount that bottle girls are assigned to calculate
7 the amount of credit card tips they receive?
8     A.  No.
9     Q.  Do you know the point amounts that bottle
10 girls were assigned to calculate the amount of credit
11 card tips they received prior to your employment
12 ending?
13     A.  No.
14     Q.  Do you know the point amounts that bottle
15 girls were assigned to calculate the amount of credit
16 card tips they received after your employment ended?
17     A.  No.
18     Q.  Does Kiki determine the hourly rate of pay
19 for bussers?
20     A.  Yes.
21     Q.  Do you know who is involved in determining
22 the hourly rate of pay for bussers?
23     A.  No.
24     Q.  Do you know how Kiki determines the hourly
25 rate of pay for bussers?

1     A.  No.
2     Q.  Do you know how Kiki determines the tip
3 percentage that bottle girls receive from credit card
4 tips?
5     A.  No, I do not.
6     Q.  Do you know the tip percentages that bottle
7 girls receive from credit card tips prior to your
8 employment ending?
9     A.  No, sir.
10     Q.  Do you know the tip percentages that bottle
11 girls receive from credit card tips after your
12 employment ended?
13     A.  No.
14     Q.  Do bottle girls receive a point assignment
15 for purposes of calculating credit card tips?
16     A.  I don't know.  It says eight points here.
17     Q.  Okay.  Do you know who is involved --
18 strike that.
19         When you said it says eight points here,
20 are you saying that --
21     A.  Exhibit 2.
22     Q.  Exhibit 2.  So bottle girls receive eight
23 points?
24     A.  That's what it says on there.
25     Q.  Okay.  Do you know who is involved in

1     A.  No.
2     Q.  Do you know what the hourly rates of pay
3 for bussers were prior to your employment ending?
4     A.  No, I don't recall.
5     Q.  Do you know what the hourly rates of pay
6 for bussers are after your employment at Kiki ended?
7     A.  No.
8     Q.  Does Kiki determine the commission
9 percentage that bussers receive from the service
10 charges the restaurant imposes?
11     A.  Repeat that, sir.
12     Q.  Sure.  Does Kiki determine the commission
13 percentage that bussers received from the service
14 charge the restaurant imposes?
15     A.  Yes.
16     Q.  Do you know who is involved in determining
17 the commission percentage that bussers receive from
18 the service charges?
19     A.  No.
20     Q.  Do you know how Kiki determines the
21 commission percentage that bussers receive from
22 service charges?
23     A.  No, sir.
24     Q.  Do you know what the commission percentage
25 for bussers were prior to your employment ending?

30 (Pages 114 - 117)

Page 118

1    A.  I don't recall.
2    Q.  Do you know what the commission percentage
3  for bussers are for services charges after your
4  employment ended?
5    A.  No.
6    Q.  Does Kiki determine the tip percentage that
7  bussers receive from credit card tips?
8    A.  Yes.
9    Q.  And who's involved in -- strike that.
10       Do you know who is involved in determining
11  the tip percentage that bussers receive from credit
12  card tips?
13    A.  No.
14    Q.  Do you know how Kiki determines the tip
15  percentage that bussers receive from credit card
16  tips?
17    A.  No.
18    Q.  Do you know what the tip percentages for
19  bussers were prior to your employment ending?
20    A.  No.
21    Q.  Do you know what the tip percentages were
22  for bussers from credit card tips --
23       Do you know what the tip percentages for
24  bussers were from credit card tips after your
25  employment ended?

Page 119

1    A.  No.
2    Q.  Does Kiki determine the point amount that
3  bussers are assigned to calculate the amount of
4  credit card tips they receive?
5    A.  Yes.
6    Q.  Do you know who is involved in determining
7  the point amount that bussers are assigned to
8  calculate the amount of credit card tips they
9  received?
10    A.  No.
11    Q.  Do you know how Kiki determines the point
12  amount that bussers are assigned to calculate the
13  amount of credit card tips they receive?
14    A.  No.
15    Q.  Do you know what the point amount was for
16  bussers to calculate the amount of credit card tips
17  they received prior to your employment ending?
18    A.  No.
19    Q.  Do you know what the point amount was for
20  bussers to calculate the amount of credit card tips
21  they received after your employment ended?
22    A.  No.
23    Q.  Does Kiki determine how much hourly rate
24  they're going to pay their hosts?
25    A.  Yes.

Page 120

1    Q.  Do you know who is involved in determining
2  the hourly rate of pay for hosts?
3    A.  No.
4    Q.  Do you know how Kiki determines the hourly
5  rate of pay for hosts?
6    A.  No.
7    Q.  Do you know what the hourly rates of pay
8  for hosts were prior to your employment ending?
9    A.  No.
10    Q.  Do you know what the hourly rates of pay
11  are for hosts after your employment ended?
12    A.  No.
13    Q.  Does Kiki determine the commission
14  percentage that hosts receive from the service
15  charges the restaurant imposes?
16    A.  Yes.
17    Q.  Do you know who is involved in determining
18  the commission percentage that hosts receive from the
19  service charges?
20    A.  No.
21    Q.  Do you know how Kiki determines the
22  commission percentage that hosts receive from the
23  service charges?
24    A.  No.
25    Q.  Do you know what the commission percentages

Page 121

1  were that hosts received prior to your employment
2  ending?
3    A.  No.
4    Q.  Do you know the commission percentage that
5  hosts received from service charges after your
6  employment ended?
7    A.  No.
8    Q.  Does Kiki determine the tip percentage that
9  hosts receive from credit card tips?
10    A.  Yes.
11    Q.  Who is involved in determining the tip
12  percentage -- strike that.
13       Do you know who is involved in determining
14  the tip percentage that hosts receive from credit
15  card tips?
16    A.  Repeat that.
17    Q.  Sure.  Do you know who is involved in
18  determining the tip percentage that hosts receive
19  from credit card tips?
20    A.  No.
21    Q.  Do you know how Kiki determines the tip
22  percentage that hosts receive from credit card tips?
23    A.  No.
24    Q.  Do you know what the tip percentages were
25  for hosts from the credit card tips prior to your

31 (Pages 118 - 121)

Page 122

1 employment ending?
2    A.  No.
3    Q.  Do you know what the tip percentages were
4 for hosts from credit card tips after your employment
5 ended?
6    A.  No.
7    Q.  Does Kiki determine the point amount that
8 hosts are assigned to calculate the amount of credit
9 card tips they receive?
10    A.  No.
11    Q.  Is that because hosts do not get points?
12    A.  They get points?
13    Q.  The question was: Does Kiki determine the
14 point amount that hosts are assigned to calculate the
15 amount of credit card tips they receive?  I thought I
16 you answered "no" to that.
17    A.  Oh, I'm sorry.  The answer to that is yes.
18    Q.  Do you know who was involved in determining
19 the point amount that hosts are assigned to calculate
20 the amount of credit card tips they receive?
21    A.  No, I do not.
22    Q.  Do you know how Kiki determines the point
23 amount that hosts are assigned to calculate the
24 amount of credit card tips they receive?
25    A.  No, I don't.

Page 123

1    Q.  Do you know what the point amounts were for
2 hosts to calculate their credit card tips prior to
3 your employment ending?
4    A.  No.
5    Q.  Do you know what the point amounts were for
6 hosts to calculate credit card tips after your
7 employment ended?
8    A.  No.
9    Q.  Does Kiki determine the hourly rate of pay
10 for dockmasters?
11    A.  Yes.
12    Q.  Do you know who was involved in determining
13 the hourly rates of pay for dockmasters?
14    A.  No.
15    Q.  Do you know how Kiki determines the hourly
16 rates of pay for dockmasters?
17    A.  No.
18    Q.  Do you know what the hourly rates of pay
19 for dockmasters were prior to your employment ending?
20    A.  No.
21    Q.  Do you know what the hourly rates of pay
22 for dockmasters are after your employment ended?
23    A.  No.
24    Q.  Does Kiki determine the commission
25 percentage that dockmasters receive from the service

Page 124

1 charges the restaurant imposes?
2    A.  Repeat that, please.
3    Q.  Sure.  Does Kiki determine the commission
4 percentage that dockmasters receive from the service
5 charges the restaurant imposes?
6    A.  Yes.
7    Q.  Do you know who was involved in determining
8 the commission percentage that dockmasters received
9 from the service charges?
10    A.  No.
11    Q.  Do you know how Kiki determines the
12 commission percentage that dockmasters receive from
13 service charges?
14    A.  No.
15    Q.  Do you know what the commission percentages
16 for dockmasters were from the service charges prior
17 to your employment ending?
18    A.  No.
19    Q.  Do you know what the commission percentages
20 for dockmasters were from the service charges after
21 your employment ended?
22    A.  No.
23    Q.  Does Kiki determine the tip percentages
24 that dockmasters receive from credit card tips?
25    A.  No.

Page 125

1       I'm sorry, what was that question again?
2    Q.  You want to take a break?
3    A.  Yeah.
4 (Recess was held from 12:44 p.m. until 12:56 p.m.)
5       (Requested portion read back.)
6 BY MR. VELAZQUEZ:
7    Q.  Mr. Collado, are you ready to move forward?
8    A.  Yes, sir.
9    Q.  Excellent.  So does Kiki determine the tip
10 percentage that dockmasters receive from credit card
11 tips?
12    A.  Yes.
13    Q.  Do you know who is involved in determining
14 the tip percentages that dockmasters receive from
15 credit card tips?
16    A.  No.
17    Q.  Do you know how Kiki determines the tip
18 percentage that dockmasters receive from credit card
19 tips?
20    A.  No.
21    Q.  Do you know what the tip percentage was for
22 dockmasters from credit card tips prior to your
23 employment ending?
24    A.  No.
25    Q.  Do you know what the tip percentages were

32 (Pages 122 - 125)

Page 126

1  for dockmasters from credit card tips after your
2  employment ended?
3      A.  No.
4      Q.  Does Kiki determine how much they're going
5  to pay food runners per hour?
6      A.  Yes.
7      Q.  Do you know who is involved in determining
8  the hourly rate of pay for food runners?
9      A.  No.
10     Q.  Do you know how Kiki determines the hourly
11 rate of pay for food runners?
12     A.  No.
13     Q.  Do you know what the hourly rates of pay
14 for food runners were prior to your employment
15 ending?
16     A.  No.
17     Q.  Do you know what the hourly rates of pay
18 for food runners were after your employment ended?
19     A.  No.
20     Q.  Does Kiki determine the commission
21 percentage that food runners receive from the service
22 charges the restaurant imposes?
23     A.  Yes.
24     Q.  Do you know who is involved in determining
25 the commission percentage that food runners receive

Page 127

1  from the service charges?
2      A.  No.
3      Q.  Do you know how Kiki determines the
4  commission percentage that food runners receive from
5  the service charges?
6      A.  No.
7      Q.  Do you know what the commission percentages
8  were for food runners from the service charges prior
9  to your employment ending?
10     A.  No.
11     Q.  Do you know what the commission percentages
12 were for food runners from the service charges after
13 your employment ended?
14     A.  No.
15     Q.  Does Kiki determine the tip percentage that
16 food runners receive from credit card tips?
17     A.  Yes.
18     Q.  Do you know who is involved in determining
19 the tip percentages that food runners receive from
20 credit card tips?
21     A.  No.
22     Q.  Do you know how Kiki determines the tip
23 percentage that food runners receive from credit card
24 tips?
25     A.  No.

Page 128

1      Q.  Do you know what the tip percentages were
2  for food runners from the credit card tips prior to
3  your employment ending?
4      A.  No.
5      Q.  Do you know what the tip percentages were
6  for food runners from credit card tips after your
7  employment ended?
8      A.  No.
9      Q.  Does Kiki determine the point amount that
10 food runners are assigned to calculate the amount of
11 credit card tips they receive?
12     A.  Yes.
13     Q.  Who is involved in determining the point
14 amount that food runners are assigned to calculate --
15 strike that.
16         Do you know who is involved in determining
17 the point amount that food runners are assigned to
18 calculate the amount of credit card tips they
19 receive?
20     A.  No, I do not.
21     Q.  Do you know how Kiki determines the point
22 amount that food runners are assigned to calculate
23 the amount of credit card tips they receive?
24     A.  No.
25     Q.  Do you know the point amounts that

Page 129

1  food runners were assigned to calculate the amount of
2  credit card tips they received prior to your
3  employment ending?
4      A.  No.
5      Q.  Do you know the point amounts that
6  food runners were assigned to calculate the amount of
7  credit card tips they received after your employment
8  ended?
9      A.  No.
10     Q.  Does Kiki determine the hourly rate of pay
11 for barbacks?
12     A.  Yes.
13     Q.  Do you know who is involved in determining
14 the hourly rate of pay for barbacks?
15     A.  No.
16     Q.  Do you know how Kiki determines the hourly
17 rate of pay for barbacks?
18     A.  No.
19     Q.  Do you know what the hourly rate of pay was
20 for barbacks prior to your employment ending?
21     A.  No.
22     Q.  Do you know what the hourly rates of pay
23 for barbacks were after your employment at Kiki's
24 ended?
25     A.  No.

33 (Pages 126 - 129)

Page 130

1    Q.  Does Kiki determine the commission
2  percentage that barbacks receive from the service
3  charges the restaurant imposes?
4    A.  Yes.
5    Q.  Do you know who is involved in determining
6  the commission percentage that barbacks receive from
7  the service charges?
8    A.  No.
9    Q.  Do you know how Kiki determines the
10  commission percentage that barbacks receive from the
11  service charges?
12    A.  No.
13    Q.  Do you know what the commission percentages
14  were for barbacks for service charges prior to your
15  employment ending?
16    A.  No, sir.
17    Q.  Do you know what the commission percentages
18  were for barbacks from service charges after your
19  employment ended?
20    A.  No.
21    Q.  Does Kiki determine the tip percentage that
22  barbacks receive from credit card tips?
23    A.  What was that?
24    Q.  Does Kiki determine the tip percentage that
25  barbacks receive from credit card tips?

