**From:** Velazquez, Reynaldo (Miami) Rey.Velazquez@jacksonlewis.com 
**Subject:** Re: Collado v. 450 North River Drive, LLC et al - Request for deposition
**Date:** September 22, 2023 at 1:23 PM
**To:** Juan Aragon juan@fairlawattorney.com, Allan S. Reiss, Esq. asr@levinelawfirm.com, Sarangoulis, Roman (Miami) Roman.Sarangoulis@jacksonlewis.com, Billingsby, Rebecca J. (Miami) Rebecca.Billingsby@jacksonlewis.com
**Cc:** Brian Pollock brian@fairlawattorney.com

Hi Brian. We thought the plan was to try to mediate before getting knee-deep in discovery and you appear to have changed that plan without addressing the issue. In relation to the deposition request, we will not provide any witnesses for deposition until we receive responses to our written discovery, and we confer about creating a discovery plan as it relates to depositions, which will necessarily entail, at a minimum, deciding the order of depositions and then taking the depositions of the named plaintiff and opt-in plaintiffs that you intend to have testify at trial. To be clear, we are willing to produce Sia for deposition, but that will only occur once we receive substantive responses to a written discovery from at least the plaintiff and take his deposition.

To facilitate the taking of all other depositions and additional written discovery that might be necessary, we our receptive to rescheduling the mediation and propose moving it until after the discovery deadline. As it stands, we have produced tens of thousands of documents, and working on producing more documents, while you have not even responded to the written discovery that we served as it relates to the named plaintiff.

Rey



### Reynaldo Velazquez
Attorney at Law

**Jackson Lewis P.C.**
One Biscayne Tower Two South Biscayne Boulevard. Suite 3500
Miami, FL 33131
Direct: (305) 577-7621 | Main: (305) 577-7600
Rey.Velazquez@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Friday, September 22, 2023 12:00:21 PM
**To:** Velazquez, Reynaldo (Miami) <Rey.Velazquez@jacksonlewis.com>; Allan S. Reiss, Esq. <asr@levinelawfirm.com>; Sarangoulis, Roman (Miami) <Roman.Sarangoulis@jacksonlewis.com>; Billingsby, Rebecca J. (Miami) <Rebecca.Billingsby@jacksonlewis.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>
**Subject:** Collado v. 450 North River Drive, LLC et al - Request for deposition

Good day Counsel,

I hope this message finds you well. I was wondering if you could kindly assist me with scheduling a deposition for Sia Hemmati. I would greatly appreciate it if you could provide me with some available dates in either October or November.

If you have any questions or concerns do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.
FairLaw Firm
Ofc: 305.230.4884
Dir: 305.390.8826
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com