UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23074-BLOOM/TORRES

OCTAVIO COLLADO,                                  **COLLECTIVE ACTION**
For himself and all others
similarly situated,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
D/B/A KIKI ON THE RIVER,
RJ RIVER, LLC, AND
ROMAN JONES,

    Defendants.
_____/

## NOTICE OF CHARGING LIEN

Please take notice that FairLaw Firm asserts an attorney's charging lien based upon legal services performed and costs incurred by the it in connection with the representation of Plaintiff, Octavio Collado, and the Opt-In Plaintiffs, in this action.

All interested or affected parties and persons are notified of this Charging Lien and of the intent by the above law firm recover its attorney's fees and advanced costs in this matter, as well as such other relief as the Court deems just, necessary, and proper against any recovery or proceeds obtained by Plaintiff(s) and/or Opt-In Plaintiffs.

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Dated this 13th day of February 2024

                                                s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*