## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-cv-23074-BLOOM/Torres

OCTAVIO COLLADO
*for himself and all others similarly situated*,

      Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al.*,
      Defendants.

_____/

### <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

**THIS CAUSE** is before the Court upon Defendants 450 North River Drive, LLC, d/b/a Kiki on the River, Roman Jones, and RJ River, LLC ("Defendants") Motion to Dismiss Plaintiff's Third Amended Complaint for Failing to Comply with the Order on Motion to Withdraw, ECF No. [249] ("Motion to Dismiss"). Defendants' Motion to Dismiss requests that the Court dismiss this case pursuant to the Court's Order on Motion to Withdraw, ECF No. [241] ("Order"), and Federal Rule of Civil Procedure 41(b).[1]

On January 8, 2024, the Court granted the Amended Motion to Withdraw, ECF No. [235], filed by Plaintiff's former counsel, Brian H. Pollock. *See* ECF No. [241]. The Court's Order directed Plaintiff to either file a notice indicating that he wishes to proceed *pro se* in this matter or have new counsel enter an appearance in this matter **by January 29, 2024.**" *Id.* at 2. The Order further stated that "[f]ailure by Plaintiff to comply will result in appropriate sanctions, including

---

[1] Defendants' Motion to Dismiss also requests that the Court retain jurisdiction over the parties and Plaintiff's former counsel, Brian H. Pollock of Fairlaw Firm, to adjudicate Defendants' pending Motion for Sanctions, ECF No. [243]. The Court agrees that retaining jurisdiction is appropriate for this limited purpose. The Court accordingly dismisses this case and retains jurisdiction to adjudicate Defendants' Motion for Sanctions pursuant to its inherent authority and 28 U.S.C. § 1927. *See Absolute Activist Value Master Fund Ltd. v. Devine*, 998 F.3d 1258, 1266 (11th Cir. 2021).

dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has failed to comply, nor has he shown good cause for his failure to do so. Notwithstanding Plaintiff's failure to comply with the Court's Order, the Court permitted Plaintiff an opportunity to respond to the Motion. Plaintiff failed to do so.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss, **ECF No. [249]**, is **GRANTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order on Motion to Withdraw, **ECF No. [241]**, or properly respond to the Motion to Dismiss.

3. The Court shall retain jurisdiction over the parties, Brian H. Pollock, and the FairLaw Firm to adjudicate Defendants' pending Motion for Sanctions, **ECF No. [243]**, pursuant to its inherent authority and 28 U.S.C. § 1927;

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 15, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Octavio Collado
8250 N.W. 5th Terrace, Apt. 632
Miami, FL 33126
PRO SE