UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23074-BLOOM/Torres

OCTAVIO COLLADO,
*for himself and all others similarly situated*,

    Plaintiff,

v.

450 NORTH RIVER DRIVE, LLC, *et al*.,

    Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Plaintiff's Motion for Sanctions, ECF No. [255], is **REFERRED** to Chief Magistrate Judge Edwin G. Torres.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 21, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record