Page 131

1    A.  Yes.
2    Q.  Do you know who is involved in determining
3  the tip percentage that barbacks receive from credit
4  card tips?
5    A.  No.
6    Q.  Do you know how Kiki determines the tip
7  percentage that barbacks receive from credit card
8  tips?
9    A.  No.
10    Q.  Do you know what the tip percentages were
11  for barbacks from credit card tips prior to your
12  employment ending?
13    A.  No.
14    Q.  Do you know what the tip percentages were
15  for barbacks from credit card tips after your
16  employment ended?
17    A.  No.
18    Q.  Okay.  Let's break for lunch.
19   (Recess was held from 1:02 p.m. until 1:51 p.m.)
20  BY MR. VELAZQUEZ:
21    Q.  Mr. Collado, did any employee or
22  representative of Kiki that is prohibited from
23  receiving tips take cash tips from the captain?
24    A.  No.
25    Q.  Did any employee or representative of Kiki

Page 132

1  that is prohibited from receiving tips take cash tips
2  from servers?
3    A.  No.
4    Q.  Did any employee or representative of Kiki
5  that is prohibited from receiving tips take cash tips
6  from bartenders?
7    A.  No.
8    Q.  Did any employee or representative of Kiki
9  that is prohibited from receiving tips take cash tips
10  from bottle girls?
11    A.  No.
12    Q.  Did any employee or representative of Kiki
13  that is prohibited from receiving tips take cash tips
14  from bussers?
15    A.  No.
16    Q.  Did any employee or representative of Kiki
17  that is prohibited from receiving tips take cash tips
18  from hosts?
19    A.  No.
20    Q.  Did any employee or representative of Kiki
21  that is prohibited from receiving tips take cash tips
22  from dockmasters?
23    A.  No.
24    Q.  Did any employee or representative of Kiki
25  that is prohibited from receiving tips take cash tips

Page 133

1  from food runners?
2    A.  No.
3    Q.  Did any employee or representative of Kiki
4  that is prohibited from receiving tips take cash tips
5  from barbacks?
6    A.  No.
7    Q.  Did any owner of Kiki take cash tips from
8  captains?
9    A.  No.
10    Q.  Did any owner of Kiki take cash tips from
11  servers?
12    A.  No.
13    Q.  Did any owner of Kiki take cash tips from
14  bartenders?
15    A.  No.
16    Q.  Did any owner of Kiki take cash tips from
17  bottle girls?
18    A.  No.
19    Q.  Did any owner of Kiki take cash tips from
20  bussers?
21    A.  No.
22    Q.  Did any owner of Kiki's take cash tips from
23  hosts?
24    A.  No.
25    Q.  Did any owner of Kiki's take cash tips from

34 (Pages 130 - 133)

Page 134

1 dockmasters?
2    A.  No.
3    Q.  Did any owner of Kiki's take cash tips from
4 food runners?
5    A.  No.
6    Q.  Did any owner of Kiki's take cash tips from
7 barbacks?
8    A.  No.
9    Q.  Did Roman Jones or Sia Hemmati take cash
10 tips from captains?
11    A.  No.
12    Q.  Did Roman Jones or Sia Hemmati take cash
13 tips from servers?
14    A.  No.
15    Q.  Did Roman Jones or Sia Hemmati take cash
16 tips from bartenders?
17    A.  No.
18    Q.  Did Roman Jones or Sia Hemmati take cash
19 tips from bottle girls?
20    A.  No.
21    Q.  Did Roman Jones or Sia Hemmati take cash
22 tips from bussers?
23    A.  No.
24    Q.  Did Roman Jones or Sia Hemmati take cash
25 tips from hosts?

Page 135

1    A.  No.
2    Q.  Did Roman Jones or Sia Hemmati take cash
3 tips from dockmasters?
4    A.  No.
5    Q.  Did Roman Jones or Sia Hemmati take cash
6 tips from food runners?
7    A.  No.
8    Q.  Did Roman Jones or Sia Hemmati take cash
9 tips from barbacks?
10    A.  No.
11    Q.  Did any Kiki manager take cash tips from
12 captains?
13    A.  No.
14    Q.  Did any Kiki manager take cash tips from
15 servers?
16    A.  No.
17    Q.  Did any Kiki manager take cash tips from
18 bartenders?
19    A.  No.
20    Q.  Did any Kiki manager take cash tips from
21 bottle servers?
22    A.  No.
23    Q.  Strike that.
24        Did any Kiki manager take cash tips from
25 bottle girls?

Page 136

1    A.  No.
2    Q.  Did any Kiki manager take cash tips from
3 bussers?
4    A.  No.
5    Q.  Did any Kiki manager take cash tips from
6 hosts?
7    A.  No.
8    Q.  Did any Kiki manager take cash tips from
9 dockmasters?
10    A.  No.
11    Q.  Did any Kiki manager take cash tips from
12 food runners?
13    A.  No.
14    Q.  Did any Kiki manager take cash tips from
15 barbacks?
16    A.  No.
17    Q.  Do you have any knowledge of cash tips
18 being unlawfully taken from any tipped employee?
19    A.  No.
20    Q.  Prior to the filing of this lawsuit, have
21 you ever heard of RJ River, LLC?
22    A.  No.
23    Q.  Do you know what RJ River, LLC is?
24    A.  Roman Jones.
25    Q.  Do you know what the company is, RJ River,

Page 137

1 LLC?  Do you know what the company is?
2    A.  No, sir.
3    Q.  Do you know what the company RJ River, LLC
4 does?
5    A.  No.
6    Q.  Do you know what type of a business
7 RJ River, LLC is?
8    A.  No.
9    Q.  Do you know the ownership structure of
10 RJ River, LLC?
11    A.  No.
12    Q.  Do you know who the owners of RJ River, LLC
13 are?
14    A.  I know it's Roman Jones.  I don't know if
15 there's anybody else in there.
16    Q.  How do you know that Roman Jones is one of
17 the owners of RJ River, LLC?
18    A.  Because it's RJ, Roman Jones, isn't it?
19    Q.  So you're assuming because the business is
20 named RJ River, LLC, that the "RJ" stands for
21 Roman Jones?
22    A.  Yes, sir.
23    Q.  Do you have any other facts that will
24 support your suggestion that Roman Jones is an owner
25 of RJ River, LLC?

35 (Pages 134 - 137)

Page 138

1   A.  No.
2   Q.  Do you know who the officers of RJ River,
3 LLC are?
4   A.  No, I don't even know who RJ River is,
5 except for it popped up all of a sudden that
6 Roman Jones is involved.
7   Q.  Do you know if RJ River, LLC has a business
8 relationship with Kiki On the River?
9   A.  No.
10   Q.  Do you know if Roman Jones has a position
11 with RJ River, LLC?
12   A.  No.
13   Q.  Do you know if Roman Jones is an employee
14 of RJ River, LLC?
15   A.  No, I don't know.
16   Q.  Does Roman Jones have any duties associated
17 with RJ River?
18   A.  I don't know.
19   Q.  Do you have any knowledge of facts that
20 Roman Jones has duties associated with RJ River?
21   A.  I don't know.
22   Q.  I'm sorry?
23   A.  I don't know.
24   Q.  But do you have any knowledge of any facts
25 that Roman Jones has duties associated with RJ River?

Page 139

1   A.  Repeat the question, please.
2   MR. VELAZQUEZ:  Can you repeat the
3   question, Madam Court Reporter?
4   (Requested portion read back.)
5   A.  No.
6 BY MR. VELAZQUEZ:
7   Q.  Does Roman Jones have any responsibilities
8 associated with RJ River, LLC?
9   A.  I don't even know who RJ River, LLC is.
10   Q.  Okay.  So that's not what I'm asking you.
11 I'm asking you if Roman Jones has any responsi- --
12 whether you --
13   A.  I don't know.
14   Q.  Do you have any knowledge of facts that
15 Roman Jones has responsibilities associated with
16 RJ River, LLC?
17   A.  No.
18   Q.  Does RJ River have any employees?
19   A.  I don't know.
20   Q.  Do you have any knowledge -- do you have
21 any knowledge of facts that RJ River has employees?
22   A.  I don't know.
23   Q.  Pardon me?
24   A.  No, I don't.
25   Q.  Okay.

Page 140

1   A.  Google.
2   Q.  Is RJ River, LLC involved in the collection
3 of credit card tips from Kiki On the River?
4   A.  I wouldn't know.
5   Q.  Do you have knowledge of any facts that
6 RJ River, LLC is involved in the collection of credit
7 card tips from Kiki On the River?
8   A.  I wouldn't know.
9   Q.  Do you have any knowledge of any facts that
10 RJ River is involved in the collection of credit card
11 tips from Kiki On the River?
12   A.  No, I don't.
13   Q.  Does anyone employed with RJ River collect
14 credit card tips for Kiki On the River?
15   A.  I don't know.
16   Q.  Do you have knowledge of any facts that
17 anyone employed at RJ River collects credit card tips
18 for Kiki On the River?
19   A.  No.
20   Q.  Is RJ River, LLC involved in the
21 collection -- strike that.
22   Is anyone employed with RJ River, LLC --
23   Do you have knowledge of any facts that
24 anyone employed with RJ River, LLC has collected
25 cash tips from tipped employees at Kiki On the

Page 141

1 River?
2   A.  Can we take a second?
3   Q.  Sure.
4   (Discussion off the record.)
5   MR. VELAZQUEZ:  Can you read back for me,
6   please?
7   (Requested portion read back.)
8   A.  The answer is no.
9 BY MR. VELAZQUEZ:
10   Q.  Does anyone employed with RJ River collect
11 cash tips from Kiki On the River?
12   A.  I don't know.
13   Q.  Do you have knowledge of any facts from
14 anyone employed with RJ River collecting cash tips
15 from Kiki On the River?
16   A.  No.
17   Q.  Do you have knowledge of any facts of
18 anyone associated or working with RJ River taking
19 cash tips from any tipped employee at Kiki On the
20 River?
21   A.  No.
22   Q.  Is RJ River involved in the processing of
23 credit card tips from Kiki On the River?
24   A.  I don't know.
25   Q.  Do you have any knowledge of facts that

Page 142

1 RJ River's involved in the processing of credit card
2 tips for Kiki On the River?
3    A. No.
4    Q. Does anyone employed with RJ River process
5 credit card tips from Kiki On the River?
6    A. I don't know.
7    Q. Do you have knowledge of any facts of
8 anyone employed with RJ River processing credit card
9 tips from Kiki On the River?
10    A. No.
11    Q. Is RJ River, LLC involved in the processing
12 of cash tips from Kiki On the River?
13    A. No.
14    Q. Does anyone employed with RJ River process
15 cash tips from Kiki On the River?
16    A. No.
17    Q. Is RJ River, LLC involved in the
18 distribution of credit card tips from Kiki On the
19 River?
20    A. I don't know.
21    Q. Do you have knowledge of any facts that
22 RJ River is involved in the distribution of credit
23 card tips from Kiki On the River?
24    A. No.
25    Q. Does anyone employed with RJ River

Page 143

1 distribute credit card tips from Kiki On the River?
2    A. I don't know.
3    Q. Do you have knowledge of any facts that
4 anyone employed with RJ River distributes credit card
5 tips from Kiki On the River?
6    A. No.
7    Q. Is RJ River, LLC involved in the
8 distribution of cash tips from Kiki On the River?
9    A. No.
10    Q. Does anyone employed with RJ River
11 distribute cash tips from Kiki On the River?
12    A. No.
13    Q. Is RJ River, LLC involved in the hiring of
14 employees at Kiki On the River?
15    A. I don't know.
16    Q. Do you have knowledge of any facts that
17 RJ River is involved in the hiring of employees on
18 Kiki On the River?
19    A. No.
20    Q. Does anyone employed with RJ River hire
21 Kiki employees?
22    A. I don't know.
23    Q. Do you have knowledge of any facts that
24 anyone employed with RJ River hire Kiki employees?
25    A. No.

Page 144

1    Q. Is RJ River involved in the firing of
2 employees at Kiki On the River?
3    A. I don't know.
4    Q. Do you have knowledge of any facts that
5 RJ River is involved in the firing of employees at
6 Kiki On the River?
7    A. No.
8    Q. Does anyone employed with RJ River fire
9 Kiki employees?
10    A. I don't know.
11    Q. Do you have knowledge of any facts that
12 anyone employed with RJ River fires Kiki employees?
13    A. No.
14    Q. Is RJ River involved in the discipline of
15 employees at Kiki On the River?
16    A. I don't know.
17    Q. Do you have knowledge of any facts of
18 RJ River being involved in the discipline of
19 employees at Kiki On the River?
20    A. No.
21    Q. Does anyone employed by RJ River discipline
22 Kiki employees?
23    A. I don't know.
24    Q. Do you have knowledge of any facts that
25 anyone employed with RJ River disciplines Kiki

Page 145

1 employees?
2    A. No.
3    Q. Is RJ River involved in the supervision of
4 employees at Kiki On the River?
5    A. I don't know.
6    Q. Do you have knowledge of any facts of
7 RJ River being involved in the supervision of
8 employees at Kiki On the River?
9    A. No.
10    Q. Does anyone employed with RJ River
11 supervise the work of Kiki employees?
12    A. I can't answer that question because I
13 don't know who -- RJ I'm saying is Roman Jones. It
14 says RJ River and Roman Jones. Is it the same
15 person?
16    Q. Are you referring to the complaint?
17    A. Yeah, I'm reading this here.
18    Q. The complaint names three defendants, one
19 of them is 450 North River Drive, doing business as
20 Kiki On the River. The other one is RJ River, LLC.
21 And the third defendant is Roman Jones. So
22 Roman Jones and RJ River, LLC are two distinct --
23    A. Okay. Just go back to the last question,
24 please.
25       MR. VELAZQUEZ: Madam Court Reporter.

37 (Pages 142 - 145)

Page 146

1        (Requested portion read back.)
2     A.  I don't know.
3  BY MR. VELAZQUEZ:
4     Q.  Do you have knowledge of any facts that
5  anyone employed with RJ River supervises the work of
6  Kiki employees?
7     A.  No.
8     Q.  Is RJ River, LLC involved in the
9  preparation of work schedules of employees at Kiki On
10  the River?
11     A.  I don't know.
12     Q.  Do you have knowledge of any facts that
13  anyone at RJ River is involved in the preparation of
14  work schedules for employees at Kiki On the River?
15     A.  No.
16     Q.  Does anyone employed by RJ River prepare
17  the work schedules of Kiki employees?
18     A.  I don't know.
19     Q.  Do you have knowledge of any facts that
20  anyone employed with RJ River prepares the work
21  schedules of Kiki employees?
22     A.  No.
23     Q.  Is RJ River, LLC involved in controlling
24  the conditions of employment -- of employees at Kiki
25  On the River?

Page 147

1     A.  I don't know.
2     Q.  Do you have knowledge of any facts that
3  RJ River is involved in controlling the conditions of
4  employment of employees at Kiki On the River?
5     A.  No.
6     Q.  Does anyone employed with RJ River control
7  the conditions of employment of Kiki employees?
8     A.  I don't know.
9     Q.  Do you have knowledge of any facts that
10  anyone employed with RJ River controls the conditions
11  of employment of Kiki employees?
12     A.  No.
13     Q.  Is RJ River involved in determining the
14  rate of pay of Kiki employees?
15     A.  I don't know.
16     Q.  Do you have knowledge of any facts that
17  any -- that RJ River is involved in determining the
18  rate of pay of employees at Kiki On the River?
19     A.  No.
20     Q.  Does anyone employed with RJ River
21  determine the rate of pay of Kiki employees?
22     A.  I don't know.
23     Q.  Do you have knowledge of any facts that
24  anyone employed with RJ River determines the rate of
25  pay of Kiki employees?

Page 148

1     A.  No.
2     Q.  Is RJ River, LLC involved in determining
3  how Kiki employees are paid?
4     A.  I don't know.
5     Q.  Do you have knowledge of any facts that
6  RJ River is involved in determining how Kiki
7  employees are paid?
8     A.  No.
9     Q.  Does anyone employed with RJ River
10  determine how Kiki employees are paid?
11     A.  I don't know.
12     Q.  Do you have knowledge of any facts that
13  anyone employed with RJ River determines how Kiki
14  employees are paid?
15     A.  No.
16     Q.  Is RJ River involved in maintaining Kiki's
17  employment records?
18     A.  I don't know.
19     Q.  Do you have knowledge of any facts that
20  RJ River is involved in maintaining Kiki's employment
21  records?
22     A.  No.
23     Q.  Does anyone employed with RJ River maintain
24  Kiki's employment records?
25     A.  I don't know.

Page 149

1     Q.  Do you have knowledge of any facts of
2  anyone employed with RJ River maintaining Kiki's
3  employment records?
4     A.  No.
5     Q.  Do you know if Roman Jones has a position
6  with Kiki On the River?
7     A.  Yes.
8     Q.  And how do you know that Roman Jones has a
9  position with Kiki On the River?
10     A.  I worked there for five years.
11     Q.  Okay.  What is Roman Jones' position with
12  Kiki On the River?
13     A.  He is an owner.
14     Q.  Do you know if Roman Jones is also an
15  employee of Kiki On the River?
16     A.  He is an owner.  Yes, he -- he's employed
17  there.  I mean, an owner is a partner of a business.
18  Employee and owner.
19     Q.  So is it your testimony that you're
20  assuming that because you believe Roman Jones is an
21  owner, that he's also an employee of Kiki?
22     A.  That's a trick question.  I own the place,
23  but am I an employee of it?
24     Q.  That's not the question.  I asked you
25  first:  Is Roman Jones an owner of Kiki?

38 (Pages 146 - 149)

Page 150

1    A.  Yes.
2    Q.  And now I'm asking you:  Is Roman Jones an
3 employee of Kiki?
4    A.  I will say yes to that.
5    Q.  And how do you know Roman Jones is an
6 employee of Kiki?
7    A.  Why?
8    Q.  How do you know that he is an employee of
9 Kiki's?
10   A.  Because I worked there five years, that's
11 all I know.
12   Q.  And what about you working there for five
13 years led you to believe that Roman Jones is an
14 employee of Kiki?
15   A.  All right.  So he's an owner and he's not
16 an employee then.
17   Q.  Okay.  Does Roman Jones have any duties
18 associated with Kiki On the River?
19   A.  Not any specific duties, that I know of.
20   Q.  Does Roman Jones have any responsibilities
21 associated with Kiki On the River?
22   A.  Yes.
23   Q.  And what are the responsibilities that you
24 believe Roman Jones has with Kiki On the River?
25   A.  Maintaining an image for the restaurant and

Page 151

1 ran ideas, innovation of the restaurant, making it
2 different, and bringing in high-end clientele.
3    Q.  Any other responsibilities that you believe
4 Roman Jones has with Kiki On the River other than the
5 ones that you've just identified?
6    A.  No.
7    Q.  And how do you know that those are
8 responsibilities that Roman Jones has at Kiki On the
9 River, the ones that you've just identified?
10   A.  Because also he would do every week, the
11 same thing over and over again.  He comes up with
12 something new, bringing in his high-end clients from
13 his Rolodex of nightclub life, and making people
14 spend money.
15   Q.  Okay.  Outside of the responsibilities you
16 just mentioned, any other responsibilities?
17   A.  That I know of, that's it.
18   Q.  Okay.  Is Roman Jones involved in the
19 collection of credit card tips from Kiki On the
20 River?
21   A.  No.
22   Q.  Is Roman Jones involved in the collection
23 of cash tips from Kiki On the River customers?
24   A.  No.
25   Q.  Is Roman Jones involved in the collection

Page 152

1 of cash tips at all from Kiki On the River?
2    A.  No.
3    Q.  Is Roman Jones involved in the processing
4 of credit card tips from Kiki On the River customers?
5    A.  No.
6    Q.  Is Roman Jones involved in the distribution
7 of credit card tips from Kiki On the River customers?
8    A.  I'll have to say yes to that.
9    Q.  And how do you know that Roman Jones is
10 involved in the distribution of credit card tips from
11 Kiki On the River customers?
12   A.  Because he told me himself.
13   Q.  What did Roman Jones tell you in relation
14 to him allegedly being involved in the distribution
15 of credit card tips?
16   A.  He said he was going to give us 50 percent
17 of whatever additional tips we receive.
18   Q.  And that was pertaining to the testimony
19 that you provided earlier?
20   A.  Yes.
21   Q.  And that was the 50 percent that was
22 never -- never came to fruition; is that correct?
23   A.  Yes.
24   Q.  Other than that testimony that you provided
25 earlier, do you have any knowledge of facts that

Page 153

1 Roman Jones is involved in the distribution of credit
2 card tips from Kiki On the River customers?
3    A.  No.
4    Q.  And to be clear, your prior testimony was
5 that that was a suggestion of Roman Jones; is that
6 correct?
7    A.  Yes, he was going to mention it in the
8 meeting.
9    Q.  Okay.
10   A.  Weekly meetings.
11   Q.  I'm sorry?
12   A.  They have a weekly meeting on Wednesdays.
13   Q.  Is Roman Jones involved in the hiring of
14 employees at Kiki On the River?
15   A.  I think from time to time he would refer
16 somebody.
17   Q.  It's your testimony that Roman Jones would
18 refer somebody to be considered for employment at
19 Kiki On the River?
20   A.  Yes.
21   Q.  Okay.  And do you know if Roman Jones is
22 actually involved in the decision-making as it
23 relates to hiring at Kiki On the River?
24   A.  Well, I'm not a hundred percent sure, no.
25   Q.  Do you have knowledge of any facts that

39 (Pages 150 - 153)

Page 154

1 Roman Jones is involved in the hiring of employees at
2 Kiki On the River?
3    A.   No.
4    Q.   Is Roman Jones involved in the firing of
5 employees at Kiki On the River?
6    A.   Not personally, no.
7    Q.   Is Roman Jones involved in the disciplining
8 of employees at Kiki On the River?
9    A.   Not personally, no.  Or not directly, I
10 mean.
11       MR. VELAZQUEZ:  Can you go back two
12 questions, please, Madam Court Reporter?
13       (Requested portion read back.)
14 BY MR. VELAZQUEZ:
15    Q.   What do you mean by your answer as it
16 relates to Roman Jones being involved in the firing
17 of employees when you say "not personally"?
18    A.   Well, indirectly, I'd say.
19    Q.   And how do you know that Roman Jones is
20 indirectly involved in the firing of employees at
21 Kiki On the River?
22    A.   Well, if you're -- if somebody gets, like,
23 let's say a client doesn't -- he says -- let's say
24 I'm a captain, right, for example, and I piss off one
25 of his clients, spent a lot of money, and there's a

Page 155

1 disciplinary action that may come down the line.  And
2 once it gets -- they'll contact him, let him know
3 what happened or whatever, and there will be some
4 disciplinary action coming down the pipeline.  So he
5 will send the word in.  It will happen.  But
6 directly, he won't come directly to you and tell you
7 you're fired; he will just come around the corner.
8    Q.   Do you know of Roman Jones ever terminating
9 an employee at Kiki On the River?
10    A.   Personally, no.  Directly, no.
11    Q.   Do you know of Roman Jones ever indirectly
12 firing an employee at Kiki On the River?
13    A.   I think yes.
14    Q.   Who?
15    A.   It was, let's see -- I know the reason.  I
16 don't know who.
17    Q.   So what was the alleged reason that you
18 claim Roman Jones was indirectly involved in the
19 firing of an employee at Kiki On the River?
20    A.   A captain told the guest to tip in cash and
21 not put it on the credit card because they won't get
22 the tip.  I can find out who it was, the person, but
23 I can't remember.  I don't recall who it was exactly
24 right now.
25    Q.   And when did this alleged incident occur?

Page 156

1    A.   While I was working there.
2    Q.   You worked there for a long time.  What
3 month and year did the alleged incident occur?
4    A.   I don't recall the exact year, but if I
5 ask, I can find out.
6    Q.   So you don't know the name of the captain
7 involved, and you don't know the year that this
8 alleged incident occurred where you claim Roman Jones
9 was indirectly involved in the termination of a
10 captain?
11    A.   If you give me a little time, I will find
12 out for you.
13    Q.   Do you know right now?
14    A.   No.
15    Q.   And how do you know that Roman Jones was
16 indirectly involved in the termination of this
17 captain?
18    A.   It was one of his friends, and they
19 contacted him and let him know.
20    Q.   Were you privy to the conversation?  Strike
21 that.
22       Were you privy to this alleged
23 conversation between this friend and Roman Jones?
24    A.   No.
25    Q.   So how do you know what the friend told

Page 157

1 Roman Jones as it relates to this captain?
2    A.   Because the manager threatened everybody
3 else with that notice, all captains, put them on
4 alert.  Whoever does that again will get the same
5 results.
6    Q.   And what else did the captain say?  Strike
7 that.
8       What else did the manager say?
9    A.   That's it.  He said, "Whoever does that
10 gets fired, too, so don't do it."
11    Q.   At any point in time, did this manager
12 mention Roman Jones when he was telling people --
13 telling the captains not to ask for cash tips?
14    A.   Yes.
15    Q.   He did?
16    A.   Yes.
17    Q.   And what did he say about Roman Jones?
18    A.   He said one of Roman's friends complained
19 to him that the captain asked him for cash, and he
20 got fired.
21    Q.   Is that the only thing that the manager
22 told the captains?
23    A.   Yes.
24    Q.   Did the managers tell the captains that
25 Roman Jones said to fire the captain?

40 (Pages 154 - 157)

Page 158

1    A.  I don't know who fired the captain, but he
2  got fired.  You just don't do it.
3    Q.  The question is:  Do you know if
4  Roman Jones ever said that that captain had to be
5  fired?
6    A.  No.
7    Q.  Your response to the question pertaining to
8  discipline was the same.  Is the example that you
9  just gave as it relates to this alleged termination
10  of a captain, what you were referring to in response
11  to the discipline question?
12        MR. POLLOCK:  Object to form.
13        You can answer.
14    A.  Repeat the question, sir.
15  BY MR. VELAZQUEZ:
16    Q.  Is Roman Jones involved in the discipline
17  of employees at Kiki On the River?
18    A.  I'd say yes.
19    Q.  And what is the basis of that answer that
20  he's involved in the discipline of employees at Kiki
21  On the River?
22    A.  Well, if something is not going right, he
23  would tell the manager to -- direct the manager to
24  issue an order, and the manager would issue the
25  order.

Page 159

1    Q.  Have you ever heard Roman Jones tell a
2  manager to fire an employee?
3    A.  No.
4    Q.  Has anybody in the class told you that
5  Roman Jones instructed a manager to fire an employee?
6    A.  In the class?
7    Q.  In the class that you're representing here
8  today, has anybody in that class told you that Roman
9  Jones has instructed a manager to discipline an
10  employee?
11    A.  I don't recall.
12    Q.  Do you have knowledge of any facts
13  pertaining to someone in the class telling you that
14  Roman Jones instructed a manager to terminate an
15  employee of Kiki On the River?
16    A.  No.
17    Q.  Is Roman Jones involved in the daily
18  supervision of employees at Kiki On the River?
19    A.  No.
20    Q.  Does Roman Jones prepare the work schedules
21  of employees at Kiki On the River?
22    A.  No.
23    Q.  Is Roman Jones involved in the scheduling
24  of employees at Kiki On the River?
25    A.  No.

Page 160

1    Q.  Does Roman Jones control the day-to-day
2  conditions of employment -- of employees at Kiki On
3  the River?
4    A.  No.
5        MR. POLLOCK:  Form.
6        MR. VELAZQUEZ:  What was the problem with
7    the question?
8        MR. POLLOCK:  You said did Roman Jones
9    control the day-to-day conditions of employment.
10    I don't know if he necessarily knows what
11    conditions of employment means, and so the
12    question is vague and broad.
13  BY MR. VELAZQUEZ:
14    Q.  When you were employed at Kiki On the
15  River, you saw Roman Jones at the restaurant?
16    A.  Yes.
17    Q.  And what would Roman Jones do at the
18  restaurant?
19    A.  Most nights he's like a host.  And he's a
20  special character.
21    Q.  And when you say he is a host, was Roman
22  Jones interacting with the guests?
23    A.  Yes.
24    Q.  While you see Roman Jones, while you were
25  employed at Kiki On the River, did you ever see him

Page 161

1  specifically directing the work of employees?
2    A.  It depends.
3    Q.  Who handles the work of employees at Kiki
4  On the River on a regular shift?
5    A.  The manager on duty.
6    Q.  And your prior testimony was that when
7  Roman Jones was at the restaurant, he's a host,
8  correct?
9    A.  Yeah, not a host, like a doorman, but he
10  will greet, talk to the guests, send them a round of
11  drinks.  You know, be a host, like hospitality, the
12  host.
13    Q.  And when you see Roman Jones, is he
14  directing the work of Kiki employees as his primary
15  responsibility when he's at Kiki On the River?
16    A.  No, no, he's like a -- he acts like a
17  customer.
18    Q.  Is Roman Jones involved in determining the
19  rate of pay of employees at Kiki On the River?
20    A.  Yes.
21    Q.  And how do you know that Roman Jones is
22  involved in determining the rate of pay of Kiki On
23  the River?
24    A.  Well, he told me himself he's going to make
25  a suggestion, so he has some kind of influence.

41 (Pages 158 - 161)

Page 162

1     Q.   And the suggestion you're talking about is
2  the testimony that you previously provided?
3     A.   Yes.
4     Q.   And outside of that, you don't have any
5  knowledge of any facts that Roman Jones is involved
6  in determining the rate of pay of employees at Kiki
7  On the River?
8     A.   No.
9          MR. REISS:  It's not clear.
10         MR. VELAZQUEZ:  Can you read back the
11  question and answer, please?
12         (Requested portion read back.)
13         MR. REISS:  It's up to you.  It could be
14  more clear.  I'm sorry I interrupted.
15         MR. VELAZQUEZ:  Let's take a moment.
16  (Recess was held from 2:32 p.m. until 2:39 p.m.)
17  BY MR. VELAZQUEZ:
18     Q.   Mr. Collado, outside the testimony
19  that you've previously provided regarding Mr. Jones
20  suggesting increasing the captain's tip percentage to
21  50 percent, do you have any knowledge of facts that
22  Roman Jones is involved in determining the rate of
23  pay of employees at Kiki On the River?
24     A.   Besides that, no.
25     Q.   What is your understanding based on your

Page 163

1  personal observation while you were employed at Kiki
2  of Roman Jones' day-to-day involvement in the
3  operations of Kiki On the River?
4     A.   Day to day, he's not involved.
5     Q.   Your answer was that he was not involved?
6     A.   Not on the day-to-day operations, no.
7     Q.   Okay.  Is Roman Jones involved in
8  maintaining Kiki's employment records?
9     A.   No.
10    Q.   During your employment at Kiki On the
11  River, were credit card tips distributed to the
12  tipped employees on their payroll checks?
13    A.   Yes.
14    Q.   Were credit card tips distributed to tipped
15  employees in any other matter?
16    A.   No.
17    Q.   Do you know the names of the employees that
18  processed the payroll for Kiki On the River during
19  your employment?
20    A.   One of them passed away, that was the
21  beginning.  The name was John.  John, he was a very
22  nice gentleman.  He passed away during COVID.  And
23  then after that --
24    Q.   Is the John you're referring to John
25  Langout?

Page 164

1     A.   Yeah, I believe that was the last name,
2  yes.
3     Q.   And it's your testimony that John Langout
4  was involved in processing the payroll of Kiki On the
5  River employees?
6     A.   In the beginning, yes, for a few years.
7  Then he got sick, then somebody else took over.
8     Q.   How long was John Langout processing
9  payroll for Kiki On the River during your employment?
10    A.   About three years.
11    Q.   So, approximately, from 2017 to 2020?
12    A.   Yeah, like mid '19.  '19.
13    Q.   And do you know who replaced John?
14    A.   There's a few people in the office.  I
15  can't -- I can't really.  I don't know what
16  everybody's duties were.  I know they have a CFO now.
17  Just . . . I don't know his name.  I have his name on
18  the back of my head.
19    Q.   And do you know what John Langout's duties
20  at Kiki On the River were while he was employed
21  there?
22    A.   Well, he was -- he was in the office, I
23  guess.  He would count the money that came in at the
24  end, daily.  And to be honest with you, I don't know
25  his exact duties.  I can't really -- I know I went to

Page 165

1  the office.  He was the one to talk to when you had a
2  problem with your paycheck or something like that.
3     Q.   The original question was the name of the
4  employees that processed payroll for Kiki On the
5  River during your employment.
6     A.   Or ADP or something like that?
7     Q.   Okay.  So do you know the name of the
8  employee at Kiki On the River that would process
9  payroll during your employment?
10    A.   Petra.
11         Can I use my phone for a second to pull
12  out a name?
13         MR. POLLOCK:  No.
14    A.   I can't remember his name.  I can't
15  remember.  I don't recall.
16    Q.   And how do you know that Petra processed
17  payroll for Kiki On the River during your employment?
18    A.   Well, there's only two people in the
19  office, so . . .
20    Q.   Do you have any firsthand actual knowledge
21  that Petra processed payroll for Kiki On the River
22  during your employment?
23    A.   No, I do not.
24    Q.   Do you know who processed payroll for Kiki
25  On the River during your employment?

Page 166

1    A.  No.
2    Q.  Do you know if after your employment ended
3  with Kiki, credit card tips that the customers left
4  were distributed to tipped employees on their payroll
5  check?
6    A.  Yes.
7    Q.  Do you know who processed payroll for Kiki
8  On the River after your employment ended?
9    A.  No.
10    Q.  Did anyone employed with RJ River process
11  payroll for Kiki On the River during your employment?
12    A.  Repeat the question.
13    Q.  Did anyone employed with RJ River process
14  payroll for Kiki On the River during your employment?
15    A.  I wouldn't know.
16    Q.  Do you have knowledge of any facts that
17  anyone employed with RJ River processed payroll for
18  Kiki On the River during your employment?
19    A.  No.
20    Q.  Did anyone employed with RJ River process
21  payroll for Kiki On the River after your employment
22  ended?
23    A.  I don't know.
24    Q.  Do you have knowledge of any facts that
25  anyone employed with RJ River processed payroll for

Page 167

1  Kiki On the River after your employment ended?
2    A.  I wouldn't know.  The answer is no.
3    Q.  Okay.  Do you know how Kiki On the River
4  processed payroll during your employment?
5    A.  No.
6    Q.  Do you know how Kiki On the River processed
7  the credit card tip portion of payroll during your
8  employment?
9    A.  No.
10    Q.  Do you know who processed the credit card
11  tip portion of payroll for Kiki On the River during
12  your employment?
13    A.  No.
14    Q.  I believe you testified earlier that the
15  distribution of credit card tips at Kiki's depended
16  on percentages that were allocated and points that
17  were given to tipped employees; is that correct?
18    A.  Yeah.
19    Q.  And did the amount of credit card tip that
20  each tipped employee received during your employment
21  at Kiki On the River vary depending on the percentage
22  and the point that would be allocated to a particular
23  position?
24    A.  Yes.
25    Q.  Do you have any independent recollection of

Page 168

1  the credit card tip percentages that were allocated
2  during your employment to the following positions?
3      Captains.
4    A.  No.
5    Q.  Servers.
6    A.  No.
7    Q.  Bartenders.
8    A.  Repeat the question again.
9      MR. VELAZQUEZ:  Can you read that back,
10  Madam Court Reporter?
11      (Requested portion read back.)
12    A.  No.
13  BY MR. VELAZQUEZ:
14    Q.  Bottle girls.
15    A.  No.
16    Q.  Bussers.
17    A.  No.
18    Q.  Hosts.
19    A.  No.
20    Q.  Dockmasters.
21    A.  No.
22    Q.  Food runners.
23    A.  No.
24    Q.  Barbacks.
25    A.  No.

Page 169

1    Q.  Do you know how Kiki On the River processes
2  payroll after your employment ended?
3    A.  No.
4    Q.  Do you know how Kiki processes credit
5  card -- strike that.
6      Do you know how Kiki processes the credit
7  card tip portion of its payroll after your
8  employment ended?
9    A.  No.
10    Q.  Do you know who processed the credit card
11  tip portion of Kiki's payroll after your employment
12  ended?
13    A.  No, I do not.
14    Q.  Do you know the process that Kiki used to
15  determine the amount of credit card tips each tipped
16  employee received after your employment ended?
17    A.  No.
18    Q.  Did the amount of the credit card tips --
19  strike that.
20      Do you know if the amount of the credit
21  card tips each tipped employee received after your
22  employment ended varied based on the percentage and
23  the points that would be allocated to the position?
24      MR. POLLOCK:  Form.
25    A.  I do not know that.

43 (Pages 166 - 169)

BY MR. VELAZQUEZ:

2    Q.   After your employment ended with Kiki On
3 the River, do you know the credit card tip
4 percentages that were allocated to captains?
5    A.   I don't recall.
6         After?
7    Q.   After.
8    A.   No.
9    Q.   And after your employment ended, do you
10 remember the credit card tip percentage that was
11 allocated to servers?
12        MR. POLLOCK:  Form.
13    A.   After, no.
14 BY MR. VELAZQUEZ:
15    Q.   After your employment ended, do you know
16 the credit card tip percentage that was allocated to
17 bartenders?
18    A.   No.
19    Q.   After your employment ended, do you know
20 the credit card tip percentage that were allocated to
21 servers?
22        MR. POLLOCK:  Form.
23    A.   No.
24 BY MR. VELAZQUEZ:
25    Q.   After your employment ended, do you know

1 the credit card tip percentages that were allocated
2 to bottle girls?
3    A.   No.
4    Q.   After your employment ended, do you know
5 the credit card tip percentages that were allocated
6 to bussers?
7    A.   No.
8    Q.   After your employment ended, do you know
9 the credit card tip percentages that were allocated
10 to hosts?
11    A.   No.
12    Q.   After your employment ended, do you know
13 the credit card tip percentages that were allocated
14 to dockmasters?
15    A.   No.
16    Q.   After your employment ended, do you know
17 the credit card tip percentages that were allocated
18 to runners?
19    A.   No.
20    Q.   And after your employment ended, do you
21 know the credit card tip percentages that were
22 allocated to barbacks?
23    A.   No, I do not.
24    Q.   Did the amount of credit card tips that
25 each tipped employee received during your employment

1 also depend on the amount of points that were
2 allocated to each tipped position?
3    A.   Can you repeat that, please?
4    Q.   Sure.
5         During your employment, was the amount
6 of -- during your employment -- strike that.
7         During your employment, was the amount of
8 credit card tips that a tipped employee received
9 also dependent on the points that were assigned to
10 the particular tipped position?
11    A.   Yes.
12    Q.   And a tipped employee's share of the credit
13 card tips would also depend on the point that was
14 assigned to the tipped employee's position?
15    A.   Correct.
16    Q.   So the tips a tipped employee would receive
17 from credit cards would vary depending on the points
18 that was assigned to the position?
19    A.   Yes.
20    Q.   And would the credit card tips that an
21 employee would receive also vary depending on how
22 many hours a week the tipped employee worked?
23    A.   That would be -- I don't know about that --
24 I don't know how they -- it was -- I don't know how
25 it was distributed like that.

1    Q.   Okay.  Do you think it's possible that if
2 an employee worked more during a week -- strike that.
3         Do you think it's possible that if a
4 tipped employee worked more during a week, that the
5 amount of tips he or she would receive could
6 increase?
7         MR. POLLOCK:  Form.
8    A.   Yes, yes.  It's supposed to.
9 BY MR. VELAZQUEZ:
10    Q.   The more you work as a tipped employee, the
11 more opportunities you have to receive tips, correct?
12    A.   Yeah.
13    Q.   Do you have any knowledge of the -- strike
14 that.
15         Do you know -- do you know the points that
16 were assigned to the tipped employees that are part
17 of this class during your employment with Kiki On
18 the River?
19    A.   I used to, but I don't recall anymore.
20    Q.   Do you have any knowledge after your
21 employment ended with Kiki On the River, the points
22 that were assigned to tipped employees for credit
23 card tips?
24    A.   No.
25        MR. VELAZQUEZ:  Take a moment so I can make

44 (Pages 170 - 173)

Page 174

1   some copies.
2   (Recess was held from 3:01 p.m. until 3:10 p.m.)
3        (Thereupon, marked as Exhibit 5.)
4  BY MR. VELAZQUEZ:
5    Q.   Take a look at what we've marked as Exhibit
6  5.
7    A.   Is it okay if I write on this?
8    Q.   Take a look at what we've marked as Exhibit
9  5, and let me know when you're ready to answer
10 questions.
11   A.   Okay.
12   Q.   Have you seen what's been marked as Defense
13 Exhibit 5 prior to today?
14   A.   Yes.  No.  Have I seen it prior?
15   Q.   Prior to today.
16   A.   No.
17   Q.   Okay.  Do you know what Defense Exhibit 5
18 is?
19   A.   It says "Employee Statement of Earnings."
20   Q.   So have you seen Defense Exhibit 5 prior to
21 today?
22   A.   No.
23   Q.   Okay.  Does Defense Exhibit 5 show your
24 compensation from September 6th of 2019 to
25 January 7th, 2022, at Kiki's?

Page 175

1    A.   Yes.
2    Q.   Okay.  And on Defense Exhibit 5, if you
3  look to the far right, it has a line where it says:
4  "Optional Tip."  Do you see that?
5    A.   Yes.
6    Q.   And then right underneath that, it says:
7  "Commission."  Do you see that?
8    A.   Yes.
9    Q.   Is it your understanding that the reference
10 to optional tips refers to the tips that you were
11 paid as a result of credit card tips that were left
12 by customers at Kiki's?
13   A.   Yes.
14   Q.   And underneath that, that says
15 "Commission."  Is it your understanding that the
16 commissions that you were paid as reflected in
17 Defense Exhibit 5 are the percentage of the service
18 charge that Kiki imposed on customers?
19   A.   Okay.
20   Q.   Yes?
21   A.   Yes.
22   Q.   Did the information contained in
23 Defendant Exhibit 5 come from Kiki's POS?
24   A.   I don't know where it came from.
25   Q.   Do you have any knowledge of any facts that

Page 176

1  Defense Exhibit 5 came from anywhere other than
2  Kiki's POS?
3    A.   No.
4    Q.   Do you know what percentage was used by
5  Kiki to determine the amount of credit card tips you
6  were paid for each week from September 6th, 2019, to
7  January 7th, 2022?
8    A.   No.
9    Q.   Do you know what point amount was used by
10 Kiki to determine the amount of credit card tips you
11 were paid each week from September 6th, 2019, to
12 January 7th, 2022?
13   A.   No, I don't.
14   Q.   Do you know how Kiki determined the amount
15 of credit card tips you were paid each week from
16 September 6th, 2019, to January 7th, 2022 --
17   A.   No.
18   Q.   -- as reflected on Exhibit 5?
19   A.   No, sir.
20   Q.   Do you know --
21        MR. REISS:  I'm sorry, can you read that
22 back?
23        (Requested portion read back.)
24 BY MR. VELAZQUEZ:
25   Q.   Do you know who calculated the amount of

Page 177

1  tips you were paid each week from September 6th,
2  2019, to January 7th, 2022, as reflected in
3  Exhibit 5?
4    A.   No, I don't.
5    Q.   Have you seen any of the employee statement
6  of earnings that Kiki has produced for all the other
7  members of the conditional class?
8    A.   No, I haven't.
9    Q.   Do you know what percentage was used by
10 Kiki to determine the amount of credit card tips that
11 were paid on a weekly basis to the other members of
12 the conditional class as reflected in the employee
13 statement of earnings?
14   A.   Can you repeat that, sir?
15   Q.   Sure.  Do you know what percentage was used
16 by Kiki to determine the amount of credit card tips
17 that were paid on a weekly basis to the other members
18 of the conditional class?
19   A.   No, I don't.
20   Q.   Do you know what point amount was used by
21 Kiki to determine the amount of tips that were paid
22 on a weekly basis to the other members of the
23 conditional class?
24   A.   No.
25   Q.   I am going to rephrase.

45 (Pages 174 - 177)

1       Do you know what percentage was used by
2 Kiki to determine the amount of tips that were paid
3 on a weekly basis to the other members of the
4 conditional class as reflected in their employee
5 statement of earnings?
6       A.  No.
7       Q.  Do you know what point amount was used by
8 Kiki to determine the amount of tips -- strike that.
9       Do you know what point amount was used by
10 Kiki to determine the amount of credit card tips
11 that were paid on a weekly basis to the other
12 members of the conditional class as reflected in
13 their employee statement earnings?
14      A.  Can you repeat that question, please?
15      Q.  No problem.
16      Do you know what point amount was used by
17 Kiki to determine the amount of credit card tips
18 that were paid on a weekly basis to the other
19 members of the conditional class as reflected in
20 their employee statement of earnings?
21      A.  No, I don't have that.
22      Q.  Do you know how Kiki determined the amount
23 of tips each member of the conditional class was paid
24 on a weekly basis as reflected in their employee
25 statement of earnings?

1       A.  No.
2       Q.  Do you know who calculated the amount of
3 tips each member of the conditional class was paid on
4 a weekly basis as reflected in their employee
5 statement of earnings?
6       A.  No.
7       Q.  If you go to the last page of
8 Defense Exhibit 5, please.  If you look to the bottom
9 right where it says "Pay Type."  Strike that.
10      Underneath the title, "Employee Check
11 Summary."
12      A.  Yes.
13      Q.  To the right, it says:  "Optional Tips."
14      A.  Yeah.
15      Q.  You see in that line it says that a summary
16 of the records reflected here from September 1, 2019,
17 to January 2, 2022, you were paid $15,095.82 in
18 optional tips?  Do you see that amount?
19      A.  Yes.
20      Q.  And you testified that you don't know the
21 percentage of the points that Kiki used to calculate
22 the weekly tip amounts; is that correct?
23      A.  Yes.
24      Q.  And you also testified previously that you
25 don't know how or who calculated the weekly tip

1 amounts as reflected in Defense Exhibit 5; is that
2 correct?
3       A.  Right, yes.
4       Q.  The 15,095.82 reflected in
5 Defense Exhibit 5 as your gross tips for that period
6 of time that came from your POS, is that the correct
7 amount of tips that you were paid for that period of
8 time?
9       A.  This was in a period of two years?
10      Q.  2019.  Three years.
11      MR. POLLOCK:  Object to form of the last
12 question.  You can answer.
13 BY MR. VELAZQUEZ:
14      Q.  You can answer.
15      MR. REISS:  Will you read back the
16 question?
17      (Requested portion read back.)
18      A.  So from September 1st, 2019, to
19 January 2nd, 2022, two and a half years, 15 grand in
20 optional tips, okay.
21      The question?
22 BY MR. VELAZQUEZ:
23      Q.  The question is:  Is the $15,095.82
24 reflected in Defense Exhibit 5 on Page 14 the total
25 amount of optional tips that you were paid for the

1 period of time reflected on the exhibit?
2       A.  I don't know.  That's what it says on this.
3       Q.  Okay.  Do you have knowledge of any facts
4 that would suggest that the $15,095.82 reflected on
5 Defense Exhibit 5 is not an accurate reflection of
6 the optional tips that you were paid for that period
7 of time?
8       A.  I can't answer that.  I don't know.
9       Q.  So I'm asking you now:  Do you have
10 knowledge of any facts that would suggest that the
11 optional tips reflected on Defense Exhibit 5 of
12 Page 14 of $15,095.82 is not the tips that you
13 received for the period of time reflected in the
14 exhibit?
15      A.  Well, I can't answer that because I don't
16 have my records for those two and a half years.
17 You're giving me a paper that's -- that was
18 generated -- I don't know if this is exact, you know.
19 I can't answer those questions.  I mean, I see the
20 numbers, yes, but I don't know if I'm -- you know, if
21 that's the correct number.  You understand?
22      Q.  And that's the first time you see --
23 today's the first time you see Defense Exhibit 5?
24      A.  Yes, the first time.
25      Q.  Understanding what you're telling me, but

46 (Pages 178 - 181)

Page 182

1  do you have knowledge of any facts that would suggest
2  that the $15,095.82 reflected on Defense Exhibit 5 is
3  inaccurate?  Do you have knowledge of any facts?
4     A.  No, I can't say.
5     Q.  Okay.  You see on top of the optional tips,
6  it says that you were paid in regular rate, right,
7  your hourly rate, $20,843.05?
8     A.  Right.
9     Q.  You see that?
10    A.  Uh-huh.
11    Q.  Is that an accurate reflection of the
12 amount of hourly rates that you were paid from
13 September 1 of 2019 to January 1, 2022, at Kiki On
14 the River?
15    A.  I can't calculate that in a second.
16    Q.  Do you understand that --
17    A.  I don't know if it's accurate.  I can't say
18 it's accurate.
19    Q.  I'm not asking you if it's accurate; I'm
20 asking you whether $20,843.05 reflected on Page 14 of
21 Defense Exhibit 5 accurately reflects the amount of
22 money that you were paid in hourly rates from
23 September 1 of 2019 to September 2 of 2022?  Pardon
24 me, January 2 of 2022.
25    A.  I don't recall.

Page 183

1     Q.  Do you have knowledge of any facts that
2  would suggest that the $20,843.05 that are reflected
3  on Defense Exhibit 5 on Page 14 is inaccurate?
4     A.  I can't confirm it's accurate or it's
5  inaccurate.  I can't calculate this in a second just
6  looking at it.
7     Q.  Setting aside the fact that your attorney
8  has had that record for months now, what I'm asking
9  you is:  Do you have knowledge of any facts that
10 would suggest that the $20,843.05 reflected on
11 Page 14 of Defense Exhibit 5 for the period of time
12 of September 1, 2019, to January 2nd, 2022, is
13 inaccurate?
14    A.  No.
15    Q.  Okay.  Now, underneath that you will see
16 the commission payments, that's the percentage of the
17 service charge that you were paid during September 1,
18 2019, to January 2nd, 2022; is that correct?
19    A.  The question is if that's the -- what it
20 says, commission?  Yes.
21    Q.  Is that the percentage of the service
22 charge that you were paid during that period of time
23 at Kiki On the River?
24    A.  That's what it says here.
25    Q.  Okay.  And does the $103,117.18 reflected

Page 184

1  on Page 14 of Defense Exhibit 5 for the period of
2  time of September 1, 2019, to January 2 of 2022
3  accurately reflect the percentage of the service
4  charge that you were paid during that period of time?
5     A.  I don't recall.
6     Q.  Do you have knowledge of any facts that
7  would suggest that the $103,117.18 commission
8  reflected on Defense Exhibit 14 for the period of
9  time of September 1, 2019, to January 2 of 2022 is
10 inaccurate?
11    A.  I can't say it's accurate or inaccurate.
12    Q.  I'm not asking you if it's accurate now; I
13 am asking you if you have knowledge of any facts that
14 would establish that the amount reflected for the
15 commission payments on Kiki 14 is inaccurate?
16    A.  No.
17    Q.  Okay.
18 (Recess was held from 3:30 p.m. until 3:37 p.m.)
19    MR. POLLOCK:  If it's a composite exhibit,
20 get the Bates numbers so we can identify it on
21 the record.
22    MR. VELAZQUEZ:  Yeah, that's the problem, I
23 don't think the -- oh, yeah, they're not
24 sequential because they're just his section.
25    MR. POLLOCK:  Okay.  Can we read it out?

Page 185

1  That way when going through the transcript, we
2  know exactly what we're talking about?
3     MR. VELAZQUEZ:  So you're saying read each
4  page?
5     MR. POLLOCK:  The Bates number on each
6  page.  This is Exhibit 6.  It's a composite
7  exhibit.  It's comprised of Kiki Bates numbers,
8  and identify the Bates numbers since I'm not
9  being provided with a copy.
10    MR. VELAZQUEZ:  It will be quicker to make
11 a copy of it.  Let me take that back.
12    MR. POLLOCK:  Otherwise, how do I know what
13 Exhibit 6 is comprised of?
14    MR. VELAZQUEZ:  It will be part of the
15 record, but it's okay.
16    (A recess was taken from 3:38 p.m. until
17 4:02 p.m.)
18 BY MR. VELAZQUEZ:
19    Q.  Take a look at what we've marked as
20 Exhibit 6, Mr. Collado, and let me know when you're
21 ready to answer questions.
22    (Thereupon, marked as Exhibit 6.)
23    A.  Yeah, I'm ready.
24 BY MR. VELAZQUEZ:
25    Q.  Have you seen the document just marked as

47 (Pages 182 - 185)

Page 186

1 Defense Exhibit 6 prior to today?
2    A.  Yeah -- well, no.
3    Q.  No?
4    A.  Not prior to today, no.
5    Q.  Okay.  And have you seen any of the payroll
6 registers for the other conditional class members?
7    A.  No.
8    Q.  Okay.  Does the document marked Defense
9 Exhibit 6 that's in front of you reflect your
10 compensation for the period of time of September 2019
11 through December 31 of 2019?
12    A.  November 17, no.
13    Q.  The date's on the upper left-hand side.
14 The first one should be September 6, 2019, the check
15 date.  Last one would be December 27, 2019, check
16 date.
17    A.  It must be a different page, I guess.
18      MR. POLLOCK:  Here you've got check dates
19      top right, and you've got pay period -- check
20      dates on top left and pay periods on the top
21      right.
22    A.  Okay, I got to 1120.
23    Q.  These four pages.
24    (Recess was held from 4:06 p.m. until 4:31 p.m.)
25

Page 187

1 BY MR. VELAZQUEZ:
2    Q.  Let the record reflect that there were
3 documents missing from Defense Exhibit 6, so we went
4 off the record and obtained the missing records and
5 completed the exhibit.
6      So, Mr. Collado, can you now take a look
7 at Defense Exhibit 6 and see if they reflect your
8 payroll records from September -- check date
9 September 6, 2019, to check date December 27, 2019?
10    A.  Yes.
11    Q.  And the information contained on
12 Defense Exhibit 6, do you know if it comes from
13 Kiki's POS?
14    A.  Yes, sir.
15    Q.  Okay.
16      (Thereupon, marked as Exhibit 7.)
17 BY MR. VELAZQUEZ:
18    Q.  Mr. Collado, let me show you what we've
19 marked as Defense Exhibit 7.  Take a look at it.  Let
20 me know when you're ready to answer questions,
21 please.
22    A.  Okay.  I'm ready, sir.
23    Q.  Thank you.  Have you seen the document
24 that's marked Defense Exhibit 7 prior to today?
25    A.  No.

Page 188

1    Q.  Have you seen any of the payroll registers
2 for the other conditional class members that
3 defendant has produced?
4    A.  No.
5    Q.  Is Defense Exhibit 7 a copy of your pay
6 reports from January 3rd, 2020 -- check date
7 January 3, 2020, to check date December 31, 2020?
8      MR. POLLOCK:  Objection, form.
9      You can answer.
10    A.  7?
11 BY MR. VELAZQUEZ:
12    Q.  Yes, Defense Exhibit 7.
13    A.  Okay.  Okay, 12/23 through 12/29.  Oh, I'm
14 looking at the wrong --
15    Q.  Look at the upper left-hand corner.
16    A.  January 3rd through 12/31.
17      MR. POLLOCK:  What Mr. Velazquez is asking
18      you is the first page -- check date on the first
19      page is 1/23/20, and then he's going to the last
20      page of the packet and asking you . . .
21 BY MR. VELAZQUEZ:
22    Q.  Well, that's not what I am asking.  What
23 I'm asking is whether the copy of Defense Exhibit 7
24 that you have in front of you is a copy of your pay
25 reports of Kiki On the River from January 3rd of 2020

Page 189

1 through check date December 31 of 2020.  Those dates
2 are reflected on the upper left-hand corner.
3    A.  Yes.  Yes.  The answer is yes.
4    Q.  Okay, thank you.
5      And is the information contained on
6 Defense Exhibit 7, does that information come from
7 Kiki's POS?
8    A.  Yes.
9      (Thereupon, marked as Exhibit 8.)
10 BY MR. VELAZQUEZ:
11    Q.  Okay.  I will show what we'll mark as
12 Defense Exhibit 8.  Take a look at what we've marked
13 as Defense Exhibit 8.  Let me know when you're ready
14 to answer questions.
15    A.  Yes.  Go right ahead, sir.
16    Q.  Thank you.
17      Have you seen the document that's been
18 marked has Defense Exhibit 8 prior to today?
19    A.  No.
20    Q.  Have you seen any of the payroll registers
21 that the Defendant has produced for the other
22 conditional class members?
23    A.  What was the question, sir?
24    Q.  Have you seen any of the other payroll
25 registers that Defendants have produced for the upper

48 (Pages 186 - 189)

1 conditional class members?
2    A.  No, I have not.
3    Q.  Okay.  And is Defense Exhibit 8 a copy of
4 your payroll records and registers from check date
5 January 8, 2021, to December 31, 2021?
6    A.  Yes.
7    Q.  And is the information contained in Defense
8 Exhibit 8, does it come from Kiki's POS?
9    A.  Yes, sir.
10    Q.  Okay.
11        (Thereupon, marked as Exhibit 9.)
12 BY MR. VELAZQUEZ:
13    Q.  Let me show you what we'll mark as Defense
14 Exhibit 9, Mr. Collado.  Take a look at that and let
15 me know when you're ready to answer questions.
16    A.  Thank you.
17    Q.  Go right ahead, sir.
18        Have you seen the document that's marked
19 as Defense Exhibit 10 prior to today?
20    A.  9?
21    Q.  No, we're on Defense Exhibit 10.  Pardon
22 me, Defense Exhibit 9.
23    A.  Okay.
24    Q.  Have you seen the document that's marked as
25 Defense Exhibit 9 prior to today?

1    A.  No, I have not.
2    Q.  Are you familiar with what Defense Exhibit
3 9 is?
4    A.  Sales report.
5    Q.  Okay.  Have you seen a sales report from
6 Kiki's prior to today, any sales report?
7    A.  No.
8    Q.  And the sales report that you have in front
9 of you is Defense Exhibit 9 is for the period of time
10 from September 1, 2019, all the way through
11 December 30 of 2019?
12    A.  Okay.  Yes, sir.
13    Q.  Okay.  And does the information contained
14 in Defense Exhibit 9 come from Kiki's POS?
15    A.  Yes, it appears to be.
16    Q.  Do you have knowledge of any facts that
17 would suggest that the information contained in
18 Defense Exhibit 9 does not come from Kiki's POS?
19    A.  No.
20    Q.  Please refer to the bottom of the first
21 page of Defense Exhibit 9 where it says "media."
22    A.  Okay.
23    Q.  If you look across that row, you see an
24 abbreviation that says "Emp Tips."
25    A.  Yes.

1    Q.  Do you know what that abbreviation means?
2    A.  Employee.
3    Q.  If you go to the next page, and you go to
4 the bottom of that column, it says:  Employee tips,
5 $26,443.78.  Do you see where it says that?
6    A.  Yes.
7    Q.  If you go back to the first page, look on
8 that same row next right to --
9        Well, let me ask you this, back to the
10 employee tips.  Is the figure $26,443.40 reflected
11 on the second page?
12    A.  Yes.
13    Q.  Is that a reflection of the customer or
14 does that number reflect the customer -- the total
15 customer tips that were left during the week of
16 September 1 or during the period of September 1,
17 2019, through October 1, 2019?
18        MR. POLLOCK:  Form.
19    A.  It appears to be.
20 BY MR. VELAZQUEZ:
21    Q.  Okay.  Do you have any facts or any
22 knowledge of facts that would suggest that the
23 $26,443.78 figure reflected on the second page of
24 Defense Exhibit 9 is not employee tips that were
25 received for that period of time?

1    A.  No.
2    Q.  Okay.  If you look back to the first page,
3 the next column says -- it has an abbreviation of
4 "Emp Grats."  Do you see that?
5    A.  Yes.
6    Q.  And if you turn to -- well, do you know
7 what that is?
8    A.  Employee gratuities.
9    Q.  Okay.  And if turn to the second page and
10 you go down that column, there's a total of employee
11 gratuities of $197,526.04.
12    A.  Uh-huh.
13    Q.  Does that number reflect the service
14 charges that were generated by the Kiki-imposed
15 charge from September 1, 2019, to October 1, 2019?
16    A.  Apparently.  In other words, yes.  I mean,
17 that's what it says.
18    Q.  Okay.  Do you have knowledge of any facts
19 that would suggest that that number of $197,526.04 is
20 not the service charge?
21    A.  No.
22    Q.  And those abbreviations throughout the
23 balance of Defense Exhibit 9 all refer to the same
24 thing, employee tips -- or strike that.
25        All the references to the abbreviation in

49 (Pages 190 - 193)

Page 194

1 Defense Exhibit 9 that are under "Emp Tips" refers
2 to the tips that were left for that period of time
3 by customers for tipped employees?
4    A.  Yes.
5    Q.  Okay.  And throughout Exhibit 9, all the
6 references, all the numbers under the abbreviation
7 "Emp Grats" refers to the service charges that were
8 imposed by Kiki on the customer?
9    A.  Yes.
10    Q.  For the whole Exhibit 9?
11    A.  Right.  That would be for a period of one
12 month.
13    Q.  For the entire exhibit, for every document
14 on page -- on Exhibit 9, wherever there's an
15 abbreviation to "Emp Grats," it's referring to the
16 service charges that Kiki imposed for that period of
17 time?
18    A.  That's correct.
19    Q.  Okay.  And the same thing applies to Emp
20 Tips.  Any references to that?
21       And Defense Exhibit 9 refers to the gratu-
22 -- or the tips that customers left for Kiki tipped
23 employees?
24    A.  Yes.
25    Q.  Okay.  All right.  Let's go to the next

Page 195

1 one.
2       (Thereupon, marked as Exhibit 10.)
3 BY MR. VELAZQUEZ:
4    Q.  Now we're on 10.  Showing you what we've
5 marked as Defense Exhibit 10.
6    A.  Okay.
7    Q.  Take a look at it.  Let me know when you're
8 ready to answer questions.
9    A.  I'm ready.
10    Q.  Have you seen the document that's marked as
11 Defense Exhibit 10 prior to today?
12    A.  No.
13    Q.  Is the document that's marked Defense
14 Exhibit 10 Kiki's Sales by Range Report for the
15 period starting on January 1, 2020, and ending on
16 December 28 of 2020?
17    A.  Yes.
18    Q.  Okay.  Does the information contained in
19 Defense Exhibit 10, the entire exhibit, come from
20 Kiki's POS?
21    A.  Yes, sir.
22    Q.  You'll note on the bottom of the first page
23 there's the same abbreviations that we discussed from
24 Defense Exhibit 9.  There's a reference to Emp Tips
25 and another reference to Emp Grats.

Page 196

1    A.  Yes.
2    Q.  Is your testimony as it relates to Defense
3 Exhibit 9 pertaining to what those two abbreviations
4 mean apply to Defense Exhibit 10 as well?
5    A.  Yes.
6    Q.  And that testimony is that the reference to
7 employee tips throughout Defense Exhibit 10 refers to
8 the tips that customers left for Kiki's tipped
9 employees?
10    A.  Correct, yes.
11    Q.  And the abbreviation Emp Grats refers to
12 the service charges that Kiki imposed on customers
13 for the entire period of time reflected in Defense
14 Exhibit 10?
15    A.  Right.  Yes, sir.
16    Q.  Okay.
17       (Thereupon, marked as Exhibit 11.)
18    A.  Thank you.
19 BY MR. VELAZQUEZ:
20    Q.  You're welcome.
21       Take a look at Defense Exhibit 11.  Let me
22 know when you're ready to answer questions.
23    A.  I'm ready.
24    Q.  Let me see yours a second.  Have you seen
25 the document that's marked as Defense Exhibit 11

Page 197

1 prior to today?
2    A.  No.
3    Q.  And is Defense Exhibit 11 Kiki's sales
4 reports for the period of time starting on
5 December 28, 2020, and going all the way through
6 December 26, 2021?
7    A.  Yes.
8    Q.  Okay.  You'll notice if you turn to Bates
9 Number 3693 on Defense Exhibit 11, please.
10    A.  Yes.
11    Q.  Okay.  Mark that page, and we will come
12 back to it in a second.
13       If you look at Defense Exhibit 11 from
14 Bates Stamp 3601 to Bates Stamp 3692.
15    A.  Okay.
16    Q.  That period of time encompasses
17 December 28, 2020, through November 15, 2021; is that
18 correct?
19       So 3601, Bates Stamp 3061, Defense 11,
20 starts on December 28, 2020, and it ends on 3692 on
21 November 15, 2021.
22    A.  Yes.
23    Q.  Okay.  Is that correct?
24    A.  Yes.
25    Q.  So those sales by range reports are the

50 (Pages 194 - 197)

1 same that you saw in Defense Exhibit 9 and 10; is
2 that correct?
3    A. Yes.
4    Q. And we're referring to the sales by range
5 reports reflected between 3601 and Bates-stamped
6 3692; is that correct?
7    A. Yes.
8    Q. Okay. And the references to Emp Tips and
9 Bates Stamp 3601, all the way through 3692, refers to
10 employee tips that tipped employees received directly
11 from customers, credit card tips; is that correct?
12    A. Yes.
13    Q. Okay. And the references to Emp Grats in
14 Defense Exhibit 11 from Bates Stamp 3601 to 3692,
15 refers to the service charges that Kiki imposed on
16 its customers?
17    A. Correct.
18    Q. Okay. Now let's go to Bates Stamp 3693 in
19 Defense Exhibit 11, please.
20      Actually, before we do that, is the
21 information contained in Defense Exhibit 11 from
22 Bates Stamp 3601 to Bates Stamp 3692, does that come
23 from Kiki's POS?
24    A. Yes.
25    Q. Okay. Now let's go to Bates Stamp 3693,

1 Defense Exhibit 11.
2    MR. REISS: What Bates stamp number are you
3 looking at?
4    MR. VELAZQUEZ: 3693.
5    MR. REISS: Okay, thank you.
6 BY MR. VELAZQUEZ:
7    Q. If you can look at Defense Exhibit 11,
8 Bates Stamp 11, Bates Stamp 3693, all the way to
9 3704. Let me know when you're ready to answer
10 questions on those documents.
11    A. Ready.
12    Q. Okay. Have you seen that portion of
13 Defense Exhibit 11 prior to today from Bates Stamp
14 3693 to 3704?
15    A. No.
16    Q. Is the information contained in Bates Stamp
17 3693 through 3704 in Defense Exhibit 11, does it come
18 from Kiki's POS?
19    A. Yes.
20    Q. Pardon me?
21    A. Yes.
22    Q. Okay. If you can refer to the top of
23 Defense -- Page 3693 in Defense Exhibit 11. You see
24 where it says "Sales Summary"?
25    A. Yes.

1    Q. The references to tips on the top of
2 Page 3693 --
3    A. Yes.
4    Q. -- does that refer to the tips that
5 customers left for Kiki's tipped employees?
6    A. Yes.
7    Q. And to the immediate left, there's a
8 reference to gratuity on Page 3693 of Defense
9 Exhibit 11. Do you see that?
10    A. Yes.
11    Q. And does the reference to gratuity in
12 Defense Exhibit 11, 3693, refer to the service
13 charges that Kiki imposed on its customers?
14    A. Correct.
15    Q. Okay. And the references to tips from 3693
16 to 3704 in Defense Exhibit 11 all refer to customer
17 tips that were left for tipped employees?
18    A. Yes.
19    Q. And the references to gratuity from Bates
20 Stamp 3693 to 3704 in Defense Exhibit 11 refers to
21 the service charges that Kiki imposed on its
22 customers?
23    A. Yes, sir.
24    (Thereupon, marked as Exhibit 12.)
25

1 BY MR. VELAZQUEZ:
2    Q. Let me show you what we'll mark as
3 Defendant's Exhibit 12.
4    MR. VELAZQUEZ: Sir.
5    MR. REISS: Thank you, sir.
6    MR. VELAZQUEZ: You're welcome.
7 BY MR. VELAZQUEZ:
8    Q. Take a look at what we've marked as Defense
9 Exhibit 12 and let me know when you're ready to
10 answer questions.
11    A. I'm ready, sir.
12    Q. Have you seen the documents that's marked
13 as Defense Exhibit 12 prior to today?
14    A. No.
15    Q. Is Defense Exhibit 12 Kiki's sales reports
16 from the period of time starting on December 27 of
17 2021 going all the way through December 11, 2022?
18    A. Yes.
19    Q. Does the information contained in Defense
20 Exhibit 12 come from Kiki's POS?
21    A. Yes.
22    Q. And you'll note on the top of the first
23 page of Defense Exhibit 12 marked as 3705 there's a
24 reference to tips. Does that reference on the first
25 page of Defense Exhibit 12 reflect the tips that were

51 (Pages 198 - 201)

Page 202

1 received -- that were given by customers for Kiki's
2 tipped employees?
3    A.  Yes.
4    Q.  Okay.  And those reflect credit card tips;
5 is that correct?
6    A.  Correct.
7    Q.  All the references to tips in Kiki's sales
8 reports all refer to customer credit card tips, is
9 that correct, in all the exhibits that we've shown
10 you today?
11    A.  Yes.
12       MR. POLLOCK:  Object to form to the last
13    question.
14 BY MR. VELAZQUEZ:
15    Q.  If you look to the immediate left of tips
16 on Defense Exhibit 12, it says "gratuity."  Does the
17 reference to gratuity on the first page of Defense
18 Exhibit 12 refer to the service charges that Kiki
19 imposed on its customers?
20    A.  Yes.
21    Q.  If you look at all of Defense Exhibit 12,
22 starting with Bates Stamp 3705 through 3804, all the
23 references to tips in Defense Exhibit 12 refers to
24 the tips that were left by customer for Kiki's tipped
25 employees?

Page 203

1    A.  Correct.
2    Q.  If you look at the reference to gratuity in
3 Defense Exhibit 12, all the references to gratuity
4 throughout Exhibit 12 from the first page, 3705, to
5 the last page, 3804, all refer to the service charges
6 that Kiki imposed on its customers?
7    A.  Yes.
8    Q.  Do you know if Sia Hemmati had access to
9 Kiki's POS?
10    A.  I don't know.
11    Q.  Pardon?
12    A.  I don't know.
13    Q.  Do you know if Roman Jones had access to
14 Kiki's POS?
15    A.  No, I do not know.
16    Q.  Do you know if Aris Nanos had access to
17 Kiki's POS?
18    A.  I do not know.  I have never seen -- I have
19 never seen him touch a POS.  I have never seen Aris
20 touch a POS, or Roman.
21       MR. REISS:  He said "or Roman."
22 BY MR. VELAZQUEZ:
23    Q.  Is your reference to Roman, Roman Jones?
24    A.  Yes.
25    Q.  To get the record clear, you have never

Page 204

1 seen Roman Jones touch a POS?
2    A.  No.
3       MR. REISS:  You didn't ask him about Sia.
4       MR. VELAZQUEZ:  Yes, I did.
5       MR. REISS:  I apologize to everyone.  I
6    made a mistake.  First time for everything.
7       (Discussion off the record.)
8 BY MR. VELAZQUEZ:
9    Q.  Did you ever see Vigan Krasniqi using
10 Kiki's POS?
11    A.  Yes.
12    Q.  And when would you see Vigan Krasniqi using
13 Kiki's POS?
14    A.  I'd run the sales report at the end of the
15 night, and when we had to transfer table, or they
16 would do any type of comps, fix any errors that --
17 sometimes you enter the wrong item, and they'll fix
18 it, comp it or whatever.
19    Q.  Okay.  And Vigan Krasniqi was a general
20 manager at Kiki's?
21    A.  Yes.
22    Q.  Do you know how long Vigan Krasniqi was
23 employed at Kiki's?
24    A.  He started right on the same time I did.
25    Q.  Okay.  But you don't have any recollection

Page 205

1 of how long he worked with Kiki?
2       Well, let me ask you this:  Do you know if
3 Vigan Krasniqi is still employed at Kiki's?
4    A.  No, he's not.  He's no longer there.
5    Q.  Do you know how long Vigan Krasniqi was
6 employed at Kiki's?
7    A.  About four years.  Around four years.
8    Q.  And during the time that you -- well, did
9 you say that you actually observed Vigan Krasniqi
10 using Kiki's POS?
11    A.  Yes.
12    Q.  Okay.  And during the times that you
13 actually observed Vigan Krasniqi using Kiki's POS,
14 did you ever see him altering information pertaining
15 to credit card tips?
16    A.  No, never.
17    Q.  Do you know if once information is inputted
18 into Kiki's POS, whether it can be changed?
19    A.  I wouldn't -- I wouldn't -- I'm not
20 familiar with that, with that system.
21    Q.  Okay.  So you don't know whether
22 information inserted into Kiki's POS can be changed;
23 is that correct?
24    A.  No, I don't.
25    Q.  Did you ever observe anyone altering the

52 (Pages 202 - 205)

Page 206

1 credit card tips that were inputted into Kiki's POS?
2    A.  Altering?
3    Q.  Yes.
4    A.  Like --
5    Q.  Changing.
6    A.  Yes.  Say it was a customer that was not
7 happy, for example, and they didn't want to pay
8 gratuity or service charge, there was a -- the
9 manager or general manager can delete the service
10 charge to please a guest.  So it's -- it's doable.
11    Q.  Okay.  So now I'm talking about tips here.
12 You're talking about service charge.
13    A.  Oh, okay, so . . .
14    Q.  My question is:  Did you ever see anyone
15 from Kiki's changing the customer tips that were
16 inserted or inputted into Kiki's POS?
17    A.  No.
18    Q.  Do you know of anybody in the class that
19 ever witnessed anyone changing the customer tips
20 were inserted into Kiki's POS?
21    A.  No.
22    Q.  Did you ever see Sia Hemmati changing the
23 tip amounts in Kiki's POS?
24    A.  No.
25    Q.  Did you ever see Roman Jones changing the

Page 207

1 tip amounts in Kiki's POS?
2    A.  No.
3    Q.  Did you ever see Aris Nanos changing the
4 tip amounts in Kiki's POS?
5    A.  No.
6    Q.  Did you ever see Vigan Krasniqi changing
7 the tip amounts in Kiki's POS?
8    A.  No.
9    Q.  Let's take a break.
10    (Recess was held from 5:17 p.m. until 5:35 p.m.)
11 BY MR. VELAZQUEZ:
12    Q.  Identify by name and position everyone that
13 you allege retained tips as alleged in your third
14 amended complaint.  Strike that.
15        Identify by name and position everyone
16 that you alleged unlawfully retained tips as claimed
17 in the third amended complaint.
18    A.  In the -- Kiki On the River.
19    Q.  And tell me by name every person that
20 unlawfully retained tips from Kiki On the River.
21    A.  Roman Jones, Aris, and that's it.
22    Q.  And Aris' name is -- last name?  Nanos,
23 that's right.
24        How do you know that Roman Jones allegedly
25 unlawfully retained tips?

Page 208

1    A.  It was a conversation from one of the
2 managers that there was a -- he talked about that
3 instance where when one of the owners, Lee Lyon, was
4 very upset because they were taking tips.  And he
5 even said around a number they had taken, like,
6 $900,000 out of the tip pool in a certain -- in a
7 period of one year.
8    Q.  And who is the person that you're
9 attributing this conversation to?
10    A.  Ciro Costanzo.
11    Q.  Other than Roman Jones and Aris Nanos, do
12 you claim that anybody unlawfully retained tips at
13 Kiki's?
14    A.  No, no, I don't think so.  Maybe
15 somebody -- they had to have access to the tips, so I
16 don't know how they did it.
17    Q.  And did you hear the conversation that
18 you're attributing to Ciro Costanzo?
19    A.  He was telling me directly.  It wasn't
20 a . . .
21    Q.  And tell me exactly what Ciro Costanzo told
22 you about Roman Jones and Aris Nanos.
23    A.  I just said that -- that Lee Lyon was very
24 upset because of that situation.  He didn't have
25 knowledge of it, so he was very pissed off.

Page 209

1    Q.  And who is the person that you are
2 referring to?
3    A.  Lee Lyon.  Lee Lyon.  One of the investors.
4    Q.  Lee Lyon?
5    A.  Yes.
6    Q.  During that conversation that you alleged
7 Ciro Costanzo told you, is it true that Ciro Costanzo
8 was referring to $900,000 in service charges?
9    A.  No -- well, I don't know.  It was tips
10 taken out of the tip pool that were not given out.
11    Q.  Earlier today you testified that the term
12 tips was used interchangeably by everybody at Kiki's,
13 correct?
14    A.  Right.
15    Q.  People would refer to service charges as
16 tips at Kiki's, right?
17    A.  In the conversation, they're not going
18 to -- it wasn't being specific on what -- if it was
19 service charges or tips.  It was money missing from
20 the tips.
21    Q.  So you don't know sitting here today
22 whether the $900,000 that you alleged Ciro Costanzo
23 claims is missing was tips that were left by
24 customers; is that correct?
25    A.  That's correct, yes.  It could have been.

53 (Pages 206 - 209)

Page 210

1 It could also have been service charges, you're
2 right. It could have been service charges.
3     Q.   And if Ciro Costanzo testifies that the
4 reference to tips was service charge, do you have any
5 other evidence that would suggest that Roman Jones or
6 Aris Nanos took tips that were left by customers?
7     A.   No.
8     Q.   Do you have any other facts that would
9 support your allegation that Roman Jones and Aris
10 Nanos took tips that were left from customers?
11     A.   No.
12     Q.   When did this alleged conversation with
13 Ciro Costanzo occur?
14     A.   I don't remember the exact date.
15     Q.   Give me an approximation. Year?
16     A.   I don't know, 2019 sometime.
17     Q.   Do you have a month within 2019?
18     A.   I can't remember.
19     Q.   When Ciro Costanzo allegedly told you this,
20 how did you feel about that?
21     A.   I mean, I didn't feel anything. Tell me
22 something new. So, it wasn't like -- it wasn't,
23 like, a surprise for me. You know?
24     Q.   Go ahead, sorry.
25     A.   It wasn't a surprise.

Page 211

1     Q.   So in 2019, you already felt that Kiki was
2 unlawfully retaining credit card tips?
3     A.   I don't know if it was unlawfully or
4 lawfully, but they were retaining tips.
5     Q.   And you don't know whether the tips that
6 they were retaining in 2019 was service charges or
7 tips left by customers, correct?
8     A.   No, I do not.
9     Q.   If you would have -- we'll get back to
10 that.
11         When Ciro Costanzo allegedly told you that
12 Lee Lyon was mad about $900,000 in tips missing, did
13 you bring that to anyone's attention employed at
14 Kiki's?
15     A.   No.
16     Q.   Did you complain to anybody about what Ciro
17 Costanzo told you?
18     A.   No.
19     Q.   Were you angry about what Ciro Costanzo
20 told you?
21     A.   Angry, no, but I was -- yeah, I was already
22 working there for two years, so it was something that
23 wasn't a surprise to me.
24     Q.   When Ciro Costanzo allegedly told you this
25 at the time he allegedly said it, did you believe he

Page 212

1 was referring to service charges and not credit card
2 tips that were left by customers?
3     A.   Well, I can't. In that -- in that -- put
4 it in that way, I can't really confirm it was -- that
5 I thought it was service charges or tips. It was
6 just taken out. Yeah, so someone had their hand in
7 the cookie jar, but it wasn't -- and now that you
8 mentioned, the way that you phrased it, I can't
9 confirm it was tips or overtips.
10     Q.   So you don't know if that alleged hand in
11 the cookie jar was taking cookies out of the service
12 charge or whether that alleged hand in the cookie jar
13 was taking credit card cash tips from customers -- or
14 credit card tips from customers?
15     A.   Right, that's correct.
16     Q.   Okay. Other than Roman Jones and Aris
17 Nanos, is there any other evidence the class presents
18 pertaining to anybody that unlawfully retained tips
19 at Kiki?
20     A.   No.
21     Q.   Do you know how Roman Jones unlawfully
22 retained tips at Kiki?
23     A.   No, I don't.
24     Q.   Do you know how Aris Nanos unlawfully
25 retained tips unlawfully at Kiki's?

Page 213

1     A.   No.
2     Q.   And to be clear, every time I refer to
3 "tips," do you understand that I'm referring to money
4 that was left by customers from tipped employees,
5 correct?
6     A.   Yes.
7     Q.   Okay. Do you know when Roman Jones
8 allegedly retained credit card tips that were left by
9 customers for tipped employees?
10     A.   They were -- it must have been a year, a
11 year prior because it was a year. So this happened
12 in 2020, 2019, so it had to be a year before, so 2019
13 I guess. I'm not sure, to be honest with you. I
14 can't . . .
15     Q.   And, again, you don't know whether the --
16 the only evidence you have is this alleged
17 conversation with Ciro Costanzo. And sitting here
18 today, you don't know if Ciro was referring to
19 service charges or credit card tips that were left by
20 customers?
21     A.   Right.
22     Q.   Okay. Are there any witnesses that can
23 testify about this alleged conversation that Ciro
24 Costanzo had with you?
25     A.   Yes.

54 (Pages 210 - 213)

Page 214

1    Q.  Who?
2    A.  Peter, the bar manager.  And Petra, the
3 office person.
4    Q.  So it's your testimony today that Peter and
5 Petra --
6    A.  They were present in the conversation.
7    Q.  Were Peter and Petra participating in the
8 conversation?
9    A.  They were just hearing.
10   Q.  And when you say Peter and Petra were
11 hearing the conversations, was it just because they
12 were within earshot of what you and Ciro were
13 allegedly discussing?
14   A.  We were next door at Garcia's having lunch.
15   Q.  And Peter and Petra were sitting at the
16 table with you having lunch with Ciro?
17   A.  Yes.
18   Q.  And did Peter react to what Ciro said?
19 Strike that.
20       Did Peter react to what Ciro allegedly
21 said about the $900,000?
22   A.  We were in shock, actually, because it was
23 a lot of money.
24   Q.  So it was a lot of money, but you weren't
25 shocked?

Page 215

1    A.  We were in shock.
2    Q.  Oh, you were in shock.
3    A.  Yeah, with our mouths open.  It was a lot
4 of money.
5    Q.  And what was Petra's reaction?
6    A.  She didn't say anything.
7    Q.  Other than Petra and Peter, can anyone else
8 testify about this alleged conversation you had with
9 Ciro Costanzo?
10   A.  No.
11   Q.  What did you tell Ciro when he allegedly
12 told you that there were $900,000 in tips missing?
13   A.  I said, "It's crazy."
14   Q.  Do you have knowledge of any facts that
15 Ciro was referring to credit card tips that are left
16 by customers when he referenced the $900,000 were
17 missing?
18   A.  No.  You asked me that already.
19   Q.  The answer to that question right now was
20 no?
21   A.  Yes.
22   Q.  Okay.  The conversation that you had
23 with -- the alleged conversation that you had with
24 Ciro regarding this $900,000, was anybody else's name
25 mentioned other than Roman Jones?

Page 216

1    A.  Aris.
2    Q.  That's Aris Nanos?
3    A.  Yes.
4    Q.  And what exactly did Ciro say about Aris
5 Nanos?
6    A.  He said that Lee was pissed off because
7 they had their hand in the cookie jar, and he found
8 out.
9    Q.  And this conversation occurred in 2019 you
10 claim?
11   A.  2019, 2020.  It could have happened a time
12 before I left or I wasn't there anymore.
13   Q.  And this was -- was this conversation
14 important to you, stood out in your mind?
15   A.  Well, if they -- if the owner didn't care
16 about or the investor didn't care, I mean, nothing
17 happened to these guys, so, obviously, you know,
18 there's nothing you can do.  That's what I said.
19 Just want to keep paying my bills.
20   Q.  And prior to that conversation with --
21 prior to that alleged conversation with Ciro, is
22 there any evidence that you have to support your
23 contention that Roman Jones or Aris unlawfully
24 retained tips?
25   A.  No.

Page 217

1    Q.  After that conversation that you allegedly
2 had with Ciro, is there any evidence or facts that
3 support your contention that Roman Jones or Aris
4 Nanos unlawfully retained tips?
5    A.  No.
6    Q.  Do you have any facts that support your
7 contention other than what you just shared with us
8 that customer credit card tips were retained by
9 Kiki's?
10   A.  No.
11   Q.  Identify by name and position everyone that
12 you allegedly -- strike that.
13       Identify by name and position everyone
14 that you allege unlawfully distributed tips as
15 claimed in the third amended complaint.
16   A.  That unlawfully --
17 BY MR. VELAZQUEZ:
18   Q.  -- distributed tips.
19       Who do you claim unlawfully gave out the
20 tips, distributed the tips?
21   A.  I don't know who was working the tip
22 situation, so I don't know who is the -- it's Kiki On
23 the River, whoever was in charge of Kiki On the
24 River.  The people that are handling the tips, right?
25 Once it goes into the -- it goes to the office.

55 (Pages 214 - 217)

Page 218

1    Q.   So sitting here today, you can't identify a
2  single person that allegedly distributed tips
3  unlawfully at Kiki's?
4    A.   No.
5    Q.   Identify by name and position everybody at
6  Kiki that unlawfully received tips as claimed in your
7  third amended complaint.
8    A.   Roman Jones, Aris.  Their positions?
9    Q.   I don't need to know Roman Jones and Aris'
10  positions.
11       Is there anybody else that you allege
12  unlawfully received tips?
13    A.   That is it.
14    Q.   So sitting here today, the only persons
15  that you allege unlawfully retained and distributed
16  tips were Roman Jones and Aris Nanos?
17    A.   To my knowledge, yes.
18    Q.   In light of the tips -- when you reviewed
19  the exhibits that we showed you earlier, in
20  particular these sales by range reports, and you
21  compare the tips reflected in the sales by range
22  reports that were left by customers for tipped
23  employees with the service charges that were imposed
24  by Kiki, is it more likely to you knowing that now,
25  that what Ciro was referring to in that conversation

Page 219

1  with you was service charges?
2    A.   It could have been service charges.
3    Q.   I'm asking you, though, in light of the
4  numbers reflected in those sales report that it's
5  more likely that Ciro was referring to service
6  charges in that conversation; is that correct?
7    A.   Yes.
8    Q.   And other than the testimony that you just
9  provided pertaining to this alleged conversation with
10  Ciro, do you have any other evidence that would
11  suggest that Roman Jones or Aris Nanos unlawfully
12  received credit card tips that were left by customers
13  at Kiki's?
14    A.   No.
15    Q.   Do you have any evidence or facts that
16  establish when Roman Jones and/or Aris Nanos received
17  tips unlawfully from Kiki's?
18    A.   No.
19    (Recess was held from 5:59 p.m. until 6:03 p.m.)
20  BY MR. VELAZQUEZ:
21    Q.   You provided sworn interrogatory answers in
22  this case.  Do you remember that?
23    A.   Yes.
24    Q.   Do you understand that in your verification
25  of the interrogatory answers you said that "I've

Page 220

1  reviewed" -- quote, "I've reviewed the above answers
2  to interrogatories and verified upon penalty of
3  perjury that they're true and correct"?
4    A.   Yes.
5       (Thereupon, marked as Exhibit 13.)
6  BY MR. VELAZQUEZ:
7    Q.   Let me show you what we'll mark as 13.
8       Take a look at Defense Exhibit 13 and let
9  me know when you're ready to answer.
10    A.   Okay.
11    Q.   Okay.  If you go to Page 4, is that your
12  electronic signature on Page 4 of the interrogatory
13  answers?
14    A.   Yes.
15    Q.   And we are on Defense 13 now, correct?
16    A.   Yes.
17    Q.   Now, earlier today under oath you testified
18  that only two individuals from Kiki unlawfully
19  retained or distributed tips.  Do you remember that
20  testimony?
21    A.   Yes.
22    Q.   If you look at Page 2 of your interrogatory
23  answers, you allege as follows, quote:  "I believe
24  Sia Hemmati, Roman Jones, Aris, and Vigan Krasniqi
25  retained and/or improperly distributed tips."

Page 221

1       Do you see that?
2    A.   Yes.
3    Q.   Were you being dishonest in these
4  interrogatory answers or in today's deposition when
5  you answered the question earlier?
6    A.   No.
7    Q.   So let me ask you this:  Was the testimony
8  that you provided today during your deposition that
9  only Roman Jones and Aris Nanos allegedly unlawfully
10  retained and/or improperly distributed tips, is that
11  testimony accurate?
12       Was that your testimony earlier today?
13    A.   Yes.
14    Q.   And I also asked you whether you knew of
15  anybody else that had unlawfully retained or
16  distributed tips at Kiki, and you told me no,
17  correct?
18    A.   Yes.
19    Q.   Yet your interrogatories say that
20  Sia Hemmati and Vigan Krasniqi also retained and/or
21  improperly distributed tips.
22       Is that representation in your
23  interrogatories incorrect?
24    A.   It's incorrect, yes.
25       I'm sorry, I want to clarify something.

56 (Pages 218 - 221)

Page 222

1 Like when you mentioned before, the conversation was
2 retaining -- it could have been service charges like
3 you said. And when you referred to tips, you're
4 talking about tips. So that conversation with Ciro
5 kind of gets clarified there because I could see it
6 going the other way.
7    Q. When you say you can see it going the other
8 way, you're saying that you believe Ciro was
9 referring to service charges when he made the
10 reference to $900,000?
11    A. Perhaps he didn't know what he was talking
12 about.
13    Q. Is it your testimony today that you believe
14 Sia Hemmati or Vigan Krasniqi took service charges
15 from Kiki? Or strike that.
16       Is it your testimony today that you
17 believe Sia Hemmati and Krasniqi improperly took
18 service charges from Kiki?
19    A. No.
20    Q. And you stay with your testimony that you
21 gave under oath here today during your deposition
22 that the only people that allegedly unlawfully
23 retained or distributed tips were Roman Jones and
24 Aris Nanos; is that correct?
25    A. Yes, from the conversation that I had with

Page 223

1 Ciro.
2       Can I say something?
3    Q. There's no question pending right now.
4    A. No? Okay.
5    Q. Let's take a look at -- let's mark this.
6       (Thereupon, marked as Exhibit 14.)
7 BY MR. VELAZQUEZ:
8    Q. Defense Exhibit 14. Thank you.
9       Did you discuss with Petra whether Ciro
10 was referring to service charges when you had the
11 alleged conversation with him pertaining to the
12 $900,000?
13    A. No.
14    Q. Did you discuss with Petra whether Ciro was
15 referring to service charges pertaining to the
16 alleged conversation pertaining to $900,000?
17    A. No.
18    Q. Did you discuss with anybody else other
19 than Petra, Peter, that Sia was referring to service
20 charges when he allegedly referred to the $900,000?
21    A. No.
22    Q. When did it occur to you that Ciro was
23 referring to service charges as it relates to the
24 $900,000 instead of credit card tips that were left
25 by customers? When did that first come to you?

Page 224

1    A. I didn't know -- I didn't understand that
2 it was separate. I thought it was just one -- one
3 thing. Service charges, tips. It was all -- it's
4 still one thing.
5       I understand that service charges can
6 be -- the management can do whatever they want with
7 it. I'm learning. I just learned that.
8    Q. And when did you learn that management can
9 do whatever they want with service charges?
10    A. Today.
11    Q. Okay. Is it true that if Ciro, as you now
12 acknowledge, was referring to service charges, that
13 Roman Jones and Aris Nanos did nothing that was
14 unlawful as it relates to that $900,000?
15    A. If it goes -- if that's the case, yes.
16    Q. If that's the case, they did nothing that
17 was unlawful, correct?
18    A. Yes.
19    Q. Let me show you what we have marked as 14,
20 please. I only have one. This is part of this also.
21 Mr. Collado, I'm sorry, this is an exhibit to that,
22 the statement of claim. Do you have it?
23    A. I do.
24    Q. In light of the testimony that you've
25 provided today, as it relates to your confusion with

Page 225

1 service charges and tips, if you look at Page 2 of
2 your statement of claim, do you still allege that you
3 estimate Kiki owes you a hundred -- pardon me, $1,500
4 in tips for every week that you worked?
5       And, again, tips are referring to monies
6 that were left by customers for tipped employees.
7 Do you still make that allegation today?
8    A. Can I use an example? So . . .
9    Q. I want you to answer my question.
10       MR. VELAZQUEZ: Read the question back,
11    please.
12       (Requested portion read back.)
13 BY MR. VELAZQUEZ:
14    Q. Yes or no?
15    A. I say yes.
16    Q. And what do you base that allegation that
17 Kiki owes you $1,500 in credit card tips that were
18 left by customers for you? What do you base that
19 allegation on?
20    A. Okay. So I worked one day, one -- let's
21 say one day of the week, and I got a thousand-dollar
22 tip, and I work another five days, so I work six days
23 of the week, right? All those other days I'm getting
24 overtips as well. When my check comes, my check is
25 1200 bucks, right? So I worked the whole week, I

Page 226

1 didn't get the -- I didn't get the thousand-dollar
2 tip or even the 500 that they said they were going to
3 add to the check. So, obviously, I am owed
4 something.
5    Q. But you testified earlier today, do you
6 recall, that the tips that were left by customers for
7 tipped employees were distributed, correct? So if
8 somebody would have left you -- well, is that
9 correct?
10    MR. POLLOCK: Object to form.
11    MR. VELAZQUEZ: Can you read that question
12 back, please.
13    (Requested portion read back.)
14    MR. VELAZQUEZ: Strike that. Just strike
15 the question.
16 BY MR. VELAZQUEZ:
17    Q. You testified earlier today that credit
18 card tips that were left by customers for tipped
19 employees were distributed amongst several employees
20 that provided a service to that guest; is that
21 correct?
22    A. Right.
23    Q. So in your hypothetical, if you would have
24 received a $1,000 cash tip, that $1,000 -- strike
25 that.

Page 227

1    In your hypothetical, if you would have
2 received a $1,000 credit card tip, that $1,000
3 credit card tip would have been distributed based on
4 the percentages and the points to the captain, which
5 would have been you, correct?
6    A. Yes.
7    Q. To the server?
8    A. Yes.
9    Q. To the busser?
10    A. Busser, yes.
11    Q. To the food runners?
12    A. Right.
13    Q. So in that hypothetical, you wouldn't have
14 received the full $1,000 tip, is that correct,
15 because it would have been distributed?
16    A. That's correct, yes.
17    Q. So in light of that, is it still your
18 position that you are owed approximately $1,500 per
19 week for every week that you worked in tips that were
20 left by customers?
21    A. No, that's not the full amount.
22    Q. Your answer to the question was no?
23    A. No.
24    Q. Okay. So in light of your testimony today,
25 is it true that based on the records that you've

Page 228

1 seen, the payroll records that are introduced as
2 exhibits, the testimony that you provided that Kiki
3 On the River paid you all the credit card tips that
4 were left by customers; is that correct?
5    Is that correct?
6    A. It's not correct.
7    Q. And what do you base that on again? Your
8 testimony today reflects the exhibits that we've
9 shown you reflecting the credit card tips that were
10 paid to you, that there's no unlawful evidence of
11 unlawful conduct that you've presented here. What do
12 you base that Kiki On the River owes you any amount
13 in credit card tips? What do you base that
14 allegation?
15    A. Let's go back to the other question. Can
16 we go back one question?
17    Q. No. Answer that question.
18    A. Repeat it, please.
19    MR. VELAZQUEZ: Read it back, Madam Court
20 Reporter.
21    (Requested portion read back.)
22    A. Well, learning that service charges are --
23 service charges, that's for the house, and the
24 additional tip is for the server, captain and support
25 staff, whatever support staff is involved. Being

Page 229

1 that, that I must say that what you said.
2 BY MR. VELAZQUEZ:
3    Q. What I said is that Kiki On the River did,
4 in fact, pay you all the credit card tips that were
5 left by customers; is that correct?
6    A. I don't know if that's correct, but, you
7 know.
8    Q. I'm not talking about service charges; I am
9 talking about discretionary credit card tips that
10 were left by customers. Is it true, based on your
11 testimony today, that record exhibits that Kiki paid
12 you all the credit card tips that were left by
13 customers; is that true?
14    A. Yes. Are we done here today?
15    Q. Give us a minute.
16    (Recess was held from 6:23 p.m. until 6:25 p.m.)
17    MR. VELAZQUEZ: We are done today, guys.
18    MR. POLLOCK: Okay.
19    (The proceedings concluded at 6:25 p.m.)
20
21
22
23
24
25

58 (Pages 226 - 229)

Page 230

```
 1
 2              CERTIFICATE OF OATH
 3  STATE OF FLORIDA
 4  COUNTY OF MIA-
 5
 6
 7         I, Gina Rodriguez, the undersigned
 8  authority, certify that OCTAVIO COLLADO
 9  personally appeared before me and was duly sworn
10  on the 12th day of December, 2023.
11         Signed this 18th day of December, 2023.
12
13
         Gina Rodriguez, RPR, CRR
14       Notary Public, State of Florida
         My Commission # GG 952963
15       Expires: March 23, 2024
16
17
18
19
20
21
22
23
24
25
```

Page 231

```
 1
 2            CERTIFICATE OF REPORTER
 3
 4  STATE OF FLORIDA
 5  COUNTY OF MIA-
 6
 7         I, GINA RODRIGUEZ, Registered
 8  Professional Reporter, Certified Realtime
 9  Reporter, do hereby certify that I was authorized
10  to and did stenographically report the foregoing
11  deposition of OCTAVIO COLLADO; pages 1 through
12  229; that a review of the transcript was
13  requested; and that the transcript is a true
14  record of my stenographic notes.
15         I FURTHER CERTIFY that I am not a
16  relative, employee, attorney, or counsel of any
17  of the parties, nor am I a relative or employee
18  of any of the parties' attorneys or counsel
19  connected with the action, nor am I financially
20  interested in the action.
21         Dated this 18th day of December, 2023.
22
23       GINA RODRIGUEZ, RPR, CRR
24
25
```

Page 232

```
 1  Brian H. Pollock, Esquire
    brian@fairlawattorney.com
 2                December 18, 2023
 3  Re:  COLLADO v. 450 NORTH RIVER DRIVE
    12/12/23 - Octavio Collado - 6341425
 4
 5         The above-referenced transcript is
 6  available for review.
 7         The witness should read the testimony to
 8  verify its accuracy.  If there are any changes, the
 9  witness should note those with the reason on the
10  attached Errata Sheet.
11         The witness should, please, date and sign
12  the Errata Sheet and email to the deposing attorney
13  as well as to Veritext at
14  Transcripts-fl@veritext.com and copies will be
15  emailed to all ordering parties.
16         It is suggested that the completed errata
17  be returned 30 days from receipt of testimony, as
18  considered reasonable under Federal Rules*, however,
19  there is no Florida statute to this regard.
20         If the witness fails to do so, the
21  transcript may be used as if signed.
22         Yours,
23         Veritext Legal Solutions
24  *Federal Civil Procedure Rule 30(e)/Florida Civil
25  Procedure Rule 1.310(e).
```

Page 233

```
 1            ERRATA SHEET
 2      DO NOT WRITE ON TRANSCRIPT
        ENTER CHANGES ON THIS PAGE
 3
    In Re:  COLLADO v. 450 NORTH RIVER DRIVE
 4  Case No.: 1:22-CV-23074-BLOOM/OTAZO-REYES
              OCTAVIO COLLADO
 5          December 12, 2023
 6
 7  PAGE  LINE      CHANGE           REASON
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  Under penalties of perjury, I declare that I have
       read the foregoing document and that the facts
23  stated in it are true.
24  _____      _____
    Date              OCTAVIO COLLADO
25
```

59 (Pages 230 - 233)